UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 05-CV-0992 PLF |
| ALPHONSO R. JACKSON,<br>Department of Housing and Urban Development, | ) |
| Defendant. | ) |

## PRAECIPE

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: May 27, 2005.                              Respectfully submitted,

                                                  /S/
                                                  John C. Truong, D.C. Bar # 465901
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 Fourth Street, N.W.
                                                  Washington, D.C. 20530
                                                  (202) 307-0406
                                                  (202) 514-8780 (fax)
                                                  John.Truong@usdoj.gov