# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAUNDRA G. ELION                                )
                                                )
     Plaintiff,                             )
                                                )
     v.                                     )    Civil No.: 05-cv-992(PLF)
                                                )
ALPHONSON R. JACKSON,                           )    ECF
                                                )
     Defendant.                             )
                                                )
_____)

## DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant Alphonson R. Jackson, Secretary, U.S. Department of Housing and Urban Development, in his official capacity, hereby moves for an extension from July 18, 2005, to August 18, 2005, to respond to Plaintiff's Complaint. The parties conferred and Plaintiff's counsel consented to this motion. This is Defendant's first motion for an extension of time in this case. A scheduling order has not been entered in this case.

Plaintiff brings this lawsuit alleging race, sex, age discrimination because Defendant purportedly diluted her duties when Defendant reassigned her from the Office of Inspector General to another position. She is also claiming retaliation and hostile work environment. Plaintiff's Complaint contains 102 separate paragraphs of allegations. Defendant is evaluating the Complaint and is diligently investigating Plaintiff allegations. Defendant may file a pre-discovery dispositive motion seeking to dispose of some or all of Plaintiff's claims. Accordingly, Defendant needs this additional time to complete the evaluation process to prepare a dispositive motion.

For the foregoing reasons, Defendant respectfully requests the Court for an extension from July 18, 2005, to August 18, 2005, to respond to the Complaint.

Dated: July 11, 2005                          Respectfully Submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney


_____/s/_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAUNDRA G. ELION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 05-cv-992(PLF) |
| | ) | |
| ALPHONSON R. JACKSON, | ) | ECF |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT**
**MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for An Extension of Time, it is this

_____ day of _____, 2005,

ORDERED that Defendant's Consent Motion for an Extension fo Time be and hereby is

GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including August 18, 2005,

to respond to Plaintiff's Complaint.


SO ORDERED.


_____
District Court Judge