UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Pursuant to Fed. R. C. P. 6(b), Defendant respectfully requests the Court for an extension of time from February 27, 2006, to March 8, 2006, to respond to Plaintiff's discovery requests. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel (Robert Seldon, Esq.) did not consent to this Motion. In not consenting to this Motion, Plaintiff's counsel noted that, "we oppose on the ground that the cumulative extensions are jeopardizing plaintiff's ability to conduct discovery according to the Initial Scheduling Order." See February 27, 2006 E-mail (Gov. Exh. A). Discovery closes on May 1, 2996. See Sept. 9, 2006 Scheduling Order (Dkt. 6).

There is good cause to grant Defendant's Motion for an Extension of Time. More than three months after the Court issued the discovery schedule (Dkt. No. 6), on December 29, 2005, Plaintiff served her first set of discovery requests. The deadline for Defendant's discovery responses was on January 29, 2006, but Defendant requested for an extension until February 14, 2006, to respond to the discovery requests. Defendant needed the extra time because there was a change in agency counsel. The "new" agency counsel needed the extra time to become familiar

with the case and to track down responsive information.  Plaintiff agreed to the extension.

When the February 14 deadline drew near, Defendant realized that it needed additional time to complete the responses to Plaintiff's discovery requests and, therefore, asked for an additional two weeks.  Plaintiff also agreed to this two week extension.  The deadline was, therefore, reset for February 27, 2006.  Subsequently, on February 22, 2006, Defendant sought Plaintiff's consent for an additional extension of nine calendar days to March 8, 2006, to respond to Plaintiff's discovery requests.  Plaintiff, however, did not consent.

The undersigned explained to Plaintiff's counsel that the undersigned is co-counsel in a case that is scheduled for trial from February 27, 2006, through March 3, 2006.  See George v. Johnson, Civ. No. 01-654 (D.D.C.) (Robertson, J.).  The undersigned was assigned this case only about three weeks ago.  Defendant fully intended to meet the February 27 deadline in responding to Plaintiff's discovery requests; however, the preparation for the trial has consumed more time than initially anticipated.  The undersigned has been devoting a substantial amount of time to become familiar with the facts and issues in preparation for trial.  The first day of the trial coincides with the deadline for Defendant to serve its discovery responses.  Plaintiff's counsel was not sympathetic.

Moreover, following the trial in George v. Johnson, the undersigned is currently scheduled to go to trial in another case starting on March 13, 2006, through March 17, 2006.  See Carter-Foster v. Rice, Civ. No. 04-2064 (D.D.C.) (Robertson, J.).[1]  The preparation for this second trial has also commandeered more time than anticipated.  For these reasons, Defendant

---

[1] Plaintiff has filed a motion with Judge Robertson seeking to move this trial to March 27, 2006.  To date, Judge Robertson has not ruled on the motion.  Accordingly, the undersigned is preparing for the case as if the trial is going forward as scheduled.

just needs an additional nine calendars day to complete preparing the responses to Plaintiff's discovery requests.

Although Plaintiff complained that another extension would "jeopardize" Plaintiff's ability to conduct discovery, Plaintiff failed to specify what prejudice she might suffer as a result of another nine-day extension. Specifically, at present, there are no depositions scheduled and the discovery deadline is two months away.

Given these circumstances, Defendant respectfully asks that the Court grant Defendant a nine-day extension of time to March 8, 2006, to serve its responses to Plaintiff's discovery requests.

Dated:                                              Respectfully Submitted,


                                                    /s/
                                                    KENNETH L. WAINSTEIN, D.C. BAR #451058
                                                    United States Attorney


                                                    /s/
                                                    R. CRAIG LAWRENCE, D.C. BAR #171538
                                                    Assistant United States Attorney


                                                    /s/
                                                    JOHN C. TRUONG, D.C. BAR #465901
                                                    Assistant United States Attorney
                                                    555 Fourth Street, N.W.
                                                    Washington, D.C.  20530
                                                    (202) 307-0406

                                                    Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| | ) |
|     Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION
TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Upon consideration of Defendant's Motion for an Extension to Respond to Plaintiff's Discovery Requests and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension to Respond to Plaintiff's Discovery Requests be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including March 8, 2006, to serve its responses to Plaintiff's discovery requests.

SO ORDERED.

_____
U.S. District Judge