# Truong, John

**From:** rcs@rcseldon-associates.com
**Sent:** Monday, February 27, 2006 10:03 AM
**To:** Truong, John
**Subject:** RE: Elion v. Jackson discovery extension

```
John -- I have been in a hearing.  You heard from me.  We did not consent.
You will need to make a motion to Judge Friedman, and note that we oppose on
the ground that the cumulative extensions are jeopardizing plaintiff's
ability to conduct discovery according to the Initial Scheduling Order.

Regards,


Robert C. Seldon, Esq.

Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
phone: (202) 955-6968 ext. 113
fax: (202) 318-2287

e-mail: rcs@rcseldon-associates.com
```

