UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civ. Action No. 05-0992 (PLF) |
|        v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO WRITTEN DISCOVERY**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to extend the date for her to respond to defendant's written discovery until today, March 9, 2003.

The grounds in support of this Motion are as follows:

1.) This is a case of employment discrimination and retaliation brought by plaintiff, Saundra G. Elion, an African American woman who engaged in protected EEO activity and was involuntary reassigned from her position as the Director of the Headquarters Audits Division of the Office of Inspector General of the Department of Housing and Urban Development

2.) After the parties' exchanged initial disclosures, plaintiff initiated the discovery process on December 29, 2005, by propounding Interrogatories and Requests for Production of Documents upon defendant.

3.) Several days later, defendant served written discovery on plaintiff.

4.)  Plaintiff worked diligently on responding to defendant's discovery and was preparing to respond by or shortly after the initial due date.

5.)  Due to reassignment of a new agency counsel and to other responsibilities of the Assistant U.S. Attorney assigned responsibility for the defense of this action, defendant repeatedly needed extensions to respond to plaintiff's discovery.

6.)  In seeking these extensions, defendant advised plaintiff's counsel that reciprocal extensions were informally given to plaintiff, inasmuch as plaintiff's discovery had been served first (Att. A).

7.)  Defendant's responses were served this morning and plaintiff is now finalizing and serving her responses.

8.)  Earlier this week, however, counsel for plaintiff learned that there was apparently some miscommunication between plaintiff's counsel and defendant's counsel on whether or not plaintiff was given a reciprocal, informal discovery extension after February 20, 2006.

9.)  In order to eliminate any misunderstanding on this score, plaintiff respectfully moves the Court to extend the date for her to respond to defendant's written discovery until March 9, 2006.

Counsel for defendants has been advised of this Motion but has not given defendants' position.

Respectfully submitted,


_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff