**ATTACHMENT A**

## Tiffany Lee

| | |
|---|---|
| From: | John.Truong@usdoj.gov |
| Sent: | Friday, January 27, 2006 11:31 AM |
| To: | 'rcs@rcseldon-associates.com' |
| Cc: | 'tol@rcseldon-associates.com' |
| Subject: | Elion v. HUD |

Bob:

Our riveting discussion made me forget to ask you for an extension on our discovery responses. I understand that you may want to move forward with some issues and will give us an extension on others.

In any event, our discovery responses are due next Tues. Give us a blanket 2-week extension and we'll discuss the discovery issues in the meantime.

Your courtesy will be reciprocated.

Many thanks,
John

-----Original Message-----
From: rcs@rcseldon-associates.com [mailto:rcs@rcseldon-associates.com]
Sent: Friday, January 13, 2006 11:38 AM
To: Truong, John
Cc: tol@rcseldon-associates.com
Subject: Elion disclosures


John - We need to get a copy of the first item identified in Defendant's Initial Disclosures, specifically Ms. Elion's OPF. Tiffany Lee of my office will be in contact to make whatever arrangements are necessary.

Regards,


Robert C. Seldon, Esq.

Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
phone: (202) 955-6968 ext. 113
fax: (202) 318-2287

e-mail: rcs@rcseldon-associates.com

## Robert C. Seldon, Esq

| | |
|---|---|
| From: | John.Truong@usdoj.gov |
| Sent: | Tuesday, February 07, 2006 10:49 AM |
| To: | 'tol@rcseldon-associates.com' |
| Cc: | 'rcs@rcseldon-associates.com' |
| Subject: | RE: Elion discovery |

Absolutely.  You extended us the courtesy.  It is now reciprocated.

-----Original Message-----
From: tol@rcseldon-associates.com [mailto:tol@rcseldon-associates.com]
Sent: Tuesday, February 07, 2006 9:55 AM
To: Truong, John
Cc: rcs@rcseldon-associates.com
Subject: Elion discovery


John-


This is just a confirmation that we will also use the 2 week extension for discovery that we provided you.  This will make our discovery responses due on February 20, 2006.  Please contact me if you have any questions or concerns.  Thank you.


Regards,


Tiffany O. Lee


Robert C. Seldon & Associates, P.C.

Attorneys-At-Law

1319 F Street, N.W., Suite 305

Washington, D.C. 20004

phone: (202) 955-6968 ext. 112

fax: (202) 318-2287

e-mail:  <mailto:tol@rcseldon-associates.com> tol@rcseldon-associates.com

1