UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
|     Plaintiff, | ) ) ) |
|        v. | )   Civ. Action No. 05-0992 (PLF) ) |
| ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development, | ) ) ) ) |
|     Defendant. | ) ) |

**ORDER**

Upon consideration of plaintiff's Motion for an Enlargement of Time to Respond to Written Discovery, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

FURTHER ORDERED that the date for plaintiff to respond to defendant's outstanding written discovery is extended until March 9, 2006.

      Dated this _____ day of _____, 2006.


                                **UNITED STATES DISTRICT JUDGE**