UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON, | ) |
| Defendant. | ) |

ORDER

On April 13, 2006, the parties telephoned the Court requesting guidance on a discovery dispute, specifically regarding the scope of the questions a witness must answer at a deposition that has been noticed for April 18, 2006. The Court has informed the parties that this matter will be referred to Magistrate Judge Alan Kay for resolution of this issue, and is further referring to Magistrate Judge Kay the management and resolution of all discovery-related issues. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Kay for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Kay following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: April 13, 2006          United States District Judge