UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
|     Plaintiff, | ) ) ) ) Civ. Action No. 05-0992 (PLF) |
|     v. | ) ) |
| ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development, | ) ) ) ) |
|     Defendant. | ) ) |

**CONSENT MOTION TO AMEND SCHEDULE FOR DISCOVERY CUT-OFF
AND DISPOSITIVE MOTIONS**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 6(b), Fed. R. Civ. P., to amend the Scheduling Order of September 9, 2005, and extend the discovery cut-off date and dispositive motion schedule by 60 days.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) This case concerns a complaint of employment discrimination and retaliation by plaintiff, Saundra G. Elion.

3.) The Court's Scheduling Order scheduled the discovery cut-off for May 1, 2006, and for briefing on dispositive motions to begin six weeks later.[1]

4.) Despite diligent efforts by both sides, the process of written discovery consumed more time than was anticipated when the

---

[1] The Court also scheduled a post-discovery status conference for May 12, 2006.

parties filed their Joint Rule 16 Report. There were two reasons for this unanticipated delay. One was the contemporaneous and extensive responsibilities of counsel for both parties in other cases. A second was the desire of counsel to work through as many potential discovery disputes as possible before elevating any to the attention of the Court.

5.) In addition, two preliminary agency witnesses whose depositions were needed by plaintiff could not be scheduled for over one month.

6.) The process of written discovery and dispute resolution has all but concluded and preliminary witnesses have now been deposed. However, in order to provide sufficient time for depositions of main witnesses to be taken, plaintiff respectfully submits that additional time for discovery is needed.

7.) In order to accommodate the schedules of counsel for both parties, an extension of 60 days for discovery and a like extension in the schedule of dispositive briefing is respectfully sought.[2]

WHEREFORE, plaintiff respectfully moves the Court to amend the Scheduling Order in this case and extend the discovery cut-off date to July 1, 2006; the date for the submission of summary judgment motions to August 18, 2006; the date for oppositions to September 29, 2006; and the date for replies to October 13, 2006.

---

[2] The parties are amenable to appearing at the previously scheduled status conference or having it rescheduled.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff