```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
|  | ) |
|     Plaintiff, | ) |
|  | )  Civ. Action No. 05-0992 (PLF) |
|        v. | ) |
|  | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
|  | ) |
|     Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Amend Schedule for Discovery Cut-Off and Dispositive Motions, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Consent Motion be, and the same hereby is, GRANTED.

ORDERED that the Court's Scheduling Order of September 9, 2005, is hereby amended and that the discovery cut-off date is extended until July 1, 2006; the date for the submission of summary judgment motions is extended until August 18, 2006; the date for oppositions to September 29, 2006; and the date for replies to October 13, 2006.

FURTHER ORDERED that the post-discovery status conference originally scheduled for May 12, 2006, is hereby rescheduled for July ____ , 2006.

1

Dated this _____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**