**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAUNDRA ELION,                 ) | |
|                                ) | |
|     **Plaintiff,**             ) | |
|                                ) | |
|     v.                         ) | Civil Action No. 05-0992 (PLF) |
|                                ) | ECF |
| ALPHONSO R. JACKSON,           ) | |
|                                ) | |
|     **Defendant.**             ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION TO AMEND**
**THE SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests that the Court amend the Scheduling Order and move all dates by 30 days. See Apr. 24, 2006 Minute Order. Pursuant to Local Rule 7(m), the parties' counsel conferred and Plaintiff's counsel consented to this Motion.

There is good cause to amend the Scheduling Order for the parties to complete discovery. At present, discovery is scheduled to end on July 1, 2006. However, due to the unavailability of the witnesses, the unavailability of the undersigned due to a trial from June 5 to June 15, 2006, and other schedule conflicts, completing discovery by July 1, 2006, will not be attainable (despite diligent effort by the parties). Therefore, to accommodate the witnesses and conflicting schedules, Defendant respectfully requests that the Court amend the Scheduling Order as follows:

| Events | Current Dates | Proposed Dates |
|---|---|---|
| Discovery | July 1, 2006 | August 1, 2005 |
| Dispositive Motions | August 18, 2006 | September 18, 2006 |
| Oppositions | September 29, 2006 | October 20, 2006 |
| Replies | October 13, 2006 | November 13, 2006 |

At present, the Court has set a post-discovery status hearing for July 14, 2006. The parties are amenable to appearing at this status hearing to apprise the Court of the progress of this case. Alternatively, the Court should reschedule this status hearing to a date after August 1, 2006, that is convenient for the Court.

Dated: June 1, 2006.                             Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAUNDRA ELION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0992 (PLF) |
| | ) | ECF |
| ALPHONSO R. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION**
**TO AMEND THE SCHEDULING ORDER**

Upon consideration of Defendant's Consent Motion to Amend the Scheduling Order and the entire record herein, it is _____ this day of _____, 2006,

ORDERED that Defendant's Consent Motion to Amend the Scheduling Order be and is hereby GRANTED; it is

ORDERED that the Scheduling Order issued on April 24, 2006, be and is hereby AMENDED as follows:

| Events | Dates |
|---|---|
| Discovery | August 1, 2005 |
| Dispositive Motions | September 18, 2006 |
| Oppositions | October 20, 2006 |
| Replies | November 13, 2006 |

AND IT IS FURTHER ORDERED that the Status Conference scheduled for July 14, 2006, be and is hereby RESCHEDULED to _____, at _____ a.m./p.m.

SO ORDERED.

_____
U.S. District Judge