UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAUNDRA G. ELION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. Action No. 05-0992 (PLF) |
| v. ) | |
| ) | |
| **ALPHONSO R. JACKSON,** ) | |
| Secretary Of Housing And ) | |
| Urban Development, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Leave to File Amended Complaint, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED.

FURTHER ORDERED that plaintiff is granted leave to file the Amended Complaint lodged with Plaintiff's Motion.

Dated this _____ day of _____, 2006.

_____
United States District Judge