```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| SAUNDRA G. ELION,              ) | |
|                                ) | |
|     Plaintiff,                 ) | |
|                                ) | Civ. Action No. 05-0992 (PLF) |
|         v.                     ) | |
|                                ) | |
| ALPHONSO R. JACKSON,           ) | |
|    Secretary Of Housing And    ) | |
|    Urban Development,          ) | |
|                                ) | |
|     Defendant.                 ) | |
|                                ) | |

## NOTICE TO THE COURT

Plaintiff to the above action respectfully advises the Court that she has filed Plaintiff's Motion for Sanctions, accompanying Memorandum Of Points and Authorities, Proposed Order, and Attachments A through H under seal, in accordance with the Stipulated Protective Order approved on March 9, 2006.  Simultaneously, counsel for defendant has been advised of those portions of this filing which plaintiff believes are not entitled to confidential treatment.  The filing will remain under seal until defendant reviews and approves an unsealed version in accordance with the provisions contained in the Stipulated Protective Order, at which point a public version will be filed.

        Respectfully submitted,


        _____//s//_____
        Robert C. Seldon, Esq.
          D.C. Bar No. 245100


        _____//s//_____
        Molly E. Buie, Esq.
          D.C. Bar No. 483767
        Robert C. Seldon & Associates, P.C.
        1319 F Street, N.W.
        Suite 305
        Washington, D.C.  20004
        (202) 955-6968

        Counsel for Plaintiff