UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAUNDRA G. ELION,              )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil No. 05-CV-992 (PLF)
                               )
ALPHONSO JACKSON,              )
                               )
        Defendant.             )
                               )

**DEFENDANT'S MOTION TO AMEND
THE AUGUST 10, 2006 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 7(b), Defendant respectfully requests that the Court amend its August 10, 2006 Minute Order and grant Defendant a one-day extension of time to respond to Plaintiff's Rule 37 Motion for Sanctions. Pursuant to Local Rule 7(m), the undersigned sent an e-mail to Plaintiff's counsel seeking consent for this Motion; however, at the time of this filing, the undersigned has not heard from counsel.

There is good cause to grant this Motion. On August 10, 2006, the Court set forth a briefing schedule ordering Defendant to respond to Plaintiff's Rule 37 Motion for Sanctions by August 30, 2006, and vacated all other deadlines. See Aug. 10, 2006 Minute Order. Defendant fully intended to respond to Plaintiff's motion by the due date; however, due to other work commitments and an unexpected doctor's appointment yesterday, the undersigned has not completed preparing a draft response for client review. Specifically, yesterday the undersigned had to supplement certain documents for the record in response to an application for a preliminary injunction and temporary restraining order. That process took longer than anticipated as the undersigned had to confer with the agency to determine whether the documents were subject to

non-disclosure because of the attorney-client communication privilege or the attorney-work product doctrine. Furthermore, the undersigned had a personal health issue that required a visit to the doctor. Therefore, the undersigned left the office earlier than expected. For these reasons, the undersigned needs one additional day to complete preparing the draft response for client and supervisory review prior to filing it with the Court.

Dated: August 29, 2006.                    Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-992 (PLF) |
| | ) |
| ALPHONSO JACKSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER GRANTING DEFENDANT'S MOTION TO AMEND
THE AUGUST 10, 2006 MINUTE ORDER**

Upon consideration of Defendant's Motion to Amend the August 10, 2006 Minute Order and entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion to Amend the August 10, 2006 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including August 31, 2006, to file a response to Plaintiff's Motion for Sanctions.

SO ORDERED.

_____
U.S. District Judge