| | | |
|---|---|---|
| 1 | | **AFFIDAVIT** |
| 2 | | Location: |

3   I, Michael R. Phelps, solemnly swear to the truth of the following statement
4   which is in response to questions posed by Tondalaya Williams, Equal Employment
5   Opportunity (EEO) Investigator, Southwind, and provides information pertaining to
6   the formal complaint of discrimination, filed against the U.S. Department of
7   Housing and Urban Development on June 23, 2004, by Saundra Elion, Case No. IG-
8   04-04. The following claims have been accepted for investigation:

9   *Whether Ms Elion was subjected to discrimination and continuous harassment because of*
10  *her race (African-American), sex (female), age (56) and in reprisal, when the Deputy*
11  *Inspector General, Assistant Inspector General for Audit and the Deputy Assistant*
12  *Inspector General for Audit, Office of Inspector General (OIG), Office of Audit,*
13  *Washington, DC.*

15   1. *Subjected her to a hostile work environment since December 2002 through April*
16      *2004.*

18   2. *On April 21, 2004, reassigned her from the position of Director of the Headquarters*
19      *Audits Division of OIG to a non-supervisory position with significantly less*
20      *responsibility, career exposure and opportunity for advancement.*

22   3. *On August 30, 2004, she learned that she was not considered for the position of the*
23      *Director, GS-15 Supervisory, Technical Oversight and Planning Division, OIG*
24      *Headquarters*

29   Q   Please state your full name.

31   A   Michael Richard Phelps

32   Q   Please state your title and grade.

33   A   Deputy Assistant Inspector General for Audit, SES


Initials



Exhibit E3

Page 1 of 17

1  Q  Please state the name of the agency for which you work, the organizational
2  unit to which you are assigned, and the address of your duty station.
3  A  US Dept of Housing and Urban Development, Office of Inspector General,
4  Office of Audit, 451 7th St. SW Washington DC 20410
5  Q  How long have you held your current position?
6  A  Since October 22, 1989
7  Q  Please state your race.
8  A  Caucasian
9  Q  Please state your gender.
10 A  male
11 Q  Please state your age (date of birth).
12 A  59 years old. 11/04/1945
13 Q  Have you previously participated in the EEO process? If so, when and in
14 what way?
15 A  On more than one occasion, I have been named as the alleged discriminating
16 official and I have been management's representative in ADR sessions.
17 Q  Were you aware Complainant had participated in the EEO process? If so,
18 when and how did you become aware?
19 A  Yes, although I cannot specifically remember who told me, it could have
20 been Peggy Matthews from our EEO office, Mr. Michael Stephens, my 2nd level
21 supervisor or someone from our Counsel's office that told me.
22 Q  Please identify your first and second level supervisors by name and title.

1  A    1st level - James Heist, Assistant Inspector General for Audit

2  2nd level - Michael Stephens, Deputy Inspector General

3  Q    What is your organizational relationship to Complainant?

4  A    Currently she does not report to me. Previously October 2000 up through

5  April 2004, I was her 1st level supervisor.

6

7  **1.    Subjected to hostile work environment from December 2002 to April 2004**

8  Q    Ms Elion contends she was subjected to a hostile work environment from

9  December 2002 to April 2004. Did she ever bring to your attention concerns of a

10 hostile work environment? If so, what were her concerns? What action did you take

11 in regards to her concerns?

12 A    The complainant never told me she had concerns about a hostile work

13 environment.

14 Q    To your knowledge, does the Agency have a policy regarding raising

15 concerns of harassment/hostile work environment? If so, what is your

16 understanding of that policy?

17 A    Yes. My understanding is that the Department has a policy and anyone is

18 entitled to file a complaint. OIG also has an Ombudsman Program available to

19 employees to address concerns on in informal basis.

20 Q    Have all management personnel within your office received the appropriate

21 training in the policy?

