**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 05-0992 (PLF) |
| v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary Of Housing And | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT REPORT AND PROPOSED SCHEDULING ORDER**

Subject to the approval of the Court, the parties to the above actions hereby submit the following Joint Report and Proposed Scheduling Order, in accordance with Rule 16, Fed. R. Civ. P., and LCvR 16.3.

1.) Discovery in this case, which will consist of the resumption and completion of plaintiff's deposition, will conclude no later than October 6, 2006.

2.) Defendant's motion for summary judgment will be filed on or before November 17, 2006; plaintiff's opposition to defendant's motion will be filed on or before December 20, 2006; and defendant's reply will be filed on or before January 12, 2006.[1]

---

[1]    Due to previous trial schedules and the end of the year holidays, counsel for the parties are unable to brief defendant's anticipated dispositive motion any sooner.

SO STIPULATED:


_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100



_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968
Counsel for Plaintiff



_____/s/_____
Kenneth L. Wainstein, Esq.
United States Attorney
  D.C. Bar No. 451058



_____/s/_____
RUDOLPH CONTRERAS,
Assistant United States Attorney
D.C. BAR #434122



_____/s/_____
John C. Truong
  D.C. Bar No. 465901
Office of the U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone (202) 307-0406

Counsel For Defendant


SO ORDERED:




_____
UNITED STATES DISTRICT JUDGE


Dated this _____ day of September, 2006.