UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
SAUNDRA G. ELION,                  )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )   Civil Action No. 05-0992 (PLF)
                                   )
ALPHONSO R. JACKSON,               )
  Secretary of U.S. Department of )
  Housing and Urban Development, )
                                   )
    Defendant.                     )
_____)


SCHEDULING ORDER

        The parties appeared for a status conference on August 10, 2006. At the status conference, counsel informed the Court that a dispute had arisen over production of an e-mail in the course of a deposition being taken just prior to the close of discovery. The Court vacated the briefing schedule set at that time, and plaintiff subsequently filed a motion for sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure. The Court granted plaintiff's motion for sanctions on September 8, 2006. Based upon the parties' September 15, 2006 Joint Report and Proposed Scheduling Order, it is hereby ORDERED that

        1.    Discovery in this case, which will consist of the resumption and completion of plaintiff's deposition, shall be completed by October 6, 2006. Counsel must resolve all further discovery disputes or bring them to Magistrate Judge Robinson's attention, to whom such disputes have been referred, in a timely manner so as to allow sufficient time for the completion of discovery by this date.

      2.      Dispositive motions shall be filed on or before November 17, 2006; oppositions by December 20, 2006; and replies, if any, by January 12, 2006.

      3.      Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

      SO ORDERED.

      _____/s/_____
      ELLEN S. HUVELLE
      United States District Judge

      (for PAUL L. FRIEDMAN)

DATE: September 18, 2006