UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 05-0992 (PLF) |
| v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**
**(PUBLIC VERSION PLAINTIFF'S MOTION FOR SANCTIONS)**

Plaintiff to the above action respectfully requests that the Court take notice of the attached Public Version of Plaintiff's Motion for Sanctions, which is being filed with defendant's consent. The Court's Order of September 9, 2006, which is already on the public docket, adjudicated this matter by granting Plaintiff's Motion.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968
Counsel for Plaintiff