UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION,              )<br>                                          )<br>     Plaintiff,                    )<br>                                          )<br>     v.                              )<br>                                          )<br>ALPHONSO R. JACKSON,   )<br>                                          )<br>     Defendant.                 )<br>_____)   | Civil Action No. 05-0992 (PLF)<br>ECF |

**DEFENDANT'S CONSENT MOTION TO AMEND
THE SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests that the Court amend the Scheduling Order and move all dates by 14 days. See Sept. 18, 2006 Minute Order. Pursuant to Local Rule 7(m), the parties' counsel conferred and Plaintiff's counsel consented to this Motion.

There is good cause to amend the Scheduling Order. At present, Defendant's Motion for Summary Judgment is due on November 17, 2006. Defendant fully intended to meet this deadline; however, there is an evidentiary matter that Defendant believes counsel for the parties must resolve before Defendant could submit its dispositive motion. Plaintiff's counsel (Mr. Robert Seldon) is currently in trial. The requested extension of time would give counsel for the parties an opportunity to resolve this evidentiary matter informally.

Accordingly, Defendant respectfully requests that the Court amend the Scheduling Order as follows:

| Events | Current Dates | Proposed Dates |
|---|---|---|
| Dispositive Motions | November 17, 2006 | December 1, 2006 |
| Oppositions | December 20, 2006 | January 4, 2007 |
| Replies | January 12, 2007 | January 29, 2006 |

Dated: November 13, 2006.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAUNDRA ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0992 (PLF) |
| ) | ECF |
| ALPHONSO R. JACKSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION
TO AMEND THE SCHEDULING ORDER**

Upon consideration of Defendant's Consent Motion to Amend the Scheduling Order and the entire record herein, it is _____ this day of _____, 2006,

ORDERED that Defendant's Consent Motion to Amend the Scheduling Order be and is hereby GRANTED; it is

ORDERED that the Scheduling Order issued on September 18, 2006, be and is hereby AMENDED as follows:

| Events | Dates |
|---|---|
| Dispositive Motions | December 1, 2006 |
| Oppositions | January 4, 2007 |
| Replies | January 29, 2006 |

SO ORDERED.

_____
U.S. District Judge