UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION,	) | |
| 	) | |
| 	Plaintiff,	) | |
| 	) | |
| 	v.	) | Civil Action No. 05-0992 (PLF) |
| 	) | ECF |
| ALPHONSO R. JACKSON,	) | |
| 	) | |
| 	Defendant.	) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND
THE NOVEMBER 21, 2006 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests that the Court amend the November 21, 2006 Minute Order and extend all deadlines by approximately six weeks. See Nov. 21, 2006 Minute Order. Pursuant to Local Rule 7(m), the parties' counsel conferred and Plaintiff's counsel stated: "Plaintiff has no objection to the extension sought by defendant, provided defendant will not seek any further enlargement, absent circumstances not presently foreseen."

There is good cause to amend the Scheduling Order. At present, Defendant's Motion for Summary Judgment is due on December 1, 2006. Defendant fully intended to meet this deadline; however, the parties have not been able to resolve an evidentiary issue that will affect the parties' filings. Counsel for the parties have had discussions on how to resolve this evidentiary issue but additional time is needed to resolve the issue.

Accordingly, Defendant respectfully requests that the Court amend the Minute Order as follows:

| Events | Current Dates | Proposed Dates |
|---|---|---|

| Dispositive Motions | December 1 2006 | January 18, 2007 |
| --- | --- | --- |
| Oppositions | January 4, 2007 | February 19, 2007 |
| Replies | January 29, 2007 | March 13, 2006[1] |

Dated: November 29, 2006.    Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

---

[1] Defendant needs three weeks to file its reply because the undersigned has a jury trial with Judge Walton from March 5 through March 9, 2007.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAUNDRA ELION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0992 (PLF) |
| | ) | ECF |
| ALPHONSO R. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION**
**TO AMEND THE NOVEMBER 21, 2006 MINUTE ORDER**

Upon consideration of Defendant's Consent Motion to Amend the November 21, 2006 Minute Order and the entire record herein, it is _____ this day of _____, 2006,

ORDERED that Defendant's Unopposed Motion to Amend the November 21, 2006 Minute Order be and is hereby GRANTED; it is

ORDERED that the November 21, 2006 Minute Order  be and is hereby AMENDED as follows:

| Events | Dates |
|---|---|
| Dispositive Motions | January 18, 2007 |
| Oppositions | February 19, 2007 |
| Replies | March 13, 2007 |

SO ORDERED.

_____
U.S. District Judge