UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION,           ) | |
|                          ) | |
|     Plaintiff,           ) | |
|                          ) | |
|     v.                   ) | Civil Action No. 05-0992 (PLF) |
|                          ) | ECF |
| ALPHONSO R. JACKSON,     ) | |
|                          ) | |
|     Defendant.           ) | |
| _____) | |

*ERRATA RE: DEFENDANT'S UNOPPOSED
MOTION TO AMEND THE NOVEMBER 21, 2006 MINUTE ORDER*

The undersigned misunderstood the latest exchange of e-mail correspondence with Plaintiff's counsel and, therefore, mistakenly thought that Plaintiff's counsel did not oppose the Motion to Amend the November 21, 2006 Minute Order (Dkt. No. 26).

Counsel for the parties further conferred subsequent to Defendants' filing of the Unopposed Motion to Amend the November 21, 2006 Minute Order and Defendant now clarifies that Plaintiff opposes the Motion (Dkt. No. 26). Therefore, the Motion to Amend should be titled as "Defendant's Motion to Amend the November 21, 2006 Minute Order."

Dated: November 29, 2006.            Respectfully Submitted,


                                       /s/  Jeffrey A. Taylor
                                     JEFFREY A. TAYLOR, D.C. BAR # 498610
                                     United States Attorney


                                       /s/  Rudolph Contreras
                                     RUDOLPH CONTRERAS, D.C. BAR #434122
                                     Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant