```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


SAUNDRA G. ELION,                )
                                 )
     Plaintiff,                  )
                                 )   Civ. Action No. 05-0992 (PLF)
          v.                     )
                                 )
ALPHONSO R. JACKSON,             )
   Secretary Of Housing And      )
   Urban Development,            )
                                 )
     Defendant.                  )
                                 )
```

### OPPOSITION TO DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

The Court issued the original scheduling Order in this case over a year ago, on September 9, 2005. It set June 15, 2005, as the date for defendant to move dispositively; granted plaintiff 45 days to oppose; and gave defendant two weeks to reply.

Due entirely to the continued failure of defendant to meet these deadlines as extended, defendant has now sought an additional 45 days to commence dispositive briefing. Defendant's latest motion to amend has now cumulatively proposed to postpone the commencement of dispositive briefing for a total of seven months. Defendant has also proposed that it be granted six weeks to reply.

Counsel for plaintiff has cooperated with the professional demands and personal obligations of defendant's counsel. However, at this point, plaintiff respectfully submits that defendant's repeated delays are cumulatively inappropriate and that any further extension should be conditioned on there being no further extensions for defendant. Plaintiff also submits that defendant should not be granted more than two weeks to reply.

1

```
                              Respectfully submitted,


                              _____/s/_____
                              Robert C. Seldon, Esq.
                                D.C. Bar No. 245100


                              _____/s/_____
                              Molly E. Buie, Esq.
                                D.C. Bar No. 483767
                              Robert C. Seldon & Associates, P.C.
                              1319 F Street, N.W.
                              Suite 305
                              Washington, D.C.  20004
                              (202) 955-6968

                              Counsel for Plaintiff
```

2