UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
|     Plaintiff, | ) ) ) ) Civ. Action No. 05-0992 (PLF) |
|         v. | ) ) |
| ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development, | ) ) ) ) |
|     Defendant. | ) ) |

**ORDER**

Upon consideration of Defendant's Motion to Amend the November 21, 2006, Minute Order, Plaintiff's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.

ORDERED that Defendant shall have until January 18, 2007, to file a motion for summary judgment with no further enlargements.

ORDERED that Plaintiff shall have until March 1, 2007, to file her opposition to defendant's motion.

FURTHER ORDERED that Defendant shall have until March 15, 2007, to file a reply in support of its summary judgment motion or, if the Court grants an enlargement of time to plaintiff to oppose summary judgment, to no longer than two weeks to reply on summary judgment with no further enlargements.

Dated this _____ day of _____, 2006.

---------------------------------------
**UNITED STATES DISTRICT JUDGE**