UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION,                        )<br>                                          )<br>     Plaintiff,                          )<br>                                          )   Civ. Action No. 05-0992 (PLF)<br>          v.                              )<br>                                          )<br>ALPHONSO R. JACKSON,                      )<br>   Secretary Of Housing And               )<br>   Urban Development,                     )<br>                                          )<br>     Defendant.                           )<br>_____) | |

**PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION**

Plaintiff to the above action respectfully moves the Court, pursuant to Rules 7 and 50, Fed. R. Civ. P., for partial reconsideration of the Minute Order of December 1, 2006, so that it will provide for no further extensions of time for defendant to move for summary judgment, beyond January 18, 2007.

Counsel for defendant was been advised of this Motion and declined to provide a position.

The grounds in support of this Motion are as follows.

1.) The Court's Minute Order granted defendant almost seven more weeks to move for summary judgment, from December 1, 2006, until January 18, 2007.[1]

2.) The original Scheduling Order issued by the Court set June 15, 2005, as the date for defendant to move dispositively (Scheduling Order of Sept. 9, 2005).

---

[1] Defendant's Motion to Amend which led to the issuance of the Minute Order erroneously stated that it was unopposed.

1

3.) Defendant's latest motion to amend the Scheduling Order has postponed the commencement of dispositive briefing for a total of seven months beyond the schedule originally fixed by the Court.

4.) The delay in the commencement of dispositive briefing has, with one very brief exception, been due entirely to defendant's failure to conduct discovery and commence dispositive briefing in a timely fashion.

5.) Although counsel for plaintiff has been sympathetic to the professional demands and personal obligations of defendant's counsel, the cumulative effect of the extensions sought by defendant has impaired plaintiff's right to have this case adjudicated promptly.

Accordingly, for the foregoing reasons, plaintiff respectfully moves the Court to partially reconsider its Minute Order of December 1, 2006, so that it requires defendant to initiate dispositive briefing on January 18, 2007, without further extension.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff