UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION,<br><br>   Plaintiff,<br><br>      v.<br><br>ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development,<br><br>   Defendant. | )<br>)<br>)<br>)  Civ. Action No. 05-0992 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiff's Motion for Partial Reconsideration, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

FURTHER ORDERED that Defendant shall have until January 18, 2007, to file a motion for summary judgment with no further enlargements.

Dated this _____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

1