UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA G. ELION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 05-cv-992(PLF) |
| | ) | |
| ALPHONSON R. JACKSON, | ) | ECF |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR PARTIAL RECONSIDERATION**

Defendant feels compelled to respond to Plaintiff's Partial Motion for Reconsideration (Dkt. No. 29), to provide the Court with a more complete picture of the circumstances in this case.

First, Plaintiff's Motion for Partial Reconsideration argues that the Court should not allow Defendant any more extensions of time to file his dispositive motion because Defendant caused the delay in the commencement of the dispositive briefing. Plaintiff, however, neglected to explain that the delay in the dispositive briefing was caused by the extension of the discovery deadline. The discovery deadline was extended to accommodate the schedules of the witnesses and counsel for <u>both</u> parties.

Second, Plaintiff is correct in claiming that Defendant mistakenly captioned the "latest" motion for an extension as "unopposed." <u>See</u> Pl. Mot. at 1 n.1. Plaintiff insinuated that the Court granted the motion thinking that the motion was "unopposed." However, Plaintiff neglected to explain that Defendant immediately filed an *errata* with the Court explaining the

misunderstanding and advised the Court that Plaintiff did not consent to the Motion for an Extension of Time.  See Dkt. No. 27.  In fact, Defendant mistakenly filed the "unopposed" extension at 6:03pm (see Dkt. No. 26); however, upon learning from Plaintiff's counsel of the mistake, Defendant filed an *errata* with the Court at 6:32pm – less than thirty minutes later.  See Dkt. No. 27.  Plaintiff then also filed her own opposition to Defendant's "unopposed" extension motion at 8:34pm.  See Dkt. No. 28.  The Court, being fully informed of the parties' position, granted the motion on December 1, 2006, two days later.

Finally, Plaintiff neglected to explain that the reason for Defendant's "latest" extension motion was the parties' need to resolve an evidentiary issue –  the subject of the Court's September 8, 2006 Sanction Order.  In the September 2006 Order, the Court excluded the "Stephens April 2004" email holding that Defendant failed to timely produce that document during the discovery period ending in August 2006.  See Dkt. No. 21.  At present, it appears that Defendant produced the "Stephens April 2004" email in March 2006, approximately five months prior to the close of discovery.  Therefore, the basis for the sanction – untimely production – disappears.  Defendant advised Plaintiff of this fact and informed her that Defendant intended to seek reconsideration of the sanction order.  The parties have exchanged correspondence on this issue and  are cooperating in good faith to resolve the issue without judicial involvement.  However, to the extent that the parties could not resolve this issue sufficiently in advance of Defendant's dispositive motion deadline (January 18, 2007), Defendant will file a motion to set aside the sanction order.  This motion will inevitably affect the dispositive motion deadline.  Therefore, it would be fundamentally unfair not to give Defendant a further extension of the dispositive motion deadline under any circumstances, as suggested in Plaintiff's Motion for

Partial Reconsideration.

    For the foregoing reasons, the Court should deny Plaintiff's Motion for Partial Reconsideration.

Dated: December 22, 2006.        Respectfully Submitted,

    /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA G. ELION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 05-cv-992(PLF) |
| | ) | |
| ALPHONSON R. JACKSON, | ) | ECF |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

ORDER

Upon consideration of Plaintiff's Motion for Partial Reconsideration, Defendant's Opposition, and the entire record herein, it is _____ this day of _____, 200_,

ORDERED that Plaintiff's Motion for Partial Reconsideration be and is hereby DENIED.

SO ORDERED.

_____
U.S. District Judge