UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0992 (PLF) |
| ) | ECF |
| ALPHONSO R. JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION TO AMEND
THE DECEMBER 1, 2006 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests that the Court amend the December 1, 2006 Minute Order and extend all deadlines by two weeks after the Court rules on Defendant's motion for reconsideration filed simultaneously herewith. See Dec. 1, 2006 Minute Order. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion.

There is good cause to amend the December 1, 2006 Minute Order. At present, Defendant's Motion for Summary Judgment is due on January 18, 2007; Plaintiff's Opposition is due on February 19, 2007, and Defendants' Reply is due on March 13, 2007. Defendant fully intended to meet the January 18, 2007, due date; however, the parties have not been able to resolve an evidentiary issue that will affect that filing as well as the remaining filings in the summary judgment briefing cycle. Specifically, as explained in "Defendant's Consent Motion for Reconsideration" – concurrently filed herewith – on September 8, 2006, the Court issued an order prohibiting Defendants from offering in evidence the "Stephens April 2004" email, holding that Defendant failed to timely produce that document during the discovery period ending in August 2006. See Dkt. No. 21. At present, it appears that Defendant may have produced the "Stephens April 2004" email in March 2006, approximately five months prior to the close of

discovery. Therefore, the basis for the sanction – untimely production – disappears. Defendant advised Plaintiff's counsel of this fact and informed him that Defendant intended to seek reconsideration of the sanction order. Since that time, the parties have been working diligently to resolve this issue. Specifically, the parties have now reached an agreement whereby Plaintiff has consented to Defendant's motion for reconsideration and to vacate the sanction order. Accordingly, Defendant is concurrently filing the reconsideration motion with this Motion to Amend.

Given these facts, the Court should grant this motion and extends all deadlines by two weeks from the date the Court rules on Defendants' motion for reconsideration.

Dated: January 17, 2007.                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/   Jeffrey A. Taylor
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　 /s/   Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　 /s/   John C. Truong
　　　　　　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. BAR #465901
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　　　(202) 307-0406

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAUNDRA ELION, )
 )
   Plaintiff, )
 )
   v. ) Civil Action No. 05-0992 (PLF)
 ) ECF
ALPHONSO R. JACKSON, )
 )
   Defendant. )

## ORDER GRANTING DEFENDANT'S CONSENT MOTION
## TO AMEND THE DECEMBER 1, 2007 MINUTE ORDER

Upon consideration of Defendant's Consent Motion to Amend the December 1, 2006 Minute Order and the entire record herein, it is _____ this day of _____, 2007,

ORDERED that Defendant's Motion to Amend the December 1, 2006 Minute Order be and is hereby GRANTED; it is

ORDERED that all deadlines be and are hereby EXTENDED by two weeks after the Court's ruling on Defendants' Consent Motion for Reconsideration of the September 8, 2006 Order.

SO ORDERED.

                                                                                                                          _____
                                                                                                                         U.S. District Judge