| Nicholas Kehoe | To: Agnes Matthews/WHQ/HUDOIG@HUDOIG |
| 01/18/03 08:33 AM | cc: |
| | Subject: Re: Mike Stephens Meeting |

Very good, Peggy
Agnes Matthews

| Agnes Matthews | To: Nicholas Kehoe/WHQ/HUDOIG@HUDOIG |
| 01/17/03 02:32 PM | cc: |
| | Subject: Re: Mike Stephens Meeting |

Mr. Stephens and Ms. Elion seem to have had a productive meeting. After 1 1/2 hours, Ms. Elion agreed to Mr. Stephens' proposal to coordinate a meeting between Jim Heist, Mike Phelps, Sandi Elion, and himself. Mr. Stephens said that he would formulate the topics for the meeting in order to get answers to some of Sandi's issues and questions (e.g., why the organizational move to HQ, why micromanaging, etc.). Sandi consented to having a meeting before the January 30th ADR session. As of today, the date for the meeting has not been determined. Thanks. — Peggy

Nicholas Kehoe

| Nicholas Kehoe | To: Agnes Matthews/WHQ/HUDOIG@HUDOIG |
| 01/17/03 12:44 PM | cc: |
| | Subject: Re: Mike Stephens Meeting |

OK, thanks Peggy
Agnes Matthews

| Agnes Matthews | To: Nicholas Kehoe/WHQ/HUDOIG@HUDOIG |
| 01/17/03 09:30 AM | cc: |
| | Subject: Re: Mike Stephens Meeting |

Mr. Stephens did agree for me to attend the meeting. I told Sandi Elion that I would be there, but would not be participating in any discussions. I will make sure that Mr. Stephen understands that I am neutral and I am only interest in a problem resolution. Also, I will work with legal staff in preparing the settlement agreement if they reach a resolution. Thanks. — Peggy

Nicholas Kehoe

| Nicholas Kehoe | To: Agnes Matthews/WHQ/HUDOIG@HUDOIG |
| 01/16/03 06:49 PM | cc: |
| | Subject: Re: Mike Stephens Meeting |

You need to ensure that Mike Stephens knows first and agrees. I would go in and explain how this evolved and emphasize your neutrality and interest only in problem resolution. I do not like you being on

A



GOVERNMENT EXHIBIT A

03183

"one side" or the other....it sends the wrong message. Nick
Agnes Matthews

| | |
|---|---|
| **Agnes Matthews** <br> 01/16/03 10:14 AM | To: Nicholas Kahoe/WHQ/HUDOIG@HUDOIG <br> cc: <br> Subject: Mike Stephens Meeting |

Mr. Stephens will be meeting with Sandi Elkin on Friday morning. She requested that I accompany her to the meeting. It was understood that I will not participate; however, I will make a record of whatever issues are resolved and prepare a settlement agreement if needed. She consulted her attorney and he agreed to the meeting. We are asked to keep all discussions confidential.

Thanks,
Peggy