# *Project LAW*

Project On Liberty And The Workplace
1319 F Street, N.W., Suite 305
Washington, DC 20004
202-955-6968 · fax: 202-318-2287 · www.projectlaw.org

---

January 16, 2003

**VIA E-MAIL**
Ms. Peggy Matthews
Department of Housing and Urban Development
Office of Inspector General
451 Seventh Street, S.W.
Washington, D.C. 20410-4500


Re:   <u>Complaint of Saundra G. Elion</u>


Dear Ms. Matthews:

Ms. Elion has decided to accept the agency's offer that she and Mr. Stephens meet privately, one-on-one, before the upcoming mediation session. Our only condition is that this meeting be treated as part of the mediation process; in other words, anything said during it will remain confidential.


Very truly yours,

Robert C. Seldon

Cc:   Richard Johnson, Esq.

B

