December 21, 2001

MEMORANDUM FOR CHIEF FINANCIAL OFFICERS AND INSPECTOR GENERALS

FROM:             Mark W. Everson /s/
                  Controller

SUBJECT:          Future External Reporting Changes

    A basic tenet of the *President's Management Agenda* calls for improving financial performance by providing timely, reliable, and useful information. As we have already discussed in CFO Council and individual agency meetings with OMB, towards this end OMB will significantly accelerate financial reporting due dates in the future as well as require additional disclosures to facilitate the preparation and audit of the *Financial Report of the United States Government*. We recognize that accelerating due dates in the future will require reengineered processes. That is why OMB is providing three years advance notice of these due dates.

    OMB will amend OMB Bulletin No. 01-09, *Form and Content of Agency Financial Statements*, to accelerate year-end and quarterly reporting for CFO Act agencies and the Federal Government as well as to require additional disclosures in agency financial statements to support the Financial Report of the United States Government. As the Department of the Treasury moves closer to using agency audited financial statements to prepare the *Financial Report of the United States Government*, these disclosures will serve as building blocks for compiling future reports.

    Beginning with the fiscal year ending September 30, 2004, performance and accountability reports will be due to the President, OMB, and the Congress by November 15, 2004. The U.S. Treasury will be required to issue the *Financial Report of the United States Government* to the President and the Congress by December 15. In addition, beginning with the quarter ending March 31, 2004, agencies should prepare and submit to OMB its quarterly unaudited financial statements 21 days after the end of each quarter.

    We will provide further guidance in a future amendment to OMB's Form and Content Bulletin to assist in implementing these changes. We appreciate your efforts to meet the new due dates and reporting requirements.

    In addition, I have attached a summary schedule of the 2001 reporting dates. Your timely actions are essential to ensure that your agency's 2001 financial statements are issued by **February 27, 2002**, and the *Financial Report of the United States Government* is issued by the statutory due date of March 29, 2002.

Attachment



**Attachment**

### Key Due Dates for FY 2001 Reporting and Audit Cycle
### Agency Financial Statements and *Financial Report of the U.S. Government*

| Key Due Date | Requirement | Recipients[1] | Source of Requirement[2] |
|---|---|---|---|
| 12/31/01 | General Counsel's interim legal representation letters to IG and CFO's Management Schedule of disposition of legal responses for financial reporting purposes | GAO[3], Treasury, and DOJ[4] | Audit Bulletin[5] |
| 12/31/01 | Agency heads FMFIA reports for agencies not issuing accountability reports | President and OMB[6] | FMFIA |
| 02/01/02 | CFOs preliminary FACTS I data (ATB and NOTES) | Treasury | TFM, Vol. 1, Part 2, Ch. 4000 |
| 02/01/02 | CFOs preliminary Representations for Intragovernmental Activity and Balances | Agency IG, Treasury, and GAO | TFM, Vol. 1, Part 2, Ch. 4000 |
| 02/13/02 | CFOs **draft** financial reports | OMB RMO | Form and Content |
| 02/22/02 | CFOs final FACTS I adjustment data (ATB and Notes) | Treasury | TFM, Vol.1, Part 2, Ch. 4000 |
| 02/27/02 | Agency head's final financial reports | President, OMB, and the Congress | Form and Content |
| 03/01/02 | CFOs final FACTS I Account Groupings Worksheet | Agency IG, Treasury, and GAO | TFM, Vol. 1, Part 2, Ch. 4000 |
| 03/01/02 | CFOs final Representations for Intragovernmental Activity and Balances | Agency IG, Treasury, and GAO | TFM, Vol.1, Part 2, Ch. 4000 |
| 03/04/02 | IGs FACTS I Agreed-upon Procedures Report | Treasury, GAO and Agency CFO | TFM, Vol.1, Part 2, Ch. 4000 |
| 03/04/02 | IGs final Reports on CFO Representations for Intragovernmental Activity and Balances | Treasury and GAO | TFM, Vol. 1, Part 2, Ch. 4000 |
| 03/04/02 | IGs Representation Letter on independence and related matters | GAO | GAGAS |
| 03/06/02 | General Counsel's final legal representation letter[7] and CFO's Management Schedule of disposition of legal responses for financial reporting purposes | DOJ, Treasury, and GAO | Audit Bulletin |
| 03/06/02 | CFOs copy of their management representation letter[8] | OMB, Treasury, and GAO | Form and Content |
| 03/20/02 | Justice Consolidated final legal representation letter | Treasury and GAO | GAGAS |
| 03/29/02 | Secretary of the Treasury's *Financial Report of the United States Government* | President and the Congress | GMRA |

