

James Helst/WHQ/HUDOIG
04/21/2004 03:40 PM

To  Al Malloy/NYC/HUDOIG@HUDOIG, Barry Savill/BOS/HUDOIG@HUDOIG, Curtis Hagan/WHQ/HUDOIG@HUDOIG, D Bryan Saddler/WHQ/HUDOIG@HUDOIG, Daniel

cc  Salas/WHQ/HUDOIG@HUDOIG, Dennis Raschka/WHQ/HUDOIG@HUDOIG, Diana

bcc

Subject  HQ realignment

Due to budget constraints and mission workload requirements, we have decided to disband the Headquarters Audits Division. Saundra Elion will be transferred to the immediate Office of Audit to serve as Special Assistant. Donna Hawkins will be transferred to a desk officer position in the Technical Oversight and Planning Division. The three senior auditors in the Division, Sharon Brown, Seanna McGee and Karmel Smith, will be transferred to the Financial Audits Division.


GOVERNMENT EXHIBIT H