# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0992 (PLF) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
| Secretary, U.S. Dept. of Housing ) | |
| and Urban Development, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE RE: DEFENDANT'S MOTION FOR
## SUMMARY JUDGMENT (DKT. NO. 33)

Defendant's Motion for Summary Judgment (Dkt. No. 33) only addressed Counts I-V of Plaintiff's Amended Complaint and inadvertently neglected to mention that Plaintiff had voluntarily dismissed Counts VI to XI in open court during a status hearing on August 10, 2006. The Court's Docket Report does not reflect Plaintiff's voluntary dismissal of her Counts VI to XI.

Plaintiff's counsel consented to the filing of this Notice.

Dated: February 28, 2007.                    Respectfully Submitted,


                                              /s/   Jeffrey A. Taylor
                                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                             United States Attorney


                                              /s/   Rudolph Contreras
                                             RUDOLPH CONTRERAS, D.C. BAR #434122
                                             Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant