UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|        v. | ) Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION TO ENLARGE TIME**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to extend the remainder of the dispositive briefing schedule by two weeks.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) Under the schedule set by the Court, defendant moved for summary judgment on February 27, 2007.

2.) The date for plaintiff to oppose summary judgment was set for March 22, 2007; and for defendant to reply for April 20, 2007.

3.) Although counsel for plaintiff has been working diligently on plaintiff's opposition, a large number of responsibilities in the following cases, among others, will make it impossible to complete plaintiff's opposition by the current deadline. Malloy v. Jackson, C.A. No. 05-1117 (RCL); Beard v. Jackson, C.A. No. 06-0756 (GK); King

v. Jackson, No. 06-5149 (D.C. Cir.); Samaniego v. US Postal Service, MSPB Docket DC-0752-07-0303-I-1.

    4.) Accordingly, plaintiff respectfully seeks an enlargement until April 6, 2007, to oppose defendant's motion for summary judgment.

    4.) Counsel for defendant has a trial scheduled to begin on April 16, 2007.  Accordingly, defendant also requests a two week enlargement to reply, from April 20, 2007, until May 4, 2007.

    WHEREFORE, plaintiff respectfully moves the Court to extend the date for the remainder of summary judgment briefing by two weeks.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff