```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


SAUNDRA G. ELION,               )
                                )
     Plaintiff,                 )
                                )
          v.                    )   Civ. Action No. 05-0992 (PLF)
                                )
ALPHONSO R. JACKSON,            )
  Secretary Of Housing And      )
  Urban Development,            )
                                )
     Defendant.                 )
_____)
```

**CONSENT MOTION TO ENLARGE TIME**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to extend the due date for the submission of her Opposition to Defendant's Motion for Summary Judgment by one week.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) Plaintiff's Opposition is presently due this coming Friday, April 6, 2007.

2.) Counsel for plaintiff had cleared a significant part of his calendar over the past two weeks, given Plaintiff's Opposition the highest priority, and planned to meet the current deadline.

3.) Unfortunately, due to illness, plaintiff's counsel was not able to devote more than half of the time that he planned to give to Plaintiff's Opposition.

4.) Much of counsel's time that might otherwise be devoted to Plaintiff's Opposition now has already been committed to other matters including his expert testimony in <u>Stebbins v. Roberts</u>, No. 2006 CA 002012 M (D.C. Super. Ct.); moving reconsideration in <u>Douglas v. Jackson</u>, Civ. Action No. 04-0847(HHK); and discovery in; <u>Samaniego v. US Postal Service</u>, Docket DC-0752-07-0303-I-1 (MSPB).

4.) For this reason, counsel for plaintiff foresees being unable to meet the current schedule for submission of her Opposition.

Accordingly, plaintiff respectfully seeks an enlargement until April 13, 2007, to oppose defendant's motion for summary judgment.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff