UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAUNDRA G. ELION,** )<br> )<br> **Plaintiff,** )<br> )<br> v. )<br> )<br> **ALPHONSO R. JACKSON,** )<br> Secretary Of Housing And )<br> Urban Development, )<br> )<br> **Defendant.** )<br>_____) | Civ. Action No. 05-0992 (PLF) |

## **ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.

Dated this \_\_\_\_\_ day of \_\_\_\_, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

1