# AFFIDAVIT

Location: Washington, DC

I, Latesha Campbell-Walters, solemnly swear to the truth of the following statement which is in response to questions posed by Tondalaya Carroll, Equal Employment Opportunity (EEO) Investigator, Southwind, and provides information pertaining to the formal complaint of discrimination, filed against the U.S. Department of Housing and Urban Development on June 23, 2004, by Saundra Elion, Case No. IG-04-04. The following claims have been accepted for investigation:

*Whether Ms Elion was subjected to discrimination and continuous harassment because of her race (African-American), sex (female), age (56) and in reprisal, when the Deputy Inspector General, Assistant Inspector General for Audit and the Deputy Assistant Inspector General for Audit, Office of Inspector General (OIG), Office of Audit, Washington, DC.*

1. *Subjected her to a hostile work environment since December 2002 through April 2004.*

2. *On April 21, 2004, reassigned her from the position of Director of the Headquarters Audits Division of OIG to a non-supervisory position with significantly less responsibility, career exposure and opportunity for advancement.*

3. *On August 30, 2004, she learned that she was not considered for the position of the Director, GS-15 Supervisory, Technical Oversight and Planning Division, OIG Headquarters*

Q   Please state your full name.

A   Latesha Campbell-Walters.

Q   Please state your title and grade.

A   Management Analyst, GS-12.

Exhibit F.7

Initials *LCW*

1   Q   Please state the name of the agency for which you work, the organizational
2   unit to which you are assigned, and the address of your duty station.
3   A   Training Division, Office of the Inspector General, U.S. Department of
4   Housing and Urban Development, 451 Seventh Street, SW, Washington DC.
5   Q   How long have you held your current position?
6   A   Since January 2004.
7   Q   Please state your race.
8   A   African-American.
9   Q   Please state your gender.
10  A   Female.
11  Q   Please state your age (date of birth).
12  A   November 11, 1974.
13  Q   Have you previously participated in the EEO process? If so, when and in
14  what way?
15  A   Yes. I filed an EEO complaint against the same management official –
16  Michael Phelps.
17  Q   Were you aware Complainant had participated in the EEO process? If so,
18  when and how did you become aware?
19  A   Yes. I was made aware of Ms. Elion's filing through casual conversation.
20  Q   Please identify your first and second level supervisors by name and title.
21  A   My first-line supervisor is Dennis Raschca, (title). My second-line supervisor
22  is Eileen Murphy, (title).

Initials _LLW_                                                                                       Page 2 of 8

1  Q   What is your organizational relationship to Complainant?

2  A   I was a former employee of Ms. Elion before being transferred out of her
3  division.

4

5  **1.   Subjected to hostile work environment from December 2002 to April 2004**

6  Q   Ms Elion contends she was subjected to a hostile work environment from
7  December 2002 to April 2004. Did she ever bring to your attention concerns of a
8  hostile work environment? If so, what were her concerns? Were you aware of any
9  actions taken with regards to her concerns?

10 A   To the best of my knowledge, I believe the harassment started before the
11 dates Ms. Elion mentioned in her case - sometime in May of 2002. I was transferred
12 from under Ms. Elion's supervision and moved under Mr. Phelps. Mr. Phelps
13 informed me that Ms Elion could not have an administrative officer and a secretary
14 at the same time. He stated that Bureau of Public Debt; our contracted Human
15 Resource office told him that. However, all of the other divisions were allowed to
16 have both. I was also concerned about the treatment of Ms. Elion's staff with
17 regards to the audit reports. Ms. Elion received a lot of scrutiny about the audit
18 reports prepared by her staff. Ms. Elion was constantly criticized about everything
19 she did with her staff. She could not manage her staff without interference from Mr.
20 Phelps when he didn't bother the other manager's when it came to how the resolved
21 problems with their staff. In addition, he would not let her hire new or replacement
22 staff but gave her a higher volume of work with shorter time periods for completion.

1  We were called into meetings with him and he harassed her throughout the
2  meetings. He would put Ms. Elion in a position to give the perception that she did
3  not know her job. He sided frequently with her staff and used their complaints
4  against her. Ms. Elion managed a staff of predominately African-Americans with
5  the exception of a White secretary and a Korean auditor. In December of 2002, a
6  wall was put up to block Ms. Elion's group from everyone else in the office. None of
7  the other offices in the vicinity were treated the same. I believe all of Ms. Elion's
8  claims are true. However, I think race has been more of an issue than gender. Ms.
9  Elion was a deputy inspector general before becoming the director of Headquarters
10 Audits Division. The African-American male that was in the job before Ms. Elion
11 was also harassed to the point he almost got fired. He also filed a suit.
12
13 **(Ms. Campbell-Walters, include a brief statement about your situation. Was in a**
14 **harassment situation and tried to get out of it).**
15 Whatever Mike Phelps said, Jim Heist was ok with it. I know that Ms. Elion has
16 gone to Mike Stephens about Mr. Heist and Mr. Phelps and he completely
17 overlooked her concerns. It is a very rough environment. They listened to her
18 staff's complaints about how she allegedly mistreats them. Mr. Phelps moved one
19 female out of the office because she complained about not getting enough awards.
20 Mr. Phelps would call Ms. Elion into meetings just to bagger her. I have witnessed
21 on several occasions Ms. Elion appearing upset as she left meetings with Mr. Phelps.
22 Now she just sits at her desk in the new positions. Management treated the African-

