| | | |
|---|---|---|
| 1 | | *AFFIDAVIT* |

2  *Location: Washington, D.C.*

3  *I Edward R. Bowles, solemnly swear to the truth of the following statement, which,*

4  *is in response to questions posed by Tondalaya Carroll, Equal Employment Opportunity*

5  *(EEO) Investigator, Southwind, and provides information pertaining to the formal*

6  *complaint of discrimination, filed against the U.S. Department of Housing and Urban*

7  *Development on June 23, 2004, by Saundra Elion, Case No. IG-04-04.  The following claims*

8  *have been accepted for investigation:*

9  *Whether Ms Elion was subjected to discrimination and continuous harassment because of*
10  *her race (African-American), sex (female), age (56) and in reprisal, when the Deputy*
11  *Inspector General, Assistant Inspector General for Audit and the Deputy Assistant*
12  *Inspector General for Audit, Office of Inspector General (OIG), Office of Audit,*
13  *Washington, DC.*
14
15      1.  *Subjected her to a hostile work environment since December 2002 through April*
16         *2004.*
17
18      2.  *On April 21, 2004, reassigned her from the position of Director of the Headquarters*
19         *Audits Division of OIG to a non-supervisory position with significantly less*
20         *responsibility, career exposure and opportunity for advancement.*
21
22      3.  *On August 30, 2004, she learned that she was not considered for the position of the*
23         *Director, GS-15 Supervisory, Technical Oversight and Planning Division, OIG*
24         *Headquarters*
25
26
27
28
29  Q  *Please state your full name.*
30
31  A  *Edward Richard Bowles.*

32  Q  *Please state your title and grade.*

33  A  *Management Specialist, GS-14.*

Exhibit *E8*

1  Q    *Please state the name of the agency for which you work, the organizational unit to*

2  *which you are assigned, and the address of your duty station.*

3  A    *Customs and Border Protection, Management Inspection Divisions.*

4  Q    *How long have you held your current position?*

5  A    *One year.*

6  Q    *Please state your race.*

7  A    *African-American.*

8  Q    *Please state your gender.*

9  A    *Male.*

10  Q    *Please state your age (date of birth).*

11  A    *I am 49 years of age. My date of birth is May 17, 1955.*

12  Q    *Have you previously participated in the EEO process?  If so, when and in what*

13  *way?*

14  A    *Yes. I participated this year. I filed an EEO complaint against Mike Phelps and*

15  *Sandra Laporte, based on discrimination as an African-American male.*

16  Q    *Please identify your first and second level supervisors by name and title.*

17  A    *While at HUD IG and in 2004, my first-level supervisors were Sandra Laporte and*

18  *Stan Mcleod. Second-level supervisors were Sandra Elion and Mike Phelps*

19  Q    *What is your organizational relationship to Complainant?*

20  A    *Prior to leaving HUD IG, my relationship was an employee to the Complainant.*

21

*Initials* *ENB*                                                                                 *Page 2 of 6*

1    *1.    Subjected to hostile work environment from December 2002 to April 2004*

2    *Q    Mrs. Elion contends she was subjected to a hostile work environment from December*

3    *2002 to April 2004. Did she ever bring to your attention concerns of a hostile work*

4    *environment? If so, what were her concerns? Were you aware of any actions taken with*

5    *regards to her concerns?*

6    *A    Not specifically. But based on discussion with my co-workers and through*

7    *observation, I witness several non African-American employees transferred out of Mrs.*

8    *Elion's division after meeting with Mike Phelps, and based on discussion an African-*

9    *American female requested a transfer to the Financial Accounting Division to enhanced her*

10    *career, Mr. Phelps denied her request. Mr. Phelps also involuntarily transferred me to Mrs.*

11    *Elion's division and replaced my position as Desk Officer with an inexperienced White male.*

12    *Prior to my transfer, if an employee transferred out of Mrs. Elion's division, either a new*

13    *announcement was published for that vacant position or someone in-house was allowed to*

14    *transfer; however, not to Mrs. Elion's division but to another division in the IG. Therefore,*

15    *Mrs. Elion staff was decreasing even though the workload remained the same. After I started*

16    *working for Mrs. Elion, I began to notice that her division was the only division micro*

17    *managed by Mike Phelp.*

18

19    *Prior to my transfer out of Mrs. Laporte group, I was assigned to be the Desk Officer for*

20    *Mrs. Elion 's division, and was constantly instructed by Mrs. Laporte who was instructed*

21    *by Mike Phelps to bring any errors (major or minor) to their immediate attention before*

22    *discussing it with Mrs. Elion. However, I was allowed to discuss any errors with other Field*

23    *Directors first.*

*Initials ЕИБ*

1     Q     *To your knowledge, does the Agency have a policy regarding raising concerns of*

2     *harassment/hostile work environment?  If so, what is your understanding of that policy?*

3     A     *I know there is a policy; however, I don't have a clear understanding of the policy.*

4     Q     *To the best of your knowledge, has the policy been communicated to all employees? If*

5     *yes, how?*

6     A     *The policy was never communicated to me while I was at the HUD IG.  I cannot*

7     *answer for other employees.*

8     Q     *Ms. Elion contends the reorganization was used as a form of retaliation against her.*

9     *Do you believe that the reorganization was a form of retaliation against Ms. Elion? Please*

10     *state specific reasons for your answer.*

11     A     *Yes. Because Mr. Phelps has asked some of my co -workers in the past to come talk to*

12     *him if they were not "satisfied" with working with Mrs. Elion.  It was obvious that Mr.*

13     *Phelps was building a case against Mrs. Elion.*

14     Q     *Was Ms. Elion's race a factor in reorganization/abolishment of her position?*

15     A     *Definitely.*

16     Q     *Was her gender a factor?*

17     A     *I can't honestly answer this question.*

18     Q     *Was her age a factor?*

19     A     *I can't honestly answer this question.*

20     Q     *Was the reorganization/abolishment of Ms. Elion's position an act of reprisal for her*

21     *filing an EEO complaint?*

22     A     *Definitely.*

23     Q     *Were Mr. Phelps' actions an act of reprisal for her filing an EEO complaint?*

*Initials* _EUB_           

1    *A*    *Yes.*

1    *I have read this statement consisting of ___ pages, and I have made all the necessary*

2    *changes, additions or corrections, and I have signed or initialed every page.*

3    *I hereby declare under penalty of perjury that the foregoing statement is true,*

4    *correct, and complete to the best of my knowledge and belief.*

5    *Signature:* ~~Edward R. Bowles~~

6    *Date:* ~~January 4, 2005~~

7    *Subscribed and sworn to before me this* ~~4th~~ *day of* ~~January~~ *2005.*

8    ~~Indya U. Carroll~~

9    *EEO Investigator, Southwind*

10   *Or*

11   _____

12   *Notary Public*

13   *My commission expires:* _____

14

15