March 20, 2003

**MEMORANDUM FOR:**  Linda Bradford Washington, ADR Manager, H

**FROM:**  Saundra G. Elion

**SUBJECT**:  Notice of Withdrawal of Informal EEO Complaint (Case Number HQ0300)

Please accept this memorandum as confirmation of my decision to withdraw my informal EEO complaint, Case Number HQ030070. The issues have been resolved to my satisfaction at this time.