

**Dennis Raschka**

04/02/2003 09:03 AM

To: Agnes Matthews/WHQ/HUDOIG@HUDOIG, Al Malloy/NYC/HUDOIG@HUDOIG, Barry Savill/BOS/HUDOIG@HUDOIG, Beverly Polen/WHQ/HUDOIG@HUDOIG, Bryan
cc: Marie Hedgpeth/WHQ/HUDOIG@HUDOIG
Subject: Relocation and vacancy announcements

**Getting up to our authorized FTE levels is a very high priority for the OIG.   OMB has made it clear we will be cut FTEs if we are not at ceiling at year's end.  OMB counts only staff on the payroll, not potential employees in the pipeline.  So to  aid our recruiting efforts, the OIG Budget Review Board has approved the payment of relocation expenses in support of recruitment for auditors and investigators.  Being able to pay relocation expenses means that you can now advertise outside of the local commuting area and thereby expand the potential pool of qualified applicants.**

**Between now and June 30, you may choose to specify that relocation expenses are authorized on any vacancy announcement issued  whether under the open competitive process for non-status candidates or under the merit staffing process for status candidates.  Before your announcement is issued, however, <u>*you must send an email to John Harr,*</u>  Director, Budget and Administrative Services Division, to alert him to the fact that you are incurring an obligation for payment.  <u>Also when you have made your selection</u> under that announcement, you must send a follow-up email  notifying him of your selection, and whether or not a relocation is involved.**

**Because both Audit and Investigation are being allowed to over-hire their field FTE allocations until we get up to our 675 ceiling, John will monitor both relocation costs and hiring  to assure we are as close as possible to the 675 figure and that we do not break our budget with  relocation costs.  You can expect  at some point in the last quarter we start will telling you when hiring needs to be suspended or relocation not offered.**

**Dennis**