**Michael Phelps**

11/08/2002 02:24 PM

To:  Al Malloy/NYC/HUDOIG@HUDOIG, Daniel Temme/PHI/HUDOIG@HUDOIG, Nancy Cooper/ATL/HUDOIG@HUDOIG, Roger

cc:

Subject:  staffing

**We are now 12 below ceiling with pending in/out. A month ago we were just 3 down. Last March when I wrote the below email we were 9 below.**
**I am tired of getting beat up on this issue every week. We must all push harder and work these issues quicker. I know BPD is not always timely, but you must make it top priority to turn the rating and ranking panels around quickly and get your interviewing done quickly.**

**I will be calling some of you individually to discuss your region. The requirement for a biweekly staffing report STILL EXISTS. Some are not providing it. Unless you are 2 or more over ceiling and I have told you to stop, you should still be actively recruiting. This means open announcements, working the colleges and working the career fairs. Please expand the spread sheet to include a narrative comment below the spreadsheet on what you have done during the past week to recruit. Report for this week is due Tuesday. Thanks for your understanding and hard work.**

----- Forwarded by Michael Phelps/WHQ/HUDOIG on 11/08/02 02:13 PM -----

 **Michael Phelps**

03/15/02 03:09 PM

To:  Al Malloy/NYC/HUDOIG@HUDOIG, Daniel Temme/PHI/HUDOIG@HUDOIG, Nancy Cooper/ATL/HUDOIG@HUDOIG, Roger Niesen/KAN/HUDOIG@HUDOIG, Robert Gwin/DENOA/HUDOIG@HUDOIG, Mimi Lee/SFC/HUDOIG@HUDOIG, Saundra Elion/WAS/HUDOIG@HUDOIG, Stanley McLeod/WHQ/HUDOIG, Francis Baca/SEA/HUDOIG@HUDOIG, Randy McGinnis/WHQ/HUDOIG@HUDOIG, Benjamin Hsiao/WHQ/HUDOIG@HUDOIG, James Heist/WHQ/HUDOIG, D Beard/FTW/HUDOIG, Bill Rooney/NYC/HUDOIG, Barry Savill/BOS/HUDOIG, William Wolfe/CHI/HUDOIG@HUDOIG

cc:

Subject:  staffing

**We have not been doing a very good job at staffing up. We are currently 12 under ceiling with only a plus 3 pending in.**
**There have been delays in doing the rating and ranking once an announcement closes, there have been delays in doing the interviews and delays in getting applicants paperwork for the PSI to BPD.**
**We need to work smarter on this to ensure timely filling of vacancies.**
**Please use the attached spreadsheet to update me and keep me informed on the status of your vacancies. I would like to receive every Friday.**
**Thanks**



staffing status.xls