**Michael Stephens**

02/04/2003 12:10 PM

To: OIG MANAGERS, OIG SUPERVISORS
cc: Kenneth Donohue/WHQ/HUDOIG@HUDOIG
Subject: Vacancies/Budget Consequences

It is part of OMB's mission to determine if any agency should continue to receive funding for designated full time ceiling caps. Simply put, if any agency over a period of years fails to maintain their ceiling cap, that agency will be subject to close scrutiny and might be cut significantly in their overall budget. During this year's discussion with OMB, one of their focal points was our inability to maintain FTE's close to our cap of 675 full time employees over numerous years.

This year, because of the events of September 11, law enforcement types were recruited to other agencies in record numbers. We tried to explain to OMB that this was an unusual year for us and that we expect to do better next year. I got the sense that they were not very understanding and I anticipate that next year we will receive a significant cut if we do not turn this trend around.

I am asking for your help. All managers need to prioritize their efforts in recruiting the very best applicants to the OIG. I have highlighted this issue to all senior staff at headquarters and have confidence that our Human Resource staff in Headquarters will do everything to help you in this endeavor.

I have recently been advised that Audit and Investigations have made significant gains on filling vacant positions. I am convinced that the turnover rate will continue on both sides because of events that may be out of our control. The importance of aggressive recruitment of highly qualified applicants throughout the year is critical.

I am depending on your leadership to focus on this issue in your region. Hopefully, when we sit down with OMB and discuss upcoming budget issues, we can convince them that we are doing all we can to fill existing vacancies. The workload of our organization is increasing and with your help, the size of our budget will be maintained.

Thank you

Michael P. Stephens
Deputy Inspector General