

## Office of Federal Financial Management
## Financial Reporting

Click icon for PDF assistance

All executive agencies, pursuant to the Chief Financial Officers Act of 1990 and the Accountability for Tax Dollars Act of 2002, are required to prepare and submit audited financial statements to OMB and the Congress. Recognizing that financial and performance information in one document presents a more comprehensive and integrated picture of agency performance, OMB expanded the authorization granted under the Reports Consolidation Act of 2000 to require that agencies prepare a combined Performance and Accountability Report (PAR) each year. The Department of the Treasury, in consultation with OMB, issues the *Financial Report of the United States Government*.

**Circulars:**   **Circular A-123**
-- Management's Responsibility for Internal Control (Effective beginning with Fiscal Year 2006) (Revised 12/21/2004) HTML or PDF (277k)
-- Circular A-123 Appendix A Implementation Plans (August 1, 2005) (43k)
-- Circular A-123 Appendix A Implementation Guide (July 2005) (555k)
-- Appendix A Frequently Asked Questions (April 13, 2006) (93k)
-- Appendix B Improving the Management of Government Charge Card Programs (August 5, 2005) (282k)
-- Management's Accountability and Control (Effective through Fiscal Year 2005) (Revised 06/21/1995)

Circular A-136, Revised (07/24/06) (1mb)
-- Circular A-136 (08/23/2005) (843k)

**Legislation:**   Improper Payments Information Act of 2002 (IPIA) (P.L. 107-300)

Accountability of Tax Dollars Act of 2002 (ATDA) (P.L. 107-289)

Recovery Auditing Act (Section 831, Defense Authorization Act, for FY 2002) (P.L. 107-107)

Reports Consolidation Act of 2000 (P.L. 106-531)

Federal Financial Management Improvement Act of 1996 (FFMIA) (P.L. 104-208)

Government Management Reform Act of 1994 (GMRA) (P.L. 103-356)

Government Performance and Results Act of 1993 (GPRA) (P.L. 103-62)

Chief Financial Officers Act of 1990 (CFO Act) (P.L. 101-576)

Federal Managers' Financial Integrity Act of 1982 (FMFIA) (P.L. 97-255)

Government Corporation Control Act (Ch. 557, 59 Stat. 597)

**Memoranda:**   M-04-22, Amendments to OMB Bulletin No. 01-02, Audit Requirements for Federal Financial Statements (July 27, 2004) (143k)

M-04-20, FY 2004 Performance and Accountability Reports and Reporting Requirements for the *Financial Report of the United States Government* (July 22, 2004) (122k)
-- **Superseded by** Circular A-136, Financial Reporting Requirements (August 23, 2005)

                 M-03-13, Improper Payments Information Act of 2002 (May 21, 2003)

                 M-03-01, Business Rules for Intragovernmental Transactions (October 4, 2002)

                 Requirements of the Accountability of Tax Dollars Act (December 6, 2002)

                 Future External Reporting Changes (December 21, 2001) (131k)
                 -- **Superseded by** Circular A-136, Financial Reporting Requirements (August 23, 2005)

**Other Guidance:** OMB Bulletin No. 01-09, Form and Content of Agency Financial Statements (September 5, 2001)
-- **Superseded by** Circular A-136, Financial Reporting Requirements (August 23, 2005)

                 OMB Bulletin No. 01-02, Audit Requirements for Federal Financial Statements (October 16, 2000) (94k)

- Cover Memorandum Transmitting OMB Bulletin 01-02 to the Inspector General and Chief Financial Officers
- Template for Management's Schedule of Information Contained in Legal Letter Responses (Excel Format)
- Submission of Legal Letters and Related Management Schedules
- M-04-22, Amendments to OMB Bulletin No. 01-02, Audit Requirements for Federal Financial Statements (July 27, 2004) (142k)

                 Treasury Financial Manual

                 United States Standard General Ledger

**Resources:** 2007 Federal Financial Management Report (January 31, 2007) (729k)

                 Financial Report of the United States Government (December 2006) (former reports are available at Treasury's Web site)

                 2006 Federal Financial Management Report (January 31, 2006) (448k)

                 2005 Federal Financial Management Report (January 31, 2005) (639k)

                 www.whitehouse.gov/omb/financial/2004_report.pdf -- 2004 Federal Financial Management Report (August 2004) (680k)

                 www.cfoc.gov

                 www.fms.treas.gov

Financial Standards and Grants Branch | Financial Integrity and Analysis Branch | Federal Financial Systems Branch
Circulars | Legislation | Memoranda | Other Guidance | Resources
From the Controller's Desk | Testimony

Federal Register | Jobs at OMB | FOIA | OMB Locator | USA.gov | Accessibility | Privacy Policy | Site Search | Help

http://www.whitehouse.gov/omb/financial/fin_report.html                                           3/20/2007