Appendix 1

## U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
### OFFICE OF INSPECTOR GENERAL
### PERFORMANCE PLAN AND APPRAISAL FORM

### Part I. IDENTIFYING INFORMATION

| Employee Name | Social Security Number | Appraisal Period | |
|---|---|---|---|
| ELION, SAUNDRA G. | [redacted] | From 02/01/00 | To 01/31/01 |

| Title, Series, and Grade | Organization Unit and Location |
|---|---|
| DIGA, GS-511/15 | OIG - AUDIT - Capital District |

### Part II. PERFORMANCE PLAN (Complete Part II a. or Part II b.)

Instructions to Supervisor (Rating Official): Discuss performance plan with employee. If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period. Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan. Maintain original to document progress review and final ratings.

| Name of Rating Official Signature | Kathryn Kuhl-Inclan | Date 4/3/00 |
|---|---|---|
| Name of Approving Official Signature | [signature] | Date 4/4/00 |
| Employee Signature (Certifies Performance Plan has been discussed.) Saundra G. Elion | | Date of Discussion 5/1/00 |

### Part III. PROGRESS REVIEW

Instructions to Supervisor (Rating Official): A minimum of one progress review is required during the appraisal period. The purpose of this review is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date_____

Employee Signature/Date_____

### Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

### Part V. RATING (CHECK TYPE OF RATING)   ☒ Annual Rating   ☐ Interim Rating

☒ Successful — All elements rated successful.

☐ Unacceptable — One element rated unacceptable results in a final rating of unacceptable.

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Name of Rating Official Signature | M Phelps | Date 4/2/01 |
|---|---|---|
| Name of Approving Official Signature | James Heist | Date 4/2/01 |
| Employee Signature (I have reviewed the completed document and it has been discussed with me. This does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) Saundra G. Elion | | Date of Discussion 4/18/01 |

HUD-OIG Form 430a
February 2000

| Elements: | Rating | |
|---|---|---|
| | Successful | Unacceptable |
| 1. Program/Mission Objectives (as shown below) | X | ☐ |
| 2. Business Practices | X | ☐ |
| 3. Leadership/Management Practices | X | ☐ |

Objectives for Element 1 and Standards for Elements 2 and 3 must be entered here, or attached.

**Element 1. Program/Mission Objectives** Identify program and mission objectives in which accomplishments are expected during the appraisal period. Link the objectives with OIG annual or special priorities and major operational initiatives. Local organizational goals are included, as appropriate. Suggested standard for Element 1: Appropriate progress and substantial completion of objectives must be shown during the appraisal period.

SEE ATTACHED

**Part IV a. EMPLOYEE INPUT FOR PERFORMANCE RATING (Optional)**
Employees are encouraged to list their accomplishments during the appraisal period as input to their final rating.

SEE ATTACHED

**Part V a. SUPERVISOR NARRATIVE SUMMARY OF PERFORMANCE (Optional)**
Supervisors are encouraged to provide qualitative information about performance.

SEE ATTACHED

Sandi Elion

Significant accomplishments for the year

During the rating period Sandi's district continued to support the OIG goals with significant audit work. The Capital District staff has many staff members that are relatively new to HUD. They issued a significant internal audit on HUD's Storefront Operations and the Drug Elimination Technical Assistance Program. Their work in the FHIP program resulted in the Department rescinding grants to several housing authorities. They also performed significant work on a very sensitive issue in the FHEO area.

During this rating period the Capital District Office of Audit staff issued:

6 final audit reports
    00-AO-177-0001 - Storefront Operations
    00-AO-185-0802 - Section 8 Review of Horning Brothers
    00-AO-201-2001 - Tenant Opportunities Program
    00-AO-202-1801 - DC Housing Authority
    00-AO-174-0801 – FHIP Complaint (Boston Housing Authority)
    2001-AO-0001 – Drug Elimination Technical Assistance Program

2 draft reports (final issued 2/01 without changes)
    2001-AO-0801 - FHEO – Consumer Action (Secretary's office undue influence)
    2001-AO-0802 - FHEO – Cooperative Grant Procedures

3 OSH Cash Count Reports

**CAATS**
    Grants Management Center (ongoing audit) – used CAATS to analyze the grant application database and select grant applications for detailed review. Results still pending.

    Creative Wellness (ongoing audit) – used EXCEL to analyze expenditures. (Very simple application.

