U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF INSPECTOR GENERAL
PERFORMANCE PLAN AND APPRAISAL FORM

### Part I. IDENTIFYING INFORMATION

| Employee Name | Social Security Number | Appraisal Period | |
|---|---|---|---|
| ELION, Saundra G. | ▇▇▇▇▇▇ | From 02/01/01 | To 01/31/02 |
| Title, Series, and Grade<br>District Inspector General for Audit<br>GS 511-15 | Organization Unit and Location<br><br>HUD OIG/Audit – Capital District | | |

### Part II. PERFORMANCE PLAN (Complete Part II.a. or Part II.b.)

Instructions to Supervisor (Rating Official): Discuss performance plan with employee. If appropriate, clarify performance standards and identify tasks and projects to be completed during the appraisal period. Forward the completed Performance Plan to the second level supervisor (Approving Official) for approval and provide employee with a copy of the Plan. Maintain original to document progress review and final ratings.

| Rating Official Signature *[signed] M Phelps* | Date 5/15/01 |
|---|---|
| Approving Official Signature *[signed] James Heist* | Date 5/16/01 |
| Employee Signature (Certifies Performance Plan has been discussed.) *[signed] Saundra D. Elion* | Date of Discussion 5/24/01 |

### Part III. PROGRESS REVIEW

Instructions to Supervisor (Rating Official): A minimum of one progress review is required during the appraisal period. The purpose of this review is to provide two-way communication with the employee concerning his/her performance as measured against the standards, and to review the Performance Plan and indicate areas where greater attention is needed.

Rating Official Signature/Date  *[signed] M Phelps 9/13/01*

Employee Signature/Date  *[signed] Saundra D. Elion*

### Part IV. EMPLOYEE INPUT FOR PERFORMANCE RATING (OPTIONAL)

Employees are encouraged to provide input about their accomplishments during the appraisal period in Part IVa.

### Part V. RATING (CHECK TYPE OF RATING)    ☒ Annual Rating    ☐ Interim Rating

☒  Successful        All elements rated successful.

☐  Unacceptable    One element rated unacceptable results in a final rating of unacceptable.

Supervisors are encouraged to provide comments on employee performance in Part Va.

| Rating Official Signature *[signed] M Phelps* | Date 3/13/02 |
|---|---|
| Approving Official Signature *[signed] James Heist* | Date 3/13/02 |
| Employee Signature (I have reviewed the completed document and it has been discussed with me. This does not necessarily mean that I agree with the information in it or that I forfeit any rights of review.) *[signed] Saundra D. Elion* | Date of Discussion 3/13/02 |

HUD-OIG Form 430a
February 2000

Part II b. Supervisor Performance Plan

| Elements: | Rating | |
|---|---|---|
| | Successful | Unacceptable |
| 1. Program/Mission Objectives (as shown below) | ☒ | ☐ |
| 2. Business Practices | ☒ | ☐ |
| 3. Leadership/Management Practices | ☒ | ☐ |

**Objectives for Element 1 and Standards for Elements 2 and 3 must be entered here, or attached.**

**See Attached**

1. Particular attention must be given to focusing OIG efforts audits which address the top management challenges facing the Department.

2. Particular attention should be given to evaluating the potential for using Computer Assisted Audit Tools, in particular ACL, to assist in data analysis during each audit.

3. Efforts must be focused to ensure that audit resolution is taking place within established time frames.

HUD-OIG Form 430a
February 2000

**The expectations listed below apply to the duties identified in your position description as well as any assignment given to you by those having authority to do so. "Acceptable performance on each element is achieved when an employee usually and with consistency meets the standards identified for the element."**

### Element 1. Program/Mission Objectives

**Supports the development and implementation of an audit program which addresses the most significant needs and priorities of the Department, and demonstrates awareness of Departmental vulnerability to fraud, waste and mismanagement.**

- Selects and/or manages audits in a productive and efficient manner in support of OIG goals and objectives.
- Establishes work plans that are realistic and are responsive to OIG goals and priorities.
- Plans specific milestones to permit successful monitoring and control of audit accomplishments.
- Is flexible and responsive to changes in priorities and needs.
- Assures the conduct of comprehensive evaluations of major HUD programs and the issuance of high quality and meaningful audit reports.
- Assures priority attention is given to issues relating to Management Reform 2020.
- Develops quality documents/reports that support and enhance OIG's Operation Safehome efforts in equity skimming and housing quality standards violations

### Element 2. Business Practices

**Manages the district operations efficiently and effectively by establishing meaningful goals and objectives and then directing staff and other resources in goal accomplishments.**

- Assures that written products are logical and accurate, are written in clear, understandable English, are thoroughly researched, meet deadlines, and contain conclusions and recommendations based on sound data analysis.
- Administers an effective and timely audit follow-up system for controlled audit recommendations.
- Assures that administrative records and files are current, accurate, and complete.
- Assures that administrative reports are timely and accurate.
- Ensures appropriate handling of budgets and resources for the district.
- Adheres to prescribed audit standards and OIG policies and directives.

- Supports the continued implementation of Computer Assisted Audit Tools (CAATS).
- Represents the OIG at meetings with HUD officials and staff, the GAO, other Federal Departments and professional groups.

