**Agnes Matthews**

03/06/03 09:11 AM

To: John W. Burden/FHEO/HHQ/HUD@HUD
cc: Saundra Elion/WAS/HUDOIG@HUDOIG
Subject: Request to Cancel Proposed ADR Session — S. Elion HQ030070

I apologize for not getting back with you by March 4th. Please cancel the ADR mediation request for Saundra Elion, HQ030070. I appreciate your patience.

Please let me know if you have any questions. Thanks.

Peggy Matthew
Equal Employment Manager for OIG
x8171