UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION,<br><br>Plaintiff,<br><br>v.<br><br>ALPHONSO R. JACKSON, Secretary<br>  U.S. Department of Housing and<br>  Urban Development,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-0992 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S SUPPLEMENTAL RESPONSE AND OBJECTION TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 26(e), Defendant hereby supplements its objections and responses to Plaintiff's First Set of Interrogatories. In doing so, Defendant incorporates by reference the objections and responses in Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories and First Request for Documents, served on March 8, 2006. The information provided herein is being produced subject to the Stipulated Protective Order approved by Judge Friedman.

### INTERROGATORIES

**INTERROGATORY NO. 7:** Identify the positions to which incumbents in the Headquarters Audits Division were assigned immediately before and after that office was abolished including, but not limited to, identifying:

b.)    the name, position, grade, race, sex, and age of each such incumbent immediately after you abolished the Headquarters Audits Division;

**SUPPLEMENTAL RESPONSE No. 7(b):** Defendant incorporates by reference the objections

1

and responses in Interrogatory No. 7(a). Subject to and without waiving the foregoing objections, Defendant states that Saundra Elion – Special Assistant to the AIGA – GS-15 – African American – female – over 40; Donna Hawkins – Senior Auditor – GS-14 – African American – female --over 40; Karmel Smith – Auditor – GS-13 – African American – female – under 40; Sharon Brown – Auditor – GS-13 – African American – female – under 40; and Seanna McGee – Auditor – GS-12 – African American – female – under 40.

Defendant further states that Donna Hawkins was reassigned to the Technical Oversight and Planning Division. Defendant further states that Karmel Smith, Sharon Brown, and Seanna McGee were all assigned to the Financial Audits Division.

**INTERROGATORY NO. 12: Provide a complete and accurate account of the positions to which plaintiff would have been entitled to be reassigned had plaintiff's termination from the service or reduction in grade been proposed in accordance with 5 C.F.R. Part 351 in connection with your Proposal for Realignment of the Office of Audit (Apr. 20, 2004) and the processes for ascertaining all such positions including, but not limited to, identifying:**

**a.)    plaintiff's competitive area as of April 20, 2004;**

**Supplemental Response to 12(a)**: OIG Manual Chapter 1351 defines the "competitive area" as all OIG positions in a local commuting area. In April 2004, the plaintiff's competitive area would have been the Washington D.C. commuting area.

**b.)    plaintiff's competitive level in her competitive area as of April 20, 2004;**

**Supplemental Response to No. 12(b)**: OIG Manual Chapter 1351 defines the "competitive level" all positions within a competitive area that are in the same grade and classification series, and which are similar enough in duties, qualification requirements, pay schedules, and working

conditions so that the incumbent of one position could be reassigned to any other position in the same level without undue interruption. In April 2004, the plaintiff's competitive level would have been all supervisory GS-15 series 511 auditors.

**c.)    all of your other employees occupying the same competitive area and competitive level as of April 20, 2004, including, but not limited to, each such employee's name, race, sex, age, position, and grade level;**

**Supplemental Response to No. 12(c):** In April 2004, persons in the plaintiff's competitive level would have been:

Saundra Elion, African American, female, DOB 1948, Director, HAD, GS-15

Stanley McLeod, Caucasian, male, DOB 1948, Director TOP, GS-15

Randy McGinnis, Caucasian, male, DOB 1954, Director, FAD, GS-15

Curtis Hagan, Caucasian, male, DOB 1950, Director, Info. Sys. Audit Div, GS-15

Joseph Rothchild, Caucasian, male, DOB 1931, Assistant Director, FAD, GS-15

Han T Do, Asian, female, DOB 1968, Asst Dir, Information Sys. Audit Div., GS-15

Sandra LaPorte, Caucasian, female, DOB 1956, Asst Dir, TOP, GS-15

Roger Niesen, Caucasian, male, DOB 1944, Asst Dir, TOP, GS-15

**d.)    the order of retention of plaintiff and each such employee; and**

**Supplemental Response to No. 12(d):** Pursuant to Fed. R. Civ. P. 33(d), Defendant refers Plaintiff to the attached spreadsheet.

