

**Tonya P. Watson**

06/08/2004 05:32 PM

To: rcs@rcseldon-associates.com
cc: Florine M. Williams/ODEEO/HHQ/HUD@HUD, Agnes
    Matthews/WHQ/HUDOIG@HUDOIG
Subject: Management Declined Mediation (Elion, S - HUD200400723)

Good Afternoon Mr. Seldon:

This is to inform you that, at this time, management has declined to use the Alternative Dispute Resolution
(ADR) process for Ms. Saundra Elion's case (HUD200400723), so her case is being returned to the EEO
Counselor for processing.  The EEO Counselor will be issuing to Ms. Elion a Notice of Final Interview, after
which she will have 15 days to file a formal complaint.  Please be advised that Ms. Elion has the option to
request ADR mediation during any stage of the complaint process.

If you have any questions regarding the ADR process, please feel free to contact me on (202) 708-2001
extension 3595.

Thank you.
*Tonya Watson
ADR Specialist