UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -X

SAUNDRA G. ELION,           :

      Plaintiff         :

   v.                       :

                              :

ALPHONSO R. JACKSON,         :

      Defendant         :

- - - - - - - - - - - - - - - -X

DEPOSITION OF AGNES MATTHEWS

Washington, D.C.

Tuesday, April 18, 2006

Deposition of AGNES MATTHEWS, called for examination at 1:45 p.m., at the law offices of Robert C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite 305, Washington, D.C., before Gary S. Howard, a notary public in and for the District of Columbia, when were present on behalf of the respective parties:

1  coordinator of the ombudsman program.
2         I am the coordinator of the employee
3  advisory council.
4         I am the affirmative employment program
5  manager.
6     Q   One sec. Let me just catch up with you.
7         (Pause.)
8         You're the coordinator or manager of
9  affirmative employment?
10        What did you say exactly?
11    A   The affirmative employment program
12 manager.
13    Q   Okay. Anything else?
14    A   I think those are the major functions.
15    Q   What duties and responsibilities, if any,
16 do you presently have in connection with the office
17 of inspector general, alternative dispute
18 resolution, or ADR, program?
19    A   My duty is to coordinate the ADR activity
20 through the departmental EEO program.
21    Q   Is this function one of the functions of
22 being the coordinator of the ombudsman program, the

1  employee advisory council, or affirmative
2  employment program manager functions?
3          Or is it a separate function?
4     A    As far as working with the ADR?
5     Q    Yes.
6     A    That's one of the functions as the EEO
7  manager. They look at me as -- well, the other
8  position is the discrimination complaints manager.
9  And that ADR function falls under the
10 discrimination complaints manager.
11    Q    Okay. Why don't we start by asking you,
12 today, what are your functions -- when you say,
13 discrimination complaints manager, I assume that's
14 for HUD OIG and not for the whole department.
15    A    Just for HUD OIG and handling EEO
16 matters.
17    Q    What are your duties and responsibilities
18 in that particular program area?
19         MR. TRUONG: That, meaning?
20         MR. SELDON:  Discrimination complaints
21 manager.
22         MR. TRUONG: Thank you.

1  those individuals or officials obligated to keep
2  the substance of a settlement agreement in
3  confidence?
4      A    To my knowledge, they are.
5      Q    Okay. And is the substance of a
6  settlement agreement that's reached during ADR
7  reported or posted anywhere, either reported in
8  documents or posted on a HUD web site anywhere?
9      A    I have no knowledge of any substance. The
10 web site, the HUD web site, only posts agreement
11 that had to go through the legal system, not the
12 ones that are settled through the mediation
13 process.
14     Q    Okay.
15          MR. SELDON:  Give me five minutes to
16 check my notes.
17          (Recess.)
            MR. SELDON:  I don't have any more
18 questions.
            John, if you've got questions, go ahead.
19          MR. TRUONG: I have just two, Ms.
   Matthews.
20                    CROSS EXAMINATION
            BY MR. TRUONG:
21     Q    Earlier in the deposition, you mentioned
   that sexual harassment cases are not suitable for
22 the ADR process.
            Can you elaborate on that for me?

Page 69

1  A    It would be sexual harassment cases that would involve sexual intercourse and of a graphic
2  nature, would not be allowed to be part of the ADR
3  mediation process.
4  Q    And who set that policy in terms of -- who set that policy?
5  A    The Equal Employment Opportunity
6  Commission set that policy for all Federal
7  Government.
   Q    So the policy applies to all Federal
8  Government agencies, not only just HUD?
9  A    That's correct.
10         MR. TRUONG: Thank you. That's all I have.
           MR. SELDON:  Okay. We're done.
11         THE COURT REPORTER:  And Mr. Truong,
12 you'll have her sign?
13         MR. TRUONG: Yes, I will have the Witness review and sign.
14         THE COURT REPORTER:  We're off.
15         (Signature not waived.)
16
           (Whereupon, at 2:55 p.m., the taking of
17 the deposition was concluded.)
18
                           _____
19                                Agnes Matthews
20
21
22

 U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-0001



Office of Departmental
Equal Employment Opportunity

MAY 24 2004

**MEMORANDUM FOR:** Kenneth M. Donohue, Sr., Equal Employment Opportunity Officer, Office of Inspector General, G

**FROM:** Linda Bradford Washington, Manager,
Alternative Dispute Resolution Program, U

**SUBJECT:** ADR Mediation Request of Saundra Elion, Aggrieved Person (AP) Case Number: HUD200400723

The Office of Departmental Equal Employment Opportunity has received a request from Saundra Elion located in the Office of Inspector General, Washington, DC, to resolve her informal Equal Employment Opportunity (EEO) complaint using the Department's Alternative Dispute Resolution Program.

The Equal Employment Opportunity Commission now requires all federal agencies to make available Alternative Dispute Resolution (ADR) to persons who seek redress at the informal and formal EEO complaint stages of the EEO administrative process. HUD, as a matter of policy, has determined to make ADR available and to promote ADR as a method of conflict resolution. Therefore, Managers are expected to fully cooperate and participate in this process consistent with the Department's ADR policy statement. The Department's ADR Program uses mediation as the ADR technique for resolving workplace disputes. Mediation services are conducted by contract trained and certified mediators or shared interagency neutrals.

The ADR Program is designed to resolve workplace disputes early and in a more timely, efficient and cost effective fashion than the traditional EEO formal system. ADR has been proven to foster respectful and productive discussions, resolve underlying issues and ultimately improve workplace morale and productivity. Your participation in the process could resolve a potential EEO complaint.

Attached is a copy of the EEO Counselor's summary of the AP's informal complaint. As a remedy to her informal EEO complaint, Saundra Elion is seeking the following: (1) restoration to a supervisory position with a full staff equivalent to either a Division or Regional office; (2) clearly defined mission for the aforementioned division/region; (3) Diversity training for Deputy Inspector General, Assistant Inspector General of Audit and Deputy Assistant Inspector General of Audit; (4) reimbursement of legal fees, and (5) actual and compensatory damages. In the event you elect mediation we will contact you within three (3) days after we receive your confirmation to mediate to discuss the ADR process. Please identify the person who will represent you and negotiate on your behalf during the mediation session. Upon your acceptance to participate in the mediation process you or your designee will be briefed on the mediation


DEPOSITION EXHIBIT #8

We appreciate your cooperation in this matter. If you have any questions, please do not hesitate to contact Tonya Watson, Alternative Dispute Resolution Specialist, on (202) 708-2001 extension 3595.

Attachment

cc: Agnes Proctor-Matthews, GF
Robert C. Seldon & Associates, PC
Attorneys-At-Law
1319 F Street, NW Ste 305
Washington, DC 20004

---

Please return a copy of this letter within ten (10) days of receipt of this notice to the Office of Departmental Equal Employment Opportunity/Alternative Dispute Resolution Program, Linda Bradford Washington, Room 7143 or fax (202) 619-0095:

\_\_\_Agree to mediation process.      _____
                                      **(Insert name of Management Representative)**

\_\_\_Do not agree to mediation process. **(Provide written justification)**

\_\_\_Would like to discuss the mediation process and receive additional information.

_____          _____
EEO Officer's or Designee's Signature            Date