MGB Reporting, Inc.

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------
D. MICHAEL BEARD,            :
17 Rubins Walk              :
Fredericksburg, VA  22405,  :
                            :
            Plaintiff       : C.A. No. 06-0756 (GK)
                            :
        v.                  :
                            :
ALPHONSO R. JACKSON,         :
Secretary of Housing and    :
Urban Development,          :
451 Seventh Street, S.W.    :
Washington, D.C.  20410,    :
                            :
            Defendant       :

            Friday, January 5, 2007

The discovery deposition of STANLEY J. McLEOD, a witness called for examination by counsel for the plaintiff, at the Offices of Robert C. Seldon & Associates, 1319 F Street NW, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and notary public in and for the District of Columbia, commencing at 9:42 a.m., when were present on behalf of the respective parties:

MGB Reporting, Inc.

Page 4

1  P R O C E E D I N G S

2  STANLEY J. McLEOD,

3  the witness, called for examination by counsel for the

4  plaintiff, and, after having been sworn by the notary,

5  was examined and testified as follows:

6  EXAMINATION BY COUNSEL FOR THE PLAINTIFF

7  BY MR. SELDON:

8   Q   Mr. McLeod, how are you?

9   A   Good.

10  Q   For the record, will you please give us your

11  full name.

12  A   Stanley Joseph McLeod.

13  Q   Your present home address?

14  A   11015 Kenilworth Avenue, Garrett Park, Maryland,

15  20896.

16  Q   And your home phone number?

17  A   (301) 949-3205.

18  Q   Mr. McLeod, before we begin, let me just tell

19  you one thing.  It's possible as this case goes on that

20  your appearance or participation would be needed later.

21  Basically two ways this can be done, or actually any

22  number of them.  One is that a process server can come to

MGB Reporting, Inc.

Page 5

1   your home or a agreed-upon place and serve process on
2   you, subpoena.  The second is, it's up to you, and
3   I will say that every other witness ever offered this
4   chance agrees, that the United States Attorney's Office
5   could accept service of a subpoena for you.  They would
6   not be responsible for producing you.  That would still
7   be solely your responsibility.  They could accept service
8   of a subpoena, if you would agree, until the litigation
9   is done, if that's acceptable to you.
10          Which way would you rather have us do it?  Home
11  or through them?
12      A   Home's fine.
13      Q   Okay.  Mr. McLeod, I take it you are presently
14  resigned from the federal government?
15      A   Retired, yes.
16      Q   Sorry.  How long has that been, sir?
17      A   Been retired for two years.
18      Q   You've been employed since then?
19      A   No.
20      Q   Your last position, I take it, was with the
21  Department of Housing and Urban Development?
22      A   Correct.

MGB Reporting, Inc.

Page 6

1   Q   Have you had any business dealings with the
2 Department of Housing and Urban Development since your
3 retirement?
4   A   No, I haven't.
5   Q   What I'm going to do now, is -- and your last
6 position with HUD was what, now?
7   A   Director Technical Operations and Planning
8 Division.
9   Q   Which is part of what?
10  A   Part of the Office of Audit.
11  Q   Of the Office of Inspector General?
12  A   Correct.
13  Q   What was the date, approximately, that you left
14 that position?
15  A   When I retired in January '05, I believe.
16  Q   I'm going to give you the ground rules of --
17  A   '04, I believe -- no, '05.  I'm sorry.
18  Q   Okay.  I'll give you the first ground rule, it
19 happens during the deposition.  There will be times that
20 you will give an answer and remember that it was
21 incorrect or remember that you need to supplement or
22 whatever.  I'm going to give you the chance today

Page 12

1   specify to the contrary for you, HUD, Department of
2   Housing and Urban Development, OIG, HUD OIG, Office of
3   Inspector General, all refers to the HUD Office of
4   Inspector General, unless I tell you to the contrary.
5         In your last position as director of TOP, what
6   were your duties and responsibilities?
7     A   We were responsible for overseeing the work of
8   ten regional offices, reviewing drafts, reports,
9   providing comments on those reports, those comments were
10  provided to the inspector, Assistant Inspector General
11  for Audit Jim Heist, who passed the comments on to the
12  district offices, as we called them.  That was one of the
13  functions.
14        I had several staff that reviewed reports and
15  provided comments to me.  I reviewed those comments,
16  passed them along to Jim Heist, who passed them along to
17  the district offices.  We also were responsible for the
18  semi-annual report to Congress, the Office of Audit plan,
19  and Office of Audit policies and procedures.
20    Q   Let's take some of these from the top.  You
21  mentioned the oversight function of ten regional
22  offices.  There are in addition, I know, in addition to

