UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - -X

SAUNDRA G. ELION,             :

       Plaintiff       :

     v.                      :

                         :

ALPHONSO R. JACKSON,          :

       Defendant       :

- - - - - - - - - - - - - -X

DEPOSITION OF MICHAEL PHELPS

Washington, D.C.

Wednesday, May 31, 2006


Deposition of MICHAEL PHELPS, called for

examination at 1:10 p.m., at the law offices of Robert

C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

305, Washington, D.C., before Gary S. Howard, a notary

public in and for the District of Columbia, when were

present on behalf of the respective parties:

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 2

1      APPEARANCES:

2          On behalf of the Plaintiff:

3              ROBERT C. SELDON, Esq.

4              Law Offices of Robert C. Seldon, P.C.

5              1319 F Street, N.W.,

6              Suite 305

7              Washington, D.C.

8

9          On behalf of the Defendant:

10             JOHN C. TRUONG, Esq.

11             United States Department of Justice

12             United States Attorney's Office

13             555 4th Street, N.W.,

14             Washington, D.C.  20530

15             (202-307-0406)

16

17             RICHARD K. JOHNSON, Esq.

18             HUD, Office of Inspector General

19

20      Also present:

21             SAUNDRA ELION

22

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1                          C-O-N-T-E-N-T-S

2    WITNESS                    DIRECT    CROSS    REDIRECT

3    Michael Phelps              4        119       134

4                          E-X-H-I-B-I-T-S

5    NUMBER                                    IDENTIFICATION

6    Deposition Exhibit No. 1                      18

7    Deposition Exhibit No. 2                      71

8    Deposition Exhibit No. 3                      79

9

10

11      (Exhibits supplied by Mr. Seldon.)

12

13

14

15

16

17

18

19

20

21

22

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1                    P-R-O-C-E-E-D-I-N-G-S

2    Whereupon,

3                      MICHAEL PHELPS

4    was called as a witness and, having been first duly

5    sworn, was examined and testified as follows:

6                     DIRECT EXAMINATION

7           BY MR. SELDON:

8       Q    Mr. Phelps, for the record, would you

9    please give us your full name and your present

10   place of residence?

11      A    Michael Richard Phelps, 3903 Croydon

12   Lane, Bowie, Maryland 20715.

13      Q    Okay. Mr. Phelps, I take it in the not-

14   too-distant past, you retired from the Department

15   of Housing Urban development.

16      A    Yes, sir, I did, effective January 3rd,

17   2006.

18      Q    Thanks for your precision. And what was

19   your final position there?

20      A    Deputy assistant inspector general for

21   audit.

22      Q    Okay. And we're going to pick this up in

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1    can't record that.

2            So when I say to you, are you ready to

3    go, you need to say --

4            THE WITNESS:  Yes.

5            MR. SELDON:  There we go.

6            BY MR. SELDON:

7        Q    Mr. Phelps, your last job as deputy

8    assistant inspector general for audit, how long did

9    you hold that job for?

10       A    I was appointed to that position, October

11   22nd, 1989.

12       Q    What were your duties -- let's put it

13   this way.

14           Let's begin with the last couple of years

15   in that job, what your duties and responsibilities

16   were. Then we'll talk if there were any changes.

17       A    The last couple of years in that job, my

18   responsibilities were oversight of all of our staff

19   in the office of audit, 300-plus people, in some 35

20   offices around the country.

21           And I was first-line supervisor for the

22   manager of every of those offices, second-line

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1    supervisor for all of their deputies.

2            So I had basically oversight of the

3    operations of the office of audit.

4        Q    What grade level were you in that job?

5        A    SES.

6        Q    Senior Executive Service?

7        A    Yes, sir.

8        Q    Okay. To whom did you answer in that job?

9        A    James Heist.

10       Q    And he was?

11       A    Assistant inspector general for audit.

12       Q    Who was your second-line supervisor?

13       A    Michael Stephens, deputy inspector

14   general.

15       Q    Okay. And just to make this a little

16   easier, I had asked you to focus on your last three

17   years in the job as deputy assistant inspector

18   general for audit.

