UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0992 (PLF) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY BRIEF**

Pursuant to Fed. R. C. P. 6(b), Defendant respectfully requests the Court for a two-business day extension of time from May 4, 2007, to May 8, 2007 to respond to file Defendant's Reply in Support of Motion for Summary Judgment. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion.

There is good cause to grant Defendant's Motion for an Extension of Time. Defendant fully intended to file the Reply brief today; however, other pressing obligations prevented the undersigned from completing the Reply in time for filing. Furthermore, Plaintiff's Opposition to Defendant's Motion for Summary Judgment included forty-five separate statements of material facts in genuine dispute. Defendant is investigating those statements to formulate a proper response. The undersigned anticipates completing the Reply brief by next Monday to circulate it for agency and supervisory review prior to filing it on Tuesday May 8, 2007.

Given these circumstances, Defendant respectfully asks that the Court grant Defendant a two-business day extension of time to May 8, 2007, to file his Reply.

Dated: May 4, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAUNDRA ELION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-0992 (PLF) |
| ) | |
| **ALPHONSO R. JACKSON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER GRANTING DEFENDANT'S MOTION
FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF**

Upon consideration of Defendant's Motion for an Extension to File a Reply Brief and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for an Extension be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including May 8, 200y, to file a Reply Brief.

SO ORDERED.

_____
U.S. District Judge