IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAUNDRA ELION,                )
                              )
        Plaintiff,            )
                              )
        v.                    )          Civil Action No.
                              )
ALPHONSO R. JACKSON,          )
        Secretary of the      )
        U.S. Dept. of Housing and  )
        Urban Development,     )
                              )
        Defendant.            )
_____)

## DECLARATION OF MICHAEL PHELPS

I, MICHAEL PHELPS, hereby declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following facts are true and correct based on my personal knowledge and I can competently testify to the facts stated herein:

1. I am currently retired. I retired in January 2006. Immediately before retiring, I was employed as the Deputy Assistant Inspector General for Audit (DAIGA) for the Office of Audit, within the Office of Inspector General (OIG), U.S. Department of Housing and Urban Development (HUD). I had been the DAIGA since October 1989 and was employed by the Office of Inspector General for more than 34 years

2. Attached as Exhibit 1 to this declaration is an email with an attached excel spreadsheet showing the rankings of various audit offices in March 2004. At that time HAD was ranked 10 out of 13 offices. At the same time, the Information Systems Audit Division (GAA) was tied for third place out of 13 offices.

3. Document 15 in the Plaintiff's Opposition is a staffing report I created weekly. I used it to track the manning of the various offices. Reviewing Document 15, it is easy to see that only the Technical Oversight and Planning Division (TOP) was never fully staffed during the two years immediately preceding the disbandment of HAD.

4. Exhibit 2 to this declaration is a continuation of Document 15 showing the manning levels for the period April 18, 2004 to October 10, 2004. This document shows that the Office of Audit lost seventeen auditors during this period, going from 299 auditors on board to 282 auditors on board. From May 2004 through October 2004, we could only



GOVERNMENT
EXHIBIT
*Reply B*

hire three full-time employees, two of which went to TOP. These new hires included (1) Fath coming on board in May 2004 (at p. 22); Ms. Paula Collins coming on board in June 2004 (at p. 28), and (3) Ekmalian returning to Region 1 in September 2004 (at p. 36). These were the only hires made by the Office of Audit during this time period. We had to obtain permission from the front office for these hires due to the hiring freeze.

5. I have witnessed a number of involuntary reassignments in the Office of Audit during my tenure with HUD OIG. In 2003, I involuntarily reassigned David Gleason and Edward Bowles, two staff auditors. Neither had prior EEO activity to my knowledge. Mr. Bowles filed an EEO complaint based on his reassignment.

6. Austin Groom was involuntarily reassigned from being the District Inspector General for Audit for the Capital District to the Immediate Office of Audit to be my Special Assistant before in or before 1999. He had no prior EEO activity to my knowledge. Mr. Groom filed an EEO complaint in May 2001 because I placed him on a Performance Improvement Plan, and that is the first EEO activity by Mr. Groom of which I am aware.

Date:   5/3/07

MICHAEL PHELPS
Former Deputy Assistant Inspector General for
Audit

REPLY EXHIBIT


EXHIBIT 1
TO PHELPS DECLARATION



**Michael Phelps/WHQ/HUDOIG**
03/01/2004 03:25 PM

To   Sandra LaPorte/WHQ/HUDOIG
cc
bcc
Subject   Re: Ranking

Sandee I want to use the double weighted ones.
Please send the 2 spreadsheets to the RIGs explaining them and that I am using them in their evaluation.
thanks
Sandra LaPorte/WHQ/HUDOIG



**Sandra LaPorte/WHQ/HUDOIG**
02/18/2004 03:42 PM

To   Michael Phelps/WHQ/HUDOIG@HUDOIG
cc
Subject   Ranking



Ranking.xls

FY 2004 Goals Ranking without giving Double Weight to Dollar and Timeliness Goals



