Page 1

```
 1
 2         UNITED STATES DISTRICT COURT
 3         FOR THE DISTRICT OF COLUMBIA
 4   - - - - - - - - - - - - - -X
 5   SAUNDRA G. ELION,            :
 6         Plaintiff              :
 7         v.                     : Case No. 05-0992(PLF)
 8                                :
 9   ALPHONSO R. JACKSON,         :
10         Defendant              :
11   - - - - - - - - - - - - - -X
12              DEPOSITION OF JAMES HEIST
13                    Washington, D.C.
14                   Monday, July 31, 2006
15         Deposition of JAMES HEIST, called for
16   examination at 9:45 a.m., at the law offices of Robert
17   C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite
18   305, Washington, D.C., before Gary S. Howard, a notary
19   public in and for the District of Columbia, when were
20   present on behalf of the respective parties:
21
22
```

CONDENSED


GOVERNMENT EXHIBIT
Reply C

Page 98

1  throughout the year to go over where we stand,
2  budget-wise.
3  Q   Okay.
4  A   So, I mean, I'm generally aware of why
5  hiring freezes need to be imposed.
6  Q   No, I meant why this one was imposed?
7  A   I think I answered that.
8  Q   Right. I think you did, too. So what else
9  -- let's put it this way.
10     Who else, if anybody, was involved in the
11 process that led to your recommendation to abolish
12 the headquarters audit division?
13 A   I had consultations with Mike Phelps.
14 Q   On what subjects? And this again, we're
15 going up to, but not including, April 20th, 2004.
16 A   Right, right. I mean, this was my
17 proposal. We had discussions as to whether it was
18 appropriate, the best course of action to take
19 given the set of circumstances that had occurred.
20 Q   Okay.
21 A   I had -- there were discussions with -- I
22 know I talked to Rick Johnson.

Page 99

1  Q   Let me just say right here, you shouldn't
2  tell us any legal advice that you got from Mr.
3  Johnson, or solicited from Mr. Johnson.
4      If there's other operational things, you
5  can talk about that. But not things that we think
6  of lawyers as doing.
7  A   I know we had to, because it involved
8  position descriptions and movement of individuals
9  from one staff to another, we had to involve the HR
10 and BPD, to the extent of identifying position
11 descriptions and those logistical issues that we
12 had to resolve before we could implement this.
13     That was something that Mike Phelps would
14 have handled in his role as the administrative, in
15 carrying out the administrative responsibilities of
16 the office.
17 Q   What else, if anything, did you and Mr.
18 Phelps consult about in terms of the realignment
19 which led to the abolishment of the headquarters
20 office of audit?
21 A   We discussed, and he reviewed the memo
22 when it was in draft.

Page 100

1  Q   He did?
2  A   Yes.
3  Q   Did you and he discuss about the workload
4  of the headquarters audit division?
5  A   No, I don't recall any specific
6  discussions.
7  Q   Okay. And did you and he talk about the
8  change in statutory responsibility of the chief
9  financial officers act?
10 A   No, we didn't discuss that.
11 Q   Do you recall -- I'm just going down the
12 memo now -- do you recall discussing that that had
13 been -- I'm sorry.
14     Anything about travel costs and needing
15 to minimize TDY travel as much as possible?
16 A   With Mr. Phelps?
17 Q   Yes.
18 A   I don't recall any discussions.
19 Q   Okay. And let's go on to the second page
20 of Heist Exhibit 7. Talking about the technical
21 oversight and planning division.
22     It says: We increased the ceiling of

Page 101

1  that staff to 15. However, prior to the hiring
2  freeze, we were unable to fill all the positions
3  and currently, it's two under ceiling?
4      Do you recall that, seeing that there?
5  A   Yes.
6  Q   How did you know what the staff level of
7  the technical oversight and planning division was
8  when you were considering to seek Mr. Stephens'
9  approval to --
10 A   Because --
11 Q   -- abolish the headquarters office of
12 audit?
13 A   Sorry.
14 Q   Go ahead.
15 A   As I think I said earlier, the office of
16 management and policy keeps track of the overall
17 ceiling. They give a ceiling to the office of
18 audit, and it's our responsibility to distribute
19 that amongst the various offices.
20 Q   Okay.
21 A   That's something that Mr. Phelps kept
22 track of on a biweekly basis.