

ORIGINAL

1

1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

2    _____

3    SAUNDRA ELION,                          x
                                             :
4                        Plaintiff,          :
           vs.                               : Civil Action
5                                            : No. 05-0992
     ALPHONSO R. JACKSON, and HUD,           :
6                                            :
                         Defendant.          x
7    _____

8                                        Washington, D.C.

9                                        Monday, August 7, 2006

10

11   DEPOSITION OF:

12                     SAUNDRA ELION,

13   a witness, was called for examination by counsel for

14   the defendant in the above-entitled matter,

15   pursuant to Notice and agreement of the parties as

16   to time and date, taken at the United States

17   Department of Justice, 501 Third Street, Northwest,

18   Washington, D.C., convened at approximately 10:10

19   o'clock, a.m., before Catherine B. Crump, a court

20   reporter and Notary Public in and for the District

21   of Columbia, when were present on behalf of the

22   respective parties:



**CAROL J. THOMAS STENOTYPE**
**REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221



GOVERNMENT
EXHIBIT
Reply F

1 E-mail I want you to look at is the November 29, '02

2 E-mail.  The time is 3:48.  It reads:  "Would you

3 like me to find someone to do the rating and ranking

4 on the applications for your vacancies."  Your

5 vacancies meaning the vacancies under your

6 supervision?

7        A.    Yes.

8              MR. SELDON:  Are you asking her or

9 telling her.

10             MR. TRUONG:  I'm asking her and she said

11 yes.

12             MR. SELDON:  You told her and she said

13 yes.  Are you asking her if this meant vacancies on

14 her staff or are you telling her?

15             BY MR. TRUONG:

16       Q.    Do you understand my question?  Were

17 these vacancies under your supervision or within

18 your management?

19       A.    I'm not sure.

20       Q.    So when you look at --

21       A.    I'm not sure what vacancies we're

22 talking about.  I'm really not sure.

1        Q.    So you don't know on November 29, '02

2  what this refers you to; your vacancies, you're not

3  sure what vacancies it's talking about; is that what

4  you're saying?

5        A.    That's correct.

6        Q.    But apparently, if you look at the

7  E-mail above that, at 4:23, you responded to Mr.

8  Phelps and said, yes, you needed someone to help

9  rate and rank applications for your vacancies.

10       A.    Okay.

11       Q.    But you don't know what these vacancies

12  were for?

13       A.    I'm really not certain.

14       Q.    Okay.

15       A.    Do you have a copy of the announcements?

16       Q.    I don't know.  I actually don't know.

17  There's a thick stack of documents, and we'll go

18  through and see what happens.  Do you take this as

19  evidence he's trying to prevent you from hiring?

20  Because you were telling me how he didn't allow you

21  to --

22            MR. SELDON:  Is that the question?  I

1 purposes, Exhibit 10 is an E-mail from Mr. Phelps

2 dated February 26, '03 to Ms. Elion.

3       A.    I vaguely remember this.

4       Q.    Okay.  The E-mail reads, beginning on

5 the second line -- well, let me read the whole

6 E-mail.  It's not very long.  It reads:  "During

7 Monday's conference call, I said we had been

8 approved to go 22 over ceiling.  This is based on

9 some estimates based on pending announcements.

10 Specifically, you can fill three slots which will

11 put you one over ceiling.  If you have any

12 questions, please call me."

13             Presumably the word "you" is meaning

14 you, Ms. Elion.  Is that fair to infer?

15      A.    That's correct.

16      Q.    What did you do to fill these three

17 slots?

18      A.    Those were the two vacancies that were

19 already out there.

20      Q.    Was that the one that we were looking

21 at?

22      A.    Right.  The third one was for a SCEP

1 you gave Mr. Phelps, the status of your recruiting

2 effort or your effort to fill the vacancies?

3        A.    Yes.

4        Q.    Okay.  And it appears that in this same

5 report, under where it says transfer in, Ed Kim

6 accepted the position.  Right?

7        A.    Yes.

8        Q.    And let's look at -- I think I've asked

9 you this before:  090P, what does the "P" standard?

10       A.    I don't know.

11       Q.    I don't know either, but let's go all

12 the way to the column where it says name of

13 selectee, and it says "N", slash, "S".  What does

14 that stand for?

15       A.    I think it probably represents the same

16 thing on that other list that I don't know what NS

17 represents.  I just don't remember.

18       Q.    Okay.  If you flip to the last page of

19 Exhibit 15 --

20       A.    Okay.

21       Q.    This is an E-mail from Mr. Phelps to you

22 dated June 13, '03.  Have you seen this E-mail

1 before, ma'am?

