# Robert C. Seldon & Associates, P.C.

*Attorneys-At-Law*
1319 F Street, N.W., Suite 305
Washington, DC  20004
202-955-6968  ·fax: 202-318-2287

---

May 15, 2006

**VIA E-MAIL AND FIRST CLASS MAIL**
AUSA John C. Truong
Office of the U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530


Re:     Elion v. Jackson, Civ. Action No. 05-0992 (PLF)


Dear John:


Thanks for taking the time out to juggle deposition dates.

I've confirmed Ms. Elion's availability for her deposition on June 30th.  I'll assume a 9:30 start time, unless you tell me to the contrary.

Under cover of this letter, we are serving an Amended Notice of Deposition for Mr. Phelps for May 31st as we agreed.  I set that start time at 1 PM, because Judge Bates just scheduled a hearing for that morning as the request of the US Attorney's Office.

There is also a Notice of Deposition for Mr. Heist and Mr. Stephens, for June 21st and June 22nd respectively, the dates that defendant proposed earlier.  As I mentioned, I need to depose Mr. Heist before Mr. Stephens.

I appreciate from our calls that you are unavailable for at least two weeks beginning in early June, and that Mr. Heist and Mr. Stephens have now indicated that they might not be available on the 21st and 22nd and cannot make themselves available until the week of July 10th.

John, I am more than willing to work with you and, at least at the moment, can reschedule the Heist and Stephens depositions to the last week in June.  However, I have been working hard to get deposition dates for these two since the beginning of May and am quite concerned about Judge Friedman's reaction to extending the discovery deadline again, although

AUSA John C. Truong
May 15, 2006
Page 2

we would likely consent to a motion by defendant for a reasonable extension to complete plaintiff's discovery.

    I know you can appreciate our perspective, that eight weeks advance notice to take two depositions is plenty.

    Give me a call once you have a moment.

Very truly yours,

Robert C. Seldon

Cc:    Saundra G. Elion