### Robert C. Seldon, Esq

**From:** Truong, John (USADC) [John.Truong@usdoj.gov]
**Sent:** Thursday, May 04, 2006 1:29 PM
**To:** Robert C. Seldon, Esq
**Subject:** RE: Elion v. Jackson

Bob:

June 5-15 is out for me as I have trial scheduled for those dates.  Discovery in this case ends on July 1 (a Saturday).  The week of July 3rd is not looking good for me.  July 7th is definitely out.  That leaves just July 5th and 6th.

I don't have a problem with scheduling a deposition or two after our discovery deadline.  I may have to depose Ms. Elion in July also.  I'll ask for Mr. Heist's availability in the first two weeks of July.

John


John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Room E-4206
Washington, D.C.  20530
(202) 307-0406 (direct)
(202) 514-8780 (facsimile)
john.truong@usdoj.gov

---

**From:** Robert C. Seldon, Esq [mailto:rcs@rcseldon-associates.com]
**Sent:** Thursday, May 04, 2006 1:23 PM
**To:** Truong, John (USADC)
**Subject:** RE: Elion v. Jackson

John – Thanks.  Would you prefer that we try and depose Mr. Heist earlier in June or the first few days in July.  In my experience, Judge Friedman won't care.


Regards,


Robert C. Seldon, Esq.

Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
phone: (202) 955-6968 ext. 113
fax: (202) 318-2287

e-mail: rcs@rcseldon-associates.com