### Robert C. Seldon, Esq

**From:** Truong, John (USADC) [John.Truong@usdoj.gov]
**Sent:** Monday, May 22, 2006 2:53 PM
**To:** Robert C. Seldon, Esq
**Subject:** RE: Elion v. Jackson: Heist's availability

Bob:

Phelps is confirmed for May 31, 2006.

Heist is available on July 31, 2006. Please specify the time.

I am confirming Ms. Elion's depo for July 28, 2006, at 9:30am, at my office.

John


John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Room E-4206
Washington, D.C. 20530
(202) 307-0406 (direct)
(202) 514-8780 (facsimile)
john.truong@usdoj.gov


**From:** Robert C. Seldon, Esq [mailto:rcs@rcseldon-associates.com]
**Sent:** Monday, May 22, 2006 1:40 PM
**To:** Truong, John (USADC)
**Subject:** RE: Elion v. Jackson: Heist's availability

John – Ms. Elion and I are both confirmed for Friday 7/28.

To reconfirm, Phelps is on for Wed. 5/31 at 1 PM.

Here's a revised motion that you can use to extend the discovery deadline, based on the one that we filed before.

Regards,

Robert C. Seldon, Esq.

Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W., Suite 305
Washington, D.C. 20004