## Robert C. Seldon, Esq

**From:** Truong, John (USADC) [John.Truong@usdoj.gov]
**Sent:** Wednesday, May 17, 2006 3:11 PM
**To:** rcs@rcseldon-associates.com
**Subject:** Elion v. Jackson

Bob:

Please give me a call when you have a chance.  The Stephens deposition on June 26th and Ms. Elion's deposition on June 30th are no good for me.  Let's confer to come up with agreed upon dates for these depositions.  If necessary, I do not mind asking Judge Friedman for additional time to complete deposition discovery only.

Many thanks,
John



John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Room E-4206
Washington, D.C.  20530
(202) 307-0406 (direct)
(202) 514-8780 (facsimile)
john.truong@usdoj.gov