# MEDIATION SETTLEMENT AGREEMENT
# FORMAL COMPLAINT
(TERMS REQUIRE SIGNATURE OF DIRECTOR OF EEO)

```
In the Matter of:

Austin B. Groom, Jr.
Complainant                                    Complaint Number: IG-01-

vs.

Mel Martinez, Secretary
U.S. Department of Housing and
Urban Development, Department
or Agency
```

**Mediation Settlement Agreement and General Release.**

Confidentiality must be maintained by the Parties, by any agency employees involved in the Alternative Dispute Resolution (ADR) proceeding and in the implementation of the ADR resolution, and by the third party neutral involved in the proceeding.

3

4

5

By signature, we acknowledge that we have read, understand and voluntarily agree to the above Mediation Settlement Agreement in its entirety and in no way were coerced.

_[signature]_      6/17/02
Austin B. Groom, Jr.      Date
Complainant

_[signature]_      6/17/02
Lynne K. Zusman      Date
Complainant Representative

_[signature]_      6/19/02
Richard Johnson      Date
Management Representative

_[signature]_      6/18/2002
EEO Officer or Designee      Date

_[signature]_      8/5/02
EEO Officer or Designee      Date

Approved:

_[signature]_      8/6/02
William C. King      Date
Director of EEO

6