UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 05-0992 (PLF) |
| v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary Of Housing And | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURES

Plaintiff hereby supplements her Initial Disclosures, pursuant to Rule 26(a), Fed. R. Civ. P.,

### Documents

1/7/04 E-mail from Michael Phelps regarding Ranking for FY 04

Official Ranking FY 2004 Goals with Double Weights for Timeliness and Dollars

Respectfully submitted,

Robert C. Seldon, Esq.
 D.C. Bar No. 245100
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C.  20004
(202) 955-6968


By: _____
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2006, I served a copy of the foregoing PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURES by first class mail postage pre-paid –mail, upon:

AUSA John Truong  
Office of the U.S. Attorney  
Civil Division  
555 Fourth Street, N.W.  
Washington, D.C.  20530

                                                   Robert C. Seldon