UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION,          )<br>                              )<br>    Plaintiff,            )<br>                              )<br>  v.                          )<br>                              )<br>ALPHONSO R. JACKSON,  )<br>  Secretary Of Housing And )<br>  Urban Development,     )<br>                              )<br>    Defendant.           )<br>_____)  | Civ. Action No. 05-0992 (PLF) |

## ORDER

Upon consideration of Plaintiff's Motion To Strike, Or In The Alternative, For Oral Hearing, Defendant's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Clerk of the Court is directed to strike the Reply in Support of Defendant's Motion for Summary Judgment; defendant's Response to Plaintiff's Statement of Genuine Issues; and defendant's Reply to Plaintiff's Response to Defendant's Statement of Material Facts.

FURTHER ORDERED that defendant is to submit a Reply that does not contain argument and evidence beyond the scope of defendant's opening Motion no later than ten days from the date of this Order. .

Dated this _____ day of ____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**