UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON, Secretary Of Housing And Urban Development, | ) ) ) ) ) |
| Defendant. | ) ) |

**ERRATA TO
PLAINTIFF'S MOTION TO STRIKE OR, IN THE ALTERNATIVE,
FOR ORAL HEARING**

Plaintiff to the above action respectfully requests that the Court take notice of the attached deposition excerpts of James Heist and Michael Phelps in connection with Plaintiff's Motion to Strike or, in the Alternative, for Oral Hearing.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
(202) 955-6968
Counsel for Plaintiff