UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -X

SAUNDRA G. ELION,              :

      Plaintiff         :

   v.                         : Case No. 05-0992(PLF)

                             :

ALPHONSO R. JACKSON,           :

      Defendant         :

- - - - - - - - - - - - - - - -X

DEPOSITION OF JAMES HEIST

Washington, D.C.

Monday, July 31, 2006

Deposition of JAMES HEIST, called for examination at 9:45 a.m., at the law offices of Robert C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite 305, Washington, D.C., before Gary S. Howard, a notary public in and for the District of Columbia, when were present on behalf of the respective parties:

1 this memo that you communicated to Mr. Stephens as
2 your reasons for conducting the realignment which
3 led to the abolition of the headquarters audit
4 division?
5    A    No, I can't recall anything.
6    Q    And were there any other reasons that you
7 had, whether or not you communicated them to Mr.
8 Stephens?
9    A    One of the -- as I said, there were three
10 -- and I wouldn't -- to me, it's not a reason for
11 abolishing the headquarters audit division, but it
12 led to the fact that there were only three staff auditors.
13    Shortly before I drafted this memo, one
14 of Saundra's staff had decided to resign.
15    Q    Right. Okay. So are you saying, then,
16 that her performance or conduct was related to your
17 reasons for abolishing the headquarters audit
18 division?
19    MR. TRUONG:  Objection. Mischaracterizes
20 the Witness' --
21    BY MR. SELDON:
22    Q    Are you saying that?

 1    A    No.

 2    Q    Okay. So how did that relate, then?

 3    A    Only from the standpoint that it caused
 4 the supervisor-to-staff ratio to be impacted.

 5    Q    Okay. And were there any other reasons
 6 not expressed in your memorandum of April 20th,
 7 2004, Heist Exhibit 7, that contributed to your
 8 decision to realign the office of audit and abolish
 9 the headquarters audit division?

10    A    Not that I recall.

11    Q    Okay. So take us forward again in the
12 process.

13         The memo goes up to Mr. Stephens' office,
14 I take it. Is that right or wrong, do you recall?

15         (Pause.)

16         Let's put it this way. You then signed
17 the memo on or around April 20th, 2004, I take it.
18 Front page.

19    A    Right.

20    Q    Right? And then, in the process, what do
21 you recall happening next?

22    A    Mr. Stephens approved it.

1  it looks like to the regs, about rankings for FY
2  '04?
3     Q     And was that part of his job, to prepare
4  rankings?
5     A     That was something he did. He did
6  that -- part of his responsibility was to do the
7  ratings for the regs and this was something that he
8  had put together as part of that.
9     Q     Okay. So now let's look at the actual
10 ratings, which are the second page of Heist Exhibit
11 11, I believe.
12           (Pause.)
13           Are these the rankings?
14    A     This is a ranking that Mr. Phelps
15 prepared.
16    Q     Okay. That's what the second page is?
17    A     Yes.
18    Q     Okay. Now I think we can understand, this
19 goes by regions or divisions. And I think we know
20 that the numerical ones are the region numbers.
21           Is that right?
22           MR. TRUONG:  Are you talking about the

```
 1  mes send at nef send si quarter?
 2           MR. SELDON:  Under A.  Not all the way to
 3  the left, under column A.
 4           THE WITNESS:  Right.  Correct.
 5           BY MR. SELDON:
 6      Q    And what is GAA?
 7      A    That's the organization code for the
 8  information systems audit division.
 9      Q    GAH?
10      A    That was, at the time, the organizational
11  code for the headquarters audit division.
12      Q    And GAF?
13      A    That was the organizational code for the
14  financial audits division.
15      Q    Where is technical oversight and planning
16  included in here, if anywhere?
17      A    They're not.
18      Q    And is that because they're not at the
19  division level, or what?
20      A    They're not what I would call an
21  operating division.
22      Q    Okay.
```