```
     UNITED STATES DISTRICT COURT

     FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - -X
  SAUNDRA G. ELION,            :

          Plaintiff            :

       v.                      :

                               :

  ALPHONSO R. JACKSON,          :

          Defendant            :
- - - - - - - - - - - - - - -X
```

DEPOSITION OF MICHAEL PHELPS

Washington, D.C.

Wednesday, May 31, 2006


Deposition of MICHAEL PHELPS, called for examination at 1:10 p.m., at the law offices of Robert C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite 305, Washington, D.C., before Gary S. Howard, a notary public in and for the District of Columbia, when were present on behalf of the respective parties:

```
 1            MR. TRUONG:  Why don't we mark this as an
 2 exhibit since we have extra copies?
 3            MR. SELDON:  Because I've got to pay a
 4 half-buck a page for each one of these, and it's my
 5 money. And we're not going to use it.
 6            I'm just using it to refresh his
 7 recollection.
 8            MR. TRUONG:  Okay. What line?
 9            MR. SELDON:  It was the question that was
10 posed --
11            MR. TRUONG:  Line.
12            MR. SELDON:  Right. Only now I don't
13 remember what page I was on.
14            MR. TRUONG:  4 of 7.
15            MR. SELDON:  Thank you. The question was
16 posed on line 10. And the answer that I summarized
17 was on line 12.
18            THE WITNESS:  Were the functions of
19 headquarters audit division transitioned to another
20 office or division?
21            BY MR. SELDON:
22     Q      And your answer was: Although I had no
```

1 direct involvement in the reorganization -- I've
2 been asking you questions, trying to elicit your
3 recollection on what involvement, if any, you had
4 in this reorganization or realignment that involved
5 Ms. Elion.
6    A    And my point is the timing of this. Yes,
7 my answer here is that my understanding was that
8 things were transferred to the information systems
9 audit group.
10        I know that to be a fact.
11   Q    Correct.
12   A    Did I know -- did Mr. Heist discuss with
13 me that he was going to propose abolishment and we
14 would shift these two audits in question to IS
15 audit, I can't remember the timing of that.
16   Q    That's fine. That's what the function of
17 trying to refresh someone's recollection is, to see
18 if they can do.
19        So was responsible for, until its being
20 disbanded, responsible for the assignment of audits
21 within Ms. Elion's former division, the
22 headquarters office of audit?