UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0992 (PLF) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests the Court for a one-week extension of time from June 22, 2007, to June 29, 2007, to respond to Plaintiff's Motion to Strike or, in the alternative, for Oral Hearing (Dkt No. 41).  Pursuant to Local Rule 7(m), the parties conferred and Plaintiff does not oppose this Motion but specifies that: "Plaintiff does not object to a one week extension provided there are no further ones, in light of defendant's refusal to confer about why second chairing a trial necessitates additional time."  See June 11, 2007 E-mail from Seldon to Truong.

There is good cause to grant Defendant's Unopposed Motion for an Extension of Time.  A month after Defendant filed its Reply (Dkt. No. 39), on June 8, 2007, Plaintiff filed an 18-page Motion to Strike or, in the alternative, for Oral Hearing on Defendant's Motion for Summary Judgment.  See Dkt. No. 41.  The Motion to Strike, with 10 exhibits, is a thinly veiled attempt to have the last word on the issue.  The Motion is in effect a sur-reply.

The deadline for Defendant to respond to Plaintiff's Motion to Strike is due on June 22, 2007.  However, Defendant needs a one-week extension of time to file the response because the

1

undersigned has a one-week jury trial in <u>Adams v. Mineta</u>, Civ. No. 04-856 (RBW), from June 13, 2007, to June 20, 2007. Furthermore, additional time is needed for the undersigned to prepare a draft response for client and supervisory review prior to filing with the Court.

For the foregoing reasons, Defendant respectfully asks that the Court grant Defendant a one-week extension of time June 29, 2007, to file his response to Plaintiff's Motion to Strike.

Dated: June 11, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | )    Civil Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| | ) |
|    Defendant. | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Unopposed Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including June 29, 2007, to respond to Plaintiff's Motion to Strike or, in the alternative, for Oral Hearing.

SO ORDERED.

_____
U.S. District Judge