**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SAUNDRA ELION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 05-0992 (PLF)** |
| | ) |
| **ALPHONSO R. JACKSON,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests the Court for an extension of time from June 29, 2007, to July 10, 2007, to respond to Plaintiff's Motion to Strike or, in the alternative, for Oral Hearing (Dkt No. 41).  Pursuant to Local Rule 7(m), the undersigned counsel sought consent from Plaintiff's counsel.  See Gov. 1.  In response, Plaintiff's counsel wrote, "Please send me your draft motion.  I will include our position directly in it and then return it for your filing."  See Gov. 2.  Local Rule 7(m) only requires the parties to confer on the relief requested; it does not mandate that the requesting party must submit its motion to opposing counsel prior to filing it with the Court.

There is good cause to grant this Motion.  As explained in Defendant's previous motion for an extension of time, the undersigned needed additional time to oppose Plaintiff's Motion because of a one-week jury trial in Adams v. Mineta, Civ. No. 04-856 (RBW), from June 13, 2007, to June 20, 2007.   The trial, however, has gone on longer anyone has anticipated.  Indeed, after a whole day of trial on June 21, 2007, Judge Walton continued the trial until June 27, 2007.  See Gov. 1.  Due to trial preparation and the trial itself, the undersigned has been able to devote

substantial time to investigating Plaintiff's Motion to prepare an appropriate response.

Furthermore, an extension until July 10, 2007, is needed because of other pressing matters. For instance, the undersigned has a Rule 30(b)(6) deposition on June 29, 2007, in <u>Porter v. Johnson</u>, Civ. No. 04-2121 (PLF/DAR), which cannot be rescheduled. Moreover, as explained to counsel for Plaintiff, the undersigned must file a reply to a motion for summary affirmance in <u>Adams v. Rice</u>, No. 07-5101 (D.C. Cir.), on July 2, 2007. <u>See</u> Gov. 1. Thereafter, the undersigned must file an opposition to a motion to compel in an MDL matter pending in front of Judge Leon. On July 9, 2007, the undersigned must file a reply to motion for summary judgment in yet another matter, <u>Alexander v. Tomlinson</u>, Civ. No. 05-767 (ESH). Judge Huvelle has indicated that requests for an extension will not be granted.

For the foregoing reasons, Defendant respectfully asks that the Court grant Defendant a an extension of time until July 10, 2007, to file his response to Plaintiff's Motion to Strike, in the alternative, for Oral Hearing.

Dated: June 28, 2007.                              Respectfully Submitted,

   /s/  Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/  Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/  John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**SAUNDRA ELION,**                      )
                                        )
    **Plaintiff,**                      )
                                        )
      **v.**                          )       **Civil Action No. 05-0992 (PLF)**
                                        )
**ALPHONSO R. JACKSON,**                )
                                        )
    **Defendant.**                     )
_____)


**ORDER GRANTING DEFENDANT'S MOTION**
**FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Motion for an Extension of Time and the entire

record herein, it is this _____ day of _____, 2007,

ORDERED that  Defendant's Motion for an Extension of Time be and is hereby

GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including July 10, 2007, to

respond to Plaintiff's Motion to Strike or, in the alternative, for Oral Hearing.

SO ORDERED.


_____
U.S. District Judge