## Truong, John (USADC)

**From:** Truong, John (USADC)
**Sent:** Tuesday, June 26, 2007 7:34 PM
**To:** 'Robert C. Seldon, Esq'
**Subject:** Elion v. Jackson

Bob:

I'm writing to seek another extension of 7 business days to July 10, 2007, to file our opposition. As you can see from the Minute Order below, we are still in the midst of trial. I thought it would end last week but it didn't.

I anticipate that trial will go on until at least Thurs. I have a deposition at 8am on Friday and a hearing at 3:30pm.

On the week of July 2nd, I have a reply to a motion for summary affirmance (July 2) and an opposition to a motion to compel (July 5). I have a reply due on July 9 (with no further extension from J. Huvelle). Given these matters, I am hoping to get your consent for an extension until July 10th for me to file our opposition.

Many thanks in advance for your understanding and cooperation.

John



John C. Truong
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: 202-307-0406
Facsimile: 202-514-8780
john.truong@usdoj.gov

---

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Friday, June 22, 2007 11:21 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00856-RBW ADAMS v. MINETA Jury Trial - Held

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Columbia**

GOVERNMENT EXHIBIT 1

6/27/2007

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2007 at 11:20 AM and filed on 6/21/2007
**Case Name:**     ADAMS v. MINETA
**Case Number:**   1:04-cv-856
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute Entry. Proceedings held before Judge Reggie B. Walton : Jury Trial Resumed with same jury of (8) on 6/21/2007; and Continued to 6/27/2007 09:00 AM in Courtroom 16 before Judge Reggie B. Walton. Defendant Witnesses: (Tom Pacione)(Court Reporter Phyllis Merana.) (mpt, )


**1:04-cv-856 Notice has been electronically mailed to:**
David H. Shapiro   dhshapiro@swickandshapiro.com, swickandshapiro@gmail.com, thayes@swickandshapiro.com
Ellen K. Renaud   ekrenaud@swickandshapiro.com, swickandshapiro@gmail.com, thayes@swickandshapiro.com
Charlotte A. Abel   charlotte.abel@usdoj.gov
John C. Truong   john.truong@usdoj.gov

**1:04-cv-856 Notice will be delivered by other means to::**

Nicholas Barry Lewis
SWICK & SHAPIRO, P.C.
1225 Eye Street, NW
Suite 1290
Washington, DC 20005

6/27/2007