**Truong, John (USADC)**

| | |
|---|---|
| **From:** | Robert C. Seldon, Esq. [rcs@rcseldon-associates.com] |
| **Sent:** | Wednesday, June 27, 2007 8:59 AM |
| **To:** | Truong, John (USADC) |
| **Subject:** | Re: Elion v. Jackson |

Please send me your draft motion. I will include our position directly in it and then return it for your filing.

Regards,

Robert C. Seldon, Esq.

Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W.
Suite 305
Washington, D.C. 20004
(ph) (202) 955-6968 ext. 113
(fax) (202) 318-2287

rcs@rcseldon-associates.com



GOVERNMENT EXHIBIT 2