UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SAUNDRA G. ELION,                   )
                                    )
    Plaintiff,                      )
                                    )
  v.                                )   Civil Action No. 05-992 (PLF)
                                    )
ALPHONSO R. JACKSON,                )
  Secretary of U.S. Department of   )
  Housing and Urban Development,    )
                                    )
    Defendant.                      )
_____)

ORDER

       Upon consideration of defendant's motion for summary judgment, plaintiff's opposition, and defendant's reply, the Court finds that there are genuine issues of material fact in dispute and that defendant is not entitled to judgment as a matter of law. This is a case that must either be tried or settled. Accordingly, it is hereby

       ORDERED that defendant's motion for summary judgment [33] is DENIED; and it is

       FURTHER ORDERED that a status conference is scheduled for November 9, 2007 at 9:15 a.m. The parties should be prepared to discuss how they intend to proceed with this case, and to address the possibility of settlement with the assistance of either the Court's Alternative Dispute Resolution program, a magistrate judge, or through private mediation, and if not, how and on what schedule they propose to proceed with pretrial and trial matters.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 27, 2007