# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAUNDRA ELION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-0992 (PLF)** |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## DEFENDANT'S CONSENT MOTION TO
## RESCHEDULE THE NOVEMBER 9, 2007 STATUS HEARING

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests the Court reschedule the

November 9, 2007 Status Hearing, at 9:15am, to a time in the afternoon on that same day.

Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this

Motion.  Furthermore, the parties also consulted with the Court's Deputy Clerk and she

suggested that the parties ask for a time in the afternoon on November 9, 2007.

There is good cause to grant this Motion.  On September 28, 2007, the Court set a status

hearing for this case for November 9, 2007, at 9:15am.  See Sept. 18, 2007 Minute Order.  The

status hearing on  November 9th may conflict with another status hearing that the undersigned

counsel has on that same day in Free v. Snow, Civ. No. 04-0919 (D.D.C.) (Kennedy, J.).   On

August 14, 2007, Judge Kennedy set a status hearing in the Free matter for November 9, 2007, at

9:45am.  Although it is uncertain how long the status hearing before the Court will last, out of

abundant of caution, Defendant seeks to reschedule the status hearing to avoid any potential

conflict with the status conference in the Free matter.

For the foregoing reasons, Defendant respectfully requests that the Court reschedule the

status hearing to a time in the afternoon on November 9, 2007.


Dated: October 16, 2007.                    Respectfully Submitted,


                                   /s/   Jeffrey A. Taylor
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney


                                   /s/   Rudolph Contreras
                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney


                                   /s/   John C. Truong
                                  JOHN C. TRUONG, D.C. BAR #465901
                                  Assistant United States Attorney
                                  555 Fourth Street, N.W.
                                  Washington, D.C.  20530
                                  (202) 307-0406
                                  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SAUNDRA ELION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-0992 (PLF)** |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Reschedule the November 9, 2007

Status Hearing and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that  Defendant's Consent Motion to Reschedule the November 9, 2007

Status Hearing be and is hereby GRANTED; and it is

FURTHER ORDERED that the November 9, 2007 Status Hearing, at 9:15a.m. be and is

hereby RESCHEDULED to a new time at  _____p.m.

SO ORDERED.


_____
U.S. District Judge