UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-992 (PLF) |
| ) | |
| ALPHONSO JACKSON, Secretary, ) | |
| United States Department of Housing and ) | |
| Urban Development, ) | |
| ) | |
| Defendant. ) | |

MEDIATION REFERRAL ORDER

Upon consideration of matters raised at the status conference held on November 9, 2007, the parties agree that this case should be promptly referred to mediation. With the consent of the parties, it is hereby ORDERED that

1. This matter is referred for mediation to commence December 3, 2007.

2. Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350.

3. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall designate a mediator.

4. Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

5. Mediation shall conclude on or before February 4, 2008.

6. If the case settles in whole or in part, counsel shall promptly advise the

Court of the settlement by filing a stipulation.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 9, 2007