UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civ. Action No. 05-0992 (PLF) |
|    v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## PRECIPAE

The Clerk of the Court will kindly note the changes in the suite and telephone numbers of plaintiff's counsel reflected below, effective December 1, 2007. In all other respects, the information concerning plaintiff's counsel already on file in this case remains unchanged.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Robert C. Seldon, Esq.
                                                D.C. Bar No. 245100

                                              _____/s/_____
                                              Molly E. Buie, Esq.
                                                D.C. Bar No. 483767

                                              Robert C. Seldon & Associates, P.C.
                                              1319 F Street, N.W.
                                              Suite 200
                                              Washington, D.C.  20004
                                              (202) 393-8200
                                              Counsel for Plaintiff