# MEDIATION SETTLEMENT AGREEMENT
# FORMAL COMPLAINT
## (TERMS REQUIRE SIGNATURE OF DIRECTOR OF EEO)

In the Matter of:

**Austin B. Groom, Jr.**
**Complainant**                    Complaint Number: IG-01-01

vs

**Mel Martinez, Secretary**
**U.S. Department of Housing and**
**Urban Development, Department**
**or Agency**

## Mediation Settlement Agreement and General Release

Confidentiality must be maintained by the Parties, by any agency employees involved in the Alternative Dispute Resolution (ADR) proceeding and in the implementation of the ADR resolution, and by the third party neutral involved in the proceeding.

2

3

4

5

By signature, we acknowledge that we have read, understand and
voluntarily agree to the above Mediation Settlement Agreement in
its entirety and in no way were coerced.

_____     _____
Austin B. Groom, Jr.                6/17/02
Complainant                         Date

_____     _____
Lynne K. Zusman                     6/17/02
Complainant Representative          Date

_____     _____
Richard Johnson                     6/19/02
Management Representative           Date

_____     _____
EEO Officer or Designee             6/18/2002
                                    Date

_____     _____
EEO Officer or Designee             8/5/02
Approved:                           Date

_____     _____
William C. King                     8/6/02
Director of EEO                     Date