UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development, | ) ) ) ) ) |
|     Defendant. | ) ) |

## ORDER

Upon consideration of Plaintiff's First Motion In Limine (ADR Involving Austin Groom And Groom's Reinstatement), and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that evidence about the ADR process involving Austin Groom, the agreement that was supposedly reached in ADR with Mr. Groom, and the fact that Mr. Groom was reinstated after being discharged by defendant is excluded from the record of the upcoming trial.

      Dated this _____ day of _____, 2008.

 

_____
UNITED STATES DISTRICT JUDGE