## Robert C. Seldon, Esq

**From:** SElion@hudoig.gov
**Sent:** Friday, March 17, 2006 12:20 PM
**To:** rcs@rcseldon-associates.com
**Subject:** Fw: Ranking-FY 04

As promised

----- Forwarded by Saundra Elion/WAS/HUDOIG on 03/17/2006 11:18 AM -----

**Michael Phelps/WHQ/HUDOIG**

01/07/2005 01:43 PM

To Daniel Temme/PHI/HUDOIG, Robert Gwin/DENOA/HUDOIG, Saundra Elion/WAS/HUDOIG, Francis Baca/FTW/HUDOIG, Randy McGinnis/WHQ/HUDOIG, James Heist/WHQ/HUDOIG, D Beard/WHQ/HUDOIG, William Wolfe/CHI/HUDOIG, Curtis Hagan/WHQ/HUDOIG, Joan Hobbs/LOS/HUDOIG@HUDOIG, Ronald Hosking/KAN/HUDOIG@HUDOIG, JMcKay@hudoig.gov@HUDOIG, Jennifer Burns/WHQ/HUDOIG, John Dvorak/BOS/HUDOIG@HUDOIG, Edgar Moore/NYC/HUDOIG@HUDOIG, Sonya Lucas/ATL/HUDOIG@HUDOIG

cc

Subject Ranking-FY 04

Here is rankings for FY 2004. This will find its way into performance ratings

_____

Office Ranking FY 2004 Goals with Double Weight for Timeliness and Dollars

| Region/ Division | Reports Issued Over (Under) Goal | Ranking | Monetary Benefits Identified Over (Under) Goal | Ranking | Percentage of Management Decisions resulting in a Disallowance Over (Under) Goal | Ranking | Percentage of Audits Completed within 240 Days to Draft Report Over (Under) Goal | Ranking | Percentage of Audits completed 3000 hrs Internal or 2000 hrs external Over (Under) Goal | Ranking | Number of Management Decisions Reached within 120 days Over (Under) Goal | Ranking | Composite Number = (C+(E*2)+G+(I*2)+(K*2)+m) | FY 2004 Ranking # 13 Most Successful # 1 Least Successful 9/30/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAA | (5.0) | 1 | (16,103,618) | 1 | | | -20% | 4 | 0% | 9 | -15% | 2 | 22 | 1 |
| 5 | (1.0) | 3 | (9,588,339) | 2 | 11% | 4 | -39% | 2 | -60% | 2 | 18% | 7 | 24 | 2 |
| 1 | 0.0 | 4 | 21,773,751 | 6 | 13% | 6 | -48% | 1 | -8% | 7 | -16% | 1 | 32 | 3 |
| 10 | 0.0 | 4 | 19,504,560 | 5 | -22% | 1 | -13% | 6 | -32% | 3 | -2% | 3 | 33 | 4 |
| 2 | (1.0) | 3 | 3,509,822 | 3 | 7% | 3 | 30% | 10 | -25% | 4 | 30% | 9 | 45 | 5 |
| 3 | 4.0 | 5 | 36,398,180 | 8 | 14% | 7 | -17% | 5 | -10% | 6 | 9% | 4 | 48 | 6 |
| 9 | (5.0) | 1 | 352,504,560 | 12 | 15% | 8 | -33% | 3 | -63% | 1 | 30% | 9 | 49 | 7 |
| 8 | (1.0) | 3 | 50,694,842 | 9 | 15% | 8 | 13% | 8 | -8% | 7 | -16% | 1 | 53 | 8 |
| 6 | 0.0 | 4 | 54,186,200 | 10 | 12% | 5 | -1% | 7 | -21% | 5 | 13% | 5 | 53 | 9 |
| 4 | 4.0 | 5 | 22,372,586 | 7 | 6% | 2 | 30% | 10 | 2% | 10 | 14% | 6 | 57 | 10 |
| GAH | (4.0) | 2 | 18,602,154 | 4 | 15% | 8 | 30% | 10 | 25% | 11 | 25% | 8 | 57 | 11 |
| 7 | 4.0 | 5 | 256,371,555 | 11 | 15% | 8 | 21% | 9 | -2% | 8 | 30% | 9 | 70 | 12 |
| GAF | (4.0) | 2 | 1,397,294,462 | 13 | 15% | 8 | 30% | 10 | 25% | 11 | 9% | 4 | 71 | 13 |
| | | | | | | | | | | | | | | |
| Total | (9.0) | | 2,207,520,715 | | 14% | | -3% | | -18% | | | | | |

Note Double Weight Given to Monetary Benefits Identified, Percentage of Audits Completed within 240 Days, Percentage of Audits Completed 3000/2000 hours.