```
     UNITED STATES DISTRICT COURT

     FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - -X
  SAUNDRA G. ELION,             :

           Plaintiff            :

       v.                       : Case No. 05-0992(PLF)

                                :

  ALPHONSO R. JACKSON,           :

           Defendant            :
- - - - - - - - - - - - - - - -X
```

                DEPOSITION OF JAMES HEIST

                      Washington, D.C.

                  Monday, July 31, 2006

Deposition of JAMES HEIST, called for examination at 9:45 a.m., at the law offices of Robert C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite 305, Washington, D.C., before Gary S. Howard, a notary public in and for the District of Columbia, when were present on behalf of the respective parties:

```
 1 recollection.
 2   Q    Okay. So now you prepared the memo, Heist
 3 Exhibit 7.  It's dated April 20th.
 4        Do you recall what day you prepared it?
 5   A    No.
 6   Q    Do you recall why -- was there anything
 7 that triggered you to prepare the memo, even if you
 8 can't remember the date?
 9   A    There was a couple of things that
10 triggered it.
11   Q    You've testified -- let's just be clear
12 so that we won't be here all day.
13        I mean, did there come something that
14 made you decide not so much the reasons to abolish
15 the headquarters audit division, but that said,
16 April 20th will be the day I send the memo forward?
17   A    No.
18   Q    Okay. Did the memo contain, does it
19 contain the full reasons that you gave to Mr.
20 Stephens for abolishing the headquarters audit
21 division?
22   A    Yes.
```

```
 1    Q      Did you ever talk to him and give him any
 2 others?
 3           (Pause.)
 4    A      There's one other thing that I just want
 5 to make sure is in here.
 6           (Pause.)
 7           If you read the memo, you could piece it
 8 together. But the other thing that was a reality,
 9 that at the time I prepared this, the staffing
10 level in the headquarters audit division was three
11 staff auditors.
12           The managers were Sandy and Donna
13 Hawkins. So you had two individuals in a
14 supervisory position that had three staff positions
15 under them.
16    Q      Okay. And when and where did you
17 establish ratios for headquarters audit divisions
18 for supervisory to staff auditors?
19    A      There's no established ratios.
20    Q      Okay. Anything else that's not in this
21 memo -- I'm sorry. Yes.
22           Is there anything else that is not in
```

 1  this memo that you communicated to Mr. Stephens as

 2  your reasons for conducting the realignment which

 3  led to the abolition of the headquarters audit

 4  division?

 5     A    No, I can't recall anything.

 6     Q    And were there any other reasons that you

 7  had, whether or not you communicated them to Mr.

 8  Stephens?

 9     A    One of the -- as I said, there were three

10  -- and I wouldn't -- to me, it's not a reason for

11  abolishing the headquarters audit division, but it

12  led to the fact that there were only three staff auditors.

13          Shortly before I drafted this memo, one

14  of Saundra's staff had decided to resign.

15     Q    Right. Okay. So are you saying, then,

16  that her performance or conduct was related to your

17  reasons for abolishing the headquarters audit

18  division?

19          MR. TRUONG:  Objection. Mischaracterizes

20  the Witness' --

21          BY MR. SELDON:

22     Q    Are you saying that?

1    A    No.

2    Q    Okay. So how did that relate, then?

3    A    Only from the standpoint that it caused
4 the supervisor-to-staff ratio to be impacted.

5    Q    Okay. And were there any other reasons
6 not expressed in your memorandum of April 20th,
7 2004, Heist Exhibit 7, that contributed to your
8 decision to realign the office of audit and abolish
9 the headquarters audit division?

10   A    Not that I recall.

11   Q    Okay. So take us forward again in the
12 process.

13        The memo goes up to Mr. Stephens' office,
14 I take it. Is that right or wrong, do you recall?

15        (Pause.)

16        Let's put it this way. You then signed
17 the memo on or around April 20th, 2004, I take it.
18 Front page.

19   A    Right.

20   Q    Right?  And then, in the process, what do
21 you recall happening next?

22   A    Mr. Stephens approved it.