**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SAUNDRA G. ELION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. Action No. 05-0992 (PLF)** |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| **Secretary Of Housing And** | ) | |
| **Urban Development,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of Plaintiff's Second Motion In Limine (Plaintiff's Performance and Conduct), the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that defendant is precluded from offering evidence at the upcoming trial about plaintiff's performance as Director of the Headquarters Audits Division or plaintiff's conduct in her former position as grounds justifying the employment actions that are at issue in this case including, but not limited to, defendant's decision to disband the Headquarters Audits Division.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE