UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAUNDRA G. ELION,** )<br> )<br> **Plaintiff,** )<br> )<br> v. )<br> )<br> **ALPHONSO R. JACKSON,** )<br> Secretary Of Housing And )<br> Urban Development, )<br> )<br> **Defendant.** )<br> ) | Civ. Action No. 05-0992 (PLF) |

## ORDER

Upon consideration of Plaintiff's Third Motion In Limine (Other Claims), and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that any mention of plaintiff's claims articulated in Counts IV through XI of the Amended Complaint is excluded from the record of the upcoming trial.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE