UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary Of Housing And | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Plaintiff's Fourth Motion In Limine (Personnel Specialists), and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that defendant is precluded from offering any evidence at the upcoming trial that it utilized personnel specialists in making the decisions to abolish the Headquarters Audits Division, to abolish plaintiff's former position as Director of the Headquarters Audits Division, or to remove plaintiff from a management position and reassign her as a special assistant.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE