

WELCOME
ABOUT US
OUR DOCTORS
REGISTRATION FORM
LOCATION

**About Our Doctors:**
All of our doctors are Licensed Clinical Psychologists with varied backgrounds. Each provider is a general practitioner treating such common diagnoses as anxiety and depression. However, most doctors also have specific areas of interest and expertise.

   

### Victor Elion, Ph.D.

Dr. Elion has extensive experience working with children, adolescents, couples and individual adults. He does counseling for school and behavioral problems, anxiety, depression, poor motivation, self-esteem and issues related to separation and divorce. As a forensic psychologist, Dr. Elion offers evaluations for custody determination and alleged abuse/neglect, competency evaluations, Fitness for Duty Evaluations and Law Enforcement Agency Consultations. He also treats issues such as chronic illness, phobias, compulsive disorders, pain control and neuropsychological testing.

### 703.691.1326



Our practice is conveniently located near CUE bus stops.
CUE buses of Fairfax run in all weather all year-round.
For more information and schedule conditions on CUE buses call:
703-385-7859
Or visit the city's web site.
*All CUE buses have full access for all riders.

GOVERNMENT EXHIBIT B

Site Manager Sign In