UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary Of Housing And Urban Development, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Fifth Motion In Limine (Testimony By Undisclosed Witnesses And Evidence of Treatment of Women and Minorities After and Unrelated to Employment Actions At Issue), and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that defendant is precluded from calling Sharelle Higgins, Brenda Patterson, and Joan Hobbs as witnesses at the upcoming trial; and from offering evidence about defendant's treatment of women and minorities after and unrelated to the employment actions at issue in this case.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE