**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Sandra G. Elion,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **Civ. Action No. 05-0992 (PLF)** |
| | ) | |
| **Alphonso R. Jackson,** | ) | |
| | ) | |
| **Defendant** | ) | |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver,

Assistant U.S. Attorney, as co-counsel of record for the defendant in the above-captioned case.


Respectfully submitted,



                    /s/
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334