## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAUNDRA ELION,                          )
                                        )
      Plaintiff,                  )
                                        )
      v.                          ) Civil Action No. 05-0992 (PLF)
                                        )
ALPHONSO R. JACKSON,                    )
Secretary of the                        )
U.S. Dept. of Housing and               )
Urban Development,                      )
                                        )
Defendant.                              )
_____)

### MOTION FOR LEAVE TO FILE MOTION TO
### QUASH OR, IN THE ALTERNATIVE, MOTION IN LIMINE OUT OF TIME

      Pursuant to Feb. R. Civ. P. 6(b), Defendant respectfully seeks leave of Court to file the

Motion to Quash or, in the alternative, Motion in Limine ("Motion to Quash") regarding Mr.

Richard Johnson, Deputy Counsel to the Inspector General, out of time.  Pursuant to Local 7(m),

counsel for Defendant reached out to Plaintiff's via e-mail explaining the reasons for this Motion

and sought his position.  At the time of this filing, Plaintiff's counsel has not given his position

on the Motion for Leave.

      There is good cause for the Court to grant this Motion.  The Court's Pretrial Scheduling

Order requires that all "trial briefs or memoranda of law, as well as any motions to be decided

before trial and any motions in limine" be filed by February 15, 2008.  Defendant did file its

motion *in limine* by the due date.  <u>See</u> Dkt. No. 57.  However, Defendant could not have filed the

Motion to Quash Mr. Johnson's subpoena until today because Defendant did not learn of

Plaintiff's purposes for calling Mr. Johnson until Friday February 15, 2008, when Defendant saw

Plaintiff's portion of the Joint Pretrial Statement and her February 15 letter to the undersigned

counsel on same issue.

Specifically, the undersigned counsel learned for the first time, on February 15, 2008, that Plaintiff sought Mr. Johnson's testimony on the "significance of certain documents produced by defendant and certain of its discovery responses." <u>See</u> Joint Pretrial Statement at p. 15. Similarly, Plaintiff's February 15th letter states that she seeks Mr. Johnson's testimony at trial "to explain the answers and documents given by defendant in response to plaintiff's written discovery." <u>See</u> Gov. Exh. A. Prior to February 15, 2008, Plaintiff neither identified Mr. Johnson as a potential witness on her Initial Disclosures, nor supplemented her disclosures after she learned of Mr. Johnson's role in verifying Defendant's discovery responses.

Defendant reacted to this development as quickly as possible; however, given the intervening weekend and President's Day, the undersigned counsel could not obtain appropriate client and supervisory review and approval of the Motion to Quash until today.

For the foregoing reasons, Defendant respectfully requests that the Court allow Defendant to file the Motion to Quash or, in the alternative, in Limine regarding Mr. Richard Johnson out of time. The Motion to Quash is concurrently filed with this Motion.

Dated: February 20, 2008.                    Respectfully Submitted,


   /s/  Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/  Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/  John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAUNDRA ELION,               )
                               )
        Plaintiff,          )
                               )
        v.                 ) Civil Action No. 05-0992 (PLF)
                               )
ALPHONSO R. JACKSON,    )
Secretary of the              )
U.S. Dept. of Housing and   )
Urban Development,       )
                               )
Defendant.                )
_____)

## ORDER

Upon consideration of Defendant's Motion for Leave to file Motion to Quash or, in the alternative, in Limine Out of Time and the entire record herein, it is this_____ day of ____, 2008,

ORDERED that Defendant's Motion for Leave to file Motion to Quash or, in the alternative, in Limine Out of Time be and is hereby GRANTED.

SO ORDERED.

_____
U.S. District Judge