# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary of the | ) |
| U.S. Dept. of Housing and | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |
|                                                  | ) |

## DEFENDANT'S PROPOSED VOIR DIRE

In an effort to submit a single, agreed to voir dire to the Court, Plaintiff circulated a draft voir dire to Defendant for review and comment. See Gov. Exh. A. Defendant informed Plaintiff that, except for the Statement of the Case, Defendant substantially agrees with Plaintiff's proposed voir dire. But the parties were not able to resolve the differences. Accordingly, Defendant hereby submits its own proposed "Statement of the Case" to be read to the jury as part of the voir dire process. See Gov. Exh. B.[1]

Dated: February 20, 2008.                          Respectfully Submitted,

                                                                         /s/   Jeffrey A. Taylor
                                                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                                  United States Attorney

                                                                       /s/   Rudolph Contreras
                                                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                                                  Assistant United States Attorney

---

[1] For the convenience of the Court, Defendant is submitting its "redline" of Plaintiff's proposed "Statement of the Case." See Gov. Exh. C.

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant