UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON, Secretary of ) Housing and Urban Development ) | |
| Defendant. ) | |

### VOIR DIRE

### STATEMENT OF THE CASE

The plaintiff in this action is Saundra G. Elion, an African American woman who engaged in protected EEO activity between December of 2002 and March of 2003. Ms. Elion is employed by the Office of Audit of the Office of Inspector General ("OIG") of the Department of Housing and Urban Development ("HUD"). This organization is known as HUD OIG or OIG. During the events underlying this litigation, Ms. Elion was the Director of the HUD OIG Headquarters Audits Division in Washington, D.C. The actions at issue were taken by senior management of HUD OIG; the Secretary of Housing and Urban Development is the defendant in name only.

Ms. Elion claims that HUD OIG discriminated against her on account of her race and her sex, and retaliated against her because of her use of its administrative discrimination complaints process, when senior management of HUD OIG removed her from her position as the Director of the Headquarters Audits Division on April 21, 2004, disbanded her former Division,

1



relieved her of management duties, and/or reassigned her involuntarily to a materially less desirable position.

HUD OIG denies Ms. Elion's allegations and asserts that it took these employment actions for legitimate reasons without regard to Ms. Elion's race or sex and without regard to Ms. Elion's prior use of the HUD OIG administrative discrimination complaints process. ~~HUD OIG also claims that even if it did discriminate or retaliate against Ms. Elion, it still would have taken the same employment actions toward Ms. Elion.~~ HUD OIG claims that because of a hiring freeze, a budget constraint, and the needs of the agency, it disbanded the Headquarters Audit Division and reassigned the staff, including Plaintiff, to other divisions. The reassignment did not affect the grades, salaries or benefits of the staff and Plaintiff in any way.

The case arises under Title VII of the Civil Rights Act, a federal law which prohibits employers, including agencies of the federal government, from discriminating against employees on account of their race or their sex and from retaliating against employees for using a federal agency's administrative discrimination complaints process.

As the plaintiff, Ms. Elion bears the burden of proving by a preponderance of the evidence that her race or her sex or her use of the HUD OIG administrative discrimination complaints process was ~~one of HUD OIG's~~ a motivating factors, ~~but not necessarily the sole motivating factor,~~ in taking one or more employment actions toward her. ~~As the defendant, HUD OIG bears the burden of proving by a preponderance of evidence that if discrimination or retaliation against Ms. Elion was one of its motivating factors, even if not its only motivating factor, it still would have taken the same employment actions toward Ms. Elion.¶~~

**VOIR DIRE QUESTIONS**

2