# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### *ERRATA* Re: Defendant's Proposed Jury Instructions

Upon further review of Defendant's Proposed Jury Instructions (Dkt. No. 63) filed yesterday, the undersigned counsel found several citation and typographical errors in the "authority" section of the various proposed jury instructions.  Accordingly, the undersigned counsel corrected those errors and is re-filing a "corrected" version herein.  See Gov. Exh. A.  The substance of the proposed jury instructions remain the same.

Dated: February 21, 2008.          Respectfully Submitted,

　　　　　　　　　　　　　　　　　　   /s/   Jeffrey A. Taylor
　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　   /s/   Rudolph Contreras
　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　   /s/   John C. Truong
　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. BAR #465901
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　(202) 307-0406

　　　　　　　　　　　　　　　　　　Attorneys for Defendant