# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAUNDRA G. ELION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. Action No. 05-0992 (PLF)** |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| **Secretary Of Housing And** | ) | |
| **Urban Development,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Additional Jury Instruction, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that plaintiff is granted leave to file the proposed nonstandard jury instruction concerning her involuntary reassignment that accompanied Plaintiff's Motion.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE