# Robert C. Seldon & Associates, P.C.

*Attorneys-At-Law*
1319 F Street, N.W., Suite 305
Washington, DC  20004
202-955-6968 ·fax: 202-318-2287

---

March 21, 2007

**VIA E-MAIL**
AUSA John Truong
Office of the U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

        Re:    Elion v. Jackson, Civ. Action No. 05-0992 (PLF)

Dear John:

    Just to eliminate any possible confusion or prejudice, I want to be certain that we disclose R. Joseph Haban and Daniel Salas on the subjects of their deposition testimony in Malloy v. Jackson, No. 04-1117 (RCL), which was attended by OIG Counsel Rick Johnson, in accordance with Rule 26(a)(1)(A), Fed. R. Civ. P.

                  Very truly yours,

                  //s//
                  Robert C. Seldon

Cc:    Saundra Elion