UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br> Secretary Of Housing And<br> Urban Development, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion <u>In</u> <u>Limine</u>, Plaintiff's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE