UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION,<br><br>   Plaintiff,<br><br> v.<br><br>ALPHONSO R. JACKSON,<br> Secretary Of Housing And<br> Urban Development,<br><br>   Defendant. | Civ. Action No. 05-0992 (PLF) |

## ORDER

Upon consideration of the Defendant's Motion to Quash, or in the Alternative, Motion <u>In Limine</u>, Plaintiff's Opposition thereto, and the entire record in this case, it is hereby ORDERED that:

The Motion is DENIED.

FURTHER ORDERED that Richard Johnson shall appear to testify at the time and place indicated on the subpoena issued by counsel for plaintiff.

Dated this _____ day of _____, 2008.

_____
U.S. DISTRICT JUDGE