| | | |
|---|---|---|
| Michael Stephens/WHQ/HUDOIG 04/07/2004 05:00 PM | To | OIG SENIOR EXECUTIVES |
| | cc | kdonohue@hudoig.gov |
| | bcc | |
| | Subject | New hiring freeze |

Due to new information provided by OMAP and the proposed new pay raise of 3.5% for '05 coming out of hide, difficult decisions must be made. OMAP budget specialists will be contacting you in the near future to discuss your operating budgets and where cuts might be practical. Mr. Donohue has decided that it is extremely important not to target areas where our mission will be impacted negatively. In other words, we still need operational funds to travel and achieve our expected goals. We have already identified cuts to programs over and above operational funds such as IT and other administrative areas.

We believe with a new hiring freeze we will achieve a FTE level that will give us the flexibility needed and enter '05 well prepared. If we do this gradually thru attrition, we will avoid potential RIF's in '05. A costly buy out plan is not an option at this time.

Our projected deficit in '05 is $6,580,530.

I am not prepared to announce a desired FTE level until the analysis of your operational budgets are finished but it is likely to be approximately 634. Currently we are approximately 660 with 6 months before the end of the fiscal year.

I also realize that some vacancy announcements are out and interviewing of applicants is under way. Please meet with me to review these vacancies and we will decide on a case by case basis our course of action.


Thank You



**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 10, 2006

VIA FACSIMILE

Robert C. Seldon, Esq.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004

    Re:    <u>Elion v. Jackson, Civ. No. 05-992 (PLF)</u>

Dear Mr. Seldon:

    Pursuant to Fed. R. Civ. P. 26(e), Defendant is supplementing its document production. Given the fact that I need to produce this document to you today, I did not have an opportunity to affix a proper bates number on this document. I will re-send to you this document, with a proper bates number, as soon as I can.

    This document is being produced subject to the Stipulated Protective Order, approved by the Court on March 9, 2006.

    Please do not hesitate to contact me if you have any questions.

                                Sincerely,
                                KENNETH L. WAINSTEIN
                                United States Attorney

By    /s/
                                John C. Truong
                                Assistant United States Attorney

Enclosure