# Robert C. Seldon & Associates, P.C.

*Attorneys-At-Law*
1319 F Street, N.W., Suite 200
Washington, DC 20004
202-393-8200 · fax: 202-318-2287

February 22, 2008

**VIA E-MAIL**
AUSA Heather Graham-Oliver
AUSA John C. Truong
Office of the U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Re:    Elion v. Jackson, Civ. Action No. 05-0992 (PLF)

Dear Heather and John:

First of all, let me introduce myself to AUSA Graham-Oliver. I do not believe we have met and it is always a pleasure to become acquainted with Civil AUSA's, even those who must be far younger than I.

A little while ago, John e-mailed me a series of documents with Bates Nos. 3342 through 3370. John always sent production logs to us when producing documents. The last log that I can readily lay may hands on is dated April 5, 2006, just before discovery closed. The highest Bates No. in the log is 3179. On April 19, 2006, John faxed me the FAD on the administrative complaint of Donna Hawkins, Ms. Elion's former Assistant Director. The highest Bates No. on that document was 3201.

I have to assume that if defendant had a log or other record that Bates Nos. 3342 through 3370 were produced earlier, it would not have been produced them again. If I am correct, it will be necessary to move for leave to amend plaintiff's exhibit list. I plan to do so on Monday morning no later than 10:00 am, and give as the reason that the documents in question were not produced previously. Please let me know defendant's position on that motion prior to then.

AUSA Heather Graham-Oliver
AUSA John Truong
February 22, 2008
Page 2

Thank you for taking the time and making the effort to produce these new documents.

Very truly yours,

Robert C. Seldon

Cc:     Saundra G. Elion