22 A    To the best of my knowledge yes.

Initials _MW_

1   Q   Has the policy been communicated to all employees? If yes, how?

2   A   Through training and email.

3   Q   Ms. Elion contends the reorganization was used as a form of retaliation
4       against her. Please state specific reasons for the abolishment of Ms. Elion's former
5       office, the Headquarters Audits Division of OIG.

6   A   While I had no direct involvement in the decision, I have read the proposal
7       memorandum dated April 20, 2004, prepared by James Heist. From my discussions
8       with James Heist, I understand that this was a business decision based on
9       organizational workload and staffing implications.

10  Q   Were the functions of the Headquarters Audits Division transitioned to
11      another office/division? If so, where were they transitioned?

12  A   Although I had no direct involvement in the reorganization I understand the
13      on-going workload was transferred to our Information Systems Audits Division.

14  Q   Please provide the name of the individual(s) that assumed the overall
15      responsibility of the duties performed by Ms. Elion's former office.

16  A   Although I had no direct involvement in the reorganization I understand the
17      on-going workload was transferred to our Information Systems Audits Division
18      and future audits will be handled by our regional offices or other Headquarter'
19      divisions.

20  Q   Were other divisions/offices impacted by the reorganization? If so, please
21      provide the names of the offices and how they were impacted.

Initials *NRP*

1     A     I am not aware of any impact from this organizational realignment

2          particularly because prior to the actual reorganization, audits were already being

3          handled by our regional offices or other Headquarter' divisions which I understand

4          factored into the decision for the reorganization.

5     Q     Please explain how the abolishment of Ms. Elion's office helped to improve

6          the organization.

7     A     Although I had no direct involvement in the decision, I know that the

8          number of staff had dwindled do to the complainant's unsuccessful attempts to hire

9          staff and a subsequent hiring freeze. The organizational realignment also allowed

10          for the redistribution of staff to mission critical functions.

11     Q     Was Ms. Elion's race a factor in reorganization/abolishment of her position?

12     A     No, to the best of my knowledge or belief.

13     Q     Was her gender a factor?

14     A     No, to the best of my knowledge or belief.

15     Q     Was her age a factor?

16     A     No, to the best of my knowledge or belief.

17

18     Q     Was the reorganization/abolishment of Ms. Elion's position an act of reprisal

19          for her filing an EEO complaint?

20     A     No, to the best of my knowledge or belief.

21

22     Q     Ms. Elion contends that during the period June 2001 and October 2002, her

23          ability to hire replacement staff was hindered by a reduction in staffing and

24          reassignment of existing staff to 2-month details. Ms. Elion also contends that,

Initials _/s/_

1  during this same period, there was a nationwide recruitment campaign in place.
2  Was Ms. Elion hindered from hiring replacement staff during the period in
3  question? If so, what were the reasons?
4  A    I am not sure I understand the question, i.e., "...her ability to hire
5  replacement staff was hindered by a reduction in staffing and reassignment of
6  existing staff to 2-month details." Staff reductions or reassignments would not
7  impact the manager's ability to hire replacement staff. The complainant and her
8  Assistant Director were responsible for recruiting and hiring activities. The shortage
9  of staff would not have affected their ability.
10 To the extent hiring was allowed the complainant was treated the same as all
11 managers. The Office of Audit ceiling was cut from 315 to 301 for fiscal year 2002.
12 We began downsizing in July 2001 and were not recruiting nationwide. During the
13 year, based on the decreased workload of her office, we made an organizational
14 decision to reduce her office's ceiling. Most of our regional offices were also cut.
15 However, the complainant was authorized to hire an ARIGA. The complainant
16 advertised and conducted interviews but never filled the ARIGA slot vacated by Joe
17 Richardson in January 2002. With two impending vacancies in November 2002 the
18 complainant was again authorized to begin recruiting in September.
19 Subsequent to September 2002, when we were in a hiring mode, the complainant
20 had authority to hire and even to go over ceiling, the same as all other managers.
21 However, she was unsuccessful in filling her vacancies. In many cases she would
22 advertise and then cancel announcements. On more than one occasion she also

1    made offers to people who later turned her down. I have an email dated February

2    2003 telling her she could fill three slots which allowed her to go one over ceiling.