## ENDNOTES:

1. The requested information may be delivered to the mailing addresses listed below. The required documents must be received by the recipients no later than the due dates indicated, or the following business day if the due date falls on a weekend or Federal holiday. Agencies should hand-carry, fax, or e-mail the information if it would not be in-hand on the due dates through normal mailing routes.

Department of Justice
Attn: Michele Miller
950 Pennsylvania Avenue, NW
Civil Division, Room 3140
Washington, DC 20503
E-mail: michele.miller@usdoj.gov

Department of the Treasury
Attn: Director, Financial Reports Division
Financial Management Service, Room 509B
3700 East-West Highway
Hyattsville, MD 20782
Telephone: (202) 874-9910
Fax: (202) 874-9907
E-mail: financial.reports@fms.treas.gov

Office of Management and Budget
Office of Federal Financial Management
Attn: Kim Geier/Ginger Moench
New Executive Office Building, Room 6025
725 17th Street, NW
Washington, DC 20503
Telephone: (202) 395-3993
Fax: (202) 395-3952
E-mail: kgeier@omb.eop.gov
      gmoench@omb.eop.gov

U.S. General Accounting Office
Attn: Cherry Clipper
441 G Street, NW, Room 5970
Washington, DC 20548
Telephone: (202) 512-8232
Fax: (202) 512-9193 or 512-5337
E-mail: engelg@gao.gov
E-mail: clipperc@gao.gov

2. **Source Documents:**

| | |
|---|---|
| Audit Bulletin: | OMB Bulletin No. 01-02, *Audit Requirements for Federal Financial Statements* at http://www.whitehouse.gov/omb/bulletins/b01-02.pdf |
| Form and Content: | OMB Bulletin No. 01-09, *Form and Content of Agency Financial Statements* at http://www.whitehouse.gov/omb/bulletins/b01-09.html |
| TFM: | Treasury Financial Manual, Volume I, Part 2-- Chapter 4000 at http://www.fms.treas.gov/tfm/vol1/v1p2c400.html |
| FMFIA: | Federal Manager's Financial Integrity Act of 1982 (P.L. 97-255) |
| GMRA: | Government Management Reform Act of 1994 (P.L. 103-356) |
| GAGAS: | Generally Accepted Government Auditing Standards |

3. Since GAO mail is detained due to recent events, please fax a copy of all documents to be received by GAO to 202/512-9193 or 202/512-5337 and hand deliver or courier the originals to the above address. Please be sure to call Cherry Clipper at 202/512-8232 to ensure she will be available to personally receive the original documents as they will not be accepted by GAO's front desk.

4. This year, OMB's copies of all interim and final Legal Representation Letters should be sent directly to DOJ.

5. DOJ has also provided additional guidance at http://www.usdoj.gov/civil/forms/legalrepinstructions.htm.

6. Because OMB is still not receiving external mail, please call Ginger Moench at 202-395-3995 or Kim Geier at 202-395-6905 to make delivery arrangements.

7. Cases that have not changed from the interim letter do not have to be individually listed again.

8. SAS 89, *Audit Adjustments*, effective for FY 2001 audits, requires a new management representation regarding the materiality of uncorrected financial statement misstatements aggregated by the auditor. A list of any uncorrected misstatements should be attached to the management representation letter.