1   American male formally in Ms. Elion's position (before she was reassigned), the
2   same way. They eventually fired him.
3   Q    To your knowledge, does the Agency have a policy regarding raising
4   concerns of harassment/hostile work environment? If so, what is your
5   understanding of that policy?
6   A    No. The only policy I was made aware of was sexual harassment.
7   Q    Ms. Elion contends the reorganization was used as a form of retaliation
8   against her. Do you believe that the reorganization was a form of retaliation against
9   Ms. Elion? Please state specific reasons for your answer.
10  A    I do believe that race, reprisal and age played a part. Mr. Phelps is known to
11  twist things around. Anytime I met with him I had to take notes. Mr. Phelps
12  sugarcoated everything. He reprimanded Ms. Elion because she approved
13  advanced leave for me while I was going out on maternity leave. Mr. Phelps
14  wanted to impose leave restrictions because I was out on maternity leave. He
15  reprimanded Ms. Elion for approving the leave even though the leave was approved
16  through HR.
17
18  Q    Ms. Elion contends that during the period June 2001 and October 2002, her
19  ability to hire replacement staff was hindered by a reduction in staffing and
20  reassignment of existing staff to 2-month details. Ms. Elion also contends that,
21  during this same period, there was a nationwide recruitment campaign in place.

1    Was Ms. Elion hindered from hiring replacement staff during the period in
2    question? If so, what were the reasons?
3    A    Mr. Phelps told Ms. Elion that she could not hired anyone else. Before the
4    reorganization, Ms. Elion and staff were told that the reorganization would not
5    hinder the hiring of staff. We were told we were being moved because the space we
6    occupied was too large. Once we were relocated to our new location, a lot changed.
7    Other divisions were allowed to hire new people. Management did not want Ms.
8    Elion to hire a replacement after her assistant left the organization. They finally
9    gave in after her persistence. No sooner than they gave her the assistant, they
10    disbanded the group. The week before the reorganization during a meeting with
11    Mr. Stephens, Mr. Phelps and Mr. Heist; they told her how valuable her group was
12    to the organization. Within a week, the group was disbanded. I believe race,
13    reprisal and age played a part in their decision.
14    Q    Ms. Elion contends that although the Headquarters Audit Division ranked
15    4th, she did not receive recognition or any awards or bonuses for the
16    accomplishments of the Headquarters Audits Division under her leadership. She
17    further states other managers received not only recognition but also monetary
18    awards. Was Ms. Elion's race a factor in her not receiving awards and bonuses?
19    A    I believe race was a factor. Ms. Elion did not get awards. Other individuals
20    within the organization, predominately White males were received awards in
21    amounts ranging from $2,500 to $4,000.
22

1   **2.   Reassigned to non-supervisory position**

2   Q    Ms. Elion contends that on April 21, 2004, she was reassigned to the position

3   of Special Assistant, Office of Inspector General without supervisory responsibility.

4   Was Ms. Elion's race a factor in her reassignment?

5   A    Yes all of the above. I believe this was just another way for management to

6   set her up to be fired. Eventually they will tell her that they have no need for her

7   position. This is just a repeat of what they've done to other Black people prior to

8   Ms. Elion. I am not sure if age was factor; however I believe that race and reprisal

9   were strong factors in management's actions.

10

11  General

12

13  Ms. Elion wanted to telework from home. Initially, Mr. Heist did not approve the

14  request. Ms. Elion submitted another request because her computer was broke. The

15  only reason it was approved this time was because she told him that she would use

16  her own equipment. I believe it was not fair the way Ms. Elion's request was

17  handled because Mr. Heist had submitted a request to telework just to read emails

18  and it got approved.

19

20  I have nothing more to add to my statement.

21

22

1   I have read this statement consisting of ___ pages, and I have made all the
2   necessary changes, additions or corrections, and I have signed or initialed every
3   page.
4   I hereby declare under penalty of perjury that the foregoing statement is true,
5   correct, and complete to the best of my knowledge and belief.
6   Signature: *Ms. Latesta Campbell-Walters*
7   Date: *1/5/05*
8   Subscribed and sworn to before me this *9th* day of *January* 2005.
9   *Marjia O. Carroll*
10  EEO Investigator, Southwind
11  Or
12  _____
13  Notary Public
14  My commission expires: _____
15
16

Initials *LCW*                                                          Page 8 of 8