Audits addressing HUD's Top Management Challenges

    **HUD 2020 Management Reforms and**
    **Use of Staff Resources**
        Storefront Operations (00-AO-177-0001) – This nationwide audit clearly showed that HUD did not adequately plan for this initiative – no cost

benefit analyses or staffing studies done prior to spending over $8 million to open 6 storefronts.

Grants Management Center (1010-0-010-AO) – An ongoing audit to determine the effectiveness of PIH's attempt to consolidate "front-end" processing of grant applications.

Although we did not address the top management challenges, our audits touched sensitive areas and had major impact. For example:

<u>DCHA</u> - Everyone, including HUD field office staff and some fellow OIG staff, tried to discourage me from pursuing reimbursement from non-HUD sources; however, in the end, DCHA "found" the $82K (from interest) and repaid the administrative fee reserve for the ineligible trip to Puerto Rico.

<u>Horning Brothers</u> - This Section 8 management company repaid DCHA the full amount we recommended.

<u>FHIP</u> - Although extremely embarrassing for the Secretary, the Department had to rescind its initial $297K award to the Boston Housing Authority. In addition, FHEO had to notify 3 other Congressmen that awards were being rescinded from their constituents and over $633K redistributed to other districts.

<u>Consumer Action Cooperative Agreement</u> - The Secretary's representatives ignored procurement policies and procedures, and we did not hesitate to call such.

Even so, we managed to build a positive rapport with management, such that the outgoing administration expedited our exit conference to ensure that we understood their position/reasons for taking actions with Consumer Action.

Just think, this was done with a staff whose average time with HUD-OIG was less than 2 years.

The expectations listed below apply to the duties identified in your position description as well as any assignment given to you by those having authority to do so. "Acceptable performance on each element is achieved when an employee usually and with consistency meets the standards identified for the element."

### Element 1. Program/Mission Objectives

**Supports the development and implementation of an audit program which addresses the most significant needs and priorities of the Department, and demonstrates awareness of Departmental vulnerability to fraud, waste and mismanagement.**

- Selects and/or manages audits in a productive and efficient manner in support of OIG goals and objectives.
- Establishes work plans that are realistic and are responsive to OIG goals and priorities.
- Plans specific milestones to permit successful monitoring and control of audit accomplishments.
- Is flexible and responsive to changes in priorities and needs.
- Assures the conduct of comprehensive evaluations of major HUD programs and the issuance of high quality and meaningful audit reports.
- Assures priority attention is given to issues relating to Management Reform 2020.
- Develops quality documents/reports that support and enhance OIG's Operation Safehome efforts in equity skimming and housing quality standards violations

### Element 2. Business Practices

**Manages the district operations efficiently and effectively by establishing meaningful goals and objectives and then directing staff and other resources in goal accomplishments.**

- Assures that written products are logical and accurate, are written in clear, understandable English, are thoroughly researched, meet deadlines, and contain conclusions and recommendations based on sound data analysis.
- Administers an effective and timely audit follow-up system for controlled audit recommendations.
- Assures that administrative records and files are current, accurate, and complete.
- Assures that administrative reports are timely and accurate.
- Ensures appropriate handling of budgets and resources for the district.

- Adheres to prescribed audit standards and OIG policies and directives.
- Supports the continued implementation of Computer Assisted Audit Tools (CAATS).
- Represents the OIG at meetings with HUD officials and staff, the GAO, other Federal Departments and professional groups.

### Element 3. Leadership/Management Practices

**Provides effective leadership to the district to assure accomplishment of the OIG mission.**

- Accepts full responsibility for the actions and performance of the district and gives due credit to those who work diligently for the accomplishment of organizational goals and objectives. Uses appropriate rewards and corrective action principles in employee management.
- Improves coordination and communication between and among Office of Audit staff and various other organizational elements within and outside OIG.
- Tells employees what is expected, advises them of necessary changes as job progresses, and holds them responsible for timely completion of work assignments.
- Effectively acts in maintaining staff at full strength.
- Uses available training resources to provide both individual development for staff and increased effectiveness for the organization.
- Takes all actions required to plan and implement the appropriate AEP plan (recruiting, hiring, training, promoting, counseling, etc.)
- Demonstrates interest in and sensitivity to EEO and the value of Diversity by taking individual actions that indicate his/her level of personal commitment and understanding.
- Attends and ensures that appropriate staff attends appropriate EEO/Cultural Diversity training.
- Counsels subordinates on equal opportunity and nondiscriminatory behavior within the workplace.