### Element 3. Leadership/Management Practices

**Provides effective leadership to the district to assure accomplishment of the OIG mission.**

- Accepts full responsibility for the actions and performance of the district and gives due credit to those who work diligently for the accomplishment of organizational goals and objectives. Uses appropriate rewards and corrective action principles in employee management.
- Improves coordination and communication between and among Office of Audit staff and various other organizational elements within and outside OIG.
- Tells employees what is expected, advises them of necessary changes as job progresses, and holds them responsible for timely completion of work assignments.
- Effectively acts in maintaining staff at full strength.
- Uses available training resources to provide both individual development for staff and increased effectiveness for the organization.
- Takes all actions required to plan and implement the appropriate AEP plan (recruiting, hiring, training, promoting, counseling, etc.)
- Demonstrates interest in and sensitivity to EEO and the value of Diversity by taking individual actions that indicate his/her level of personal commitment and understanding.
- Attends and ensures that appropriate staff attends appropriate EEO/Cultural Diversity training.
- Counsels subordinates on equal opportunity and nondiscriminatory behavior within the workplace.

4

Saundra Elion

Mike here is my input for the rating period ended 1/13/02.

During this rating period I was responsible for the following audits:
- Grants Management Center
- Vacancy Reduction Program
- Creative Wellness
- HUD Contracts
- Bridges Over Troubled Waters
- Travel Allocations
- Operation Safe Home (Cash Count and Closeout)

And the following final reports/memorandums:
- CFO's Use of Contractors (PWC)
- Fair Housing Initiative
- Creative Wellness
- Vacancy Reduction
- Operation Safe Home (2)

**Program/Mission:** Objectives: Each of the audits was comprehensive and resulted in top quality products that helped to ensure management's "buy-in" to our recommendations and to significantly improve overall operations. The more noteworthy audits completed during this period were CFO's Use of Contractors and Creative Wellness as they resulted in significant changes in improving HUD's operations by removing officials who had misused their positions of authority. Specifically: (1) the Deputy CFO was removed because she not only encouraged a contractor (namely, PWC) to prepare the statement of work for a service contract she essentially arranged the bids such that PWC also won the contract (this was all done in violation of the FAR). Since HUD needed the services being provided by PWC, HUD allowed them to continue working but they had to return over $800,000 (PWC's profit) to HUD and was not allowed to bid on the subsequent contract. (2) The Deputy Assistant Secretary for Public and Assisted Housing Delivery was also removed from her position because she made 2 sole source awards totaling over $1 million to a close associate and fellow minister without competition. It was within her discretion to make awards to grantees however because she also appointed herself as the Grant Officer she allowed the grantee to perform without much oversight or intervention by the GTR. An investigation is ongoing on the DAS.

The Operation Safe Home reviews were very thorough and provided meaningful recommendations for improving Office of Investigation's procedures for administering OSH funds. At the conclusion of the cash count review, the SAC decided to close the account. Although we identified numerous deficiencies, these deficiencies were

presented in such a way as to maintain sound professional relationships between the auditors and investigators.

**Business Practices:** The products issued under my signature are top quality and closely adhere to the standards for audit reports, both in terms of content and format. The issues are simply and concisely presented so that the average person can easily understand and be convinced that the conclusions reach are sound and logically follow the facts as presented. Rarely has HUD management not agreed with our findings or nonconcurred with our recommendations.

I'm continuing to identify ways for improving the administrative systems we have here in the Capital District to ensure that we provide timely and accurate input on all administrative reports and audit follow.

We effectively used ACL on 2 audits (HUD Contracts and Travel) during this rating period. Although each auditor has had some CAATS training, none have yet to become proficient in using it. However, now that I have a CAATS coordinator who has a very strong interest in using ACL, I plan to use her at the beginning of each audit to assist the AICs in identifying potential uses.

**Leadership/Management Practices:** In recognition of my fatal attempts to lead by example (treat everyone as I want to be treated), I arranged a Team Building retreat for the entire Capital District staff (auditors, investigators, and support staff) where a facilitator came to help us overcome barriers that were impeding our ability to be the most efficient we could be. Some of the staff opened up as a result of the retreat. Others required more attention. I then had the facilitator return for a session with just the auditors. Some auditors subsequently left the district; others have stayed, but are not truly committed to performing at the standard I have established; and the remaining auditors were energized. I have accepted the fact that I can only provide a stimulating (not necessarily a harmonious) work environment and define expectations as those expectations relate to due professional care in performing audits and dealing with people. I am now in a rebuilding mode - - restoring the staff to ceiling level.

To improve the writing skills and computer skills of the auditors, I sponsored 3 formal training sessions for the staff (auditors and support staff). The sessions included Writing Smarter (a consultant with extensive GAO background gave us the basics in structuring information in succinct "chunks" to be easily understood), MSWord, and EXCEL. I have noted some improvements in the staff's products, thus making it easier for me to review their products.

**PERFORMANCE RATING FOR PERIOD 2-1-01 THROUGH 1-31-02**

**Saundra Elion**

I have reviewed Ms. Elion's self-assessment and fully agree.

Ms. Elion issued five significant reports this rating period. Each of the audits was comprehensive and resulted in top quality products that helped to ensure management's "buy-in" to our recommendations and to significantly improve overall operations. The reports on the CFO's Use of Contractors and Creative Wellness were most significant in that they resulted in significant changes in improving HUD's operations by removing officials who had misused their positions of authority.

Ms. Elion continually seeks to identify ways for improving the administrative systems in the Capital District to ensure timely and accurate input on all administrative reports and audit follow.

Ms. Elion has been very supportive of the use of CAATS in the District. They effectively used ACL on 2 audits during this rating period. Ms. Elion has appointed a CAATS representative for the District that is very much interested in moving the District forward in the CAATS arena.

Ms. Elion had several issues with employees that affected all the District staff. She arranged a Team Building retreat for the entire District where a facilitator helped to look for ways to overcome barriers that were impeding the District from becoming as efficient as they could be. Ms. Elion is committed to reshaping her staff to be as effective as they can be.