**e.)    each Human Resources or employee relations specialist or personnel who provided information in response to this Interrogatory.**

**Supplemental Response to No. 12(e):** Molly Munchmeyer

3

Dated: May 4, 2006.                     Respectfully Submitted,

                                        /s/   Kenneth L. Wainstein
                                        KENNETH L. WAINSTEIN, D.C. BAR #451058
                                        United States Attorney

                                        /s/   Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                        /s/   John C. Truong
                                        JOHN C. TRUONG, D.C. BAR #465901
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 307-0406

                                        Attorneys for Defendant

4

## VERIFICATION

1. I am the Deputy Counsel to the Inspector General, Office of Inspector General (OIG) for the United States Department of Housing and Urban Development ("the Department"). I am also the OIG liaison for this litigation, <u>Elion v. Jackson</u>. I have been tasked and have searched for documents and answers responsive to the Plaintiff's discovery requests.

2. I have reviewed the Defendant's Response to Plaintiff's Interrogatory 12, and know the contents thereof.

3. The matters contained in the Defendant's Response to Plaintiff's Interrogatory 12, are substantially correct and true and accurate to the best of my knowledge, information and belief.

4. The source of my information and the grounds for my belief are my personal knowledge, my personal discussions and questioning of the personnel specialist who provided the information, information provided by our servicing personnel office at the Bureau of Public Debt and officials within the OIG, and the Department, and the official files and records available to me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Washington, D.C.
April 25, 2006

Richard Johnson
Deputy Counsel to the Inspector General
Office of the Inspector General
U.S. Department of Housing and Urban Development

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing <u>Defendant's Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories</u> has been served on May 4, 2006, via e-mail in pdf format and First Class Mail in a prepaid envelope, correctly addressed to the following:

Robert C. Seldon, Esq.
Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
E-mail: rcs@rcseldon-associates.com

_/s/_____
John C. Truong

| Name | Comp / Exc | Work Sch | Pay Sch. | Series | Grade | Title | PD # | RIF Impact on Position / Incumbent | Tenure Group / Subgroup | Service Comp Date (Month) | (Day) | (Year) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| McLeod, Stanley | C | FT | GS | 511 | 15 | Supervisory Auditor (Division Director) | 02G511 | | I-A | 6 | 7 | 1970 |
| Rothschild, Joseph | C | FT | GS | 511 | 15 | Supervisory Auditor (Assistant Director, Financial Audits Division) | 01G509 | | I-A | 1 | 18 | 1974 |
| Elion, Saundra | C | FT | GS | 511 | 15 | Supervisory Auditor (Division Director) | 02G004 | | I-B | 6 | 9 | 1969 |
| LaPorte, Sandra | C | FT | GS | 511 | 15 | Supervisory Auditor (Assistant Director) | 02G510 | | I-B | 11 | 7 | 1976 |
| McGinnis, Randy | C | FT | GS | 511 | 15 | Supervisory Auditor (Financial Audits Division Director) | 01G505 | | I-B | 4 | 3 | 1980 |
| Hagan, Curtis | C | FT | GS | 511 | 15 | Supervisory Auditor (Division Director) | 01G510 | | I-B | 4 | 29 | 1980 |
| Do, Han T. | C | FT | GS | 511 | 15 | Supervisory Auditor (Assistant Division Director) | 03G518 | | I-B | 5 | 21 | 1990 |
| Niesen, Roger | C | FT | GS | 511 | 15 | Supervisory Auditor (Assistant Director) | 02G510 | | I-B | 9 | 8 | 1992 |
| | | | | | | | | | I-A Perference Eligible | | | |
| | | | | | | | | | I-B Non-preference Eligible | | | |

03202

| Incumbent Action | PA #1 most recent | PA#2 | PA#3 | AVG (Additional Service Credit) | Rounded AVG for Additional Service Credit | Adjusted Service Comp Date (Month) | (Day) | (Year) | DOB |
|---|---|---|---|---|---|---|---|---|---|
| | 16 | 16 | 16 | 16 | 16 | 6 | 7 | 1954 | 10/15/1948 |
| | 16 | 16 | 16 | 16 | 16 | 1 | 18 | 1958 | 1/10/1931 |
| | 16 | 16 | 16 | 16 | 16 | 6 | 9 | 1953 | 1/13/1948 |
| | 16 | 16 | 16 | 16 | 16 | 11 | 7 | 1960 | 7/20/1956 |
| | 16 | 16 | 16 | 16 | 16 | 4 | 3 | 1964 | 1/15/1954 |
| | 16 | 16 | | 16 | 16 | 4 | 29 | 1964 | 3/11/1950 |
| | 16 | 16 | 16 | 16 | 16 | 5 | 21 | 1974 | 5/17/1968 |
| | 16 | 16 | 16 | 16 | 16 | 9 | 8 | 1976 | 3/11/1944 |

03203