Page 13

1  the ten regional offices of HUD OIG, there are also
2  several more office and headquarters Office of Audit.
3  Did you perform the same functions with regard to their
4  work as well?
5       A    Yes, we did.
6       Q    And how many of -- there were how many offices
7  in Washington, DC?
8       A    There would have been the Headquarters Office
9  Audit and there would have been the Financial Audit, and
10 those were the only two, I believe, in Washington.
11      Q    Was there also an Information System Office,
12 Systems Office or not?
13      A    Yes, there was.  That was the third office.
14      Q    Did that also --
15      A    That was also part of our --
16      Q    Charter?
17      A    Correct.
18      Q    How long were you in this position as director
19 of TOP?
20      A    From the early 1990's.  I'm not sure of the
21 specific date.  My best guess would be about '94.
22      Q    That's an estimate?

MGB Reporting, Inc.

Page 14

1     A    Yes.
2     Q    How long were you the director?
3     A    I was the director -- let me back up.
4     Q    When you joined TOP, I take it there was a
5  predecessor?
6     A    The predecessor, the Office of Planning
7  Development and Research -- I mean Planning and Research
8  Division.  When I first came to headquarters, I was in
9  the Planning and Research Division.  I worked for Jim
10 Martin.  Jim Martin moved on.  I took his position, and
11 we later changed to Planning and Research Division after
12 the new IG came aboard.
13    Q    Mr. Donahue?
14    A    Mr. Donahue, because it was more technical
15 oversight, and we changed the division's name to TOP.
16 That was probably in the mid '90s.
17    Q    As opposed to sometime -- Mr. Donahue didn't
18 come until 2002-2003, somewhere in there?
19    A    Was it --
20    Q    Susan Gaffney was IG until sometime in 2002,
21 May.  If you don't remember, that's okay.
22    A    Right.  It's been a couple years.

9805 Korman Court, Potomac, MD 20854
301-983-9315 ~ www.mgbreporting.com

5182fa01-a6f8-11db-b7ae-0003b3005cf9

MGB Reporting, Inc.

Page 15

1    Q    And you tried to forget.

2    A    And I tried to forget.

3    Q    That's fair enough.

4         Would it be fair to say that you were, until

5    your retirement, you were director of TOP and continually

6    had been the first director of TOP?

7    A    First director of TOP, yes.

8    Q    And you remained its director continuously until

9    you retired?

10   A    Correct.

11   Q    You were succeeded by who, if you know?

12   A    Give me a moment.  Can't recall.

13   Q    Okay.  Robert Guinn, does that ring a bell?

14   A    Before that, when I left, one of my -- he just

15   retired.  I can't recall.

16   Q    The report you mentioned --

17   A    Roger Niesen.

18   Q    The report to Congress, I take it, was the

19   semi-annual report?

20   A    Yes.

21   Q    Your office was responsible for the report to --

22   A    That's correct.

9805 Korman Court, Potomac, MD 20854
301-983-9315 ~ www.mgbreporting.com

5182fa01-a6f8-11db-b7ae-0003b3005cf9

Page 76

1  insulting.

2  Q   My exact question is, did they get more
3  argumentative over time?

4  A   I would say yes.

5  Q   Did the workload in TOP change, let's say over
6  the last few years you were there?

7  A   In terms of audit report reviews, no.

8  Q   Any other work change in the -- workload change
9  in the last few years?

10 A   Not to my knowledge.

11 Q   And now I take it you left in January of '05?

12 A   January of '05, yes.

13 Q   And Mr. Beard was reassigned in January of '05?

14 A   Yes.

15 Q   I take it, just to wrap this up, for that reason
16 you wouldn't have any personal knowledge of how the
17 workload changed in terms of TOP's workload vis-a-vis
18 Region 6?

19 A   No.

20     MR. SELDON:  Okay.

21     (Whereupon the deposition concluded at
22     11:51 a.m., the witness having not