19           You were in that job for, I gather, 15

20   years or thereabouts.

21       A    Uh huh.

22       Q    Were the years before the last three

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1  headquarters audit division. I don't remember the

2  specific title of that group back at that point in

3  time, but --

4      Q    Was that true when you started in 1989?

5      A    That was true when I started in -- yes,

6  sir.

7      Q    I mean started as deputy assistant

8  inspector general.

9      A    Yes. When I started as deputy assistant

10 inspector general, there was a division in

11 headquarters.

12     Q    The headquarters audit division?

13     A    Yes, sir.

14     Q    And prior to then as well?

15     A    Yes, sir.

16     Q    Dating back to when, to the extent you

17 know?

18     A    I started in that division in 1971.

19     Q    Okay. And it was in continuous operation

20 until -- continuous existence until 2004.

21          Is that right?

22     A    No.

1    Q    Okay.

2    A    When we formed the capital district.

3    Q    Okay.

4    A    Which I'm not sure of the exact date of

5    that. Probably around mid-'90s.

6    Q    Okay.

7    A    We formed that group and actually took

8    the headquarters audits group and they became that

9    group at that point in time.

10    Q    Is it fair to say that from 1971 forward,

11    until 2004, there had always been either a

12    headquarters audit division or a capital audit

13    division in the HUD inspector general's office?

14    A    Yes, to the best of my recollection.

15    Q    Did that go on until '71, do you know?

16    A    I do not know.

17    Q    Okay. We were going back. You became the

18    deputy assistant inspector general for audit in

19    '89. And before that, you said that you had done,

20    what?

21        What was your position?

22    A    Before that, I was -- I think it was

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 44

1    manager.

2        Q    Okay.  Anything else?

3        A    Consolidating regional offices.

4        Q    Okay.

5        A    Moving functions from one office to

6    another office.

7        Q    Okay.

8        A    That's the best I can think of.

9        Q    So keeping those examples in mind, I'll

10   ask you again -- does it still seem right that

11   somewhere between five or more, but less than ten,

12   times as DAIGA, you were involved in a

13   reorganization?

14       A    Probably closer to ten.

15       Q    Okay.

16       A    Maybe a little more.

17       Q    Fair enough. And your role in these

18   reorganizations would customarily be what?

19       A    It could be a very varied role, from

20   making the recommendation that it be done, to

21   implementing what I was told was being done.

22       Q    Okay. And in carrying out these ten or

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1    more reorganizations, was it customary for one of

2    the HR divisions or the other that worked with OIG

3    to be involved?

4        A    Yes.

5        Q    Which one or ones?

6        A    I'm sorry?

7        Q    Which one or ones, or was it both?

8        A    Both.

9        Q    On a routine basis?

10       A    Yes.

11       Q    Standard business practice. Is that

12   right?

13       A    To the best of my knowledge. Let me say

14   it was for me.

15       Q    What about to the best of your knowledge?

16       A    To the best of my knowledge, it was.

17       Q    Okay. That's fair.

18            (Pause.)

19            Good. Making good progress.

20            (Pause.)

21            At some point in the last few years, were

22   there hiring ceilings or staffing ceilings or

Page 46

1    reduction put in place on individual offices in the

2    office of audit?

3        A    Yes, there was.

4        Q    When do you recall that occurring, and

5    what do you recall occurring?

6        A    On multiple dates over the past several

7    years.

8        Q    Okay.

9        A    Ceilings were raised, ceilings were

10   lowered, for both the office of audit and for

11   individual offices.

12       Q    Would the past several years be fair to

13   say like from 2001 until your retirement?  Is that

14   a good framework?

15            You need to tell me by the past several

16   years.

17       A    Yes, that's fine. It goes back to as long

18   as I was in the job, from '89. These

19   things -- this is routine in the office of audit.

20            So it happened all the time.

21            But, yes, 2001 to the time I retired was

22   a good measure.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1        Q       And when you say, this was routine, just

2    for the record, what do you mean by the this?

3        A       Changing ceilings, reducing, raising.

4        Q       Okay. Is the same true for hiring freezes

5    as well?