| Region/ Division | Reports Issued Over/(Under) Goal | Ranking | Monetary Benefits (dollars) Over/(Under) Goal | Ranking | Percentage of Investigative Positions Filled Over/(Under) Goal | Ranking | Percentage of Audits Completed within 24 months Over/(Under) Goal | Ranking | Percentage of Administrative Audits Completed within 24 months Over/(Under) Goal | Ranking | Number of Management Decision Reached within 120 days Over/(Under) Goal | Ranking | Composite Number = (C+(E*2)+G+(I*2)+(K*2)+m) | Most Successful/Least Successful Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | (3.0) | 2 | $29,304,531 | 2 | 16% | 2 | 37% | 1 | 22% | 1 | 37% | 2 | 7 | |
| 9 | (3.0) | 3 | $28,765,968 | 3 | 15% | 3 | 30% | 2 | 25% | 3 | 30% | 5 | 9 | |
| 5 | (4.0) | 4 | $28,407,543 | 5 | 15% | 4 | 30% | 3 | 10% | 4 | 5% | 2 | 16 | |
| GAH | (5.0) | 1 | $37,729,989 | 1 | 11% | 5 | 35% | 4 | 5% | 5 | 30% | 6 | 17 | |
| 4 | (15.0) | 5 | $27,447,496 | 4 | 35% | 1 | 30% | 5 | 30% | 4 | 30% | 5 | 19 | |
| 3 | (9.0) | 6 | $28,288,600 | 6 | 30% | 3 | 30% | 6 | 20% | 2 | 30% | 3 | 26 | |
| 7 | (5.0) | 7 | $34,108,669 | 8 | 20% | 10 | 30% | 8 | 30% | 4 | 80% | 5 | 26 | |
| 10 | (5.0) | 8 | $18,148,004 | 5 | 30% | 8 | 25% | 8 | 25% | 5 | 30% | 5 | 26 | |
| 2 | (10.0) | 5 | $24,740,757 | 7 | 30% | 11 | 25% | 11 | 19% | 1 | 41% | 1 | 27 | |
| GAA | (8.0) | 8 | $16,103,618 | 10 | 41% | 13 | 25% | 3 | 25% | 6 | 30% | 5 | 29 | |
| 1 | (2.0) | 10 | $20,801,169 | 9 | 30% | 12 | 30% | | | | | | | 29 | |
| GAF | (4.0) | 9 | $1,997,294,452 | 8 | | | | | | | | | 37 | |
| 8 | (6.0) | 8 | $47,674,225 | | | | | | | | | | 38 | |
| Total | (105.0) | | $1,240,658,773 | | | | | | | | | | | |

# REPLY EXHIBIT

# EXHIBIT 2
# TO PHELPS DECLARATION

041804

# OFFICE OF AUDIT AUDIT STATUS

| REGION/OFFICE | 202 CEILING | ISSUED | ONBOARD | PENDING 4/18/2004 | PENDING STATUS IN | PENDING STATUS OUT |
|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | |
| AIGA | | 4 | | 4 | | |
| FINANCIAL AUDIT | | 16 | | 18 | -1 | llamae 6/17 |
| REG OVERSIGHT & PLANNING | | 15 | | 13 | | |
| IS AUDIT | | 17 | | 14 | | |
| HQ AUDIT | | 9 | | 6 | | |
| **SUBTOTAL** | | 61 | | 55 | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | | 19 | 0 | 20 | -1 | simallan |
| REGION 2 | | 24 | 0 | 24 | 1 | llames6/17 |
| REGION 3 | | 28 | 0 | 29 | | |
| REGION 4 | | 41 | 1 | 39 | -2 | huffman,wells4/17 |
| REGION 5 | | 30 | 0 | 30 | -1 | taylor |
| REGION 6 | | 28 | 0 | 28 | | |
| REGION 7 | | 14 | 1 | 15 | -1 | |
| REGION 8 | | 14 | 1 | 16 | | g/sh |
| REGION 9 | | 29 | 0 | 28 | 2 | seth,geh |
| REGION 10 | | 14 | 1 | 15 | | |
| **SUBTOTAL** | | 302 | 4 | 299 | -3 | |

042504

**OFFICE OF AUDIT**
**AUDIT STATUS**

| REGION/OFFICE | DEFINE | REFINE? | ISSUE | ONHOLD | PENDING | DUE | PENDING STATUS | QUL |
|---|---|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | | | |
| AIG3 | 7 | | | | 7 | | | |
| FINANCIAL AUDIT | 19 | | | | 20 | -1 | | |
| TECH OVERSIGHT & PLANNING | 16 | | | | 14 | 1 | fensi/3 | llumss 8/17 |
| IS AUDIT | 16 | | | | 13 | | | |
| SUBTOTAL | 58 | | | | | 0 | | |
| **FIELD AUDIT** | | | | | | | | |
| REGION 1 | 19 | 0 | | | 19 | | | |
| REGION 2 | 25 | 0 | | | 24 | 1 | llumss9/17 | |
| REGION 3 | 28 | 0 | | | 29 | | | |
| REGION 4 | 41 | 1 | | | 38 | -1 | | huffman |
| REGION 5 | 31 | 0 | | | 30 | -1 | | |
| REGION 6 | 28 | 0 | | | 28 | | | taylor |
| REGION 7 | 14 | 1 | | | 15 | -1 | | |
| REGION 8 | 16 | 1 | | | 16 | | | gish |
| REGION 9 | 29 | 0 | | | 20 | 1 | gish | |
| REGION 10 | 14 | | | | 15 | | | |
| SUBTOTAL | 301 | 4 | | | 296 | -1 | | |
| **TOTAL** | | | | | | | | |