2       A.   I am sure I have.

3       Q.   Do you remember this E-mail?

4       A.   Not this specifically.

5       Q.   What do you remember about it generally?

6       A.   Nothing other than he was not satisfied

7 that I was not able to hire, but what can you do

8 when people decline your offer?

9       Q.   Sure.  In this E-mail, if you look at

10 the fourth line where it reads "Please get new

11 announcement of Grades GS-11, 12, and 13 out ASAP",

12 did you do that?

13       A.   Yes.  Whatever the last exhibit we

14 looked at, it shows that, yes.

15       Q.   This right here?

16       A.   No.  The staffing chart, the Excel

17 spread sheet.

18       MR. SELDON:  What number?

19       THE WITNESS:  I don't remember.  The

20 last one that we had.

21       BY MR. TRUONG:

22       Q.   So maybe it's the same exhibit?

1 fair to say that?

2        A.    No.  I did, and I'd have to go back and

3 check with some other notes to see, but I know I did

4 not put any announcement out on Monster.

5        Q.    What did you do in response to this

6 E-mail?

7        A.    You know, I honestly don't remember.

8        Q.    You don't remember?

9        A.    No.

10        Q.    Okay.  I think we are done with this

11 E-mail.  Let's look at 16.  Do you remember this

12 E-mail?  Exhibit 16 is an E-mail from Ms. Elion to

13 Mr. Phelps dated June 23, '03.

14        A.    Yes.

15        Q.    So did Mr. Hopster actually reconsider?

16        A.    Based on my response to Michael Phelps,

17 I said Robert Hopster reconsidered our offer.  I

18 would not have written that unless he reconsidered.

19        Q.    Okay.  Did you have a conversation with

20 Mr. Hopster after June 13th and try to convince him

21 to come?  Is that why he reconsidered?

22        A.    Yes.

1      Q.    What did you tell him?  Do you remember?

2      A.    What would it take to get him to

3 reconsider.  So he told me.

4      Q.    What did he tell you?

5      A.    That if we -- that relocation, if we

6 were to pay his relocation, that would be something

7 that would cause him to change his mind.

8      Q.    What happened at the end of the day?

9 Did he come?

10      A.    John, early on, we talked about me

11 making two offers.  I don't know how many more ways

12 I can say that.  I made two offers.

13      Q.    And they both declined?

14      A.    Yes.

15      Q.    Let's look at No. 17.  Exhibit 17 is an

16 E-mail from you to Mr. Phelps, and this is the one

17 student that we talked about.  Right?

18      A.    Yes.

19      Q.    So he did not enroll in Prince George's

20 County Community College as planned?

21      A.    That's correct.

22      Q.    You've got to speak up.

1       A.    That is correct.

2       Q.    Let's look at No. 18.  We are moving

3 now.  This is an E-mail from Mr. Phelps to you and a

4 bunch of other people saying that there is a hiring

5 freeze.  Right?

6       A.    Correct.

7       Q.    And this is dated July 8, 2003?

8       A.    Yes.

9       Q.    But if you look at -- if I can refer you

10 back to Exhibit 15, was the E-mail that you were --

11 I'm sorry.  The last page of Exhibit 15, do you

12 remember how we were talking about the June 13th

13 E-mail from Mr. Phelps telling you to go ahead and

14 get the new announcement out, and then you say

15 shortly thereafter he cancelled?

16      A.    Yes.

17      Q.    So were you referring to the July 8th

18 E-mail?

19      A.    Yes.  That's what I vaguely recall, that

20 there was some edict from him to stop.

21      Q.    Between June 13, '03 and July 8, '03,

22 did you do anything to get the new announcement out?

1       A.    Without looking at the tracking system,

2 I cannot say.

3       Q.    Okay.  Let's look at just Exhibit 18

4 itself.  The subject line of Mr. Phelps's E-mail on

5 Exhibit 18 is hiring freeze?

6       A.    Yes.

7       Q.    And it affects everybody, doesn't it?

8 Doesn't it affect all of the offices around the

9 country?

10            MR. SELDON:  Are you asking her if they

11 now had a hiring freeze?

12            BY MR. TRUONG:

13      Q.    Let me ask you this:  Let's look at the

14 first E-mail that he sent out at 3:06 p.m. on July

15 3, 2003.  Who are these people listed in the "to"

16 line?

17      A.    They're all RIGAs or Division Directors.

18      Q.    Nationwide?

19      A.    Yes.

20      Q.    So basically, is it fair to say that the

21 hiring freeze affected everyone nationwide,

22 including, obviously, your office?