3    The complainant participated very closely with Norfolk State University's

4    Placement Office and various mentoring programs; however, she never had any

5    success in recruiting graduates.

6    The below chart shows staffing levels from June 2001 to October 2002.

| DATE | CEILING | ON BOARD | COMMENT |
|---|---|---|---|
| Jun-01 | 14 | 14 | |
| Jun-01 | 14 | 15 | white hired |
| Jul-01 | 14 | 14 | hobbs left vacancy announced |
| Sep-01 | 13 | 12 | ceiling reduced, nelson and taylor left |
| Nov-01 | 13 | 11 | irrizzary left |
| Feb-02 | 13 | 10 | richardson left vacancy announced |
| Mar-02 | 11 | 10 | ceiling reduced |
| Jun-02 | 9 | 9 | reorganized and waters left, ceiling reduced |
| Oct-02 | 9 | 9 | |

7

8    With respect to the "...reassignment of existing staff to 2-month details", I am

9    assuming this relates to the assignment of staff for the Department's Financial

10    Audit. The financial audit is routinely staffed by detailing auditors from around the

11    country. The Headquarters Audit Division provided part of that staff.

12

13    It should also be noted that between June 2001 and October 2002 two staff members

14    requested and were granted transfers out of the complainant's division due to issues

15    with the way the complainant managed her staff. In fact, one staff member was

16    going to resign, but they agreed to stay if I would transfer the employee. Both staff

Initials _MP_

1   continued to excel within the Office of Audit. Early in 2004 another member of the

2   complainant's staff actually submitted his written resignation due to his concerns

3   with the way he was treated by the complainant. He was transferred to another

4   division and has performed in a highly successful manner.

5

6   Q   During the same period, were other divisions within OIG restricted in

7   hiring? If so, please provide the names of the divisions and explain how they were

8   similarly impacted. If not, why?

9   A   This chart shows the impact of the ceiling reduction on all offices. Hiring

10  was impacted for all of them.

| REGION | 2001 CEILING | 2002 CEILING |
|---|---|---|
| BOSTON | 20 | 19 |
| NY | 25 | 24 |
| PHIL | 29 | 28 |
| ATLANTA | 43 | 41 |
| CHICAGO | 33 | 31 |
| FT WORTH | 30 | 28 |
| KC | 14 | 13 |
| DENVER | 12 | 12 |
| SAN FRANCISCO | 30 | 29 |
| SEATTLE | 15 | 14 |
| FINANCIAL AUDITS | 17 | 16 |
| RESEARCH AND PLANNING | 11 | 10 |

11

12  Q   Was Ms. Elion's race a factor in not being allowed to hire replacement staff?

13  A   No

14  Q   Was her gender a factor?

Initials _[signature]_

1   A   No

2   Q   Was her age a factor?

3   A   No

4   Q   Was not being allowed to hire replacement staff an act of reprisal for her
5   filing an EEO complaint?

6   A   No and I am not aware that she had filed an EEO complaint during the time
7   period in question.

8   Q   Ms. Elion contends that although the Headquarters Audit Division ranked
9   4th, she did not receive recognition or any awards or bonuses for the
10   accomplishments of the Headquarters Audits Division under her leadership. She
11   further states other managers received not only recognition but also monetary
12   awards. Was Ms. Elion given awards or bonuses for the accomplishments of the
13   Headquarters Audits Division under her leadership? If so, what type of award(s)
14   did she receive? If not, please explain your reason(s) for not awarding Ms. Elion for
15   her accomplishments.