6        A       Yes.

7        Q       Let's start, then, let's go to the top.

8    How is the overall -- if there is a standard

9    way -- the overall hiring ceiling for the office of

10   audit, set?

11       A       The office of management and policy.

12       Q       OMAP?

13       A       OMAP, within the OIG, sets the ceilings

14   for the individual, for audit.

15       Q       Okay. For the whole audit division.

16       A       Right. The total ceiling for office of

17   inspector general is set by OPM.

18       Q       Right.

19       A       Once we have a ceiling, the office of

20   management and policy decides what individual

21   office's ceilings are going to be.

22       Q       Meaning like the office of investigation,

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 52

1      Q      That's fair.

2      A      I don't remember whether there was any

3    difference than what I proposed and what we ended

4    up with.

5      Q      That's fair.  Do you remember one way or

6    another assigning an office -- I'm sorry -- an

7    audit, of OFHEO from the headquarters office

8    division to Kansas City office of audit?

9      A      I did not make that assignment.

10     Q      Are you aware of it occurring?

11     A      Yes.

12     Q      What do you know about that, and when did

13   it occur?

14     A      I think it was in 2003.

15     Q      Okay.

16     A      Maybe springtime.

17     Q      Let's identify what OFHEO is for the

18   record.

19            (Pause.)

20     A      You want me to do that?

21     Q      Would you, please?

22     A      No. I don't know.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 53

1          (Laughter.)

2          Office of fair housing -- oh, say that

3   again.

4      Q     OFHEO.

5      A     Oh, fair housing -- I was thinking of the

6   OFEO audit.

7      Q     That's what I was thinking of, too.

8      A     Yes. It's not OFHEO.

9      Q     Right. It's --

10          MR. TRUONG:  O-F, what?

11          BY MR. SELDON:

12     Q     Let's try it again. What audit were you

13  thinking of, sir?

14     A     I was thinking of the audit of the

15  oversight group of FEO in the department.

16     Q     Right.

17     A     I don't recall the exact letters.

18     Q     That's okay. That's the one that was

19  reassigned to Kansas City, Region 7?

20     A     Yes.

21     Q     Who made that assignment, if you know?

22     A     Mr. Heist.

Page 54

1    Q    Was it reassigned from another office, if

2    you know?

3    A    Not to the best of my recollection.

4    Q    Okay. Did you have any role to play in

5    the assignment or detail of auditors to perform

6    that audit?

7    A    I do not remember whether Mr. Heist

8    discussed it with me before the decision was made

9    or whether he just told me this was the decision.

10    Q    Do you remember what the decision was?

11    A    The decision was that the assignment was

12    going to be done by Kansas City.

13    I do not recall if it originally had been

14    assigned to anybody else. I don't believe so. QDo

15    you recall whether any auditors in particular in

16    any particular office were detailed or otherwise

17    assigned to perform that audit?

18    A    Yes. Two auditors from the headquarters

19    audits division were detailed.

20    Q    That was while it was under Ms. Elion's

21    supervision?

22    A    Yes.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 55

1      Q      Who were the two auditors, if you recall?

2             (Pause.)

3      A      I believe it was Karmel Smith -- no, she

4    wasn't on it.

5      Q      If you don't remember, that's okay.

6      A      Ed Kim I know was on it. I can't remember

7    who the other person was.

8      Q      Okay. And were they physically TDYed to

9    Kansas City in order to do that audit?

10     A      No.

11     Q      So they remained stationed in Washington,

12   D.C., during that audit?

13     A      To the best of my recollection.

14     Q      Whose supervision were they under?

15     A      The Kansas City office.

16     Q      Which had its own assistant inspector

17   general -- assistant regional inspector general for

18   audit?

19     A      Regional inspector general for audit.

20     Q      The head of that office, in other words.

21     A      Yes.

22     Q      Okay. Do you know one way or another

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 56

1    about a detail of an audit team from Philadelphia

2    to perform a follow-on audit in lead hazard

3    control?