050204



## OFFICE OF AUDIT — AUDIT PLAN FY 2001

| REGION/OFFICE | | PENDING AS OF SEP 30 2001 | PENDING FINDING | FINDINGS STATUS FY OLD |
|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | |
| AIG | 7 | | 7 | |
| FINANCIAL AUDIT | 19 | | 20 | -1 | llamas 6/17 |
| TECH OVERSIGHT & PLANNING | 16 | | 15 | |
| IS AUDIT | 16 | | 13 | |
| **SUBTOTAL** | 58 | | 55 | |
| **FIELD AUDIT** | | | | |
| REGION 1 | 19 | 0 | 19 | |
| REGION 2 | 25 | 0 | 24 | 1 | llamas6/17 |
| REGION 3 | 28 | 0 | 29 | |
| REGION 5 | 41 | 1 | 38 | -1 | huffman |
| REGION 6 | 31 | 0 | 30 | -1 | taylor |
| REGION 7 | 28 | 0 | 28 | |
| REGION 8 | 14 | 1 | 15 | -1 | |
| REGION 9 | 14 | 1 | 16 | 1 | glen98 |
| REGION 10 | 29 | 0 | 28 | 1 | glen98 |
| **SUBTOTAL** | | | | |
| **TOTAL** | 301 | 4 | 297 | -2 | |

050904

# OFFICE OF AUDIT
## AUDIT ...

| REGION/OFFICE | SCHEDULED 2004 | GOAL TO MOVE | MOVED/PENDING 5/9/04 | PENDING | PENDING STATUS | OUT |
|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | |
| AG | 7 | | 7 | | | |
| FINANCIAL AUDIT | 19 | | 20 | -1 | | license 5/17 |
| GEO OVERSIGHT & PLANNING | 16 | | 15 | | | |
| IS AUDIT | 16 | | 13 | | | |
| SUBTOTAL | 58 | | | | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | 19 | 0 | 19 | | | |
| REGION 2 | 25 | 0 | 24 | 1 | license-9/17 | |
| REGION 3 | 28 | 0 | 29 | | | |
| REGION 4 | 41 | 1 | 38 | -1 | | fair 5/28 |
| REGION 5 | 31 | 0 | 30 | -1 | | taylor-july |
| REGION 6 | 28 | 0 | 28 | | | |
| REGION 7 | 14 | 1 | 15 | -1 | | glat8/8 |
| REGION 8 | 14 | 1 | 16 | | | |
| REGION 9 | 29 | 0 | 28 | 0 | glat8/8 | monroberts |
| REGION 10 | 14 | 1 | 15 | | | |
| SUBTOTAL | | | | | | |
| TOTAL | 301 | 4 | 297 | -3 | | |

writer-editor pending in

051604

| REGION/OFFICE | 2004 | 2004 | PENDING | PENDING STATUS | PENDING STATUS |
|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | |
| IG | 7 | 7 | | | |
| FINANCIAL AUDIT | 19 | 20 | -1 | | llamas 6/17 |
| TECH OVERSIGHT & PLANNING | 16 | 15 | | | |
| IS AUDIT | 16 | 13 | | | |
| SUBTOTAL | 58 | 55 | | | |
| **FIELD AUDIT** | | | | | |
| REGION 1 | 19 | 19 | 0 | | |
| REGION 2 | 25 | 24 | 1 | llamas 6/17 | |
| REGION 3 | 26 | 29 | -1 | | coyle 5/29 |
| REGION 4 | 41 | 38 | 1 | | fair 6/29 |
| REGION 5 | 31 | 31 | -1 | | taylor-july |
| REGION 6 | 28 | 28 | 0 | | |
| REGION 7 | 14 | 15 | -1 | | gleb 6/8 |
| REGION 8 | 14 | 16 | -1 | | pon |
| REGION 9 | 29 | 28 | 1 | gleb 6/8 | |
| REGION 10 | 14 | 15 | 1 | | |
| SUBTOTAL | 241 | 243 | | | |
| **TOTAL** | 301 | 298 | -4 | | |