16   A   The reference to "ranked 4th" causes me to assume this question refers to last
17   year's awards for fiscal year 2003. Actually, the complainant's office was tied with
18   another office for 4th. That office manager did not receive any award either. An
19   office's ranking was just one of the factors that were considered in the performance
20   ratings of managers. Timely completion of audits and issuance of reports also was a
21   critical factor. Managing the overall office operations including personnel issues was
22   another factor. During my performance rating discussion with the complainant I

Initials _____

1  pointed out the need for improving the timeliness of reports. The most significant
2  audit performed during the rating period was not issued in a timely manner. This
3  audit was requested by senior Departmental management and should have been
4  completed in a timelier manner. I also discussed my concerns with her not
5  maintaining staffing levels, i.e. not filling vacancies when the opportunity arose. I
6  was also concerned about staff that had left or asked to be transferred from her
7  division because of concerns with the management of the office.
8
9  Additionally, it must be noted that, based on OIG Manual Chapter 1451, awards are
10 not tied to performance ratings. Awards are based on special achievements and
11 other specifically enumerated activities throughout the year. It should be noted that
12 other managers did not get awards for fiscal year 2003, including the office that was
13 tied for the 4th place ranking. In the final analysis, I did not believe the
14 complainant's management of the Headquarters Audit Division was worthy of
15 special recognition.
16 Q    Was Ms. Elion's race a factor in her not receiving awards and bonuses?
17 A    No
18 Q    Was her gender a factor?
19 A    No
20 Q    Was her age a factor?
21 A    No

Initials _/MP_

1  Q  Was Ms. Elion's not receiving awards and bonuses an act of reprisal for her
2  filing an EEO complaint?
3  A  No
4  Q  Ms. Elion contends that she was directed to take action against another Black
5  female employee (Donna Hawkins) for alleged alcohol and leave abuse when she
6  did not consider it appropriate. She contends this incident is a form of retaliation.
7  Was Ms. Elion directed to take disciplinary action against Ms. Hawkins? If so, what
8  action was she directed to take?
9  A  I have no knowledge of the complainant ever being directed to take action
10 against Donna Hawkins.
11 Q  Did Ms. Elion inform you that she did not consider it appropriate to take
12 action against Ms. Hawkins? If so, what were her reasons for not wanting to take
13 action?
14 A  No
15 Q  Was Ms. Elion's race a factor in directing her to take disciplinary action
16 against Ms. Hawkins?
17 A  No
18 Q  Was her gender a factor?
19 A  No
20 Q  Was her age a factor?
21 A  No

Initials _/MF_

1  Q    Was directing Ms. Elion's to take disciplinary action against Ms. Hawkins an
2  act of reprisal for her filing an EEO complaint?
3  A    No
4  Q    Would you like to add anything else regarding this claim?
5  A    Yes, there appears to be some confusion regarding this claim. While I never
6  directed the complainant to take action involving Donna Hawkins, I did direct the
7  complainant to address potential leave abuse with Pam Collins (Caucasian female)
8  who was her secretary. I instructed the complainant to work with our Human
9  Resources Office to determine if a pattern of leave abuse was evident and if so to
10 seek guidance as to the appropriate action. Also, I instructed her to counsel Ms.
11 Collins that the Employee Assistance Program is available to her. Human Resources
12 determined that in fact leave abuse had been occurring for a long time and Ms.
13 Collins was put on leave restriction.
14 2.    **Reassigned to non-supervisory position**
15 Q    Ms. Elion contends that on April 21, 2004, she was reassigned to the position
16 of Special Assistant, Office of Inspector General without supervisory responsibility.
17 Was Ms. Elion reassigned? If so, to what position?
18 A    Yes, to be Special Assistant to the AIGA
19 Q    Please state the specific reason(s) for reassignment and whether the
20 reassignment was to a position without supervisory responsibility.
21 A    Although I did not have any direct involvement regarding the reassignment,
22 I understand that Mr. Heist reassigned the complainant to the special assistant