4        A    Yes.

5        Q    Which one are you thinking of?  Let's

6    make sure we're on the same wavelength.

7        A    The City of Clifton.  Oh, no, wait a

8    minute.

9            (Pause.)

10           I think there's two different

11   assignments.

12       Q    I think we're talking about a

13   headquarters audit.

14       A    Okay. Right.

15       Q    And are you aware one way or another

16   about auditors from Philadelphia being detailed or

17   otherwise assigned to perform that audit?

18       A    Yes, I know they were.

19       Q    Okay. Do you recall when that was?

20       A    I do not.

21       Q    And this was an audit to be performed in

22   headquarters?

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 57

1        I'm sorry -- about headquarters.

2    A    You know, it would be speculation on my

3    part because --

4    Q    You don't need to answer.

5    A    -- I had little involvement in that.

6    Q    Do you know whose decision that was?

7    A    It would be Jim Heist's decision.

8    Q    Okay. Was it standard business practice

9    of Mr. Heist to assign particular auditors as

10   opposed to you doing it?

11   A    Yes.

12   Q    Was it standard business practice of Mr.

13   Heist to do that without consulting you?

14   A    Yes.

15   Q    Did you conduct periodic meetings in

16   person and/or by phone or video conference with

17   office heads while you were deputy assistant

18   inspector general for audit?

19   A    Yes.

20   Q    This happened frequently?  Weekly?

21   Monthly? Frequently? Any particular standard time

22   or times?

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1          What were the ratios?

2     A     Auditors.

3     Q     Let me make the record clear. It would be

4  the ratio of supervisory -- is it office heads or

5  supervisors, or what?

6     A     ARIGs -- assistant regional inspector

7  general for audit.

8     Q     Which would have been the regional office

9  heads and the --

10    A     No, not the regional office heads. That's

11 the RIG.

12    Q     Okay.

13    A     The ARIG is the assistant.

14    Q     Okay.

15    A     So it would be the number of assistants

16 to the number of audit staff that they had assigned

17 to them.

18    Q     And when you say audit staff, do you mean

19 auditors?

20    A     Auditors.

21    Q     So we're eliminating, then, support

22 staff.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 64

1      A      Right. Yes.

2      Q      And the ARIGs, they were in offices that

3  were, correct me if I'm wrong, were part of the

4  larger offices that the RIGs --

5      A      ARIGS could be in the regional office or

6  an out-stationed office.

7      Q      Got it.  And when you use that term,

8  you're also using the office heads in headquarters,

9  I take it, or no?

10     A      No. We never included the headquarters

11 offices in terms of looking at how many staff they

12 had.

13     Q      And the ratio of supervisors to

14 professional staff.

15             Is that right?

16     A      Right.

17     Q      Okay. You don't remember that coming

18 up -- well, strike that.

19             Were there particular ratios in these

20 regional offices, as you described them -- and I

21 mean the field offices -- that were used as

22 guidelines for determining appropriate staffing

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1    levels?

2        A     To the best of my recollection, we used

3    the number of 7:1.

4        Q     And what do you mean by that?

5        A     Seven staff auditors to one supervisor.

6        Q     And that was, what, a goal or

7    requirement, or what?

8        A     That was a number that was arrived at by

9    analyzing a lot of different information -- the

10   size of our staff in each office.

11       Q     Got it.

12       A     Where those offices were, whether there

13   was a supervisor on-site.

14       Q     Got it.

15       A     And what was going on at other IGs'

16   offices, what their ratios were.

17       Q     Did all of the offices in the region meet

18   that ratio, or better it?

19       A     No.

20       Q     Do you recall which ones in the last

21   three years of your work at OIG did not?

22       A     No.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 66

1    Q    Do you recall any that did not meet that?

2    A    Do I recall a specific one that did not?

3    Q    Yes.

4         (Pause.)

5    A    No.

6    Q    Do you recall any action ever being taken

7  involving an office in the field in one of the

8  regional offices to remedy a staff:supervisor ratio

9  that was lower than 7:1?