writer-editor pending lh
chicago on board adjusted, forgot to pick up Adams

053004

**OFFICE OF AUDIT**
**AUDIT STAFF**

| REGION/OFFICE | 2002/... | BOARD PENDING ID/2005 | | FINDINGS STATUS: IN / / / / OUT | | | | | | OUT |
|---|---|---|---|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | | | | | |
| AIG | 7 | 7 | | | | | | | | |
| FINANCIAL AUDIT | 19 | 20 | -1 | writer-editor | | | | | | llamas 5/17 |
| TECH OVERSIGHT & PLANNING | 16 | 15 | 1 | | | | | | | |
| IS AUDIT | 16 | 13 | | | | | | | | |
| SUBTOTAL | 68 | 55 | | | | | | | | |
| **FIELD AUDIT** | | | | | | | | | | |
| REGION 1 | 19 | 19 | 0 | | | | | | | |
| REGION 2 | 25 | 24 | 1 | llamas 5/17 | | | | | | |
| REGION 3 | 28 | 28 | 0 | | | | | | | |
| REGION 4 | 41 | 37 | 1 | | | | | | | |
| REGION 5 | 31 | 31 | 0 | | | | | | | |
| REGION 6 | 28 | 28 | 0 | | | | | | | taylor-july |
| REGION 7 | 14 | 15 | -1 | | | | | | | |
| REGION 8 | 14 | 16 | -1 | | | | | | | glen8/8 |
| REGION 9 | 29 | 28 | 1 | glen8/8 | | | | | | pon |
| REGION 10 | 14 | 15 | | | | | | | | |
| SUBTOTAL | 243 | 296 | 4 | | | | | | | -1 |
| **TOTAL** | 301 | | | | | | | | | |

Page 26

060604

| REGION/OFFICE | CERT NO (SEE DB) 200_ | SCHED DEPART DATE 6/6/20_ | REMAINING | ...IN | REMAINING STATUS | ...OUT |
|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | |
| AIG | 7 | 7 | | | | |
| FINANCIAL AUDIT | 19 | 20 | -1 | | | llamas 8/17 |
| TECH/OVERSIGHT & PLANNING | 16 | 15 | 1 | paua | | |
| IS AUDIT | 16 | 13 | -1 | | | valvance 8/24 |
| **SUBTOTAL** | 58 | 55 | | | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | 19 | 19 | -1 | llamas9/17 | | burns |
| REGION 2 | 25 | 24 | 1 | | | |
| REGION 3 | 28 | 28 | 0 | | | |
| REGION 4 | 41 | 37 | -1 | | | cover7/24 |
| REGION 5 | 31 | 31 | 0 | | | lay/or/july |
| REGION 6 | 28 | 28 | 0 | | | |
| REGION 7 | 14 | 14 | 1 | | | |
| REGION 8 | 14 | 16 | -1 | | | pon |
| REGION 9 | 29 | 28 | 0 | glen8/6 | | grmberg8/25 |
| REGION 10 | 14 | 15 | 1 | | | |
| **SUBTOTAL** | | 296 | -5 | | | |
| **TOTAL** | 301 | 4 | | | | |

Page 27

062004

## OFFICE OF AUDIT
### AUDIT STAFF

| REGION/OFFICE | FTE 2003 | FTE 2004 | REPORT PENDING | FINDING PENDING | FINDING PENDING (IN) | FINDINGS STATUS COL |
|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | |
| AIG | 7 | | 7 | | | |
| FINANCIAL AUDIT | 19 | 0 | 20 | -1 | | |
| TECH OVERSIGHT & PLANNING | 16 | | 15 | 1 | paule collins 6/27 | |
| IS AUDIT | 16 | | 13 | -1 | | valverde 6/24 |
| SUBTOTAL | 58 | | 55 | -1 | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | 19 | 0 | 19 | -3 | | burns,berbstino 7/9,surdsbury* |
| REGION 2 | 25 | 0 | 24 | 1 | llanas | |
| REGION 3 | 28 | 0 | 28 | 0 | | |
| REGION 4 | 41 | 1 | 37 | -1 | | cover7/24 |
| REGION 5 | 31 | 0 | 31 | -1 | | taylorvjalyr* |
| REGION 6 | 28 | 0 | 28 | 0 | | |
| REGION 7 | 14 | 1 | 15 | -1 | | glenave |
| REGION 8 | 14 | 1 | 16 | -1 | | pon* |
| REGION 9 | 29 | 0 | 28 | 0 | gishave | prihteng6/25 |
| REGION 10 | 14 | | 15 | | | |
| SUBTOTAL | 243 | 4 | 296 | 7 | | |
| **TOTAL** | 301 | | | | | |

* job offers have been made by HUD program, awaiting final approval

Page 28

062704

## OFFICE OF AUDIT
## AUDIT STAFF

| REGION/OFFICE | | | | | PENDING STATUS | | | OUT |
|---|---|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | | | |
| AIG | | | | | | | | |
| FINANCIAL AUDIT | 7 | | 7 | | | | | |
| TECH/OVERSIGHT/PLANNING | 19 | | 20 | -1 | | | | llames |
| IS AUDIT | 16 | | 16 | | | | | |
| SUBTOTAL | 68 | | | | | | | |
| **FIELD AUDIT** | | | | | | | | |
| REGION 1 | 19 | 0 | 19 | -3 | burns,barbarino 7/6,sudsbury* | | | |
| REGION 2 | 25 | 0 | 24 | 1 | llames | | | |
| REGION 3 | 28 | 0 | 28 | 0 | | | | |
| REGION 4 | 41 | 1 | 37 | -1 | | | | cover 7/24 |
| REGION 5 | 31 | 0 | 31 | -1 | | | | taylor-july* |
| REGION 6 | 28 | 0 | 27 | 0 | | | | |
| REGION 7 | 14 | 1 | 15 | -1 | | | | gehl88 |
| REGION 8 | 14 | 1 | 16 | -1 | | | | ppn* |
| REGION 9 | 29 | 0 | 27 | 0 | gehl88 | | | chu |
| REGION 10 | 14 | 1 | 15 | 1 | | | | |
| SUBTOTAL | 301 | 4 | 294 | 7 | | | | |