1   position, which is a non-supervisory position, because it was the only GS 15 position
2   available and he did not wish to affect her grade.
3   Q   Was Ms. Elion the only senior level manager reassigned? If not, please
4   provide the name(s) of the individuals who were reassigned and the reasons for the
5   reassignments.
6   A   The complainant was the only senior level manager reassigned as a result of
7   disbanding the Headquarters Audit Division.
8   Q   Please describe the differences in the level and duties Ms. Elion performed
9   prior to the reassignment and in her new assignment.
10  A   Although I have no direct knowledge regarding complainant's duties, my
11  understanding is that the complainant is now responsible for high-level special
12  projects that assist Mr. Heist.
13  Q   Was the reassignment an existing position within the OIG or created
14  specifically for Ms. Elion's?
15  A   It was an existing position.
16  Q   Please explain why Ms. Elion was not given a lateral reassignment (with
17  supervisory responsibility and a similar level of work) to another area of OIG or
18  within the agency.
19  A   My understanding was that no available GS 15 supervisory positions existed.
20  Q   Was Ms. Elion's race a factor in her reassignment?
21  A   No, to the best of my knowledge or belief.
22
23  Q   Was her gender a factor?

Initials _[signature]_    Page 13 of 17

1  A   No, to the best of my knowledge or belief.

3  Q   Was her age a factor?

4  A   No, to the best of my knowledge or belief.

6  Q   Was Ms. Elion's reassignment an act of reprisal for her filing an EEO
7  complaint?

8  A   No, to the best of my knowledge or belief.

10  Q   Would you like to add anything else regarding this claim?

11  A   No

12  **3.   Not given consideration for position of Director, Technical Oversight and**
13  **Planning Division.**

14  Q   Ms. Elion contends she was not given consideration for the position of
15  Director, Technical Oversight and Planning Division. Was Ms. Elion considered for
16  the position? If not, why?

17  A   I have no direct knowledge regarding this. However, I do know that the
18  complainant had not expressed an interest in the position. Moreover, I do not
19  believe Mr. Heist had any level of confidence that the complainant was capable of
20  performing the duties of the position in an acceptable manner.

21  Q   If Ms. Elion was considered for the position, why was she not selected?

22  A   See answer above.

23  Q   What role did you play in the request or approval of the reassignment of
24  Robert Gwin to the referenced position?

25  A   I did not have a role in this decision.

Initials _MRS_                                                                                    Page 14 of 17

1   Q   Was there a selection process? If so, what was the processed used?

2   A   I have no direct knowledge of the process.

3   Q   What were the criteria used to determine the best-suited candidate for the
4   position?

5   A   While I have no direct knowledge of this,. as I was not involved, as stated
6   above I do not believe Mr. Heist had any level of confidence that the complainant
7   could perform the duties of the position in an acceptable manner. On the other hand,
8   I understood that Mr. Heist had a great deal of confidence in Mr. Gwin, whom he
9   selected for the position, based on his past performance in the organization, level of
10  experience, and length of service.

11  Q   Was Ms. Elion's race a factor in her not being selected for the position of
12  Director, Technical Oversight and Planning Division?

13  A   No, to the best of my knowledge or belief.
14

15  Q   Was her gender a factor?

16  A   No, to the best of my knowledge or belief.
17

18  Q   Was her age a factor?

19  A   No, to the best of my knowledge or belief.
20

21  Q   Was Ms. Elion's reassignment an act of reprisal for her filing an EEO
22  complaint?

23  A   No, to the best of my knowledge or belief.
24

Initials _____                                                    Page 15 of 17

1

2   Q   Would you like to add anything else regarding this claim?

3   A   No

4   Q   Would you like to add anything else to your statement?

5   A   No

1   I have read this statement consisting of _12_ pages, and I have made all the

2   necessary changes, additions or corrections, and I have signed or initialed every

3   page.

4   I hereby declare under penalty of perjury that the foregoing statement is true,

5   correct, and complete to the best of my knowledge and belief.

6   Signature: _[signature]_

7   Date: _12/17/2004_

8   Subscribed and sworn to before me this _28_ day of _December_ 2004.

9   _[signature]_

10  EEO Investigator, Southwind

11  Or

12  _[signature]_

13  ~~Notary Public~~ Witness, 12/17/04

14  My commission expires: _____

15

16

Initials _MR_                                                   Page 17 of _17_