10    A    Yes.

11    Q    Can you tell me which one or ones?

12    A    Atlanta and Chicago.

13    Q    And what happened in those two

14  situations?  Let's say Atlanta first.

15    A    We put an additional supervisor.

16    Q    Because their staff to supervisor ratio

17  was higher than 7:1, I guess.

18         Is that right?  I'm trying to find out

19  lower than 7:1.

20    A    No, let me back up.

21    Q    Okay.

22    A    What we did in Atlanta, we added up

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1    supervisor because it was an out-stationed office

2    supporting RICO and we had about six auditors down

3    there without direct supervisor.

4            So we put another manager in there.

5        Q    Okay.

6        A    I'm not sure what that did to their

7    ratio.

8        Q    Would it be fair to say that that wasn't

9    done in order to increase the number of staff per

10   supervisor?

11       A    Right. No, that was done to -- in that

12   case, it was done to give on-site supervision.

13       Q    Right. I'm talking about the other way

14   than where there was some action --

15       A    Where it was done to reduce the number of

16   staff?

17       Q    Increase the number of staff.

18       A    Increase the number of staff?

19       Q    Per supervisor, yes.

20       A    I'm confused. I'm not understanding your

21   question.

22       Q    Okay. You had said that there was -- and

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 68

1    I'm not going to put words in your mouth. And if

2    I've described this wrong, you feel free to say,

3    no, this is not what I meant.

4              There was a desire or a goal of a ratio

5    of seven staff per supervisor.

6              Correct?

7    A      Uh huh.

8    Q      Say yes or no for the Reporter.

9    A      Yes.

10   Q      And presumably, if you're maximizing

11   efficiency, what you would like, what OIG wanted,

12   what its objective was, was to see that the ratio

13   of staff to supervisor was seven or higher.

14             Would that be fair to say?

15   A      Right around seven.

16   Q      Okay.

17   A      It wouldn't necessarily go higher. If it

18   was six, we're not going to push it to go to 7-1/2

19   to make it higher than seven.

20   Q      Okay.

21   A      Seven was a number that --

22   Q      A goal.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 69

1        A      A goal that we were working.

2        Q      And what I was saying was, do you recall

3    any circumstances of regional offices in which

4    action was taken in order to increase the ratio of

5    staff to supervisors?

6        A      Increase the staff to supervisors --

7    means I would have to add more staff.

8        Q      Or take away supervisors.

9        A      Or take away supervisors. I cannot think

10   of an occasion when we took away supervisors.

11       Q      Okay.

12       A      Adding more staff, we've done. But I

13   don't recall it ever being because we had too many

14   supervisors and we had to get more staff to balance

15   the numbers out.

16       Q      Okay.

17              (Pause.)

18              Let me have marked a document as -- let's

19   call it Phelps Exhibit 2.

20              THE COURT REPORTER:  No. 2.

21                    (The document referred to

22                     was marked for identification

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 70

1          as Deposition Exhibit No. 2.)

2          BY MR. SELDON:

3      Q    Is this a document you're familiar with?

4      A    Yes, it is.

5      Q    Just for the record, then, I'll say, this

6  is a memorandum dated April 20th, 2004, from Mr.

7  Heist to Mr. Stephens. And the subject is: Proposal

8  For Realignment of the Office of Audit.

9          Now this does seek Mr. Stephens' approval

10  for a realignment in the office of audit, which, as

11  it states here, would involve disbanding the

12  headquarters audit division and moving staff to

13  other mission-critical functions within

14  headquarters' office of audit.

15          What involvement, if any, did you have in

16  preparing this memorandum?

17      A    None.

18      Q    What involvement, if any, did you have in

19  the consideration or proposal or implementation of

20  the actions discussed in this memorandum before

21  they were taken?

22          MR. TRUONG:  Objection to the form of the

Page 71

1    question, and foundation.

2            MR. SELDON:  I think I said, what action,

3    if any.

4            MR. TRUONG:  Answer the question to the

5    best of your ability.

6            MR. SELDON:  Let's make it simpler. I see

7    you were struggling.