* job offers have been made by HUD program, awaiting final approval

Page 29

070404

| REGION/OFFICE | FUNDED 2004 | FILLED SEP 2004 | ON BOARD 7/8/2004 | PENDING | PENDING STATUS | |
|---|---|---|---|---|---|---|
| | | | | | IN | OUT |
| **HEADQUARTERS AUDIT** | | | | | | |
| AIG | 7 | | 7 | | | |
| FINANCIAL AUDIT | 19 | | 20 | -1 | | lismas |
| TECH OVERSIGHT & PLANNING | 16 | | 16 | | | |
| IS AUDIT | 16 | | 12 | | | |
| SUBTOTAL | | | | | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | 19 | 0 | 18 | -3 | | jennings 7/6,sudsbury* |
| REGION 2 | 25 | 0 | 24 | 1 | lismas | |
| REGION 3 | 28 | 0 | 28 | 0 | | |
| REGION 4 | 41 | 0 | 37 | -1 | | cover7/24 |
| REGION 5 | 31 | 0 | 31 | -1 | | taylor-jalry* |
| REGION 6 | 28 | 0 | 27 | | | |
| REGION 7 | 14 | 1 | 15 | -1 | | grieh5/8 |
| REGION 8 | 14 | 1 | 16 | -1 | | port* |
| REGION 9 | 29 | 0 | 27 | 0 | glen5/8 | chia* |
| REGION 10 | 14 | 1 | 15 | | | |
| SUBTOTAL | | | | | | |
| TOTAL | 301 | 4 | 293 | 7 | | |

* job offers have been made by HUD program, awaiting final approval

071104

| REGION/OFFICE | | | PENDINGS/JOBS OUT |
|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | |
| AIG | | | |
| FINANCIAL AUDIT | 7 | 7 | 0 |
| TECH/OVERSIGHT PLANNING | 19 | 20 | 0 | -1 | LAPORTE 9/30 |
| IS AUDIT | 16 | 16 | 0 | -2 | LAPORTE 9/30 MCLEOD 12/31 |
| | 16 | 12 | 0 | | |
| **SUBTOTAL** | 58 | | | |
| **FIELD AUDIT** | | | |
| REGION 1 | 19 | 17 | 0 | -2 | SAVILL 8/3 suddebuoy |
| REGION 2 | 25 | 24 | 0 | -2 | MALLOY 12/31 CLUGSTON 12/31 |
| REGION 3 | 28 | 28 | 0 | 0 | |
| REGION 5 | 41 | 37 | 1 | -1 | cover 7/24 |
| REGION 6 | 31 | 31 | 0 | -1 | taylor 7/24 |
| REGION 7 | 28 | 27 | 0 | -1 | |
| REGION 8 | 14 | 15 | 1 | -1 | g18n3/8 |
| REGION 9 | 14 | 16 | 1 | -1 | pon |
| REGION 10 | 29 | 27 | 0 | 0 | g18n5/9 |
| | 14 | 15 | 1 | | chu |
| **SUBTOTAL** | 301 | | 4 | -11 | |
| **TOTAL** | | 292 | | | |

* Job offers have been made by HUD program, awaiting final approval

Page 31

071804

## OFFICE OF AUDIT
### AUDIT STAFFING

| REGION/OFFICE | AUG 2001 | SEP | ONBOARD | NET | BUILDING STATUS | OUT |
|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | |
| FINANCIAL AUDIT | 7 | | 7 | | | |
| TECH OVERSIGHT & PLANNING | 19 | | 20 | -1 | | LAPORTE 8/30 |
| IS AUDIT | 16 | | 16 | | | LAPORTE 8/30 MCLEOD 12/31 |
| | 16 | | 12 | -2 | | |
| **SUBTOTAL** | 58 | | | | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | 19 | 0 | 17 | -1 | elcmallan | SAVILL 8/3, audeury* |
| REGION 2 | 25 | 0 | 24 | -2 | | MALLOY 12/31 CLUGSTON 12/31 |
| REGION 3 | 28 | 0 | 28 | 0 | | |
| REGION 4 | 41 | 1 | 37 | -1 | | cover 7/24 |
| REGION 5 | 31 | 0 | 31 | -1 | | laytor 7/24 |
| REGION 6 | 28 | 0 | 27 | | | |
| REGION 7 | 14 | 1 | 15 | -1 | | gish 8/8 |
| REGION 8 | 14 | 0 | 16 | -1 | | pan* |
| REGION 9 | 29 | 0 | 27 | 0 | gish 8/8 | chu7/30 |
| REGION 10 | 14 | 1 | 15 | | | |
| **SUBTOTAL** | | | | | | |
| **TOTAL** | 243 | 301 | 292 | -10 | 4 | |