8            BY MR. SELDON:

9    Q     Did you have any -- there are certain

10   actions that are discussed in this memorandum,

11   Phelps Exhibit 2, okay.

12           Are you with me there?

13   A     Yes, sir.

14           MR. TRUONG:  Do you want to point those

15   out?

16           MR. SELDON:  I actually had just read

17   them a moment ago -- realignment involved

18   disbanding the headquarters audit division and

19   moving staff to other mission-critical functions.

20           Right?

21           MR. TRUONG:  Okay.

22           MR. SELDON:  In the first paragraph,

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 72

1    okay?

2              MR. TRUONG:  Okay.

3              BY MR. SELDON:

4        Q    What I wanted to know was, what

5    involvement, if any, did you have in considering

6    this proposed realignment before it was

7    implemented?

8        A    Before it was implemented?

9        Q    Before it was approved.

10       A    Before it was approved.

11             (Pause.)

12             I can't recall.  I can't recall whether

13   Mr. Heist discussed this with me before he sent it

14   up to Mr. Stephens or after Mr. Stephens had

15   approved it.

16       Q    Do you recall one way or the other Mr.

17   Heist soliciting your input or thoughts into this

18   realignment before he sought Mr. Stephens'

19   approval?

20             MR. TRUONG:  He just told you.

21             MR. SELDON:  No. It's a different

22   question.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 73

1          THE WITNESS:  I do not remember what the

2     timing was when Mr. Heist discussed it with me.

3          MR. SELDON:  Okay.

4          BY MR. SELDON:

5     Q     I take it at some point you were involved

6     or became knowledgeable about this.

7          Right?

8     A     Yes.

9     Q     Okay.  Hang on one second.

10         (Pause.)

11         What I'm going to do is I'm going to just

12    give you a copy of your affidavit that you gave at

13    the EEO -- I'm sorry -- investigative process of

14    Ms. Elion's complaint.

15         I'm just going to draw your attention to

16    a part of it and just ask if this in any way

17    refreshes your recollection.

18         I'm showing you page 4, and there's a

19    question beginning on line 10. And the answer on 12

20    is: Although I had no direct involvement in the

21    reorganization, I understand the ongoing workload,

22    et cetera.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1    you -- without doing anything, I'll just say, which

2    you attended.

3            Okay?

4        A    Right.

5        Q    Do you recall specifically how you came

6    to be in that meeting, be invited into that

7    meeting?

8        A    Yes. Mr. Stephens invited me.

9        Q    He spoke with you directly?

10       A    I'm not sure. I'm not sure how. But his

11   secretary could have called and said, report to the

12   front office.  And when I got there, he told me

13   what he wanted to talk about.

14           I don't remember how the invitation came,

15   though.

16       Q    What do you recall Mr. Stephens

17   expressing at that meeting?

18       A    His concern that our staff felt that they

19   were being mistreated by management, and this was

20   an intolerable situation.

21       Q    Let's go back. The staff at this point,

22   was it about Mr. Kim, or was there other staff?

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 106

1      A      There was mention of another person who

2    Mr. Kim had told me, Sharon Brown, also on Ms.

3    Elion's staff, that she had similar issues with the

4    way she was being treated.

5            And I passed that on to Mr. Stephens.

6      Q      And so, what did Mr. Stephens, to the

7    best of your recollection, say at this particular

8    meeting?

9      A      He asked Ms. Elion what she knew about

10   it, what her feelings were, why this could be

11   happening, was there a problem with Ms. Hawkins,

12   the way she dealt with staff.

13          MR. TRUONG:  Bob, I mistakenly wrote down

14   the names, Kim Marn and Sharon Brown on the copy

15   that Mister --

16          MR. SELDON:  We're just using it for

17   reference. We're not going to make it an exhibit.

18          MR. TRUONG:  I just wrote down those

19   names and I don't know if you have an extra copy, a

20   clean copy, that Mr. Phelps can use.

21          MR. SELDON:  Sure. The complaint?  Sure.

22          (Pause.)

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

1          Go ahead.

2          BY MR. SELDON:

3     Q    And Ms. Elion, did she answer Mr.

4     Stephens' questions?

5     A    Yes. She said that she wasn't aware of

6     it, that there was this sort of problem going on

7     with Ms. Hawkins.