* job offers have been made by HUD program, awaiting final approval

Page 32

072504

# OFFICE OF AUDIT AUDIT STAFF

| REGION/OFFICE | AUTHORIZED STAFF 2003 | ON BOARD FILLING | GAIN/LOSS INDEX 5/10/04 | | PENDING GAINS PLUS | | | | PENDING LOSS OUT |
|---|---|---|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | | | | |
| AIG | 7 | | 7 | | | | | | |
| FINANCIAL AUDIT | 19 | | 20 | -1 | | | | | |
| TECH OVERSIGHT & PLANNING | 16 | | 16 | -2 | | | | | LAPORTE 9/30 |
| IS AUDIT | 16 | | 12 | | | | | | LAPORTE 9/30/McLEOD 12/31 |
| **SUBTOTAL** | 58 | | 55 | | | | | | |
| **FIELD AUDIT** | | | | | | | | | |
| REGION 1 | 19 | 0 | 17 | -1 elimatian | | | | | SAVILL 6/3, sadsbury* |
| REGION 2 | 25 | 0 | 24 | -2 | | | | | MALLOY 12/31 CLUGSTON 12/31 |
| REGION 3 | 28 | 0 | 28 | 0 | | | | | |
| REGION 4 | 41 | 1 | 36 | | | | | | |
| REGION 5 | 31 | 0 | 30 | | | | | | |
| REGION 6 | 28 | 0 | 27 | | | | | | |
| REGION 7 | 14 | 1 | 15 | -1 | | | | | |
| REGION 8 | 14 | 1 | 16 | -1 | | | | | |
| REGION 9 | 29 | 0 | 27 | 0 gieb8/8 | | | | | gieb8/8 par* |
| REGION 10 | 14 | 1 | 15 | 0 cieb9e | | | | | cieb9e chri7/30 |
| **SUBTOTAL** | | | | | | | | | |
| **TOTAL** | 301 | 4 | 290 | -8 | | | | | |

* job offers have been made by HUD program, awaiting final approval

080804

| OFFICE OF AUD... AUDIT STAFF | | | | | | |
|---|---|---|---|---|---|---|
| REGION/OFFICE | 2007 | FIELD/HQ | ON BOARD 4/18/2007 | FINDING... | FINDINGS/STATUS | |
| **HEADQUARTERS AUDIT** | | | | | | |
| AIG | 7 | | 7 | | | |
| FINANCIAL AUDIT | 19 | | 20 | -1 | | |
| TECH OVERSIGHT & PLANNING* | 16 | | 16 | -2 | LAPORTE 9/30 | |
| IS AUDIT | 16 | | 12 | | LAPORTE 9/30 MCLEOD 1/2/01 | |
| SUBTOTAL | 58 | | 55 | -1 | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | 19 | 0 | 16 | | | |
| REGION 2 | 25 | 0 | 24 | -2 | saisbury* | |
| REGION 3 | 28 | 0 | 28 | | | |
| REGION 4 | 41 | 1 | 36 | | MALLOY 12/01 CLUGSTON 12/31 | |
| REGION 5 | 31 | 0 | 30 | | | |
| REGION 6 | 28 | 0 | 27 | | | |
| REGION 7 | 14 | 1 | 15 | -1 | | |
| REGION 8 | 14 | 1 | 16 | -1 | | |
| REGION 9 | 29 | 0 | 26 | | greinke | |
| REGION 10 | 14 | 1 | 15 | 1 greinke | port | williams, abrams mcroberts |
| SUBTOTAL | | 4 | 283 | -6 | | |
| **TOTAL** | 301 | 4 | 288 | -6 | | |

* job offers have been made by HUD program, awaiting final approval

Page 34.