8          She was aware that, obviously, Mr. Kim

9     submitted his resignation and what his reasons, the

10    reasons he had given her.

11    Q    At the meeting, was Ms. Elion respectful?

12    A    Was Ms. Elion respectful?

13    Q    Yes.

14    A    Yes.

15    Q    Did she raise her voice at any point?

16    A    I don't think so, no.

17    Q    Did anybody?

18    A    Well, Mr. Stephens was quite visibly

19    upset. Did he raise his voice above a normal

20    conversational tone?

21         Yes.

22    Q    Did you observe what he was upset about

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 108

1    or what made him upset?

2        A    The possibility that we have managers

3    that are treating employees in such a way that they

4    would resign their job as the only way out.

5        Q    Did you observe or have a reason to

6    conclude at that meeting that Mr. Stephens was of

7    the belief that Ms. Hawkins was at fault in Mr.

8    Kim's resignation?

9            MR. TRUONG:  Objection to the form of the

10   question.

11           BY MR. SELDON:

12       Q    Can you answer that one, or not?

13       A    Do you want to repeat it?

14       Q    Did you observe or have reason to believe

15   at that meeting that Mr. Stephens had concluded

16   that Ms. Hawkins was at fault in Mr. Kim's

17   resignation?

18       A    No.  I don't think he reached a

19   conclusion because one of the things that he said

20   he was going to do was have our ombudsman program

21   take a look at the situation and try to get to the

22   bottom of what was going on.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 114

1    the special assistants attended those meetings.

2            MR. SELDON:  Tell you what. Why don't you

3    let me collect my notes, and then I'll see if I've

4    got anything more to do.

5            And I would think, if I do, and I may

6    not, it would be limited. So you might want to

7    checks yours if you want to do Redirect.

8            But give me a few minutes and let me get

9    organized.

10           MR. TRUONG:  Okay.

11           (Recess.)

12           THE COURT REPORTER:  We're back on the

13   record.

14           MR. SELDON:  Mr. Phelps, I just have a

15   couple other follow-up questions to ask you.

16           THE WITNESS:  Okay.

17           BY MR. SELDON:

18    Q    We talked about the complaint that Mr.

19   Kim brought to you, and that you then discussed

20   with Mr. Stephens.

21           Okay?

22    A    Yes.

1      Q     Before bringing it to Mr. Stephens'

2   attention, did you make any effort to discuss this

3   or raise this with Ms. Elion?

4      A     No.

5      Q     Did you make any effort to discuss or

6   raise it with Ms. Hawkins?

7      A     No.

8      Q     Was there a reason for that?

9      A     At that point, it was a complaint. And I

10  was alerting my superior to the fact that we had a

11  complaint and how are we going to deal with it?

12     Q     Okay.

13     A     I think it would have been inappropriate

14  for me to start conducting my own investigation at

15  that point in time without alerting my management

16  as to what was going on.

17     Q     Okay. Just so we're clear, I hadn't meant

18  an investigation. I meant raising it in any way.

19     A     Well, not an investigation. I used that

20  kind of loosely, if I'm going to start asking

21  questions about why something happened or didn't

22  happen.

c3dd5d82-f6bc-11da-b7ae-0003b3005cf9

Page 116

1    Q    Okay. And I think you said there was a

2  complaint of another person in Ms. Elion's former

3  division, Mr. Iriczary.

4         Is that right?

5    A    There was a number of complaints from her

6  divisions.

7    Q    I guess the ones we talked about that you

8  elevated upward.

9    A    Okay.

10   Q    To the former deputy.

11   A    Mr. Iriczary.

12   Q    Yes.

13   A    I said that I thought that I probably

14 had.

15   Q    Do you recall discussing it with Ms.

16 Elion first before elevating it?

17   A    No, I honestly don't recall at what point

18 I talked with her about it.

19   Q    Okay.

20        MR. SELDON:  I don't have any more

21 questions.

22        MR. TRUONG:  I just have a few more