080804

Page 35

elxrallorie7

kite12/31

082904

| OFFICE OF AUDIT AUDIT STAFF | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGION/OFFICE | SPACES 2003 | HC REL. | ON BOARD EMPLS | NET CHANGE EMPLS | IN | PENDING STATUS | OUT |
| **HEADQUARTERS AUDIT** | | | | | | | |
| AIG | 7 | | 7 | | | | |
| FINANCIAL AUDIT | 19 | | 20 | -1 | | | LAPORTE 9/30 |
| TECH OVERSIGHT & PLANNING | 16 | | 16 | -2 | | | LAPORTE 9/30/MCLEOD12/31 |
| IS AUDIT | 16 | | 12 | | | | |
| SUBTOTAL | | | | | | | |
| **FIELD AUDIT** | | | | | | | |
| REGION 1 | 19 | 0 | 16 | | elkmallan9/7 | | sudsbury* |
| REGION 2 | 25 | 0 | 24 | -2 | | | MALLOY 12/31 CLUGSTON12/31 |
| REGION 3 | 28 | 0 | 28 | | | | |
| REGION 4 | 41 | 1 | 36 | | | | |
| REGION 5 | 31 | 0 | 30 | | | | |
| REGION 6 | 28 | 0 | 27 | | | | |
| REGION 7 | 14 | 1 | 14 | | | | |
| REGION 8 | 14 | 1 | 16 | -2 | | | |
| REGION 9 | 29 | 0 | 27 | | | | klie12/31,ebrams |
| REGION 10 | 14 | 1 | 15 | | | | |
| SUBTOTAL | | | | | | | |
| TOTAL | 301 | 4 | 288 | 7 | | | |

* Job offers have been made by HUD program, awaiting final approval

Page 36

082904

090604

## OFFICE OF AUDIT — AUDIT STAFF

| REGION/OFFICE | ON BOARD | SCHEDULED | AUTHORIZED 12/31/2004 | PENDING 6/6/2004 | NET | PENDING STATUS & (OUT) |
|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | |
| MGT | 7 | | 7 | | | |
| FINANCIAL AUDIT | 19 | | 20 | -2 | | LAPORTE 8/30;brown |
| TECH OVERSIGHT & PLANNING | 16 | | 16 | -2 | | LAPORTE 9/30;MCLEOD12/31 |
| IS AUDIT | 16 | | 12 | -1 | | thomas |
| **SUBTOTAL** | 58 | | 55 | | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | 19 | 0 | 17 | -1 | | audsbury* |
| REGION 2 | 25 | 0 | 24 | -2 | | MALLOY 12/31 CLUGSTON12/31 |
| REGION 3 | 28 | 0 | 23 | | | |
| REGION 4 | 41 | 1 | 36 | | | |
| REGION 5 | 31 | 0 | 30 | 0 | | |
| REGION 6 | 28 | 0 | 27 | | | |
| REGION 7 | 14 | 1 | 14 | -1 | | gallagher* |
| REGION 9 | 14 | 1 | 16 | -3 | | kloti12/31,abrams,williams |
| REGION 9 | 29 | 0 | 27 | | | |
| REGION 10 | 14 | 1 | 15 | | | |
| **SUBTOTAL** | | 4 | | | | |
| **TOTAL** | 301 | 4 | 289 | -12 | | |

* job offers have been made by HUD program, awaiting final approval

090604

091404

## OFFICE OF AUDIT
### AUDIT STAFF

| REGION/OFFICE | FILLED | ON BOARD 5/1/2004 | PENDING ENTRY ON DUTY | ENDING | PENDING STATUS 5/1/2004 |
|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | |
| A/G | 7 | | 7 | | |
| FINANCIAL AUDIT | 19 | 0 | 20 | -2 | |
| TECH OVERSIGHT & PLANNING* | 16 | 0 | 16 | -2 | LAPORTE 8/20,brown/8/17 |
| IS AUDIT* | 18 | 0 | 12 | -1 | LAPORTE 8/20/MCLEOD12/31  thomas |
| **SUBTOTAL** | | | | | |
| **FIELD AUDIT** | | | | | |
| REGION 1 | 19 | 0 | 17 | -1 | |
| REGION 2 | 25 | 0 | 24 | -2 | subsbury* |
| REGION 3 | 28 | 0 | 28 | | |
| REGION 4 | 41 | 1 | 36 | -2 | MALLOY 12/31 CLUGSTON12/31 |
| REGION 5 | 31 | 0 | 30 | 0 | jackson*, gilbert* |
| REGION 6 | 28 | 0 | 27 | | |
| REGION 7 | 14 | 1 | 14 | -1 | |
| REGION 8 | 14 | 1 | 16 | -3 | gillespie* |
| REGION 9 | 29 | 0 | 27 | | kills12/31,abrams,williams |
| REGION 10 | 14 | 1 | 15 | | |
| **SUBTOTAL** | | | | | |
| **TOTAL** | 301 | 4 | 289 | -14 | |

* "job offers have been made by HUD program, awaiting final approval

Page 40

091404

092604

OFFICE OF AUDIT
AUDIT STAFF ...

| REGION/OFFICE | HEADQUARTERS AUDIT | | 9/26/2003 | | PENDING STATUS | | OUT |
|---|---|---|---|---|---|---|---|
| AIG | 7 | | 7 | | | | |
| FINANCIAL AUDIT | 19 | | 19 | -2 | | | LAPORTE 8/30,dvorak |
| TECH OVERSIGHT & PLANNING | 16 | | 16 | -1 | gwin | | LAPORTE 8/30/MCLEOD/12/31 |
| IS AUDIT | 16 | | 12 | -1 | | | thomas |
| SUBTOTAL | | | | | | | |
| FIELD AUDIT | | | | | | | |
| REGION 1 | 19 | 0 | 17 | 1 | dvorak | | |
| REGION 2 | 25 | 0 | 24 | -3 | | MALLOY 12/31 CLUGSTON 12/31,lamasa 10/30 | |
| REGION 3 | 28 | 0 | 28 | | | | |
| REGION 4 | 41 | 1 | 36 | -2 | | | |
| REGION 5 | 31 | 0 | 30 | 0 | | | jackson*, gilbert* |
| REGION 6 | 28 | 0 | 27 | | | | |
| REGION 7 | 14 | 1 | 13 | | | | |
| REGION 8 | 14 | 1 | 16 | -4 | | | |
| REGION 9 | 29 | 0 | 27 | | | | kile 12/31,abrams,williams,gwin |
| REGION 10 | 14 | 1 | 15 | | | | |
| SUBTOTAL | | 4 | 287 | 12 | | | |
| TOTAL | 30 | | | | | | |

* Job offers have been made by HUD program, awaiting final approval

100304

## OFFICE OF AUDIT — AUDIT STAFF

| REGION/OFFICE | ON BOARD | NTE | APPROVED FTE 7/01/2005 | NET | NEW HIRES | PENDING SEPARATIONS/RETIREMENTS |
|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | |
| AIG | 7 | | 7 | | | |
| FINANCIAL AUDIT | 19 | | 18 | -1 | maya | dvorak,patterson |
| TECH OVERSIGHT & PLANNING | 16 | | 16 | 1 | pvh,patterson,sorenson | MCLEOD12/31,laporta10/22 |
| IS AUDIT | 16 | | 11 | 0 | | |
| **SUBTOTAL** | 58 | | | | | |
| **FIELD AUDIT** | | | | | | |
| REGION1 | 19 | 0 | 17 | 1 | dvorak | dvorak |
| REGION2 | 25 | 0 | 24 | -3 | | MALLOY12/31 CLUGSTON1/231,larmass1090 |
| REGION3 | 28 | 0 | 28 | -1 | | |
| REGION4 | 41 | 1 | 36 | -2 | | maya |
| REGION5 | 31 | 0 | 30 | 1 | vance10/18 | jackson*_gilbert* |
| REGION6 | 28 | 1 | 27 | 1 | | |
| REGION7 | 14 | 1 | 13 | 1 | | |
| REGION8 | 14 | 1 | 16 | -4 | | klis12/31,abrams,williams,gwin |
| REGION9 | 29 | 0 | 27 | 0 | | |
| REGION10 | 14 | 1 | 15 | 1 | | |
| **SUBTOTAL** | 243 | 4 | | | | |
| **TOTAL ALL** | 301 | 4 | 235 | -3 | | |

* Job offers have been made by HUD program, awaiting final approval

101004

## OFFICE OF AUDITS — AUDIT STAFF

| REGION/OFFICE | ON | TOTAL AS OF SEPT | EST DAYS TIL ENDING 10/10/2003 | IN (PENDING STATUS) | | OUT |
|---|---|---|---|---|---|---|
| **HEADQUARTERS AUDIT** | | | | | | |
| AIG | 7 | 7 | | | | |
| FINANCIAL AUDIT | 19 | 18 | 1 | mays,maung,lee | | |
| TECH/OVERSIGHT & PLANNING | 16 | 16 | 1 | gwin,patterson,sorenson | | MOLECO1231.laporte10/22, dvorak,patterson |
| IS AUDIT | 16 | 11 | 1 | berdek | | |
| **SUBTOTAL** | 58 | 52 | | | | |
| **FIELD AUDIT** | | | | | | |
| REGION 1 | 19 | 0 | 17 | 1 | dvorak | |
| REGION 2 | 25 | 0 | 24 | -3 | | MALLOY 12/31 CLUGSTON1231.Jansen11/30 |
| REGION 3 | 28 | 0 | 28 | -1 | | maye |
| REGION 4 | 41 | 1 | 34 | | | |
| REGION 5 | 31 | 0 | 30 | verson10/19 | | onisko 10/22 |
| REGION 6 | 28 | 0 | 27 | | | |
| REGION 8 | 14 | 1 | 13 | 1 | | |
| REGION 9 | 14 | 1 | 15 | -4 | | |
| REGION 10 | 29 | 0 | 27 | | | |
| REGION 11 | 14 | 1 | 15 | | | idle1231,williams,gwin,sorenson |
| **SUBTOTAL** | 301 | 4 | 282 | -4 | | |