

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

*202-307-0406*
*john.truong@usdoj.gov*

October 4, 2006

FIRST CLASS MAIL

Robert C. Seldon, Esq.
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004

      Re:    <u>Elion v. Jackson, Civ. No. 05-992 (PLF)</u>

Dear Mr. Seldon:

      Pursuant to Fed. R. Civ. P. 26(e), Defendant is supplementing its responses to Plaintiff's Request No. 9 of Plaintiff's First Request for Production of Documents. These documents, with bates number 3342-3395, are being produced subject to the Stipulated Protective Order, approved by the Court on March 9, 2006.

      Please do not hesitate to contact me if you have any questions.

      Sincerely,
      KENNETH L. WAINSTEIN
      United States Attorney

By

      John C. Truong
      Assistant United States Attorney

Enclosures

| OA012495 | SIGNED
08/23/02 | Version 1
Page: 1 of 5 |

OCCUPANCY AGREEMENT
between
HUD OFFICE OF THE SECRETARY (8601)
and
GENERAL SERVICES ADMINISTRATION

*LDC20672*

HUD OFFICE OF THE SECRETARY (Code 8601) will occupy 8455 usable (9743 rentable) square feet of space and 0 structured parking spaces and 0 surface parking spaces in the 800 N CAPITOL ST NW, 800 N CAPITOL ST NW , WASHINGTON, DC, for a period of 120 months commencing on or about 01-OCT-02.

The HUD OFFICE OF THE SECRETARY (Code 8601) will pay the General Services Administration rent in accordance with the attached page(s). The rental will be adjusted annually for operating cost and real estate tax escalations.

HUD OFFICE OF THE SECRETARY (Code 8601) will pay the General Services Administration additional rent for prorated share of joint use space associated with this location, if any.

Additional/reduced services are shown on the attached Occupancy Agreement Financial Summary.

1.   While this occupancy agreement (OA) addresses financial terms that cover multiple fiscal years, the parties agree that:

a) If PBS has not designated the space governed by this OA as non-cancelable, then the tenant agency has the right to relinquish the space upon four (4) months' notice. Thus, at any future time, the tenant agency's financial obligation can be reduced to four (4) months of Rent, plus the unamortized balance (if any) on any tenant improvements financed through PBS, plus any rent concession not yet earned.

b) If PBS has designated the space governed by this OA as non-cancelable, then in the event the tenant agency vacates before this OA expires, the tenant agency remains responsible for Rent to PBS.  PBS may be able to lessen this obligation by reducing operating expenses for the space or by finding a backfill tenant.  Moreover, the tenant's financial obligations for years beyond the current year do not mature until the later year(s) are reached.  Thus there is no requirement that the tenant agency certify that current year funds are available to defray future year obligations.

c) For both cancelable and non-cancelable space, the tenant's future years' obligation to pay Rent is subject to the availability of funds, but the tenant agrees to make a good faith effort to meet its obligations as they arise.

2.   In the case of Federal construction, the parties agree that PBS is responsible for providing the funds necessary to acquire land (if appropriate), design and construct the building shell, and fund the tenant agency's tenant improvement allowance.  The tenant agency is responsible for any tenant improvement costs in excess of the tenant improvement allowance.  The parties further agree that savings or cost over-runs on the acquisition of land or the design and construction of building shell will not result in increases or decreases in the tenant allowance amount, except in the case of prospectus level projects, where bids for the construction of the shell are over the approved budget.  In this case, it is permissible to lower the tenant allowance in order to increase the shell budget, but only with approval of the tenant.

# ORIGINAL

| OA012495 | SIGNED 08/23/02 | Version 1 Page: 2 of 5 |
| --- | --- | --- |

The tenant agency can appeal to the PBS asset manager in cases in which the agency's assigned tenant improvement allowance (set either as the sum of the general and customization components, or in accordance with benchmarks or other programming documents) is inadequate to provide basic functionality for the space.

3.   The parties agree that, in the event the tenant agency exercises its right(1) to relinquish all or part of the space on four (4) months' notice, any free Rent or other concession given at the beginning of the occupancy term must be allocated on a pro-rata basis over the entire OA term, and the unearned balance repaid to PBS.  In addition, the tenant agency must reimburse PBS for the principal balance remaining on any tenant improvements that PBS was amortizing in the Rent.

4.   If this OA governs an assignment in leased space, the building services to be provided to the tenant agency for the operating expense portion of the Rent are specified in the PBS Solicitation for Offers (SFO) which is made part of the lease contract.  A copy of the lease contract is provided to the tenant agency.  If this OA governs an assignment in owned space, the building services to be provided are outlined in the PBS Real Property Customer Guide.  Additional or upgraded services beyond those identified in the sources cited above are provided by PBS or the lessor on a reimbursable basis.

5.   If this OA governs an assignment in leased space, the underlying lease contract rent will be passed through to the tenant agency.  For a non fully-serviced lease, the cost of operating services not covered by the lease will also be passed through to the tenant agency.  The PBS fee in leased space, calculated at 8% of the annual lease contract cost plus the cost of separately contracted operating services, will also apply.  Charges for security and GSA-installed improvements may apply as well.

If this OA governs an assignment in owned space, annual rental charges will consist of a shell rent plus amortized tenant improvements, if applicable.  There are additional charges in owned space for operating expenses and security, and in some cases, for joint use, parking, and other miscellaneous items such as antenna sites.

Regardless of the OA term, in the case of owned space, the shell rate or "as is" rate is set for periods up to but not beyond 5 years.  For OAs in owned space with terms beyond 5 years, the shell or "as is" rent will be re-appraised every 5 years.  In the case of owned buildings priced on a "Return on Investment" approach, shell rents will be locked for the duration of the OA.  Charges for operating expenses, joint use space, parking, security and real estate taxes (in lease space) may be adjusted on an annual basis.

6.   The tenant agency's obligation to pay Rent for the space governed by this OA commences upon the date the space is ready for occupancy, typically the substantial completion date.  Substantial completion is signaled in the case of leased space by the granting of an occupancy permit, or in the case of owned space, by PBS acceptance of the space as substantially complete.

7.   In the event the space covered by this OA involves a tenant agency move, once a design and construction rider or schedule has been made part of a lease contract, or in the case of owned space, once a design and construction schedule has been established, the rider/schedule must be incorporated into this OA.  Once part of this OA, the schedule/rider becomes binding upon the tenant agency as well as upon PBS.

| | SIGNED | Version 1 |
|---|---|---|
| OA012495 | 08/23/02 | Page: 3 of 5 |

Delay or increased costs caused by either a) tenant agency failure to meet the review and approval times provided in the lease rider or construction schedule, or b) tenant changes to project scope, will be borne by the tenant agency. As a consequence of tenant-caused delay, PBS or the lessor may decline to postpone the scheduled substantial completion date (thereby advancing Rent commencement for the agency) by the duration of the tenant-caused delay, on a day for day basis; this may result in rent charges at two locations simultaneously for the tenant. Additional direct expenses caused through tenant-caused delay or changes in project scope are chargeable against the tenant allowance; in the event the tenant allowance has been exhausted, the tenant must pay the costs lump sum by RWA.

In its role as building owner, or as tenant representative in the case of lease space, PBS may also be the cause of delay. Expenses associated with PBS-caused delay incurred by the tenant, for such things as additional storage time for furniture, re-procurement expense, or additional consulting fees, will be the funding responsibility of PBS. In the case of lessor-caused delay, if there is a liquidated damages clause in the lease, PBS will pursue the lessor for the value of the damages.

In the case of excusable delay, (e.g., force majeure or any other delay the cause of which is beyond the reasonable control of either PBS or the tenant agency) neither PBS nor the tenant agency may pursue the other for the consequences of the delay.

8. The parties hereby agree that iterations of OAs prepared before selection of a lessor, or in the case of owned space, before completion of a building design, and before final security/joint use charges are provided contain preliminary financial terms only. Financial terms in preliminary OAs are not binding on either party; they are estimates for budgeting purposes. Accordingly, tenant agency signature on such preliminary OAs does not bind the agency to the specific financial terms in the OA; rather, execution by the tenant agency constitutes that agency's commitment to the project. Moreover, up until the time of lease award, or in the case of owned space, site purchase or contract award to a design architect, the tenant agency has the right to cancel the proposed project without financial obligation.

9. The services that PBS provides to its customers, whether in owned or leased space, are listed on the PBS Website: http://hydra.gsa.gov/pbs/pt/opm/pricing_desk/index.html or the May 2000 edition of the Pricing Desk Guide as revised. Unless PBS provides otherwise in writing, the cost of these services is included in PBS's rents and fees. Any services beyond those identified in the Pricing Desk Guide are provided by PBS for an additional charge.

10. The tenant agency agrees that it will undertake no alterations to the real property governed by this OA without prior approval from PBS. Further, any alterations that might obligate PBS under a lease must be approved by the responsible PBS contracting officer.

11. The parties agree that, with respect to the tenant allowance, the tenant agency must pay for tenant improvements in excess of the allowance by RWA. The tenant agency also has the right to pay lump sum for tenant improvements below the allowance threshold. The ability to make lump sum payments below the allowance threshold is only available at assignment inception, and only for the customization component of the allowance in new space. In backfill or relet space, if the tenant can accept existing tenant improvements "as is" or with modifications, the tenant can elect to

| OA012495 | SIGNED 08/23/02 | Version 1 Page: 4 of 5 |
|---|---|---|

waive all or part of the general allowance. Further, once the tenant allowance is set, if the agency then wishes to make a lump sum payment for improvements which are charged against the allowance, PBS cannot accept payments below the allowance threshold by RWA.

12. At the end of the OA term, if the tenant cannot remain in the space covered by this OA, the tenant is responsible for funding the physical move to new space. In the event PBS displaces or allows another user to displace the tenant before the expiration of the OA term, PBS must fund, or require the new user to fund, the tenant's physical move, and relocation of tenant's telecommunications equipment. PBS must also reimburse, or require the new user to reimburse, the tenant for the undepreciated value of any lump sum payments the tenant made toward tenant improvements and the Rent differential at the new location until the displaced agency has time to budget. The Rent differential is calculated on all elements of Rent except the amortized tenant improvement cost.

13. The parties agree that, in the case of owned space, PBS is amortizing through a specific charge in Rent the portion of the tenant improvement allowance the tenant elects to use. The tenant has funding responsibility for replacement, renewal or alteration of tenant improvements. PBS is responsible for replacement and renewal of all building shell elements in owned space; lessors bear this responsibility in leased space. In leased space, PBS will oblige the lessor to fund cyclic paint and carpeting within the tenant's space, as provided in the lease contract.

1) The right to relinquish space upon four months' notice is not available for non-cancelable space.

Additional Clauses:

1. Core hours of building service hours will be from (7:00a.m.) to (6:00 p.m.) Monday through Friday with the exception of Federal Holidays. Services requested and provided outside of core hours are considered overtime and will be reimbursed to be PBS by Reimbursable Work Authorization (RWA).

Tenant Specific Clauses:    None.

Ad Hoc Clauses:

1. Approved:

NCR Portfolio Representative          Title          Date

| OA012495 | SIGNED 08/23/02 | Version 1 Page: 5 of 5 |
|---|---|---|

_Drene M. Sto̶g̶    Supvn. Asset Mgmt.    10/21/02_
_Portfolio Management_

I agree to the initial terms with the understanding modifications will be made over time.

Approved: _____    Approved: _____

Agency Representative    Title    Date        GSA Representative    Title    Date

_Director Budget_    _Contracting Officer 10/31/02_

_10/28/02_

< End of Report >

3346

Occupancy Agreement Financial Summary    | Fiscal Year |

Printed On 21-OCT-2002 10:48

SIGNED

OA012495    Version 1    Created 23-AUG-2002    6601  HUD OFFICE OF THE SECRETARY

Period Start Date  01-OCT-2002   End Date  30-SEP-2003

|  | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1.  Shell Rental Rate |  |  |  |  |
| General Use (rentable square footage) |  | 9,743 | $312,704 | $32.09685 |
| 3.  Operating Costs * |  |  | $53,179 | $5.45840 |
| 4.  Real Estate Tax ** |  |  | $12,496 | $1.28262 |
| *  Market Rent SubTotal |  | 9,743 | $378,379 | $38.83787 |
| 7.  Security Services |  |  |  |  |
| Basic |  |  | $2,338 | $0.23998 |
| Building Specific |  |  | $23,967 | $2.46004 |
| 11.  PBS Fee |  |  | $30,270 | $3.10700 |
| ***  Agency Rent Subtotal |  | 9,743 | $434,954 | $44.64488 |
| 12.  Joint Use Space |  |  |  |  |
| Joint Use Rentable Space | 442 |  | $6,394 |  |
| ***  Total Annual Rental |  | 9,743 | $441,348 | $45.30118 |
| *  Operating Costs Escalation Applies |  |  |  |  |
| **  Real Estate Tax Escalation Applies |  |  |  |  |
| Customization Tier |  | 2 |  |  |
| Amortization Term (in months) |  | 3 |  |  |

Occupancy Agreement Financial Summary    | Fiscal Year |

Printed On 21-OCT-2002 10:48

SIGNED

OA012495    Version 1    Created 23-AUG-2002    6601  HUD OFFICE OF THE SECRETARY

Period Start Date  01-OCT-2003    End Date  30-SEP-2004

| | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1. Shell Rental Rate | | | | |
| General Use (rentable square footage) | | 9,743 | $312,704 | $32.09685 |
| 3. Operating Costs * | | | $54,774 | $5.62215 |
| 4. Real Estate Tax ** | | | $12,871 | $1.32110 |
| * Market Rent SubTotal | | 9,743 | $380,349 | $39.04007 |
| 7. Security Services | | | | |
| Basic | | | $2,338 | $0.23998 |
| Building Specific | | | $23,967 | $2.46004 |
| 11. PBS Fee | | | $30,428 | $3.12322 |
| *** Agency Rent Subtotal | | 9,743 | $437,082 | $44.86331 |
| 12. Joint Use Space | | | | |
| Joint Use Rentable Space | 442 | | $6,394 | |
| *** Total Annual Rental | | 9,743 | $443,476 | $45.51961 |
| * Operating Costs Escalation Applies | | | | |
| ** Real Estate Tax Escalation Applies | | | | |
| Customization Tier | | 2 | | |
| Amortization Term (in months) | | 3 | | |



3348

Occupancy Agreement Financial Summary    | Fiscal Year |

Printed On 21-OCT-2002 10:48

SIGNED

OA012495    Version 1  ——    Created 23-AUG-2002    6601  HUD OFFICE OF THE SECRETARY

Period Start Date  01-OCT-2004    End Date  30-SEP-2005

| | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1. Shell Rental Rate | | | | |
| General Use (rentable square footage) | | 9,743 | $312,704 | $32.09685 |
| 3. Operating Costs * | | | $56,417 | $5.79081 |
| 4. Real Estate Tax ** | | | $13,257 | $1.36073 |
| * Market Rent Subtotal | | 9,743 | $382,378 | $39.24834 |
| 7. Security Services | | | | |
| Basic | | | $2,338 | $0.23998 |
| Building Specific | | | $23,967 | $2.46004 |
| 11. PBS Fee | | | $30,590 | $3.13987 |
| *** Agency Rent Subtotal | | 9,743 | $439,273 | $45.08820 |
| 12. Joint Use Space | | | | |
| Joint Use Rentable Space | 442 | | $6,394 | |
| *** Total Annual Rental | | 9,743 | $445,667 | $45.74450 |
| * Operating Costs Escalation Applies | | | | |
| ** Real Estate Tax Escalation Applies | | | | |
| Customization Tier | 2 | | | |
| Amortization Term (in months) | 3 | | | |



3349

Occupancy Agreement Financial Summary  | Fiscal Year |

Printed On 21-OCT-2002 10:48

SIGNED

OA012495     Version 1     Created 23-AUG-2002          0501  HUD OFFICE OF THE SECRETARY

Period Start Date  01-OCT-2005    End Date  30-SEP-2006

| | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1. Shell Rental Rate | | | | |
| General Use (rentable square footage) | | 9,743 | $312,704 | $32.09685 |
| 3. Operating Costs * | | | $58,110 | $5.96454 |
| 4. Real Estate Tax ** | | | $13,655 | $1.40156 |
| * Market Rent SubTotal | | 9,743 | $384,469 | $39.46296 |
| 7. Security Services | | | | |
| Basic | | | $2,338 | $0.23998 |
| Building Specific | | | $23,967 | $2.46004 |
| 11. PBS Fee | | | $30,758 | $3.15704 |
| *** Agency Rent Subtotal | | 9,743 | $441,532 | $45.32007 |
| 12. Joint Use Space | | | | |
| Joint Use Rentable Space | 442 | | $6,394 | |
| *** Total Annual Rental | | 9,743 | $447,926 | $45.97637 |
| * Operating Costs Escalation Applies | | | | |
| ** Real Estate Tax Escalation Applies | | | | |
| Customization Tier | | 2 | | |
| Amortization Term (in months) | | 3 | | |

Occupancy Agreement Financial Summary    | Fiscal Year |

Page 5 of 10

Printed On 21-OCT-2002 10:48

SIGNED

OA012495    Version 1    Created 23-AUG-2002    6601  HUD OFFICE OF THE SECRETARY

Period Start Date  01-OCT-2006   End Date  30-SEP-2007

| | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1. Shell Rental Rate | | | | |
| General Use (rentable square footage) | | 9,743 | $312,704 | $32.09685 |
| | | | $59,853 | $6.14347 |
| 3. Operating Costs * | | | | |
| 4. Real Estate Tax ** | | | $14,064 | $1.44360 |
| * Market Rent SubTotal | | 9,743 | $386,621 | $39.68385 |
| 7. Security Services | | | | |
| Basic | | | $2,338 | $0.23998 |
| Building Specific | | | $23,967 | $2.46004 |
| 11. PBS Fee | | | $30,930 | $3.17471 |
| *** Agency Rent Subtotal | | 9,743 | $443,856 | $45.55861 |
| 12. Joint Use Space | | | | |
| Joint Use Rentable Space | 442 | | $6,394 | |
| *** Total Annual Rental | | 9,743 | $450,250 | $46.21491 |
| * Operating Costs Escalation Applies | | | | |
| ** Real Estate Tax Escalation Applies | | | | |
| Customization Tier | | 2 | | |
| Amortization Term (in months) | | 3 | | |

3351

Occupancy Agreement Financial Summary     | Fiscal Year |

Printed On 21-OCT-2002 10:48

SIGNED

OA012495     Version 1     Created 23-AUG-2002          $601   HUD OFFICE OF THE SECRETARY

Period Start Date   01-OCT-2007    End Date   30-SEP-2008

|  | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1.  Shell Rental Rate |  |  |  |  |
| General Use (rentable square footage) |  | 9,743 | $312,704 | $32.09685 |
| 3.  Operating Costs * |  |  | $61,649 | $6.32778 |
| 4.  Real Estate Tax ** |  |  | $14,486 | $1.48691 |
| *   Market Rent Subtotal |  | 9,743 | $388,839 | $39.91151 |
| 7.  Security Services |  |  |  |  |
| Basic |  |  | $2,338 | $0.23998 |
| Building Specific |  |  | $23,967 | $2.46004 |
| 11. PBS Fee |  |  | $31,107 | $3.19292 |
| *** Agency Rent Subtotal |  | 9,743 | $446,251 | $45.80444 |
| 12. Joint Use Space |  |  |  |  |
| Joint Use Rentable Space | 442 |  | $6,394 |  |
| *** Total Annual Rental |  | 9,743 | $452,645 | $46.46074 |
| *   Operating Costs Escalation Applies |  |  |  |  |
| **  Real Estate Tax Escalation Applies |  |  |  |  |
| Customization Tier |  | 2 |  |  |
| Amortization Term (in months) |  | 3 |  |  |



Occupancy Agreement Financial Summary    | Fiscal Year |

Printed On 21-OCT-2002 10:48

SIGNED

OA012495    Version 1    Created 23-AUG-2002

8601  HUD OFFICE OF THE SECRETARY

Period Start Date  01-OCT-2008    End Date  30-SEP-2009

| | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1. Shell Rental Rate | | | | |
| General Use (rentable square footage) | | 9,743 | $312,704 | $32.09685 |
| 3. Operating Costs * | | | $63,498 | $6.51761 |
| 4. Real Estate Tax ** | | | $14,921 | $1.53152 |
| * Market Rent SubTotal | | 9,743 | $391,123 | $40.14595 |
| 7. Security Services | | | | |
| Basic | | | $2,338 | $0.23998 |
| Building Specific | | | $23,967 | $2.46004 |
| 11. PBS Fee | | | $31,290 | $3.21168 |
| *** Agency Rent Subtotal | | 9,743 | $448,718 | $46.05766 |
| 12. Joint Use Space | | | | |
| Joint Use Rentable Space | 442 | | $6,394 | |
| *** Total Annual Rental | | 9,743 | $455,112 | $46.71396 |
| * Operating Costs Escalation Applies | | | | |
| ** Real Estate Tax Escalation Applies | | | | |
| Customization Tier | | 2 | | |
| Amortization Term (in months) | | 3 | | |



3353

Occupancy Agreement Financial Summary    | Fiscal Year |

Printed On 21-OCT-2002 10:48

SIGNED

OA012495    Version 1    Created 23-AUG-2002    9601  HUD OFFICE OF THE SECRETARY

Period Start Date  01-OCT-2009    End Date  30-SEP-2010

| | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1.  Shell Rental Rate | | | | |
| General Use (rentable square footage) | | 9,743 | $312,704 | $32.09685 |
| 3.  Operating Costs * | | | $65,403 | $6.71314 |
| 4.  Real Estate Tax ** | | | $15,368 | $1.57746 |
| *  Market Rent SubTotal | | 9,743 | $393,475 | $40.38736 |
| 7.  Security Services | | | | |
| Basic | | | $2,338 | $0.23998 |
| Building Specific | | | $23,967 | $2.46004 |
| 11.  PBS Fee | | | $31,478 | $3.23099 |
| ***  Agency Rent Subtotal | | 9,743 | $451,258 | $46.31837 |
| 12.  Joint Use Space | | | | |
| Joint Use Rentable Space | 442 | | $6,394 | |
| ***  Total Annual Rental | | 9,743 | $457,652 | $46.97467 |
| *  Operating Costs Escalation Applies | | | | |
| **  Real Estate Tax Escalation Applies | | | | |
| Customization Tier | | 2 | | |
| Amortization Term (in months) | | 3 | | |

Occupancy Agreement Financial Summary    | Fiscal Year |

Printed On 21-OCT-2002 10:48

SIGNED

OA012495      Version 1      Created 23-AUG-2002

8601  HUD OFFICE OF THE SECRETARY

Period Start Date   01-OCT-2011   End Date   30-SEP-2012

| | Factors | Factors | Cost | Cost/SF |
|---|---|---|---|---|
| 1. Shell Rental Rate | | | | |
| General Use (rentable square footage) | | 9,743 | $312,704 | $32.09685 |
| | | | $69,386 | $7.12197 |
| 3. Operating Costs * | | | $16,304 | $1.67353 |
| 4. Real Estate Tax ** | | | | |
| * Market Rent SubTotal | | 9,743 | $398,394 | $40.89226 |
| 7. Security Services | | | | |
| Basic | | | $2,338 | $0.23998 |
| Building Specific | | | $23,967 | $2.46004 |
| 11. PBS Fee | | | $31,872 | $3.27138 |
| *** Agency Rent Subtotal | | 9,743 | $456,571 | $46.86371 |
| 12. Joint Use Space | | | | |
| Joint Use Rentable Space | 442 | | $6,394 | |
| *** Total Annual Rental | | 9,743 | $462,965 | $47.52001 |
| * Operating Costs Escalation Applies | | | | |
| ** Real Estate Tax Escalation Applies | | | | |
| Customization Tier | | 2 | | |
| Amortization Term (in months) | | 3 | | |

STANDARD FORM 2
FEBRUARY 1965 EDITION
GENERAL SERVICES
ADMINISTRATION
FPR (41 CFR) 1-16.601

# U.S. GOVERNMENT
# LEASE FOR REAL PROPERTY

DATE OF LEASE     MAR 3 1992          LEASE NO.    GS-11B-20672    "Neg"

THIS LEASE, made and entered into this date by and between

800 North Capitol Street Limited Partnership
c/o Richard A. Bennett, Jr. - General Partner
whose address is
        600 New Hampshire Avenue, N.W.; Suite 800
        Washington, DC 20037
and whose interest in the property hereinafter described is that of  owner

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the considerations hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises:
265,000 net usable square feet of office and related space, being a portion
of the first floor and the entire lower level, & 2nd thru 10th floors, plus 20
parking spaces in the building known as 800 North Capitol Street, NW, Washington,
DC 20001

to be used for such purposes as designated by GSA.

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on

__See Rider I_____ through ___See Rider I_____, subject to termination
and renewal rights as may be hereinafter set forth.

3. The Government shall pay the Lessor annual rent of $ 8,572,750.00

at the rate of $...See Rider II................. per ...See Rider II.............................. in arrears.
Rent for a lesser period shall be prorated. Rent checks shall be made payable to: 800 N. Capitol Street,
Limited Partnership, c/o Richard A. Bennett, Jr. G.P., 600 New Hampshire Avenue
NW, Washington, DC 20037

4. The Government may terminate this lease at any time by giving at least ........................ days' notice in writing
to the Lessor and no rental shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the date of mailing.

5. This lease may be renewed at the option of the Government, for the following terms and at the following rentals:

provided notice be given in writing to the Lessor at least ..................... days before the end of the original lease term
or any renewal term; all other terms and conditions of this lease shall remain the same during any renewal term.
Said notice shall be computed commencing with the day after the date of mailing.

2-105

INITIALS
| Lessor | Govt. |

3356

6. The Lessor shall furnish to the Government, as part of the rental consideration, the following:

1. **All services, utilities, maintenance and repairs included in Solicitation For Offers (SFO) Number 91-086 and its attachments made a part hereof shall be provided as a component of the rental consideration.**

2. **All construction and alteration of the basic tenant improvements required by SFO 91-086 as well as all space planning and layout of requirements.**

7. The following are attached and made a part hereof:

~~The General Provisions and Instructions (Standard Form 2DA _____ edition)~~

SFO Number 91-086 (35 pages), Floor plans (12 pages), List of owners
GSA Form 3517 "General Clauses" 24 pages Rev. 1/91
GSA Form 3518 "Representations and Certifications " (8 pages) Rev 1/91
Rider 1 - Design and Construction Delivery Schedule (2 page)
~~Attachment 5 - Certificate of Procurement Integrity - GSA Form 1217 (1 page)~~
*RYDER II - RENT SCHEDULE (1 PAGE)*

8. The following changes were made in this lease prior to its execution:

Paragraph 4 of  the SF 2 was deleted in its entirety

| INITIALS | |
|---|---|
| Lessor | Govt. |
| *RB* | |

IN WITNESS WHEREOF, the parties hereto have hereunto subscribed their names as of the date first above written.

LESSOR   800 North Capitol Street Limited Partnership

BY   *Richard Bennett*
          *(Signature)*
          *general partner*

IN PRESENCE OF: *_____*                        *_____*
          *(Signature)*                                          *(Address)*

UNITED STATES OF AMERICA

BY  *_____*                        *Contracting Officer*
          *(Signature)*                                          *(Official title)*

STANDARD FORM 2                                                          EXCEPTION TO SF2
FEBRUARY 1965 EDITION                                          APPROVED BY GSA / IRMS 12D89

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION |
| --- | --- | --- |

THE GENERAL SERVICES ADMINISTRATION

REQUIRES APPROXIMATELY 230,000 TO 265,000 NET USABLE SQUARE FEET

OF OFFICE AND RELATED SPACE IN WASHINGTON, DC

NAME:  W. C. FULLER, SR.

TITLE:  CONTRACTING OFFICER

THE  INFORMATION  COLLECTION  REQUIREMENTS  CONTAINED  IN  THIS
SOLICITATION/CONTRACT, THAT ARE NOT REQUIRED BY REGULATION, HAVE BEEN
APPROVED BY THE OFFICE OF MANAGEMENT AND BUDGET PURSUANT TO THE PAPERWORK
REDUCTION ACT AND ASSIGNED THE OMB CONTROL NO. 3090-0163.

INITIALS: _____ & _____
          LESSOR   GOVERNMENT

GSA PUBLIC BUILDINGS SERVICE

April 22, 1991

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3358

| SOLICITATION FOR OFFERS | SFO   91-086 | SECTION |
|---|---|---|
| | | TABLE OF CONTENTS |

| | | |
|---|---|---|
| 1.0 | SUMMARY | 1 |
| 1.1 | AMOUNT AND TYPE OF SPACE. | 1 |
| 1.2 | AREA OF CONSIDERATION | 1 |
| 1.3 | LOCATION: CITY CENTER | 1 |
| 1.4 | LEASE TERM. | 1 |
| 1.5 | OFFER DUE DATE. | 1 |
| 1.6 | OCCUPANCY DATE. | 2 |
| 1.7 | HOW TO OFFER. | 2 |
| 1.8 | NEGOTIATIONS. | 2 |
| 1.9 | PRICE EVALUATION (PRESENT VALUE). | 2 |
| 1.10 | AWARD | 3 |
| 1.11 | FIRE PROT OCCUP HEALTH ENV SAFETY | 3 |
| 1.12 | HANDICAP ACCESS FOR NEW CONSTRUC. | 3 |
| | | |
| 2.0 | AWARD FACTORS | 4 |
| 2.1 | AWARD FACTORS: GENERAL. | 4 |
| 2.2 | HANDICAPPED | 4 |
| 2.3 | OTHER FACTORS | 5 |
| | | |
| 3.0 | MISCELLANEOUS | 6 |
| 3.1 | UNIT COSTS FOR ADJUSTMENTS. | 6 |
| 3.2 | ALTERATIONS 25,000 OR LESS. | 6 |
| 3.3 | ALTERNATE PROPOSALS | 7 |
| 3.4 | TAX ADJUSTMENT GSAR 552.270-24 (6/85) | 7 |
| 3.5 | OPERATING COSTS GSAR 552.270-23 (6/85) | 8 |
| 3.6 | NET USABLE SPACE. | 8 |
| 3.7 | APPURTENANT AREAS | 8 |
| 3.8 | VENDING FACILITIES. | 8 |
| 3.9 | ADJ. FOR VACANT PREMISES GSAR 552.273-25. | 8 |
| 3.10 | EVIDENCE OF CAPABILITY TO PERFORM | 9 |
| 3.11 | CONSTRUCTION SCHEDULE | 9 |
| 3.12 | PROGRESS REPORTS. | 9 |
| 3.13 | CONSTRUCTION INSPECTIONS. | 9 |
| | | |
| 4.0 | GENERAL ARCHITECTURAL | 10 |
| 4.1 | QUALITY & APPEAR. OF BUILDING EXTERIOR. | 10 |
| 4.2 | WORK PERFORMANCE. | 10 |
| 4.3 | BUILDING SYSTEMS CERTIFICATION. | 10 |
| 4.4 | SPACE EFFICIENCY. | 10 |
| 4.5 | FLOOR PLANS AFTER OCCUPANCY | 10 |
| 4.6 | FLOORS AND FLOOR LOAD | 10 |
| 4.7 | EXITS & ACCESS. | 10 |
| 4.8 | WINDOWS | 10 |
| 4.9 | HANDICAPPED ACCESSIBILITY (A-C) | 12 |
| 4.10 | HANDICAPPED ACCESSIBILITY (D-F) | 12 |
| 4.11 | HANDICAPPED ACCESSIBILITY (G-I) | 14 |
| 4.12 | HANDICAPPED ACCESSIBILITY (J-M) | 14 |
| 4.13 | HANDICAPPED ACCESSIBILITY (N-P) | 15 |
| 4.14 | HANDICAPPED ACCESSIBILITY (Q) | 16 |
| 4.15 | LANDSCAPING | 16 |
| | | |
| 5.0 | ARCHITECTURAL FINISHES. | 17 |
| 5.1 | LAYOUT AND FINISHES | 17 |
| 5.2 | CEILINGS AND INTERIOR FINISHES. | 17 |
| 5.3 | PAINTING. | 17 |
| 5.4 | DOORS: EXTERIOR.. | 17 |
| 5.5 | DOORS: INTERIOR. | 17 |
| 5.6 | DOORS: HARDWARE | 17 |
| 5.7 | DOORS: IDENTIFICATION | 17 |
| 5.8 | PARTITIONS: GENERAL | 17 |
| 5.9 | PARTITIONS: PERMANENT | 18 |
| 5.10 | PARTITIONS: SUBDIVIDING | 18 |
| 5.11 | PARTITIONS: FOLDING | 18 |
| 5.12 | FLOOR COVERING AND PERIMETERS.. | 19 |
| 5.13 | TOILET AND SERVICE AREAS. | 19 |
| 5.14 | RESILIENT FLOORING. | 19 |
| 5.15 | CARPET. | 20 |
| 5.16 | ACOUSTICAL REQUIREMENTS | 20 |
| 5.17 | SOUND MASKING SYSTEM. | 21 |
| 5.18 | WINDOW COVERINGS. | 22 |
| 5.19 | BUILDING DIRECTORY. | 22 |
| 5.20 | FLAG POLE | 22 |
| | | |
| 6.0 | MECHANICAL, ELECTRICAL, PLUMBING. | 23 |

INITIALS:  _____  &  _____
                LESSOR      GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | i | April 22, 1991 |

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3359

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION<br>TABLE OF CONTENTS |
|---|---|---|---|

6.1   MECH ELEC PLUMB: GENERAL. . . . . . . . . . . . . . . .   23
6.2   DRINKING FOUNTAINS. . . . . . . . . . . . . . . . . .   23
6.3   RESTROOMS. . . . . . . . . . . . . . . . . . . . . .   23
6.4   RESTROOMS: FIXTURE SCHEDULE . . . . . . . . . . . . .   23
6.5   JANITOR CLOSETS . . . . . . . . . . . . . . . . . . .   23
6.6   HEATING & AIR CONDITIONING. . . . . . . . . . . . . .   24
6.7   VENTILATION . . . . . . . . . . . . . . . . . . . . .   24
6.8   ELECTRICAL: GENERAL . . . . . . . . . . . . . . . . .   24
6.9   ELECTRICAL: DISTRIBUTION. . . . . . . . . . . . . . .   24
6.10  TELEPHONE EQUIPMENT . . . . . . . . . . . . . . . . .   25
6.11  LIGHTING: INTERIOR. . . . . . . . . . . . . . . . . .   25
6.12  SWITCHES. . . . . . . . . . . . . . . . . . . . . . .   25
6.13  ELEVATORS . . . . . . . . . . . . . . . . . . . . . .   25

7.0   SERVICES, UTILITIES, MAINTENANCE. . . . . . . . . . .   27
7.1   SERV UTIL MAINT: GENERAL. . . . . . . . . . . . . . .   27
7.2   NORMAL HOURS. . . . . . . . . . . . . . . . . . . . .   27
7.3   OVERTIME USAGE. . . . . . . . . . . . . . . . . . . .   27
7.4   UTILITIES . . . . . . . . . . . . . . . . . . . . . .   27
7.5   MAINTENANCE & TESTING OF SYSTEMS. . . . . . . . . . .   27
7.6   FLAG DISPLAY. . . . . . . . . . . . . . . . . . . . .   27
7.7   SECURITY. . . . . . . . . . . . . . . . . . . . . . .   27
7.8   JANITORIAL SERVICES . . . . . . . . . . . . . . . . .   27
7.9   SCHEDULE OF PERIODIC SERVICES . . . . . . . . . . . .   28
7.10  LANDSCAPE MAINTENANCE . . . . . . . . . . . . . . . .   29

8.0   SAFETY AND FIRE PREVENTION. . . . . . . . . . . . . .   30
8.1   CODE VIOLATIONS . . . . . . . . . . . . . . . . . . .   30
8.2   PORTABLE FIRE EXTINGUISHERS . . . . . . . . . . . . .   30
8.3   STANDPIPES. . . . . . . . . . . . . . . . . . . . . .   30
8.4   SPRINKLER SYSTEM. . . . . . . . . . . . . . . . . . .   30
8.5   ENGINEERED SMOKE CONTROL SYSTEMS. . . . . . . . . . .   30
8.6   MANUAL FIRE ALARM SYSTEMS . . . . . . . . . . . . . .   30
8.7   EXIT & EMERGENCY LIGHTING . . . . . . . . . . . . . .   31
8.8   ALTERNATIVE FIRE-PROTECTION FEATURES. . . . . . . . .   31
8.9   FIRE DOORS. . . . . . . . . . . . . . . . . . . . . .   31
8.10  SAFETY-AIR CONTAMINANT LEVELS . . . . . . . . . . . .   31
8.11  INDOOR AIR QUALITY. . . . . . . . . . . . . . . . . .   31
8.12  BULK SAMPLE ANALYSIS REQ. . . . . . . . . . . . . . .   32
8.13  OSHA REQUIREMENTS . . . . . . . . . . . . . . . . . .   33
8.14  RADON MEASUREMENT AND CORRECTIVE ACTION . . . . . . .   33

9.0   SPECIAL REQUIREMENTS. . . . . . . . . . . . . . . . .   35
9.1   SPECIAL-1 . . . . . . . . . . . . . . . . . . . . . .   35

INITIALS: _____  _____
          LESSOR   GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | 11 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION

3360

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION SUMMARY |
|---|---|---|

THE GENERAL SERVICES ADMINISTRATION (GSA) IS INTERESTED IN LEASING A MINIMUM OF 230,000 NET USABLE SQUARE FEET TO A MAXIMUM OF 265,000 NET USABLE SQUARE FEET.

1.1 AMOUNT AND TYPE OF SPACE

OFFERS MUST BE FOR SPACE LOCATED IN A QUALITY BUILDING OF SOUND AND SUBSTANTIAL CONSTRUCTION AS DESCRIBED IN THIS SOLICITATION FOR OFFERS, HAVE A POTENTIAL FOR EFFICIENT LAYOUT, AND BE WITHIN THE SQUARE FOOTAGE RANGE TO BE CONSIDERED.

AREA:

1.2 AREA OF CONSIDERATION

WITHIN THE DISTRICT OF COLUMBIA BOUNDED ON THE NORTH BY M STREET, NW/NE...ON THE EAST BY 2ND STREET NE/SE...ON THE SOUTH BY THE SE/SW FREEWAY AND MAINE AVENUE SW AND ON THE WEST BY 14TH STREET, SW, CONSTITUTION AVENUE, NW AND 23RD STREET NW.

NEIGHBORHOOD:

1.3 LOCATION: CITY CENTER

SPACE MUST BE LOCATED IN A PRIME COMMERCIAL OFFICE DISTRICT WITH ATTRACTIVE, PRESTIGIOUS, PROFESSIONAL SURROUNDINGS WITH A PREVALENCE OF MODERN DESIGN AND/OR TASTEFUL REHABILITATION IN MODERN USE. STREETS AND PUBLIC SIDEWALKS SHOULD BE WELL MAINTAINED.

PARKING AND TRANSPORTATION:

REGULARLY SCHEDULED PUBLIC TRANSPORTATION AND/OR EMPLOYEE PARKING WITHIN WALKING DISTANCE SUFFICIENT TO COVER COMMUTING NEEDS OF EMPLOYEES.

LOCATION AMENITIES:

A VARIETY OF INEXPENSIVE AND MODERATELY PRICED FAST FOOD AND/OR EAT-IN RESTAURANTS MUST BE LOCATED WITHIN 2,000 WALKABLE LINEAR FEET AND OTHER EMPLOYEE SERVICES SUCH AS RETAIL SHOPS, CLEANERS, BANKS, ETC., SHOULD BE LOCATED WITHIN 2,000 WALKABLE LINEAR FEET.

THE LEASE TERM WILL BE FOR A PERIOD UP TO TEN (10) YEARS..

1.4 LEASE TERM

OFFERS ARE DUE BY SEPTEMBER 30, 1991. AND MUST REMAIN OPEN UNTIL AWARD.

1.5 OFFER DUE DATE

OCCUPANCY IS REQUIRED TO BE COMPLETE BY JUNE 1, 1992.

1.6 OCCUPANCY DATE

OFFERS ARE TO BE SUBMITTED TO THE CONTRACTING OFFICER AT:
GENERAL SERVICES ADMINISTRATION
REAL ESTATE DIVISION (WPET)
7TH & D STREETS, SW, ROOM 7071
WASHINGTON, DC 20407

1.7 HOW TO OFFER

NO LATER THAN THE CLOSE OF BUSINESS ON THE OFFER DUE DATE THE FOLLOWING DOCUMENTS, PROPERLY EXECUTED, MUST BE SUBMITTED:

(A) GSA FORM 1364, PROPOSAL TO LEASE SPACE (ENCLOSED).

(B) GSA FORM 1217, LESSOR'S ANNUAL COST STATEMENT (ENCLOSED).

(C) GSA FORM 3518, REPRESENTATIONS AND CERTIFICATIONS (ENCLOSED).

(D) ONE-EIGHTH INCH (PREFERRED) OR LARGER SCALE BLUE LINE PLANS OF THE SPACE OFFERED. PHOTOSTATIC COPIES ARE NOT ACCEPTABLE. ALL ARCHITECTURAL FEATURES OF THE SPACE MUST BE ACCURATELY SHOWN. IF CONVERSION OR RENOVATION OF THE BUILDING IS PLANNED, ALTERATIONS TO MEET THIS SOLICITATION MUST BE INDICATED. IF REQUESTED, MORE INFORMATIVE PLANS MUST BE PROVIDED WITHIN 10 DAYS.

(E) A LIST OF UNIT COSTS FOR ADJUSTMENTS (SEE PARAGRAPH ENTITLED "ALTERATIONS COSTING $25,000 OR LESS").

(F) AN HOURLY OVERTIME RATE FOR OVERTIME USE OF HEATING AND COOLING (SEE PARAGRAPH ENTITLED "OVERTIME USAGE").

THE OFFEROR SHOULD ALSO INCLUDE AS PART OF THE OFFER INFORMATION WHICH ADDRESSES ANY AWARD FACTORS WHICH ARE LISTED IN THE SOLICITATION PARAGRAPH

INITIALS: _____ & _____
          LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 1 OF 35 | April 22, 1991 |
|---|---|---|


SOURCE SELECTION INFORMATION
3361

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION SUMMARY |
|---|---|---|

ENTITLED "OTHER FACTORS".

SEE GSA FORM 3516, SOLICITATION PROVISIONS, FOR ADDITIONAL INSTRUCTIONS. IF ADDITIONAL INFORMATION IS NEEDED, THE CONTRACTING OFFICER SHOULD BE CONTACTED.

THERE WILL BE NO PUBLIC OPENING OF OFFERS AND ALL OFFERS WILL BE CONFIDENTIAL UNTIL THE LEASE HAS BEEN AWARDED; HOWEVER, THE GOVERNMENT MAY RELEASE PROPOSALS OUTSIDE THE GOVERNMENT TO A GOVERNMENT SUPPORT CONTRACTOR TO ASSIST IN THE EVALUATION OF OFFERS. SUCH GOVERNMENT CONTRACTORS SHALL BE REQUIRED TO PROTECT THE DATA FROM UNAUTHORIZED DISCLOSURE. OFFERORS WHO DESIRE TO MAXIMIZE PROTECTION OF INFORMATION IN THEIR OFFERS MAY APPLY THE RESTRICTION NOTICE TO THEIR OFFERS AS PRESCRIBED IN THE PROVISION ENTITLED "52.215-12, RESTRICTION ON DISCLOSURE AND USE OF DATA" (SEE GSA FORM 3516, SOLICITATION PROVISIONS).

NEGOTIATIONS WILL BE CONDUCTED ON BEHALF OF THE GOVERNMENT BY THE GSA CONTRACTING OFFICER OR OTHER AUTHORIZED REPRESENTATIVE. THE GSA CONTRACTING OFFICER IS NAMED ON THE COVER OF THIS SOLICITATION. GSA WILL NEGOTIATE RENTAL PRICE FOR THE INITIAL TERM, ANY RENEWAL PERIODS, AND ANY OTHER ASPECT OF THE OFFER AS DEEMED NECESSARY.

**1.8 NEGOTIATIONS**

EVALUATION OF OFFERS WILL BE ON THE BASIS OF THE ANNUAL PRICE PER SQUARE FOOT, INCLUDING ANY OPTION PERIODS.

**1.9 PRICE EVALUATION (PRESENT VALUE)**

(A) IF ANNUAL CPI ADJUSTMENTS IN OPERATING EXPENSES ARE INCLUDED, THE OFFEROR MUST BREAK OUT THE OFFER TO A "NET" PRICE PER SQUARE FOOT FOR RENTAL AND A "BASE" PRICE PER SQUARE FOOT FOR SERVICES AND UTILITIES (OPERATING EXPENSES) TO BE PROVIDED BY THE LESSOR. THE NET AND BASE PRICES COMBINED ARE THE TOTAL "GROSS" ANNUAL PER SQUARE FOOT PRICE OFFERED. IF THE OFFER INCLUDES ANNUAL ADJUSTMENTS IN OPERATING EXPENSES, THE BASE PRICE FROM WHICH ADJUSTMENTS ARE MADE WILL BE THE BASE PRICE FOR THE TERM OF THE LEASE, INCLUDING ANY OPTION PERIODS.

(B) THE GOVERNMENT WILL MAKE PRESENT VALUE PRICE EVALUATION BY REDUCING THE PRICES OFFERED TO A COMPOSITE ANNUAL SQUARE FOOT PRICE, AS FOLLOWS:

(1) PARKING AND WAREYARD AREAS WILL BE EXCLUDED FROM THE TOTAL SQUARE FOOTAGE, BUT NOT FROM THE PRICE. FOR DIFFERENT TYPES OF SPACE, THE GROSS ANNUAL PER SQUARE FOOT PRICE WILL BE DETERMINED BY DIVIDING THE TOTAL ANNUAL RENTAL BY THE TOTAL SQUARE FOOTAGE MINUS THESE AREAS.

(2) IF ANNUAL ADJUSTMENTS IN OPERATING EXPENSES WILL NOT BE MADE, THE GROSS ANNUAL PER SQUARE FOOT PRICE WILL BE DISCOUNTED ANNUALLY AT 8 PERCENT TO YIELD A GROSS PRESENT VALUE COST (PVC) PER SQUARE FOOT.

(3) IF ANNUAL ADJUSTMENTS IN OPERATING EXPENSES WILL BE MADE, THE ANNUAL PER SQUARE FOOT PRICE, MINUS THE BASE COST OF OPERATING EXPENSES, WILL BE DISCOUNTED ANNUALLY AT 8 PERCENT TO YIELD A NET PVC PER SQUARE FOOT. THE OPERATING EXPENSES WILL BE BOTH ESCALATED AT 4 PERCENT COMPOUNDED ANNUALLY AND DISCOUNTED ANNUALLY AT 8 PERCENT, THEN ADDED TO THE NET PVC TO YIELD THE GROSS PVC.

(4) TO THE GROSS PVC WILL BE ADDED:

— THE COST OF GOVERNMENT PROVIDED SERVICES NOT INCLUDED IN THE RENTAL ESCALATED AT 4 PERCENT COMPOUNDED ANNUALLY AND DISCOUNTED ANNUALLY AT 8 PERCENT.

— THE ANNUALIZED (OVER THE FULL TERM) PER SQUARE FOOT COST OF ANY ITEMS WHICH ARE TO BE REIMBURSED IN A LUMP SUM PAYMENT. (THE COST OF THESE ITEMS IS PRESENT VALUE; THEREFORE, IT WILL NOT BE DISCOUNTED.)

THE GOVERNMENT'S ESTIMATE FOR THE FOLLOWING COSTS ASSOCIATED WITH MOVING FROM THE EXISTING LOCATION ( THE COST OF THESE ITEMS IS PRESENT VALUE;THEREFORE, IT WILL NOT BE DISCOUNTED); SYSTEMS AND CONVENTIONAL FURNITURE RELOCATION; TELEPHONE RELOCATION; TELEPHONE SWITCH ROOM RECONSTRUCTION AND RELOCATION; COMPUTER ROOM RECONSTRUCTION AND RELOCATION; OTHER SPECIAL ALTERATIONS; RECONSTRUCTION AND RELOCATION; INCREASED LOGISTICAL COSTS IF APPLICABLE; TENANT AGENCY DOWN TIME.

(C) THE SUM OF THE ABOVE WILL BE THE PER SQUARE FOOT PRESENT VALUE OF THE OFFER FOR PRICE EVALUATION PURPOSES.

AFTER CONCLUSION OF NEGOTIATIONS, THE CONTRACTING OFFICER WILL REQUIRE THE

**1.10 AWARD**

INITIALS: _____ & _____
LESSOR        GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 2 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3362

| SOLICITATION ⌐R OFFERS | SFO 91-086 | SECTION SUMMARY |
|---|---|---|

OFFEROR SELECTED FOR AWARD TO EXECUTE THE PROPOSED LEASE PREPARED BY GSA WHICH REFLECTS THE PROPOSED AGREEMENT OF THE PARTIES.

THE PROPOSED LEASE SHALL CONSIST OF:

(A)  STANDARD FORM 2, U.S. GOVERNMENT LEASE FOR REAL PROPERTY,

(B)  GSA FORM 3517, GENERAL CLAUSES,

(C)  GSA FORM 3518, CERTIFICATIONS AND REPRESENTATIONS,

(D)  THE PERTINENT PROVISIONS OF THE OFFER, AND

(E)  THE PERTINENT PROVISIONS OF THE SFO.

THE ACCEPTANCE OF THE OFFER AND AWARD OF THE LEASE BY THE GOVERNMENT OCCURS UPON NOTIFICATION OF UNCONDITIONAL ACCEPTANCE OF THE OFFER OR EXECUTION OF THE LEASE BY THE GSA CONTRACTING OFFICER AND MAILING OR OTHERWISE FURNISHING WRITTEN NOTIFICATION OR THE EXECUTED LEASE TO THE SUCCESSFUL OFFEROR.

BUILDINGS IN WHICH SPACE IS OFFERED FOR LEASE SHALL COMPLY WITH THE REQUIREMENTS OF THE GSA FIRE PROTECTION, OCCUPATIONAL HEALTH, AND ENVIRONMENTAL SAFETY STANDARDS AS DESCRIBED IN THIS SOLICITATION AND THE AGENCY HANDBOOK NUMBERED PBS P 5900.2C.   EQUIVALENT PROTECTION, AS REQUIRED BY THE APPLICABLE STANDARDS, SHALL BE APPROVED BY THE CONTRACTING OFFICER.   ADDITIONALLY, OFFERS WHICH INCLUDE ALTERNATIVE FIRE PROTECTION FEATURES MUST INCLUDE A WRITTEN ANALYSIS BY A CERTIFIED FIRE PROTECTION ENGINEER FULLY DESCRIBING ANY EXCEPTIONS TAKEN TO THE FIRE PROTECTION REQUIREMENTS OF THIS SOLICITATION (SEE PARAGRAPH ENTITLED "ALTERNATIVE FIRE PROTECTION FEATURES" FOR MORE DETAILED REQUIREMENTS).

1.11 FIRE PROT OCCUP HEALTH ENV SAFETY

TO BE CONSIDERED FOR AWARD, BUILDINGS TO BE CONSTRUCTED MUST FULLY MEET THE NEW CONSTRUCTION REQUIREMENTS OF THE UNIFORM FEDERAL ACCESSIBILITY STANDARDS (UFAS) (FEDERAL REGISTER VOL. 49, NO. 153, AUGUST 7, 1984). COPIES OF UFAS ARE AVAILABLE FROM THE CONTRACTING OFFICER IF REQUIRED.

1.12 HANDICAP ACCESS FOR NEW CONSTRUC

INITIALS:_____
                LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 3 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3363

| SOLICITATION FOR OFFERS | SFO 91-036 | SECTION AWARD FACTORS |
|---|---|---|

THE CONTRACTING OFFICER WILL CONDUCT ORAL OR WRITTEN NEGOTIATIONS WITH ALL OFFERORS THAT ARE WITHIN THE COMPETITIVE RANGE. THE COMPETITIVE RANGE WILL BE ESTABLISHED BY THE CONTRACTING OFFICER ON THE BASIS OF COST OR PRICE AND OTHER FACTORS (IF ANY) THAT ARE STATED IN THIS SOLICITATION AND WILL INCLUDE ALL OFFERS THAT HAVE A REASONABLE CHANCE OF BEING SELECTED FOR AWARD. THE OFFERORS WILL BE PROVIDED A REASONABLE OPPORTUNITY TO SUBMIT ANY COST OR PRICE, TECHNICAL, OR OTHER REVISIONS TO THEIR OFFERS THAT MAY RESULT FROM THE NEGOTIATIONS. NEGOTIATIONS WILL BE CLOSED WITH SUBMISSION OF "BEST AND FINAL" OFFERS.

EXISTING BUILDINGS SHALL BE CONSIDERED FOR AWARD ON THE FOLLOWING BASIS:

ALL OFFERS RECEIVED IN RESPONSE TO THE REQUEST FOR "BEST AND FINAL" OFFERS WILL BE INITIALLY EVALUATED TO DETERMINE WHETHER THE OFFERS FULLY MEET THE HANDICAPPED ACCESSIBILITY REQUIREMENTS FOR NEW CONSTRUCTION OF THE UNIFORM FEDERAL ACCESSIBILITY STANDARDS (UFAS)(49 FR 31528, AUGUST 7, 1984). ALL TECHNICAL REQUIREMENTS FOR HANDICAPPED ACCESSIBILITY IN THIS SOLICITATION ARE THE SAME AS THOSE IN SECTION 4.1.2 ACCESSIBLE BUILDINGS, NEW CONSTRUCTION, OF UFAS. WHEN CLARIFICATION IS REQUIRED, UFAS SHALL BE CONSULTED. IF ANY OFFERS ARE RECEIVED WHICH FULLY MEET HANDICAPPED REQUIREMENTS OF NEW CONSTRUCTION, THEN OTHER OFFERS WHICH DO NOT FULLY MEET THESE REQUIREMENTS WILL NOT BE CONSIDERED.

FULL COMPLIANCE:

"FULLY MEETS" AS USED HEREIN WITH RESPECT TO THE HANDICAPPED REQUIREMENTS MEANS THE OFFER FULLY COMPLIES WITH THE REQUIREMENTS STATED IN THE FOLLOWING SUBPARAGRAPHS OF "HANDICAPPED ACCESSIBILITY":

PARKING AND LOADING ZONES, ROUTE, ENTRANCE AND EGRESS, RAMPS, STAIRS, HANDRAILS, DOORS, ELEVATORS, TELEPHONES, CONTROLS, SIGNAGE, ALARMS, DRINKING FOUNTAINS, STORAGE FACILITIES, SEATING AND WORK STATIONS, ASSEMBLY AREAS, AND RESTROOMS.

SUBSTANTIAL COMPLIANCE:

IN ACCORDANCE WITH UFAS, IF NO OFFER IS RECEIVED WHICH FULLY MEETS HANDICAPPED ACCESSIBILITY REQUIREMENTS OF NEW CONSTRUCTION, BUT AN OFFER(S) IS RECEIVED WHICH SUBSTANTIALLY MEETS THESE REQUIREMENTS, THEN OTHER OFFERS WHICH DO NOT SUBSTANTIALLY MEET THESE REQUIREMENTS WILL NOT BE CONSIDERED. "SUBSTANTIALLY MEETS" AS USED HEREIN WITH RESPECT TO THE HANDICAPPED REQUIREMENTS MEANS THE OFFER FULLY COMPLIES WITH THE REQUIREMENTS STATED IN THE FOLLOWING SUBPARAGRAPHS OF "HANDICAPPED ACCESSIBILITY":

PARKING AND LOADING ZONES, ROUTE, RAMPS, ENTRANCE AND EGRESS, STAIRS, DOORS, DRINKING FOUNTAINS, RESTROOMS AND AT LEAST ONE (1) ELEVATOR WHERE NECESSARY FOR ROUTE.

MINIMUM REQUIREMENTS:

IN ACCORDANCE WITH UFAS, IF NO OFFER IS RECEIVED WHICH EITHER FULLY OR SUBSTANTIALLY MEETS HANDICAPPED ACCESSIBILITY REQUIREMENTS OF NEW CONSTRUCTION, CONSIDERATION WILL BE GIVEN ONLY TO OFFERS WHICH MEET THE FOLLOWING MINIMUM REQUIREMENTS:

(1) AT LEAST ONE ACCESSIBLE ROUTE SHALL BE PROVIDED FROM AN ACCESSIBLE ENTRANCE TO THE LEASED SPACE AND ALL REQUIRED ACCESSIBLE AREAS. AT LEAST ONE (1) ELEVATOR SHALL BE PROVIDED WHERE NECESSARY FOR ACCESSIBLE ROUTE. OTHER HANDICAPPED PARAGRAPHS SHALL APPLY AS NECESSARY, INCLUDING BUT NOT LIMITED TO CONTROLS AND SIGNAGE.

(2) IF PARKING IS PROVIDED, THEN ACCESSIBLE SPACES SHALL BE PROVIDED IN CONFORMANCE WITH THE TABLE IN THE HANDICAPPED "PARKING AND LOADING ZONES" SPECIFICATIONS.

(3) ACCESSIBLE TOILET ROOMS SHALL BE PROVIDED AS FOLLOWS:

* WHERE MORE THAN ONE TOILET ROOM FOR EACH SEX IS PROVIDED ON A FLOOR ON WHICH THE GOVERNMENT LEASES SPACE, AT LEAST ONE TOILET ROOM FOR EACH SEX ON THAT FLOOR SHALL BE ACCESSIBLE.

* WHERE ONLY ONE TOILET ROOM FOR EACH SEX IS PROVIDED ON A FLOOR ON WHICH THE GOVERNMENT LEASES SPACE, EITHER ONE UNISEX TOILET ROOM OR ONE TOILET ROOM FOR EACH SEX ON THAT FLOOR SHALL BE ACCESSIBLE.

INITIALS: _____  _____
LESSOR      GOVERNMENT

2.1  AWARD FACTORS: GENERAL

2.2  HANDICAPPED

| GSA PUBLIC BUILDINGS SERVICE | PAGE 4 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3364

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION AWARD FACTORS |
|---|---|---|

* WHERE ONLY ONE TOILET ROOM IS PROVIDED IN A BUILDING WHERE THE GOVERNMENT LEASES SPACE, ONE UNISEX TOILET ROOM SHALL BE ACCESSIBLE.

* IN A QUALIFIED HISTORIC BUILDING WHERE THE ADVISORY COUNCIL ON HISTORIC PRESERVATION DETERMINES THAT PROVIDING THE ABOVE MINIMUM ACCESSIBLE TOILET FACILITIES WOULD THREATEN OR DESTROY THE HISTORIC INTEGRITY OF THE SPACE, AT LEAST ONE UNISEX TOILET ROOM IN THE BUILDING SHALL BE ACCESSIBLE.

IF NO OFFER IS RECEIVED WHICH MEETS THE MINIMUM REQUIREMENTS DESCRIBED ABOVE, OFFERS WILL NOT BE CONSIDERED UNLESS A WAIVER OF HANDICAPPED REQUIREMENTS IS REQUESTED BY THE CONTRACTING OFFICER AND GRANTED BY THE GSA ADMINISTRATOR.

AFTER REVIEW OF "BEST AND FINAL" OFFERS IS COMPLETED, THE LEASE WILL BE AWARDED TO THE OFFEROR WHOSE OFFER WILL BE MOST ADVANTAGEOUS TO THE GOVERNMENT, PRICE AND OTHER AWARD FACTORS WHICH FOLLOW CONSIDERED.

PRICE IS MORE IMPORTANT THAN THE COMBINATION OF FACTORS BELOW.

THE FOLLOWING AWARD FACTOR(S), _____

2.3  OTHER FACTORS

INITIALS: _____  _____
                LESSOR      GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 5 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3365

| SOLICITATION FOR OFFERS | SFO 91-08 | SECTION MISCELLANEOUS |
|---|---|---|

SEVERAL PARAGRAPHS IN THIS SFO SPECIFY MEANS FOR DETERMINING QUANTITIES OF MATERIALS. THESE ARE GOVERNMENT PROJECTIONS TO ASSIST THE OFFEROR IN COST ESTIMATING. ACTUAL QUANTITIES MAY NOT BE DETERMINED UNTIL AFTER THE LEASE IS AWARDED AND THE SPACE LAYOUT COMPLETED. TO ENABLE AN EQUITABLE SETTLEMENT IF THE GOVERNMENT LAYOUT DEPARTS FROM THE PROJECTION, THE OFFEROR MUST LIST A UNIT COST FOR EACH OF THESE MATERIALS. GSA WILL USE EACH UNIT COST TO MAKE A LUMP SUM PAYMENT OR RENTAL INCREASE IF THE AMOUNT OF MATERIAL REQUIRED BY THE LAYOUT IS MORE THAN SPECIFIED OR TAKE CREDIT FROM RENTAL IF THE AMOUNT IS LESS THAN SPECIFIED. OFFERORS ARE REQUIRED TO STATE IN THE OFFER OR IN AN ATTACHMENT:

* THE COST PER LINEAR FOOT OF OFFICE SUBDIVIDING CEILING-HIGH PARTITIONING.
* THE COST PER FLOOR MOUNTED DUPLEX ELECTRICAL OUTLET.
* THE COST PER WALL MOUNTED DUPLEX ELECTRICAL OUTLET.
* THE COST PER FLOOR MOUNTED FOURPLEX (DOUBLE DUPLEX) ELECTRICAL OUTLET.
* THE COST PER WALL MOUNTED FOURPLEX (DOUBLE DUPLEX) ELECTRICAL OUTLET.
* THE COST PER DEDICATED CLEAN ELECTRICAL COMPUTER RECEPTACLE.
* THE COST PER FLOOR MOUNTED TELEPHONE OUTLET.
* THE COST PER WALL MOUNTED TELEPHONE OUTLET.
* THE COST PER INTERIOR DOOR.

* THE COST PER SQUARE YARD OF CARPET.
* THE COST PER SQUARE FOOT OF VINYL COMPOSITION TILE.
* THE COST PER LINEAR FOOT OF SLAB-TO-SLAB PARTITION.
* THE COST PER LINEAR FOOT OF SOUND PARTITION.
* THE COST PER DEDICATED DUPLEX CIRCUIT.
* THE COST PER DEDICATED ISOLATED GROUND.

(A) THE UNIT PRICES WHICH THE OFFEROR IS REQUIRED TO LIST WILL BE USED, UPON ACCEPTANCE BY GSA, DURING THE FIRST YEAR OF THE LEASE TO PRICE ALTERATIONS COSTING $25,000 OR LESS. THESE PRICES MAY BE INDEXED OR RENEGOTIATED TO APPLY TO SUBSEQUENT YEARS OF THE LEASE UPON MUTUAL AGREEMENT IF THE LESSOR AND GOVERNMENT.

(B) WHERE UNIT PRICES FOR ALTERATIONS ARE NOT AVAILABLE, THE LESSOR MAY BE REQUESTED TO PROVIDE A PRICE PROPOSAL FOR THE ALTERATIONS. ORDERS WILL BE PLACED BY ISSUANCE OF A GSA FORM 276, SUPPLEMENTAL LEASE AGREEMENT, A GSA FORM 300, ORDER FOR SUPPLIES OR SERVICES, OR A TENANT AGENCY APPROVED FORM. THE CLAUSES ENTITLED "GSAR 552.232-71 PROMPT PAYMENT (APRIL 1989)" AND "GSAR 552.232-72 INVOICE REQUIREMENTS (VARIATION) (APR 1989)" APPLY TO ORDERS FOR ALTERATIONS (SEE GSA FORM 3517). ALL ORDERS ARE SUBJECT TO THE TERMS AND CONDITIONS OF THIS LEASE.

(C) ORDERS MAY BE PLACED BY THE CONTRACTING OFFICER, THE GSA BUILDINGS MANAGER OR TENANT AGENCY OFFICIALS WHEN SPECIFICALLY AUTHORIZED TO DO SO BY THE CONTRACTING OFFICER. THE CONTRACTING OFFICER WILL PROVIDE THE LESSOR WITH A LIST OF AGENCY OFFICIALS AUTHORIZED TO PLACE ORDERS AND WILL SPECIFY ANY LIMITATIONS ON THE AUTHORITY DELEGATED TO TENANT AGENCY OFFICIALS. THE TENANT AGENCY OFFICIALS ARE NOT AUTHORIZED TO DEAL WITH THE LESSOR ON ANY OTHER MATTERS.

(D) PAYMENTS FOR ALTERATIONS ORDERED BY TENANT AGENCIES WILL BE MADE DIRECTLY BY THE AGENCY PLACING THE ORDER.

THIS SOLICITATION MAY SPECIFY CERTAIN ITEMS FOR WHICH ALTERNATE PROPOSALS ARE REQUIRED. FOR EVALUATION AND NEGOTIATION, THE OFFER SHALL STATE:

* ITEMIZED COSTS FOR LUMP SUM PAYMENT NOT TO BE INCLUDED IN THE RENTAL RATE, AND
* A RENTAL RATE WHICH INCLUDES THE COSTS OF THESE ITEMS.

THE OFFEROR MUST PROVIDE COSTS FOR BOTH METHODS OF EVALUATION ON THE LEASE PROPOSAL FORM IN ORDER TO BE CONSIDERED FOR AWARD. GSA MAY ELECT THE

INITIALS: _____ & _____
         LESSOR   GOVERNMENT

3.1. UNIT COSTS FOR ADJUSTMENTS

3.2 ALTERATIONS 25,000 OR LESS

3.3 ALTERNATE PROPOSALS

| GSA PUBLIC BUILDINGS SERVICE | PAGE 6 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3366

| SOLICITATION OR OFFERS | SFO 91-086 | SECTION MISCELLANEOUS |
|---|---|---|

OPTION IT DEEMS MOST FAVORABLE.

(A)  THE GOVERNMENT SHALL PAY ADDITIONAL RENT FOR ITS SHARE OF INCREASES IN REAL ESTATE TAXES OVER TAXES PAID FOR THE CALENDAR YEAR IN WHICH ITS LEASE COMMENCES (BASE YEAR).  PAYMENT WILL BE IN A LUMP SUM AND BECOME DUE ON THE FIRST WORKDAY OF THE MONTH FOLLOWING THE MONTH IN WHICH PAID TAX RECEIPTS FOR THE BASE YEAR AND THE CURRENT YEAR ARE PRESENTED, OR THE ANNIVERSARY DATE OF THE LEASE, WHICHEVER IS LATER.  THE GOVERNMENT WILL BE RESPONSIBLE FOR PAYMENT ONLY IF THE RECEIPTS ARE SUBMITTED WITHIN 60 CALENDAR DAYS OF THE DATE THE TAX PAYMENT IS DUE.  IF NO FULL TAX ASSESSMENT IS MADE DURING THE CALENDAR YEAR IN WHICH THE GOVERNMENT LEASE COMMENCES, THE BASE YEAR WILL BE THE FIRST YEAR OF A FULL ASSESSMENT.

(B)  THE GOVERNMENT'S SHARE OF THE TAX INCREASE WILL BE BASED ON THE RATIO OF THE SQUARE FEET OCCUPIED BY THE GOVERNMENT TO THE TOTAL RENTABLE SQUARE FEET IN THE BUILDING.  IF THE GOVERNMENT'S LEASE TERMINATES BEFORE THE END OF A CALENDAR YEAR, PAYMENT WILL BE BASED ON THE PERCENTAGE OF THE YEAR IN WHICH THE GOVERNMENT OCCUPIED SPACE.  THE PAYMENT WILL NOT INCLUDE PENALTIES FOR NON-PAYMENT OR DELAY IN PAYMENT.  IF THERE IS ANY VARIANCE BETWEEN THE ASSESSED VALUE OF THE GOVERNMENT'S SPACE AND OTHER SPACE IN THE BUILDING, THE GOVERNMENT MAY ADJUST THE BASIS FOR DETERMINING ITS SHARE OF THE TAX INCREASE.

(C)  THE GOVERNMENT MAY CONTEST THE TAX ASSESSMENT BY INITIATING LEGAL PROCEEDINGS ON BEHALF OF THE GOVERNMENT AND THE LESSOR OR THE GOVERNMENT ALONE.  IF THE GOVERNMENT IS PRECLUDED FROM TAKING LEGAL ACTION, THE LESSOR SHALL CONTEST THE ASSESSMENT UPON REASONABLE NOTICE BY THE GOVERNMENT.  THE GOVERNMENT SHALL REIMBURSE THE LESSOR FOR ALL COSTS AND SHALL EXECUTE ALL DOCUMENTS REQUIRED FOR THE LEGAL PROCEEDINGS.  THE LESSOR SHALL AGREE WITH THE ACCURACY OF THE DOCUMENTS.  THE GOVERNMENT SHALL RECEIVE ITS SHARE OF ANY TAX REFUND.  IF THE GOVERNMENT ELECTS TO CONTEST THE TAX ASSESSMENT, PAYMENT OF THE ADJUSTED RENT SHALL BECOME DUE ON THE FIRST WORKDAY OF THE MONTH FOLLOWING CONCLUSION OF THE APPEAL PROCEEDINGS.

(D)  IN THE EVENT OF ANY DECREASES IN REAL ESTATE TAXES OCCURRING DURING THE TERM OF OCCUPANCY UNDER THE LEASE, THE RENTAL AMOUNT WILL BE REDUCED ACCORDINGLY.  THE AMOUNT OF ANY SUCH REDUCTIONS WILL BE DETERMINED IN THE SAME MANNER AS INCREASES IN RENT PROVIDED UNDER THIS CLAUSE.

(A)  BEGINNING WITH THE SECOND YEAR OF THE LEASE AND EACH YEAR AFTER, THE GOVERNMENT SHALL PAY ADJUSTED RENT FOR CHANGES IN COSTS FOR CLEANING SERVICES, SUPPLIES, MATERIAL MAINTENANCE, TRASH REMOVAL, LANDSCAPING, WATER, SEWER CHARGES, HEATING, ELECTRICITY, AND CERTAIN ADMINISTRATIVE EXPENSES ATTRIBUTABLE TO OCCUPANCY.  APPLICABLE COSTS LISTED ON GSA FORM 1217, LESSOR'S ANNUAL COST STATEMENT, WHEN NEGOTIATED AND AGREED UPON, WILL BE USED TO DETERMINE THE BASE RATE FOR OPERATING COSTS ADJUSTMENT.

(B)  THE AMOUNT OF ADJUSTMENT WILL BE DETERMINED BY MULTIPLYING THE BASE RATE BY THE PERCENT OF CHANGE IN THE COST OF LIVING INDEX.  THE PERCENT CHANGE WILL BE COMPUTED BY COMPARING THE INDEX FIGURE PUBLISHED FOR THE MONTH PRIOR TO THE LEASE COMMENCEMENT DATE WITH THE INDEX FIGURE PUBLISHED FOR THE MONTH WHICH BEGINS EACH SUCCESSIVE 12-MONTH PERIOD.  FOR EXAMPLE, A LEASE WHICH COMMENCES IN JUNE OF 1985 WOULD USE THE INDEX PUBLISHED FOR MAY OF 1985 AND THAT FIGURE WOULD BE COMPARED WITH THE INDEX PUBLISHED FOR MAY OF 1986, MAY OF 1987, AND SO ON, TO DETERMINE THE PERCENT CHANGE.  THE COST OF LIVING INDEX WILL BE MEASURED BY THE U.S. DEPARTMENT OF LABOR REVISED CONSUMER PRICE INDEX FOR WAGE EARNERS AND CLERICAL WORKERS, U.S. CITY AVERAGE, ALL ITEMS FIGURE, (1982-84 = 100) PUBLISHED BY THE BUREAU OF LABOR STATISTICS.  PAYMENT WILL BE MADE WITH THE MONTHLY INSTALLMENT OF FIXED RENT.  RENTAL ADJUSTMENTS WILL BE EFFECTIVE ON THE ANNIVERSARY DATE OF THE LEASE.  PAYMENT OF THE ADJUSTED RENTAL RATE WILL BECOME DUE ON THE FIRST WORKDAY OF THE SECOND MONTH FOLLOWING THE PUBLICATION OF THE COST OF LIVING INDEX FOR THE MONTH PRIOR TO THE LEASE COMMENCEMENT DATE.

(C)  IF THE GOVERNMENT EXERCISES AN OPTION TO EXTEND THE LEASE TERM AT THE SAME RATE AS THAT OF THE ORIGINAL TERM, THE OPTION PRICE WILL BE BASED ON THE ADJUSTMENT DURING THE ORIGINAL TERM.  ANNUAL ADJUSTMENTS WILL CONTINUE.

(D)  IN THE EVENT OF ANY DECREASES IN THE COST OF LIVING INDEX OCCURRING DURING THE TERM OF THE OCCUPANCY UNDER THE LEASE. THE RENTAL AMOUNT WILL BE REDUCED ACCORDINGLY.  THE AMOUNT OF SUCH REDUCTIONS WILL BE DETERMINED IN THE SAME MANNER AS INCREASES IN RENT PROVIDED UNDER THIS CLAUSE.

3.4  TAX ADJUSTMENT GSAR 552.270-24 (6/85)

3.5  OPERATING COSTS GSAR 552.270-23 (6/85)

INITIALS: _____ & _____
           LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 7 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3367

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION MISCELLANEOUS |
|---|---|---|

(B)  THE OFFER MUST CLEARLY STATE WHETHER THE RENTAL IS FIRM THROUGHOUT THE TERM OF THE LEASE OR IF IT IS SUBJECT TO ANNUAL ADJUSTMENT OF OPERATING COSTS AS INDICATED ABOVE.  IF OPERATING COSTS WILL BE SUBJECT TO ADJUSTMENT, IT SHOULD BE SPECIFIED ON BLOCK 19 OF GSA FORM 1364, PROPOSAL TO LEASE SPACE, CONTAINED ELSEWHERE IN THIS SOLICITATION.

NET USABLE SPACE IS THE METHOD OF MEASUREMENT FOR THE AREA FOR WHICH GSA WILL PAY A SQUARE FOOT RATE.  IT IS DETERMINED AS FOLLOWS:      **3.6  NET USABLE SPACE**

IF THE SPACE IS ON A SINGLE TENANCY FLOOR, COMPUTE THE INSIDE GROSS AREA BY MEASURING BETWEEN THE INSIDE FINISH OF THE PERMANENT EXTERIOR BUILDING WALLS FROM THE FACE OF THE CONVECTORS (PIPES OR OTHER WALL-HUNG FIXTURES) IF THE CONVECTOR OCCUPIES AT LEAST 50 PERCENT OF THE LENGTH OF EXTERIOR WALLS.

IF THE SPACE IS ON A MULTIPLE TENANCY FLOOR, MEASURE FROM THE EXTERIOR BUILDING WALLS AS ABOVE AND TO THE ROOM SIDE FINISH OF THE FIXED CORRIDOR AND SHAFT WALLS AND/OR THE CENTER OF TENANT-SEPARATING PARTITIONS.

IN ALL MEASUREMENTS, MAKE NO DEDUCTIONS FOR COLUMNS AND PROJECTIONS ENCLOSING THE STRUCTURAL ELEMENTS OF THE BUILDING AND DEDUCT THE FOLLOWING FROM THE GROSS AREA INCLUDING THEIR ENCLOSING WALLS:
  TOILETS AND LOUNGES,
  STAIRWELLS,
  ELEVATORS AND ESCALATOR SHAFTS,
  BUILDING EQUIPMENT AND SERVICE AREAS,
  ENTRANCE AND ELEVATOR LOBBIES,
  STACKS AND SHAFTS, AND
  CORRIDORS IN PLACE OR REQUIRED BY LOCAL CODES AND ORDINANCES.

UNLESS OTHERWISE NOTED, ALL REFERENCES IN THIS SOLICITATION TO SQUARE FEET SHALL MEAN NET USABLE SQUARE FEET.

THE RIGHT TO USE APPURTENANT AREAS AND FACILITIES IS INCLUDED.  THE      **3.7  APPURTENANT AREAS**
GOVERNMENT RESERVES THE RIGHT TO POST GOVERNMENT RULES AND REGULATIONS WHERE THE GOVERNMENT LEASES SPACE.

APPROXIMATELY TBD SQUARE FEET OF THE SPACE IN PARAGRAPH NO. 1 WILL BE USED      **3.8  VENDING FACILITIES**
FOR THE OPERATION OF A VENDING FACILITY(IES) BY THE BLIND UNDER THE PROVISIONS OF THE RANDOLPH-SHEPPARD ACT (41 USC 107 ET. SEQ.).  GSA WILL CONTROL THE NUMBER, KIND, AND LOCATIONS OF VENDING FACILITIES AND WILL CONTROL AND RECEIVE INCOME FROM ALL AUTOMATIC VENDING MACHINES.  THE LESSOR IS REQUIRED TO PROVIDE NECESSARY UTILITIES AND TO MAKE RELATED ALTERATIONS.  THE COST OF THE IMPROVEMENTS WILL BE NEGOTIATED AND PAYMENT WILL BE MADE BY THE GOVERNMENT EITHER ON A LUMP-SUM BASIS OR A RENTAL INCREASE.

GSA WILL ASSURE THAT THE FACILITY(IES) DOES NOT COMPETE WITH OTHER FACILITIES HAVING EXCLUSIVE RIGHTS IN THE BUILDING.  OFFERORS MUST ADVISE GSA IF SUCH RIGHTS EXIST.

IF THE GOVERNMENT FAILS TO OCCUPY ANY PORTION OF THE LEASED PREMISES OR      **3.9  ADJ. FOR VACANT PREMISES**
VACATES THE PREMISES IN WHOLE OR IN PART PRIOR TO EXPIRATION OF THE FIRM      GSAR 552.270-25
TERM OF THE LEASE, THE RENTAL RATE SHALL BE REDUCED AS FOLLOWS:

THE RATE SHALL BE REDUCED BY THAT PORTION OF THE COSTS PER SQUARE FOOT OF OPERATING EXPENSES NOT REQUIRED TO MAINTAIN THE SPACE.  SAID REDUCTION SHALL OCCUR AFTER THE GOVERNMENT GIVES 30 DAYS PRIOR NOTICE TO THE LESSOR, AND SHALL CONTINUE IN EFFECT UNTIL THE GOVERNMENT OCCUPIES THE PREMISES OR THE LEASE EXPIRES OR IS TERMINATED.

(A) AT THE TIME OF SUBMISSION OF OFFERS, OFFERORS SHALL SUBMIT TO THE      **3.10  EVIDENCE OF CAPABILITY**
CONTRACTING OFFICER:      TO PERFORM

(1)  SATISFACTORY EVIDENCE OF AT LEAST A CONDITIONAL COMMITMENT OF FUNDS IN AN AMOUNT NECESSARY TO PREPARE THE SPACE.  SUCH COMMITMENTS MUST BE SIGNED BY AN AUTHORIZED BANK OFFICER AND AT A MINIMUM MUST STATE:  AMOUNT OF LOAN; TERM IN YEARS; ANNUAL PERCENTAGE RATE; LENGTH OF LOAN COMMITMENT.

(2)  THE NAME OF THE PROPOSED CONSTRUCTION CONTRACTOR, AS WELL AS EVIDENCE OF HIS EXPERIENCE, COMPETENCY, AND PERFORMANCE CAPABILITIES WITH CONSTRUCTION SIMILAR IN SCOPE TO THAT WHICH IS REQUIRED HEREIN.

(3)  THE LICENSE OR CERTIFICATION OF THE INDIVIDUAL(S) AND/OR FIRM(S), PROVIDING ARCHITECTURAL AND ENGINEERING DESIGN SERVICES TO PRACTICE IN

INITIALS: _____
          LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 8 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3368

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION MISCELLANEOUS |
|---|---|---|

THE STATE WHERE THE FACILITY IS LOCATED.

(4)   COMPLIANCE WITH LOCAL ZONING LAWS OR EVIDENCE OF VARIANCES, IF ANY, APPROVED BY THE PROPER LOCAL AUTHORITY.

(5)   EVIDENCE OF OWNERSHIP OR CONTROL OF SITE.

(B)   AFTER AWARD:

WITHIN 15 DAYS AFTER AWARD, THE SUCCESSFUL OFFEROR/LESSOR SHALL PROVIDE TO THE CONTRACTING OFFICER EVIDENCE OF:

(1)   A FIRM COMMITMENT OF FUNDS IN AN AMOUNT SUFFICIENT TO PERFORM THE WORK.

(2)   AWARD OF A CONSTRUCTION CONTRACT WITH A FIRM COMPLETION DATE.

(3)   ISSUANCE OF A BUILDING PERMIT COVERING CONSTRUCTION OF THE IMPROVEMENTS.

3.11 CONSTRUCTION SCHEDULE

WITHIN 15 DAYS AFTER AWARD OF THE LEASE CONTRACT, THE SUCCESSFUL OFFEROR SHALL SUBMIT TO THE CONTRACTING OFFICER A TENTATIVE CONSTRUCTION SCHEDULE GIVING THE DATES ON WHICH THE VARIOUS PHASES OF CONSTRUCTION WILL BE COMPLETED TO COINCIDE WITH THE GOVERNMENT'S REQUIRED OCCUPANCY DATE (SEE PARAGRAPH ENTITLED "OCCUPANCY DATE"). THE FINALIZED SCHEDULE IS TO BE SUBMITTED NO LATER THAN 30 DAYS AFTER AWARD.

THE SCHEDULE IS TO INCLUDE TIMING FOR COMPLETION OF DESIGN AND CONSTRUCTION MILESTONES, INCLUDING BUT NOT LIMITED TO, (1) SUBMITTAL OF PRELIMINARY PLANS AND SPECIFICATIONS, (2) SUBMITTAL OF FINAL WORKING DRAWINGS, (3) ISSUANCE OF A BUILDING PERMIT, (4) COMPLETED CONSTRUCTION DOCUMENTS, (5) START OF CONSTRUCTION, (6) COMPLETION OF PRINCIPAL CATEGORIES OF WORK, (7) PHASED COMPLETION, AND AVAILABILITY FOR OCCUPANCY OF EACH PORTION OF THE GOVERNMENT SPACE (BY FLOOR, BLOCK, OR OTHER APPROPRIATE CATEGORY), AND (8) FINAL CONSTRUCTION COMPLETION.

3.12 PROGRESS REPORTS

AFTER START OF CONSTRUCTION, THE SUCCESSFUL OFFEROR SHALL SUBMIT TO THE CONTRACTING OFFICER WRITTEN PROGRESS REPORTS AT INTERVALS OF 10 DAYS. THE REPORT SHALL INCLUDE INFORMATION AS TO PERCENTAGE OF THE WORK COMPLETED BY PHASE AND TRADE, A STATEMENT AS TO EXPECTED COMPLETION AND OCCUPANCY DATE, CHANGES INTRODUCED INTO THE WORK, AND GENERAL REMARKS ON SUCH ITEMS AS MATERIAL SHORTAGES, STRIKES, WEATHER, ETC.

3.13 CONSTRUCTION INSPECTIONS

(A)   CONSTRUCTION INSPECTIONS WILL BE MADE PERIODICALLY BY THE CONTRACTING OFFICER AND/OR DESIGNATED TECHNICAL REPRESENTATIVES TO REVIEW COMPLIANCE WITH THE SOLICITATION REQUIREMENTS AND THE FINAL WORKING DRAWINGS.

(B)   PERIODIC REVIEWS, TESTS, AND INSPECTIONS BY THE GOVERNMENT ARE NOT TO BE INTERPRETED AS RESULTING IN ANY APPROVAL OF THE LESSOR'S APPARENT PROGRESS TOWARD MEETING THE GOVERNMENT'S OBJECTIVES, BUT ARE INTENDED TO DISCOVER ANY INFORMATION WHICH THE CONTRACTING OFFICER MAY BE ABLE TO CALL TO THE LESSOR'S ATTENTION TO PREVENT COSTLY MISDIRECTION OF EFFORT. THE LESSOR WILL REMAIN COMPLETELY RESPONSIBLE FOR DESIGNING, CONSTRUCTING, OPERATING, AND MAINTAINING THE BUILDING IN FULL ACCORDANCE WITH THE REQUIREMENTS OF THIS SOLICITATION.

INITIALS: _____    _____
          LESSOR             GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 9 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104
3369

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION GENERAL ARCHITECTURAL |
|---|---|---|

THE SPACE OFFERED SHOULD BE LOCATED IN A NEW OR MODERN OFFICE BUILDING WITH FACADE OF STONE, MARBLE, BRICK, STAINLESS STEEL, ALUMINUM OR OTHER PERMANENT MATERIALS IN GOOD CONDITION ACCEPTABLE TO THE CONTRACTING OFFICER. THE BUILDING SHOULD BE COMPATIBLE WITH ITS SURROUNDINGS. OVERALL, THE BUILDING SHOULD PROJECT A PROFESSIONAL AND AESTHETICALLY PLEASING APPEARANCE INCLUDING AN ATTRACTIVE FRONT AND ENTRANCE WAY. THE BUILDING SHOULD HAVE ENERGY EFFICIENT WINDOWS OR GLASS AREAS CONSISTENT WITH THE STRUCTURAL INTEGRITY OF THE BUILDING, UNLESS NOT APPROPRIATE FOR INTENDED USE. THE FACADE, DOWNSPOUTS, ROOF TRIM AND WINDOW CASING ARE TO BE CLEAN AND IN GOOD CONDITION. IF NOT IN A NEW OR MODERN OFFICE BUILDING, THE SPACE OFFERED SHOULD BE IN A BUILDING THAT HAS UNDERGONE, OR WILL COMPLETE BY OCCUPANCY, FIRST CLASS RESTORATION OR ADAPTIVE REUSE FOR OFFICE SPACE WITH MODERN CONVENIENCES. IF THE RESTORATION WORK IS UNDERWAY OR PROPOSED, THEN ARCHITECTURAL PLANS ACCEPTABLE TO THE CONTRACTING OFFICER MUST BE SUBMITTED AS PART OF THE OFFER.

*4.1 QUALITY & APPEAR. OF BUILDING EXTERIOR*

ALL WORK IN PERFORMANCE OF THIS LEASE MUST BE DONE BY SKILLED WORKERS OR MECHANICS AND BE ACCEPTABLE TO THE CONTRACTING OFFICER.

*4.2 WORK PERFORMANCE*

WHENEVER REQUESTED, THE LESSOR SHALL FURNISH AT NO COST TO GSA A CERTIFICATION BY A REGISTERED PROFESSIONAL ENGINEER(S) THAT THE BUILDING AND ITS SYSTEMS AS DESIGNED AND CONSTRUCTED WILL SATISFY THE REQUIREMENTS OF THIS LEASE.

*4.3 BUILDING SYSTEMS CERTIFICATION*

THE DESIGN OF THE SPACE OFFERED MUST BE CONDUCIVE TO EFFICIENT LAYOUT AND GOOD UTILIZATION.

*4.4 SPACE EFFICIENCY*

WITHIN 30 DAYS AFTER OCCUPANCY, ONE-EIGHTH INCH AS-BUILT MYLAR REPRODUCIBLE FULL FLOOR PLANS SHOWING THE SPACE UNDER LEASE AS WELL AS CORRIDORS, STAIRWAYS, AND CORE AREAS MUST BE PROVIDED TO THE CONTRACTING OFFICER.

*4.5 FLOOR PLANS AFTER OCCUPANCY*

ALL ADJOINING FLOOR AREAS MUST BE OF A COMMON LEVEL, NON-SLIP, AND ACCEPTABLE TO THE CONTRACTING OFFICER. UNDERFLOOR SURFACES MUST BE SMOOTH AND LEVEL. OFFICE AREAS SHALL HAVE A MINIMUM LIVE LOAD CAPACITY OF 50 POUNDS PER SQUARE FOOT PLUS 20 POUNDS PER SQUARE FOOT FOR MOVEABLE PARTITIONS. STORAGE AREAS SHALL HAVE A MINIMUM LIVE LOAD CAPACITY OF 50 POUNDS PER SQUARE FOOT INCLUDING MOVEABLE PARTITIONS. WRITTEN CERTIFICATION OF THE FLOOR LOAD CAPACITY, AT NO COST TO THE GOVERNMENT, BY A REGISTERED PROFESSIONAL ENGINEER MAY BE REQUIRED. CALCULATIONS AND STRUCTURAL DRAWINGS MAY ALSO BE REQUIRED.

*4.6 FLOORS AND FLOOR LOAD*

ALL EXITS, STAIRS, CORRIDORS, AISLES, AND PASSAGEWAYS THAT MAY BE USED BY THE GOVERNMENT SHALL COMPLY WITH NFPA STANDARD NO. 101, EXCEPT THAT THERE MUST BE AT LEAST 2 SEPARATE EXITS AVAILABLE FROM EVERY FLOOR. THE MINIMUM WIDTH OF ANY CORRIDOR OR PASSAGEWAY SERVING AS A REQUIRED EXIT OR MEANS OF TRAVEL TO OR FROM A REQUIRED EXIT MUST BE NOT LESS THAN 44 INCHES CLEAR WIDTH. THE TWO MOST REMOTE EXITS ON EACH FLOOR MUST BE SEPARATED BY A DISTANCE EQUAL TO AT LEAST 2/3 THE LONG RECTANGULAR DIMENSION OF THE FLOOR, AND THE MAXIMUM LENGTH OF DEAD-END CORRIDORS AND COMMON PATHS OF TRAVEL IS 50 FEET. VESTIBULES SHALL BE PROVIDED AT PUBLIC ENTRANCES AND EXITS WHEREVER WEATHER CONDITIONS AND HEAT LOSS ARE IMPORTANT FACTORS FOR CONSIDERATION. IN THE EVENT OF NEGATIVE AIR PRESSURE CONDITIONS, PROVISIONS SHALL BE MADE FOR EQUALIZING AIR PRESSURE.

*4.7 EXITS & ACCESS*

OFFICE SPACE MUST HAVE WINDOWS IN EACH EXTERIOR BAY UNLESS WAIVED BY THE CONTRACTING OFFICER.

*4.8 WINDOWS*

ALL WINDOWS SHALL BE WEATHERTIGHT. OPENING WINDOWS MUST BE EQUIPPED WITH LOCKS. OFF-STREET, GROUND LEVEL WINDOWS AND THOSE ACCESSIBLE FROM FIRE ESCAPES, ADJACENT ROOFS, AND OTHER STRUCTURES THAT CAN BE OPENED SHALL BE FITTED WITH A STURDY LOCKING DEVICE. LOCKS ON WINDOWS OR DOORS LEADING TO FIRE ESCAPES SHALL BE OF A TYPE THAT CAN EASILY BE OPENED FROM WITHIN THE BUILDING WITHOUT ANY SPECIAL KNOWLEDGE OR EFFORT. WINDOWS EXTENDING 18 INCHES FROM THE FLOOR AND LOCATED AT LEAST 4 FEET ABOVE GRADE SHALL BE PROVIDED WITH A SAFETY BAR ON THE INTERIOR WINDOW APPROXIMATELY 3 FEET ABOVE FLOOR LEVEL.

(A) PARKING AND LOADING ZONES:

IF PARKING IS PROVIDED FOR EMPLOYEES OR VISITORS OR BOTH, THEN LEVEL ACCESSIBLE SPACES SHALL BE PROVIDED AND DESIGNATED IN THE PARKING AREA(S) NEAREST AN ACCESSIBLE ENTRANCE ON AN ACCESSIBLE ROUTE IN CONFORMANCE WITH THE FOLLOWING TABLE:

*4.9 HANDICAPPED ACCESSIBILITY (A-C)*

INITIALS: _____ & _____
LESSOR      GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 10 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
3370

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION GENERAL ARCHITECTURAL |
|---|---|---|---|

| TOTAL SPACES IN LOT(S) | MINIMUM NUMBER OF ACCESSIBLE SPACES |
|---|---|
| 1 - 25 | 1 |
| 26 - 50 | 2 |
| 51 - 75 | 3 |
| 76 - 100 | 4 |
| 101 - 150 | 5 |
| 151 - 200 | 6 |
| 201 - 300 | 7 |
| 301 - 400 | 8 |
| 401 - 500 | 9 |
| 501 - 1000 | 2 PERCENT OF TOTAL |
| OVER 1000 | 20 PLUS 1 FOR EACH 100 OVER 1000 |

ACCESSIBLE SPACES SHALL BE AT LEAST 8 FEET WIDE WITH A 5-FOOT-WIDE ACCESS
AISLE TO WALKS AND RAMPS. TWO SPACES MAY SHARE A COMMON AISLE. THESE
SPACES SHOULD BE DESIGNED SO THE DISABLED ARE NOT COMPELLED TO WHEEL OR
WALK BEHIND PARKED CARS. WHERE PASSENGER LOADING ZONES EXIST, AN ACCESS
AISLE AT LEAST 5 FEET WIDE AND 20 FEET LONG ADJACENT AND PARALLEL TO THE
VEHICLE PULL-UP SPACE SHALL BE PROVIDED ON AN ACCESSIBLE ROUTE. ACCESSIBLE
SPACES SHALL BE DESIGNATED AS RESERVED FOR THE DISABLED BY A SIGN WITH
THE SYMBOL OF ACCESSIBILITY. SUCH SIGN SHALL NOT BE OBSCURED BY A
VEHICLE PARKED IN THE SPACE.

(B) ROUTE:

(1) AT LEAST ONE ACCESSIBLE ROUTE HAVING NO STEPS OR ABRUPT CHANGES IN
LEVEL SHALL CONNECT WITH ALL ACCESSIBLE ELEMENTS, SPACES, BUILDINGS, AND
COURSES OF PASSAGE. THE MINIMUM CLEAR WIDTH OF AN ACCESSIBLE ROUTE SHALL
BE 36 INCHES. IF AN ACCESSIBLE ROUTE IS LESS THAN 60 INCHES IN WIDTH THEN
IT SHALL HAVE LEVEL PASSING ZONES, SPACED AT NO MORE THAN 200 FEET APART,
MEASURING A MINIMUM OF 60 INCHES BY 60 INCHES.

(2) FLOOR SURFACES AND CARPET SHALL BE STABLE, FIRM, FIRM AND SLIP
RESISTANT. CHANGES IN LEVEL UP TO 1/4 INCH MAY BE VERTICAL AND WITHOUT
EDGE TREATMENT. LEVEL CHANGES BETWEEN 1/4 INCH AND 1/2 INCH SHALL BE
BEVELED WITH A SLOPE NO GREATER THAN 1:2. CHANGES EXCEEDING 1/2 INCH
SHALL BE TREATED AS A RAMP. GRATINGS IN A ROUTE SURFACE SHALL HAVE SPACES
NO WIDER THAN 1/2 INCH IN ONE DIRECTION AND SHALL BE PLACED SO THAT THE
LONG DIMENSION OF OPENINGS IS PERPENDICULAR TO THE DOMINANT DIRECTION OF
TRAVEL.

(3) OBJECTS PROJECTING FROM WALLS WITH THEIR LEADING EDGES BETWEEN 27
AND 80 INCHES ABOVE THE FINISHED FLOOR SHALL PROTRUDE NO MORE THAN 4
INCHES INTO AN ACCESSIBLE ROUTE. FREESTANDING OBJECTS MOUNTED ON POSTS OR
PYLONS MAY OVERHANG 12 INCHES MAXIMUM FROM 27 TO 80 INCHES ABOVE THE
GROUND OR THE FINISHED FLOOR. OBJECTS MOUNTED WITH THEIR LEADING EDGES AT
OR BELOW 27 INCHES ABOVE THE FINISHED FLOOR MAY PROTRUDE ANY DISTANCE.
HOWEVER, NO PROTRUDING OBJECTS SHALL REDUCE THE CLEAR WIDTH OF AN
ACCESSIBLE ROUTE OR MANEUVERING SPACE. IF VERTICAL CLEARANCE OF AN AREA
ADJOINING AN ACCESSIBLE ROUTE IS REDUCED TO LESS THAN 80 INCHES, A BARRIER
TO WARN BLIND OR VISUALLY IMPAIRED PERSONS SHALL BE PROVIDED.

(4) MECHANICAL ROOMS AND SPACES WHICH ARE NOT NORMALLY FREQUENTED BY THE
PUBLIC OR OCCUPANTS AND ARE NOT PART OF AN ACCESSIBLE OR EMERGENCY ROUTE
ARE EXCEPTED AND NEED NOT BE ACCESSIBLE.

(C) ENTRANCE AND EGRESS:

AT LEAST ONE PRINCIPAL ENTRANCE AT EACH GRADE FLOOR LEVEL SHALL BE
ACCESSIBLE. WHEN EXISTING ENTRANCES NORMALLY SERVE ANY OF THE FOLLOWING
FUNCTIONS, THEN AT LEAST ONE OF THE ENTRANCES SERVING EACH FUNCTION SHALL
BE ACCESSIBLE: TRANSPORTATION FACILITIES, PASSENGER LOADING ZONES,
ACCESSIBLE PARKING FACILITIES, TAXI STANDS, PUBLIC STREETS AND SIDEWALKS
OR ACCESSIBLE INTERIOR VERTICAL ACCESS. AN ACCESSIBLE ENTRANCE SHALL BE
PART OF AN ACCESSIBLE ROUTE AND SHALL INCLUDE AN ACCESSIBLE DOOR. A
SERVICE ENTRANCE SHALL NOT BE THE SOLE ACCESSIBLE ENTRANCE UNLESS IT IS
THE ONLY ENTRANCE. ACCESSIBLE ENTRANCES SHALL BE IDENTIFIED BY THE
INTERNATIONAL SYMBOL OF ACCESSIBILITY. THE SIGNS SHALL BE LOCATED SO
THAT HANDICAPPED INDIVIDUALS APPROACHING THE BUILDING WILL BE DIRECTED TO
THE ACCESSIBLE ENTRANCE. ALL APPLICABLE SPECIFICATIONS FOR ENTRANCE SHALL
APPLY TO EGRESS.

INITIALS: _____
          LESSOR        GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 11 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3371

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION GENERAL ARCHITECTURAL |
|---|---|---|

**(D) RAMPS:**

ANY PART OF AN ACCESSIBLE ROUTE WITH A SLOPE GREATER THAN 1 FOOT RISE IN 20 FEET SHALL BE CONSIDERED A RAMP. WHERE RAMPS ARE NECESSARY, THEY SHALL HAVE A NON-SLIP SURFACE WITH A SLOPE NO GREATER THAN 1 FOOT RISE IN 12 FEET. RAMPS MUST HAVE A MINIMUM CLEAR WIDTH OF 3 FEET WITH LEVEL LANDINGS AT THE TOP AND BOTTOM OF EACH RAMP RUN. EACH LANDING SHALL BE AT LEAST 5 FEET IN LENGTH AND AS WIDE AS ANY RAMP RUN LEADING INTO IT. THE MAXIMUM RISE FOR ANY RUN SHALL BE 30 INCHES. INTERMEDIATE LANDINGS FOR TURNING RAMPS SHALL MEASURE A MINIMUM OF 5 FEET BY 5 FEET. HANDRAILS COMPLYING WITH "HANDRAILS" SHALL BE PROVIDED ON BOTH SIDES OF ALL RAMPS WITH A VERTICAL RISE GREATER THAN 6 INCHES. RAMPS WITH DROP-OFFS SHALL HAVE CURBS (MINIMUM 2 INCHES HIGH), WALLS, RAILINGS OR PROJECTING SURFACES. CURB RAMPS SHALL BE PROVIDED WHEREVER AN ACCESSIBLE ROUTE CROSSES A CURB. CURB RAMPS SHALL NOT INTERFERE WITH WALKS OR VEHICULAR TRAFFIC. THE MAXIMUM SLOPE OF A CURB RAMP SHALL BE A 1" RISE PER 12 INCH RUN. THE MAXIMUM LENGTH OF A CURB RAMP SHALL BE 6 FEET WITH A MINIMUM WIDTH OF 3½". EXCLUSIVE OF FLARED SIDES. IF NO OTHER ALTERNATIVE IS FEASIBLE, ACCESSIBLE PLATFORM LIFTS MAY BE USED IN LIEU OF A RAMP OR ELEVATOR. LIFTS SHALL HAVE ACCESSIBLE CONTROLS AND CLEARANCES, SHALL COMPLY WITH APPLICABLE SAFETY REGULATIONS, AND SHOULD FACILITATE UNASSISTED ENTRY AND EXIT.

**(E) STAIRS:**

(1) IF FLOORS ARE SERVICED BY AN ACCESSIBLE ELEVATOR, THEN STAIRS CONNECTING THESE FLOORS NEED NOT MEET THE ACCESSIBILITY REQUIREMENTS IN "STAIRS" AND "HANDRAILS".

(2) ALL STEPS ON A SINGLE FLIGHT OF STAIRS SHALL HAVE UNIFORM RISER HEIGHTS AND UNIFORM TREAD WIDTHS. OPEN RISER STAIRS ARE NOT PERMITTED. RISERS SHALL BE SLOPED OR THE UNDERSIDE OF THE NOSING SHALL HAVE AN ANGLE OF NOT LESS THAN 60 DEGREES FROM THE HORIZONTAL.

(3) STAIR TREADS SHALL NOT HAVE ABRUPT NOSINGS AND SHALL BE NO LESS THAN 11 INCHES WIDE, MEASURED FROM RISER TO RISER. THE RADIUS OF CURVATURE AT THE LEADING EDGE OF THE TREAD SHALL BE NO GREATER THAN 1/2 INCH. THE MAXIMUM NOSING PROJECTION SHALL BE NO GREATER THAN 1-1/2 INCH.

**(F) HANDRAILS:**

HANDRAILS SHALL BE PROVIDED ON BOTH SIDES OF STAIRS AND RAMPS. HANDRAILS SHALL BE CONTINUOUS AND EXTEND A MINIMUM OF 12 INCHES BEYOND THE TOP RISER AND 12 INCHES PLUS THE WIDTH OF ONE TREAD BEYOND THE BOTTOM RISER. AT THE TOP, THE 12 INCH EXTENSION SHALL BE PARALLEL WITH THE FLOOR. AT THE BOTTOM, THE HANDRAIL SHALL CONTINUE TO SLOPE FOR A DISTANCE OF ONE TREAD WIDTH FROM THE BOTTOM RISER WITH THE 12 INCH REMAINDER BEING HORIZONTAL AND PARALLEL WITH THE FLOOR. THE INSIDE HANDRAIL ON SWITCHBACK, DOGLEG STAIRS OR RAMPS SHALL ALWAYS BE CONTINUOUS. HANDRAILS SHALL NOT PRESENT A HAZARD AND SHALL BE EITHER ROUNDED OR RETURNED SMOOTHLY TO THE FLOOR, WALL, OR POST. ALL HANDRAILS AND ADJACENT SURFACES SHALL BE FREE OF ANY SHARP OR ABRASIVE ELEMENTS. CLEAR SPACE BETWEEN HANDRAILS AND THE WALL SHALL BE 1-1/2 INCHES. GRIPPING SURFACES SHALL BE UNINTERRUPTED AND MOUNTED BETWEEN 30 AND 34 INCHES ABOVE STAIR NOSINGS. THE DIAMETER OR WIDTH OF THE GRIPPING SURFACES OF A HANDRAIL SHALL BE 1-1/4 INCHES TO 1-1/2 INCHES, OR THE SHAPE SHALL PROVIDE AN EQUIVALENT GRIPPING SURFACE. HANDRAILS SHALL NOT ROTATE WITHIN THEIR FITTINGS.

**(G) DOORS:**

(1) AT LEAST ONE ACCESSIBLE DOOR OR OPENING SHALL SERVE EACH ACCESSIBLE ENTRANCE, SPACE, ROUTE, EGRESS, AND EMERGENCY PLACE OF REFUGE. REVOLVING DOORS OR TURNSTILES SHALL NOT BE THE ONLY MEANS OF PASSAGE ALONG AN ACCESSIBLE ROUTE. GATES SHALL MEET ALL APPLICABLE SPECIFICATIONS FOR DOORS.

(2) DOORWAYS SHALL HAVE A MINIMUM CLEAR OPENING OF 32 INCHES WITH THE DOOR OPEN 90 DEGREES, UNLESS A WIDER CLEARANCE IS SPECIFIED WITHIN "ARCHITECTURAL FINISHES". IF DOORWAYS HAVE TWO INDEPENDENTLY OPERATED DOOR LEAVES, THEN AT LEAST ONE LEAF SHALL PROVIDE A MINIMUM CLEAR OPENING OF 32 INCHES. DOORS NOT REQUIRING FULL USER PASSAGE, SUCH AS SHALLOW CLOSETS, MAY HAVE A MINIMUM CLEAR OPENING OF 20 INCHES. DOORS IN A SERIES SHALL SWING EITHER IN THE SAME DIRECTION OR AWAY FROM THE SPACE BETWEEN THE DOORS. THE MINIMUM SPACE BETWEEN HINGED OR PIVOTED DOORS IN A SERIES SHALL BE 48 INCHES PLUS THE WIDTH OF ANY DOOR SWINGING INTO THE SPACE.

INITIALS:
LESSOR     GOVERNMENT

**4.10 HANDICAPPED ACCESSIBILITY (D-F)**

**4.11 HANDICAPPED ACCESSIBILITY (G-I)**

| GSA PUBLIC BUILDINGS SERVICE | PAGE 12 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3372

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION GENERAL ARCHITECTURAL |

(3) RAISED THRESHOLDS AT DOORS SHALL BE BEVELED WITH A SLOPE NO GREATER THAN 1:2 AND SHALL NOT EXCEED 3/4 INCH IN HEIGHT FOR EXTERIOR SLIDING DOORS OR 1/2 INCH FOR OTHER DOORS. OPERATING HARDWARE ON ACCESSIBLE DOORS SHALL BE MOUNTED NO HIGHER THAN 48 INCHES ABOVE THE FINISHED FLOOR AND SHALL HAVE A GRIP AND OPERATION WHICH FACILITATES USE WITH ONE HAND WITHOUT TIGHT GRASPING, TIGHT PINCHING, OR TWISTING OF THE WRIST. DOORS LEADING TO AREAS WHICH ARE POTENTIALLY DANGEROUS FOR BLIND INDIVIDUALS SHALL HAVE TEXTURED WARNING HANDLES OR HANDLE COVERS. IF A DOOR HAS AN AUTOMATIC CLOSER, THEN THE SWEEP PERIOD SHALL BE ADJUSTED SO THAT FROM AN OPEN POSITION OF 70 DEGREES, THE DOOR WILL TAKE AT LEAST 3 SECONDS TO MOVE TO A POINT 3 INCHES FROM THE LATCH. FIRE DOORS SHALL HAVE THE MINIMUM OPENING FORCE ALLOWABLE BY THE APPROPRIATE ADMINISTRATIVE AUTHORITY. ALL OTHER INTERIOR DOORS SHALL HAVE A MAXIMUM OPENING FORCE OF 5 FOOT-POUNDS. IF POWER-OPERATED DOORS ARE PROVIDED, THEY SHALL COMPLY WITH ANSI A 156.10-1979.

(4) CLEARANCES SHALL BE PROVIDED AT DOORS THAT ARE NOT AUTOMATIC OR POWER ASSISTED AND SHALL COMPLY AS REQUIRED BELOW.

SWING DOOR MANEUVERING CLEARANCES:

(I) WHERE THE APPROACH FACES THE DOOR, THE MANEUVERING CLEARANCE SHALL EXTEND A MINIMUM OF 5 FEET FROM THE SWING SIDE OF THE DOOR, 4 FEET FROM THE OPPOSITE SIDE AND A MINIMUM OF 1-1/2 FEET PAST THE LATCH SIDE (PULL SIDE) AND, FOR DOORS WITH AUTOMATIC CLOSERS, A MINIMUM OF 1 FOOT PAST THE LATCH SIDE (PUSH SIDE) OF THE DOOR.

(II) WHERE THE APPROACH IS FROM THE HINGE SIDE OF THE DOOR, THE MANEUVERING CLEARANCE SHALL EXTEND A MINIMUM OF 5 FEET FROM THE SWING SIDE OF THE DOOR WHEN THE CLEARANCE PAST THE LATCH (PULL SIDE) EXTENDS TO A MINIMUM OF 3 FEET, 4-1/2 FEET FROM THE SWING SIDE OF THE DOOR WHEN THE CLEARANCE PAST THE LATCH (PULL SIDE) EXTENDS TO A MINIMUM OF 3-1/2 FEET, 4 FEET FROM THE OPPOSITE SIDE AND A MINIMUM OF 2 FEET PAST THE HINGED SIDE (PUSH SIDE).

(III) WHERE THE APPROACH IS FROM THE LATCH SIDE OF THE DOOR, THE MANEUVERING CLEARANCE SHALL EXTEND A MINIMUM OF 4-1/2 FEET FROM THE SWING SIDE OF THE DOOR, 4 FEET FROM THE OPPOSITE SIDE AND A MINIMUM OF 2 FEET PAST THE LATCH SIDE (PUSH AND PULL SIDES).

(IV) WHERE AUTOMATIC DOOR CLOSERS ARE NOT USED AND THE APPROACH IS FROM THE SIDE, THE ABOVE MINIMUM MANEUVERING CLEARANCES ARE REDUCED BY 1/2 FOOT FROM EITHER FACE OF THE DOOR EXCEPT ON THE FULL SIDE ON A LATCH SIDE APPROACH.

SLIDING AND FOLDING DOOR MANEUVERING CLEARANCES:

(I) WHERE THE APPROACH FACES THE DOOR, THE MANEUVERING CLEARANCE SHALL EXTEND A MINIMUM OF 4 FEET FROM THE FACE OF THE DOOR AND HAVE WIDTH AT LEAST AS WIDE AS THE DOOR.

(II) WHERE THE APPROACH IS FROM THE SLIDE SIDE OF THE DOOR, THE MANEUVERING CLEARANCE SHALL EXTEND A MINIMUM OF 3 & 1/2 FEET FROM THE FACE OF THE DOOR AND 4 & 1/2 FEET FROM THE LATCH.

(III) WHERE THE APPROACH IS FROM THE LATCH SIDE OF THE DOOR, THE MANEUVERING CLEARANCE SHALL EXTEND A MINIMUM OF 3 & 1/2 FEET FROM THE FACE OF THE DOOR AND 2 FEET FROM THE LATCH.

(H) ELEVATORS:

ONE ACCESSIBLE PASSENGER ELEVATOR COMPLYING WITH AMERICAN NATIONAL STANDARDS INSTITUTE HANDBOOK (ANSI A117.1-1986) AND SECTION 4.10 OF UFAS, ENTITLED "ELEVATORS," SHALL SERVE EACH LEVEL IN ALL MULTISTORY BUILDINGS AND FACILITIES. IF MORE THAN ONE PASSENGER ELEVATOR IS PROVIDED, THEN EACH ELEVATOR SHALL BE EQUALLY ACCESSIBLE. ALL ELEVATOR CONTROL BUTTONS SHALL BE AT LEAST 3/4 INCH IN THEIR SMALLEST DIMENSION AND SHALL BE RAISED OR FLUSH. ADDITIONAL SPECIFICATIONS FOR ELEVATORS ARE LOCATED IN THE "ELEVATORS" PARAGRAPH OF THE "MECHANICAL, ELECTRICAL, PLUMBING" SECTION OF THIS SOLICITATION AND IN THE "CONTROLS" PARAGRAPH BELOW.

(I) TELEPHONES:

IF PUBLIC TELEPHONES ARE PROVIDED, THEN AT LEAST ONE UNIT PER FLOOR AND AT LEAST ONE UNIT PER BANK OF ADJACENT UNITS SHALL PROVIDE ACCESSIBLE

INITIALS: _____  _____
          LESSOR   GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 13 OF 35 | April 22, 1991 |

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3373

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION GENERAL ARCHITECTURAL |
|---|---|---|

OPERATION AND COMPLY WITH "CONTROLS". ACCESSIBLE TELEPHONES SHALL HAVE PUSH-BUTTON CONTROLS WHERE AVAILABLE. THE HANDSET ON AN ACCESSIBLE TELEPHONE SHALL BE EQUIPPED WITH A CORD AT LEAST 29 INCHES LONG AND A RECEIVER THAT GENERATES A MAGNETIC FIELD IN THE AREA OF THE RECEIVER CAP. AT LEAST ONE ACCESSIBLE PUBLIC TELEPHONE SHALL BE EQUIPPED WITH A VOLUME CONTROL AND CLEARLY IDENTIFIED AS SUCH. TELEPHONE BOOKS SHALL ALSO BE ACCESSIBLE.

(J) CONTROLS:

ACCESSIBLE CONTROLS AND OPERATING MECHANISMS ARE REQUIRED IN ACCESSIBLE SPACES, ALONG ACCESSIBLE ROUTES, OR AS PARTS OF ACCESSIBLE ELEMENTS. ACCESSIBLE CONTROLS SHALL HAVE CLEAR APPROACH AREAS AT LEAST 30 INCHES WIDE BY 48 INCHES LONG THAT ALLOW EITHER FORWARD OR PARALLEL APPROACH BY A WHEELCHAIR. ACCESSIBLE CONTROLS SHALL BE BETWEEN 15 INCHES AND 48 INCHES IN HEIGHT FOR A FORWARD APPROACH OR BETWEEN 9 INCHES AND 54 INCHES FOR A PARALLEL APPROACH. ACCESSIBLE CONTROLS AND OPERATING MECHANISMS SHALL BE OPERABLE WITH ONE HAND AND SHALL NOT REQUIRE TIGHT GRASPING, PINCHING, OR TWISTING OF THE WRIST. THE FORCE REQUIRED TO ACTIVATE CONTROLS SHALL BE NO GREATER THAN 5 FOOT-POUNDS.

STANDARD WALL-MOUNTED ELECTRICAL AND COMMUNICATIONS SYSTEM OUTLETS SHALL BE AT LEAST 15 INCHES ABOVE THE FLOOR.

ELEVATOR HALL AND LOBBY CALL BUTTONS SHALL BE CENTERED AT 42 INCHES ABOVE THE FLOOR AND INTERIOR BUTTONS SHALL COMPLY WITH THE ABOVE HEIGHT RESTRICTIONS. THE HIGHEST PART OF A TWO-WAY COMMUNICATION SYSTEM INSIDE AN ELEVATOR CAB CANNOT EXCEED 48 INCHES FROM THE FLOOR.

(K) SIGNAGE:

HANDICAPPED ACCESSIBLE FACILITIES SHALL BE IDENTIFIED BY THE INTERNATIONAL SYMBOL OF ACCESSIBILITY AND SHALL COMPLY WITH THE FOLLOWING: CHARACTERS, SYMBOLS, AND PICTOGRAPHS SHALL CONTRAST IN COLOR WITH THEIR BACKGROUND AND SHALL BE RAISED AT LEAST 1/32 INCH. SIGNS SHALL BE MOUNTED ON THE LATCH SIDE OF DOORS AT A HEIGHT OF 54 TO 66 INCHES  LETTERS AND NUMBERS ON SIGNS SHALL BE SANS SERIF CHARACTERS WITH A WIDTH-TO-HEIGHT RATIO BETWEEN 1:5 AND 1:1 AND A STROKE WIDTH-TO-HEIGHT RATIO BETWEEN 1:5 AND 1:10. RAISED CHARACTERS OR SYMBOLS SHALL HAVE A HEIGHT OF BETWEEN 5/8 INCH AND 2 INCHES. DOORS TO AREAS POSING DANGER TO THE BLIND SHALL HAVE KNURLED OR ACCEPTABLE PLASTIC ABRASIVE COATED HANDLES. TACTILE WARNING INDICATORS SHALL NOT BE USED TO IDENTIFY EXIT STAIRS. SIGNAGE SHALL BE INSTALLED IN APPROVED LOCATIONS ADJACENT TO OFFICE ENTRANCES.

(L) ALARMS:

IN ALL NEW CONSTRUCTION, AND IN EXISTING BUILDINGS WHERE THE FIRE ALARM SYSTEM IS BEING REPLACED OR INSTALLED, THE FIRE ALARM SYSTEM IS REQUIRED TO HAVE THE FOLLOWING:

(NONCODED) AUDIBLE AND VISIBLE ALARM DEVICES IN ACCORDANCE WITH THE NATIONAL FIRE PROTECTION ASSOCIATION (NFPA) STANDARD NO. 72G

        OR

(NONCODED) AUDIBLE AND VISIBLE ALARM DEVICES IN ACCORDANCE WITH ASSOCIATION (NFPA) STANDARD NO. 72G AND AN EQUIVALENT SPECIALIZED WARNING SYSTEM FOR THE HEARING IMPAIRED. WHEN UTILIZING VISIBLE ALARM DEVICES, THE INDIRECT PRIMARY SIGNALING METHOD IS RECOMMENDED TO BE USED. ALSO, NOTIFICATION CHARACTERISTICS OF THE AUDIBLE AND VISUAL ALARM DEVICES SHALL BE IN ACCORDANCE WITH NFPA 72G.

(M) DRINKING FOUNTAINS:

THE LESSOR SHALL PROVIDE A MINIMUM OF ONE CHILLED DRINKING FOUNTAIN WITHIN EVERY 150 FEET OF TRAVEL DISTANCE ON EACH FLOOR OF OFFICE SPACE. APPROXIMATELY 50 PERCENT OR AT LEAST 1 (WHICHEVER IS GREATER) OF THE WATER FOUNTAINS ON EACH FLOOR MUST BE ACCESSIBLE TO THE HANDICAPPED. ACCESSIBLE FOUNTAINS SHALL HAVE SPOUTS AND HAND-OPERATED CONTROLS WHICH ARE FRONT-MOUNTED AND NO HIGHER THAN 36 INCHES ABOVE THE FINISHED FLOOR. THE SPOUT SHALL PROVIDE WATER FLOWING AT LEAST 4 INCHES HIGH IN A TRAJECTORY PARALLEL OR NEARLY PARALLEL TO THE FRONT OF THE UNIT. ACCESSIBLE FOUNTAINS SHALL MEET THE "HANDICAPPED ACCESSIBILITY" SUBPARAGRAPH ENTITLED "CONTROLS." ACCESSIBLE WALL AND POST MOUNTED UNITS SHALL HAVE A CLEAR KNEE SPACE BETWEEN THE BOTTOM OF THE APRON AND THE FLOOR AT LEAST 27

4.12 HANDICAPPED
     ACCESSIBILITY (J-M)

INITIALS: _____ _____
          LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 14 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION |
|---|---|---|---|
| | | | GENERAL ARCHITECTURAL |

INCHES HIGH, 30 INCHES WIDE, AND 17 TO 19 INCHES DEEP. UNITS SHALL HAVE A MINIMUM CLEAR SPACE OF 30 INCHES BY 48 INCHES TO ALLOW FORWARD WHEELCHAIR APPROACH. UNITS NOT HAVING FREE SPACE UNDER THEM SHALL HAVE A CLEAR FLOOR SPACE OF 30 INCHES BY 48 INCHES TO ALLOW A SIDE APPROACH FROM A PERSON IN A WHEELCHAIR.

(N) STORAGE FACILITIES:

IF STORAGE FACILITIES SUCH AS CABINETS, SHELVES, OR CLOSETS ARE PROVIDED IN ACCESSIBLE SPACES, AT LEAST ONE OF EACH TYPE SHALL HAVE THE FOLLOWING SPECIFICATIONS. A CLEAR FLOOR SPACE AT LEAST 30 INCHES BY 48 INCHES SHALL BE PROVIDED THAT ALLOWS EITHER A FORWARD OR PARALLEL APPROACH BY A PERSON IN A WHEEL CHAIR. HARDWARE SHALL BE INSTALLED IN ACCORDANCE WITH THE CONTROLS PARAGRAPH. ACCESSIBLE STORAGE SPACES SHALL HAVE A REACH RANGE NO LOWER THAN 9 INCHES FROM THE FLOOR AND NO HIGHER THAN 54 INCHES FROM THE FLOOR.

(O) ASSEMBLY AREAS:

IF PLACES OF ASSEMBLY ARE PROVIDED IN ACCESSIBLE AREAS, THEY SHALL COMPLY WITH THE FOLLOWING TABLE:

| CAPACITY OF SEATING AND ASSEMBLY AREAS | NUMBER OF REQUIRED WHEELCHAIR LOCATIONS |
|---|---|
| < THAN 50 | 2 |
| 50 - 75 | 3 |
| 75 - 100 | 4 |
| 101 - 150 | 5 |
| 151 - 200 | 6 |
| 201 - 300 | 7 |
| 301 - 400 | 8 |
| 301 - 500 | 9 |
| 301 - 1000 | 2% OF TOTAL |
| > 1000 | 20 + 1 FOR EACH 100 OVER 1000 |

ASSEMBLY AREAS WITH AUDIO AMPLIFICATION EQUIPMENT SHALL HAVE A LISTENING SYSTEM FOR A REASONABLE NUMBER OF PEOPLE, BUT NO FEWER THAN 2, WITH A SEVERE HEARING LOSS. A CLEAR, LEVEL FLOOR SPACE OF 60 INCHES BY 66 INCHES FOR SIDE ACCESS SEATING OR 48 INCHES BY 66 INCHES FOR FORWARD/REAR ACCESS SEATING SHALL BE PROVIDED.

(P) SEATS AND WORK SURFACES:

IF BUILT IN SEATING OR WORK SURFACES ARE PROVIDED IN ACCESSIBLE AREAS, THEN 5% AT LEAST 1 OF EACH TYPE SHALL BE MADE ACCESSIBLE. TOPS OF WORK SURFACES SHALL BE 28 INCHES TO 34 INCHES FROM THE FLOOR. KNEE SPACES SHALL BE AT LEAST 27 INCHES HIGH, 30 INCHES WIDE, AND 19 INCHES DEEP.

ACCESSIBLE TOILET ROOMS SHALL BE ON ACCESSIBLE ROUTES, HAVE ACCESSIBLE DOORS, AND HAVE AN UNOBSTRUCTED MANEUVERING CLEARANCES AT LEAST 5 FEET IN DIAMETER WHICH MAY OVERLAP THE CLEAR SPACE REQUIRED BY OTHER ACCESSIBLE FEATURES. AT LEAST ONE STANDARD ACCESSIBLE TOILET STALL WITH THE FOLLOWING FEATURES AND CLEARANCES SHALL BE PROVIDED IN EACH ACCESSIBLE TOILET ROOM:

* ACCESSIBLE TOILET ROOMS SHALL BE IDENTIFIED WITH THE INTERNATIONAL SYMBOL OF ACCESSIBILITY, LOCATED ON THE LATCH SIDE OF THE DOOR AT A HEIGHT OF 55 INCHES MINIMUM AND 66 INCHES MAXIMUM.

* A STALL SHALL HAVE A CLEAR FLOOR AREA WITH DIMENSIONS AT LEAST 60 INCHES WIDE AND 56 INCHES DEEP FOR WALL MOUNTED CLOSETS OR 59 INCHES DEEP FOR FLOOR MOUNTED CLOSETS.

* A STALL DOOR SHALL BE LOCATED IN THE CORNER OPPOSITE THE TOILET AND SHALL NOT SWING OVER THE STALL'S MINIMUM CLEAR FLOOR AREA.

* THE TOP CENTER OF THE TOILET SEAT SHALL BE LOCATED 17 TO 19 INCHES ABOVE THE FLOOR AND 18 INCHES FROM A SIDE STALL WALL. SEATS SHALL NOT BE SPRUNG TO RETURN TO A LIFTED POSITION.

* TWO STURDY GRAB BARS WITH A MINIMUM DIAMETER OF 1-1/4 TO 1-1/2 INCHES SHALL BE MOUNTED 1-1/2 INCHES FROM THE WALL AND PARALLEL TO THE FLOOR AT A HEIGHT OF 33 TO 36 INCHES. ONE BAR SHALL BE AT LEAST 3 FEET LONG, RUN ABOVE THE TOILET, AND BEGIN AT A MAXIMUM OF 6 INCHES FROM THE CORNER

INITIALS: _____
           LESSOR      GOVERNMENT

**4.13 HANDICAPPED ACCESSIBILITY (N-P)**

**4.14 HANDICAPPED ACCESSIBILITY (Q)**

| GSA PUBLIC BUILDINGS SERVICE | PAGE 15 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3375

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION GENERAL ARCHITECTURAL |
|---|---|---|

ADJACENT TO THE TOILET. THE SECOND BAR SHALL BEGIN AT A MAXIMUM OF 12 INCHES FROM THE CORNER ADJACENT TO THE TOILET AND RUN TO A POINT AT LEAST 54 INCHES FROM THE REAR WALL. BARS SHALL BE UNOBSTRUCTED AND FREE OF SHARP OR ABRASIVE EDGES.

* TOILET PAPER DISPENSERS HAVING AN UNRESTRICTED PAPER FLOW SHALL BE LOCATED WITHIN REACH AND AT LEAST 19 INCHES ABOVE THE FLOOR.

* FLUSH CONTROLS SHALL BE AUTOMATIC OR HAND OPERATED AND MOUNTED ON THE WIDE SIDE OF TOILET AREAS NO MORE THAN 44 INCHES ABOVE THE FLOOR.

IN INSTANCES OF INITIAL ALTERATIONS WORK WHERE PROVISIONS FOR A STANDARD ACCESSIBLE STALL ARE STRUCTURALLY IMPRACTICABLE OR WHERE PLUMBING CODE REQUIREMENTS PREVENT COMBINING EXISTING STALLS TO PROVIDE SPACE, AN ALTERNATE STALL MAY BE PROVIDED. ALTERNATE STALLS SHALL HAVE THE FOLLOWING MINIMUM SUBSTITUTE FEATURES AND CLEARANCES:

* A CLEAR FLOOR AREA SHALL HAVE DIMENSIONS AT LEAST 36 INCHES WIDE AND 66 INCHES DEEP FOR WALL MOUNTED CLOSETS OR 69 INCHES DEEP FOR FLOOR MOUNTED CLOSETS. BARS SHALL BE MOUNTED ON EACH SIDE, BEGIN AT A MAXIMUM OF 12 INCHES FROM THE REAR WALL, AND RUN TO A POINT AT LEAST 54 INCHES FROM THE REAR WALL.

- OR -

* A CLEAR FLOOR AREA SHALL HAVE DIMENSIONS AT LEAST 48 INCHES WIDE AND 66 INCHES DEEP FOR WALL MOUNTED CLOSETS OR 69 INCHES DEEP FOR FLOOR MOUNTED CLOSETS. ONE BAR SHALL BE AT LEAST 3 FEET LONG, RUN ABOVE THE TOILET, AND BEGIN AT A MAXIMUM OF 6 INCHES FROM THE CORNER ADJACENT TO THE TOILET. THE SECOND BAR SHALL BEGIN AT A MAXIMUM OF 12 INCHES FROM THE CORNER ADJACENT TO THE TOILET AND RUN TO A POINT AT LEAST 54 INCHES FROM THE REAR WALL.

WHERE URINALS ARE PROVIDED, AT LEAST ONE SHALL BE ACCESSIBLE. ACCESSIBLE URINALS SHALL BE STALL-TYPE OR WALL-HUNG WITH AN ELONGATED RIM AT A MAXIMUM OF 17 INCHES ABOVE THE FLOOR. SHIELDS. THE AUTOMATIC OR HAND OPERATED FLUSH CONTROLS NO MORE THAN 44 INCHES ABOVE THE FLOOR, AND SHALL HAVE A CLEAR FLOOR SPACE 4 INCHES BY 48 INCHES FOR FORWARD APPROACH. PRIVACY SHIELDS THAT DO NOT EXTEND BEYOND THE FRONT EDGE OF THE URINAL RIM MAY BE PROVIDED WITH 29 INCHES CLEARANCE BETWEEN THEM.

WHERE LAVATORIES, MIRROR CONTROLS, DISPENSERS, RECEPTACLES, OR OTHER EQUIPMENT IS PROVIDED, AT LEAST ONE OF EACH SHALL BE ACCESSIBLE TO THE HANDICAPPED. ACCESSIBLE MIRRORS SHALL BE MOUNTED WITH THE BOTTOM EDGE OF THE REFLECTING SURFACE NO HIGHER THAN 40 INCHES FROM THE FLOOR. ACCESSIBLE LAVATORIES SHALL BE MOUNTED WITH THE RIM OR COUNTER SURFACE NO HIGHER THAN 34 INCHES ABOVE THE LOWER FRONT EDGE AT LEAST 29 ABOVE THE FINISHED FLOOR. ACCESSIBLE LAVATORIES SHALL HAVE A KNEE CLEARANCE AT LEAST 8 INCHES DEEP AND 27 INCHES HIGH, A TOE CLEARANCE AT LEAST 9 INCHES HIGH, AND A CLEAR FORWARD APPROACH AT LEAST 30 INCHES WIDE AND 48 INCHES DEEP WHICH EXTENDS 17 TO 19 INCHES UNDERNEATH THE LAVATORY. ACCESSIBLE LAVATORIES SHALL HAVE ACCESSIBLE FAUCET CONTROLS. SELF-CLOSING FAUCET VALVES MUST REMAIN OPEN AT LEAST 10 SECONDS. IN THE AREA BENEATH ALL LAVATORIES, THERE SHALL BE NO SHARP OR ABRASIVE SURFACES. HOT WATER AND DRAIN PIPES SHALL BE INSULATED OR COVERED AND PROTRUDE NO MORE THAN 6 INCHES FROM THE WALL.

WHERE TOPOGRAPHICAL CONDITIONS PERMIT, THE SITE SHALL BE LANDSCAPED WITH TREES AND SHRUBBERY. THE CONTRACTING OFFICER SHALL APPROVE THE LANDSCAPING TO BE PROVIDED.

4.15 LANDSCAPING

INITIALS: _____ _____
LESSOR    GOVERNMENT

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3376

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION ARCHITECTURAL FINISHES |
|---|---|---|

ALL REQUIRED FINISH SELECTION SAMPLES MUST BE PROVIDED WITHIN 10 DAYS OF THE REQUEST FOR SUCH BY THE CONTRACTING OFFICER. GSA SHALL DELIVER LAYOUT DRAWINGS AND NECESSARY FINISH SELECTIONS TO THE LESSOR WITHIN 30 DAYS AFTER AWARD OR AFTER RECEIPT OF PLANS AND SAMPLES, WHICHEVER IS LATER.

**5.1  LAYOUT AND FINISHES**

CEILINGS MUST BE AT LEAST 8'0" AND NO MORE THAN 11'0" CLEAR FROM FLOOR TO THE LOWEST OBSTRUCTION. WITH THE EXCEPTION OF SERVICE AREAS, THEY MUST HAVE ACOUSTICAL TREATMENT ACCEPTABLE TO THE CONTRACTING OFFICER, A FLAMESPREAD OF 25 OR LESS, AND A SMOKE DEVELOPMENT RATING OF 50 OR LESS (ASTM E-84). PROTRUSIONS OF FIXTURES INTO TRAFFIC WAYS SHALL BE AVOIDED.

**5.2  CEILINGS AND INTERIOR FINISHES**

IN BUILDINGS PROTECTED THROUGHOUT BY A SPRINKLER SYSTEM MEETING THE GOVERNMENT'S APPROVAL, CEILINGS AND INTERIOR FINISHES IN AREAS NOT PART OF THE NORMAL EXIT MAY HAVE FLAMESPREAD AND SMOKE DEVELOPMENT LIMITS OF 200, IN LIEU OF 25 FOR THE FLAMESPREAD AND 50 FOR SMOKE DEVELOPMENT (ASTM E-84).

IN SPRINKLER PROTECTED EXITS OR ENCLOSED CORRIDORS LEADING TO EXITS, CEILING AND INTERIOR FINISHES MAY BE COMPOSED OF MATERIALS HAVING A FLAMESPREAD RATING OF 75 OR LESS AND A SMOKE DEVELOPMENT RATING OF 100 OR LESS IN LIEU OF 25 FOR FLAMESPREAD AND 50 FOR SMOKE DEVELOPMENT (ASTM E-84).

CEILINGS MUST BE A FLAT PLANE IN EACH ROOM AND SUSPENDED WITH FLUORESCENT RECESSED FIXTURES AND FINISHED AS FOLLOWS UNLESS AN ALTERNATE FINISH IS APPROVED BY THE CONTRACTING OFFICER:

* RESTROOMS:  PLASTER OR POINTED AND TAPED GYPSUM BOARD

* OFFICES AND CONFERENCE ROOMS:  MINERAL AND ACOUSTICAL TILE OR LAY IN PANELS WITH TEXTURED OR PATTERNED SURFACE AND TEGULAR EDGES OR EQUIVALENT QUALITY TO BE APPROVED BY THE CONTRACTING OFFICER.

* CORRIDORS AND EATING/GALLEY AREAS:  PLASTER OR POINTED AND TAPED GYPSUM BOARD OR MINERAL ACOUSTICAL TILE.

PRIOR TO OCCUPANCY ALL SURFACES DESIGNATED BY GSA FOR PAINTING MUST BE NEWLY PAINTED IN COLORS ACCEPTABLE TO GSA. ALL PAINTED SURFACES, INCLUDING ANY PARTITIONING INSTALLED BY THE GOVERNMENT OR LESSOR AFTER GOVERNMENT OCCUPANCY, MUST BE REPAINTED AFTER WORKING HOURS AT LESSOR EXPENSE AT LEAST EVERY 5 YEARS. THIS INCLUDES MOVING AND RETURN OF FURNITURE. PUBLIC AREAS MUST BE PAINTED AT LEAST EVERY 3 YEARS.

**5.3  PAINTING**

EXTERIOR DOORS MUST BE HEAVY DUTY, FULL FLUSH, HOLLOW STEEL CONSTRUCTION, SOLID CORE WOOD, OR INSULATED TEMPERED GLASS. WOOD DOORS SHALL BE AT LEAST 1.75 INCHES THICK. EXTERIOR DOORS SHALL BE WEATHERTIGHT, EQUIPPED WITH AUTOMATIC DOOR CLOSERS AND OPEN OUTWARD. HINGES, PIVOTS, AND PINS SHALL BE INSTALLED IN A MANNER WHICH PREVENTS REMOVAL WHEN THE DOOR IS CLOSED AND LOCKED.

**5.4  DOORS: EXTERIOR.**

DOORS MUST HAVE A MINIMUM OPENING OF 36 INCHES BY 80 INCHES. HOLLOW CORE WOOD DOORS ARE NOT ACCEPTABLE. THEY MUST BE FLUSH, SOLID CORE NATURAL WOOD VENEER FACED OR EQUIVALENT FINISH AS APPROVED BY THE CONTRACTING OFFICER. THEY SHALL BE OPERABLE BY A SINGLE EFFORT AND MUST BE IN ACCORDANCE WITH NATIONAL BUILDING CODE REQUIREMENTS. THEY WILL BE PROVIDED AT A RATIO OF 1 DOOR PER 350 NET USABLE SQUARE FEET.

**5.5  DOORS: INTERIOR.**

DOORS MUST HAVE HEAVY DUTY HARDWARE WITH HARDWARE STOPS. ALL PUBLIC USE DOORS MUST BE EQUIPPED WITH KICK PLATES. DOORS MUST ALSO HAVE PULL BARS OR HANDLES AND AUTOMATIC DOOR CLOSERS. DOOR CLOSERS MUST BE CONCEALED. CORRIDOR AND OUTSIDE DOORS MUST BE EQUIPPED WITH 5-PIN, TUMBLER CYLINDER LOCKS AND DOOR CHECKS. ALL LOCKS MUST BE MASTER KEYED. THE GOVERNMENT MUST BE FURNISHED AT LEAST TWO MASTER KEYS AND TWO KEYS FOR EACH LOCK. HARDWARE FOR DOORS IN THE MEANS OF EGRESS SHALL CONFORM TO NFPA STANDARD NO. 101.

**5.6  DOORS: HARDWARE**

DOOR IDENTIFICATION SHALL BE INSTALLED IN APPROVED LOCATIONS ADJACENT TO OFFICE ENTRANCES. THE FORM OF DOOR IDENTIFICATION MUST BE APPROVED BY THE CONTRACTING OFFICER.

**5.7  DOORS: IDENTIFICATION**

PARTITIONS AND DIVIDERS MUST BE PROVIDED AS OUTLINED BELOW. PARTITIONING REQUIREMENTS MAY BE MET WITH EXISTING PARTITIONS IF THEY MEET THE GOVERNMENT'S STANDARDS AND LAYOUT REQUIREMENTS.

**5.8  PARTITIONS: GENERAL**

PERMANENT PARTITIONS MUST BE PROVIDED AS NECESSARY TO SURROUND STAIRS,

**5.9  PARTITIONS: PERMANENT**

INITIALS: _____ / _____
          LESSOR   GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 17 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3377

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION |
| --- | --- | --- | --- |
| | | | ARCHITECTURAL FINISHES |

CORRIDORS, ELEVATOR SHAFTS, TOILET ROOMS AND JANITOR CLOSETS. THEY SHALL HAVE A FLAMESPREAD RATING OF 25 OR LESS AND A SMOKE DEVELOPMENT RATING OF 50 OR LESS (ASTM E-84). STAIRS, ELEVATORS AND OTHER FLOOR OPENINGS SHALL BE ENCLOSED BY PARTITIONS AND HAVE THE FIRE RESISTANCE REQUIRED BY NFPA NO. 101. THEY SHALL EXTEND FROM THE STRUCTURAL FLOOR SLAB TO THE STRUCTURAL CEILING SLAB.

OFFICE SUBDIVIDING PARTITIONS SHALL COMPLY WITH THE UNIFORM BUILDING CODE (UBC) AND LOCAL REQUIREMENTS. THEY MUST BE PROVIDED AT A RATIO OF ONE LINEAR FOOT FOR EACH 10 LINEAR SQUARE FEET OF SPACE PROVIDED. PARTITIONING OVER INTERIOR OFFICE DOORS IS INCLUDED IN THE MEASUREMENT. THEY MUST EXTEND FROM THE FINISHED FLOOR TO THE FINISHED CEILING AND HAVE A FLAMESPREAD RATING OF 25 OR LESS AND A SMOKE DEVELOPMENT RATING OF 50 OR LESS (ASTM E-84).

PARTITIONS MAY BE PREFINISHED OR TAPED AND PAINTED. HVAC MUST BE REBALANCED AND LIGHTING REPOSITIONED, AS APPROPRIATE, AFTER INSTALLATION OF PARTITIONS.

ACCORDION DIVIDERS TOTALING _____ LINEAR FEET MUST BE PROVIDED. THEY MUST HAVE AN AVERAGE SOUND TRANSMISSION CLASS OF NO LESS THAN 30.

FLOOR COVERING MAY BE EITHER RESILIENT FLOORING OR CARPET, EXCEPT AS OTHERWISE SPECIFIED IN THIS SOLICITATION. FLOOR PERIMETERS AT PARTITIONS MUST HAVE WOOD, RUBBER, VINYL, OR CARPET BASE. ANY EXCEPTIONS MUST BE APPROVED BY THE CONTRACTING OFFICER.

OFFICES AREAS:

PRIOR TO OCCUPANCY CARPET OR CARPET TILES MUST COVER ALL OFFICE AREAS PARTITIONED OR UNPARTITIONED, INCLUDING INTERIOR HALLWAYS AND CONFERENCE ROOMS. THE USE OF EXISTING CARPET MAY BE APPROVED BY THE CONTRACTING OFFICER; HOWEVER, EXISTING CARPET MUST BE SHAMPOOED BEFORE OCCUPANCY AND MUST MEET THE STATIC BUILDUP AND FLAMMABILITY REQUIREMENTS FOR NEW CARPET WHICH FOLLOW IN THIS SOLICITATION.

SPECIALITY AREAS:

RESILIENT FLOORING IS TO BE USED IN REPRODUCTION ROOMS, STORAGE, FILE AND OTHER SPECIALITY ROOMS LISTED BELOW: (SEE DRAWINGS)

TOILET AND SERVICE AREAS:

TERRAZZO, UNGLAZED CERAMIC TILE, AND/OR QUARRY TILE SHALL BE USED IN ALL TOILET AND SERVICE AREAS UNLESS ANOTHER COVERING IS APPROVED BY THE CONTRACTING OFFICER.

CARPET - PHYSICAL REQUIREMENTS:

ANY CARPET TO BE NEWLY INSTALLED MUST MEET THE FOLLOWING SPECIFICATIONS:

* PILE YARN CONTENT: CONTINUOUS FILAMENT SOIL-HIDING NYLON, WOOL/NYLON, OR OLEFIN COMBINATIONS.

* CARPET PILE CONSTRUCTION: LEVEL LOOP, TEXTURED LOOP, LEVEL CUT PILE, OR LEVEL CUT/UNCUT PILE.

* PILE WEIGHT: 28 OUNCES PER SQUARE YARD MINIMUM.

* SECONDARY BACK: SYNTHETIC FIBER OR JUTE FOR GLUE-DOWN INSTALLATION.

* TOTAL WEIGHT: 64 OUNCES PER SQUARE YARD MINIMUM.

* FLAMMABILITY: IN ALL AREAS EXCEPT EXITS, CARPET MUST HAVE A CRITICAL RADIANT FLUX (CRF) OF 0.22 OR GREATER WITH A SPECIFIC OPTICAL DENSITY NOT OVER 450. CARPET IN EXITS MUST HAVE AT LEAST A CRF OF 0.50. CARPET PASSING THE CONSUMER PRODUCTS SAFETY COMMISSION FFL-70 (PILL TEST) IS ACCEPTABLE FOR OFFICE AREAS. IT MAY ALSO BE USED IN CORRIDORS WHICH ARE PROTECTED BY AUTOMATIC SPRINKLERS.

* STATIC BUILDUP: 3.5 KV MAXIMUM WITH BUILT-IN STATIC DISSIPATION IS RECOMMENDED; "STATIC-CONTROLLED" IS ACCEPTABLE.

CARPET - SAMPLES:

INITIALS: _____
LESSOR    GOVERNMENT

Section column:

5.10 PARTITIONS: SUBDIVIDING

5.11 PARTITIONS: FOLDING

5.12 FLOOR COVERING AND PERIMETERS.

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3378

| SOLICITATION OR OFFERS | SFO 91-08 | SECTION ARCHITECTURAL FINISHES |
|---|---|---|

WHEN CARPET MUST BE NEWLY INSTALLED OR CHANGED, THE OFFEROR SHALL PROVIDE THE GOVERNMENT WITH A MINIMUM OF 5 COLOR SAMPLES. THE SAMPLE AND COLOR MUST BE APPROVED BY GSA PRIOR TO INSTALLATION. NO SUBSTITUTES MAY BE MADE BY THE OFFEROR AFTER SAMPLE SELECTION.

CARPET - INSTALLATION:

CARPET MUST BE INSTALLED IN ACCORDANCE WITH MANUFACTURING INSTRUCTIONS TO LAY SMOOTHLY AND EVENLY.

CARPET - REPLACEMENT:

CARPET SHALL BE REPLACED AT LEAST EVERY 10 YEARS DURING GOVERNMENT OCCUPANCY OR ANY TIME DURING THE LEASE WHEN:

* BACKING OR UNDERLAYMENT IS EXPOSED.

* THERE ARE NOTICEABLE VARIATIONS IN SURFACE COLOR OR TEXTURE.

REPLACEMENT INCLUDES MOVING AND RETURN OF FURNITURE.

CARPET - ADDITIONAL SPECIFICATIONS:

IF THE OFFEROR PROPOSES THAT BUILDING MAINTENANCE WILL BE THE RESPONSIBILITY OF THE GOVERNMENT, THE FOLLOWING CARPET SPECIFICATIONS SHALL ALSO APPLY:

* CARPET CONSTRUCTION: AT LEAST 64 TUFTS PER SQUARE INCH, WITH A SYNTHETIC PRIMARY BACK AND TUFT BIND OF AT LEAST 10 POUNDS.

* PILE HEIGHT: 3/16 INCH TO 1/2 INCH.

RESILIENT FLOORING - PHYSICAL REQUIREMENTS:

WHEN RESILIENT FLOORING MUST BE INSTALLED OR CHANGED. THE OFFEROR SHALL PROVIDE THE GOVERNMENT A MINIMUM OF 5 COLOR SAMPLES. THE SAMPLE AND COLOR MUST BE APPROVED BY GSA PRIOR TO INSTALLATION. NO SUBSTITUTES MAY BE MADE BY THE OFFEROR AFTER SAMPLE SELECTION.

RESILIENT FLOORING - REPLACEMENT:

THE FLOORING SHALL BE REPLACED BY THE LESSOR AT NO COST TO THE GOVERNMENT PRIOR TO OR DURING GOVERNMENT OCCUPANCY WHEN IT HAS:

* CURLS, UPTURNED EDGES, OR OTHER NOTICEABLE VARIATIONS IN TEXTURE.

TERRAZZO, UNGLAZED CERAMIC TILE, AND/OR QUARRY TILE SHALL BE USED IN ALL TOILET AND SERVICE AREAS UNLESS ANOTHER COVERING IS APPROVED BY THE CONTRACTING OFFICER.                                                    .13 TOILET AND SERVICE AREAS

RESILIENT FLOORING SHALL COVER (SEE DRAWINGS). SAMPLES MUST BE APPROVED BY THE CONTRACTING OFFICER.                               5.14 RESILIENT FLOORING

REPLACEMENT:

THE FLOORING SHALL BE REPLACED BY THE LESSOR AT NO COST TO THE GOVERNMENT PRIOR TO OR DURING GOVERNMENT OCCUPANCY WHEN IT HAS:

* CURLS, UPTURNED EDGES, OR OTHER NOTICEABLE VARIATIONS IN TEXTURE.

CARPET OR CARPET TILES SHALL COVER 100% OF THE SPACE OR AS DESIGNATED BY          5.15 CARPET
GSA. THE USE OF EXISTING CARPET MAY BE APPROVED BY THE CONTRACTING OFFICER. HOWEVER, EXISTING CARPET MUST BE SHAMPOOED BEFORE OCCUPANCY AND MUST MEET THE STATIC BUILDUP AND FLAMMABILITY REQUIREMENTS FOR NEW CARPET WHICH FOLLOW IN THIS PARAGRAPH.

IF THE CARPET WILL BE NEWLY INSTALLED, THE FOLLOWING SPECIFICATIONS MUST BE MET:

* PILE YARN CONTENT: CONTINUOUS FILAMENT SOIL-HIDING NYLON, WOOL/NYLON, OR OLEFIN COMBINATIONS.

* CARPET PILE CONSTRUCTION: LEVEL LOOP, TEXTURED LOOP, LEVEL CUT PILE, OR LEVEL CUT/UNCUT PILE.

INITIALS: _____
LESSOR      GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 19 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3379

| SOLICITATION OR OFFERS | SFO 91-086 | SECTION ARCHITECTURAL FINISHES |
|---|---|---|

* PILE WEIGHT:  29 OUNCES PER SQUARE YARD MINIMUM.

* SECONDARY BACK:  SYNTHETIC FIBER OR JUTE FOR GLUE-DOWN INSTALLATION.

* TOTAL WEIGHT:  64 OUNCES PER SQUARE YARD MINIMUM.

* FLAMMABILITY:  IN ALL AREAS EXCEPT EXITS, CARPET MUST HAVE A CRITICAL RADIANT FLUX (CRF) OF 0.22 OR GREATER WITH A SPECIFIC OPTICAL DENSITY NOT OVER 450.  CARPET IN EXITS MUST HAVE AT LEAST A CRF OF 0.50.  CARPET PASSING THE CONSUMER PRODUCTS SAFETY COMMISSION FFL-70 (PILL TEST) IS ACCEPTABLE FOR OFFICE AREAS.  IT MAY ALSO BE USED IN CORRIDORS WHICH ARE PROTECTED BY AUTOMATIC SPRINKLERS.

* STATIC BUILDUP:  3.5 KV MAXIMUM WITH BUILT-IN STATIC DISSIPATION IS RECOMMENDED; "STATIC-CONTROLLED" IS ACCEPTABLE.

CARPET:  SAMPLES:

WHEN CARPET MUST BE NEWLY INSTALLED OR CHANGED, THE OFFEROR SHALL PROVIDE THE GOVERNMENT A MINIMUM OF 5 COLOR SAMPLES.  THE SAMPLE AND COLOR MUST BE APPROVED BY GSA PRIOR TO INSTALLATION.  NO SUBSTITUTES MAY BE MADE BY THE OFFEROR AFTER SAMPLE SELECTION.

CARPET:  INSTALLATION:

CARPET MUST BE INSTALLED IN ACCORDANCE WITH MANUFACTURING INSTRUCTIONS TO LAY SMOOTHLY AND EVENLY.

CARPET:  REPLACEMENT:

CARPET SHALL BE REPLACED AT LEAST EVERY 10 YEARS DURING GOVERNMENT OCCUPANCY OR AT ANY TIME DURING THE LEASE WHEN:

* BACKING OR UNDERLAYMENT IS EXPOSED.

* THERE ARE NOTICEABLE VARIATIONS IN SURFACE COLOR OR TEXTURE.

REPLACEMENT INCLUDES MOVING AND RETURN OF FURNITURE.

REVERBERATION CONTROL:

CEILINGS IN CARPETED SPACE SHALL HAVE A NOISE REDUCTION COEFFICIENT (NRC) OF NOT LESS THAN 0.55 IN ACCORDANCE WITH ASTM C-423.  CEILINGS IN OFFICES, CONFERENCE ROOMS, AND CORRIDORS HAVING RESILIENT FLOORING SHALL HAVE AN NRC OF NOT LESS THAN 0.65.

AMBIENT NOISE CONTROL:

AMBIENT NOISE FROM MECHANICAL EQUIPMENT SHALL NOT EXCEED NOISE CRITERIA CURVE (NC) 35 IN ACCORDANCE WITH THE ASHRAE HANDBOOK IN OFFICES AND CONFERENCE ROOMS: NC 40 IN CORRIDORS, CAFETERIAS, LOBBIES, AND TOILETS; NC 50 IN OTHER SPACES.

NOISE ISOLATION:

ROOMS SEPARATED FROM ADJACENT SPACES BY CEILING-HIGH PARTITIONS (NOT INCLUDING DOORS) SHALL NOT BE LESS THAN THE FOLLOWING NOISE ISOLATION CLASS (NIC) STANDARDS WHEN TESTED IN ACCORDANCE WITH ASTM E-336:

    CONFERENCE ROOMS:   NIC-40

    OFFICES:            NIC-35

CERTIFICATION:

THE CONTRACTING OFFICER MAY REQUIRE AT NO COST TO THE GOVERNMENT, A CERTIFICATION ATTESTING THAT ACOUSTICAL REQUIREMENTS HAVE BEEN MET. CERTIFICATION MUST BE ACCOMPANIED BY TEST REPORTS BY A QUALIFIED ACOUSTICAL CONSULTANT VERIFYING REQUIREMENTS FOR CONTROL OF AMBIENT NOISE AND NOISE ISOLATION.

THE REQUIREMENTS OF THIS PARAGRAPH SHALL TAKE PRECEDENCE OVER ANY ADDITIONAL SPECIFICATIONS IN THIS SOLICITATION IF THERE IS A CONFLICT.

IN LIEU OF OTHER ACOUSTICAL REQUIREMENTS, A BACKGROUND SOUND MASKING

Section column:

5.16 ACOUSTICAL REQUIREMENTS

5.17 SOUND MASKING SYSTEM

INITIALS: _____ & _____
          LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 20 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3380

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION ARCHITECTURAL FINISHES |
|---|---|---|

SYSTEM SHALL BE PROVIDED IN THE FOLLOWING AREAS:  (SEE DRAWINGS)

THE SYSTEM SHALL PROVIDE A SPEECH PRIVACY POTENTIAL (SPP) OF NOT LESS THAN 60 UNIFORMLY THROUGHOUT THE SPACE WHEN TESTED ON THE SITE IN ACCORDANCE WITH PBS TEST METHOD PBS-C.1.  (NORMALLY, THIS WILL REQUIRE CEILING PANELS THAT HAVE A MINIMUM SPEECH PRIVACY NOISE ISOLATION CLASS (NIC) OF 20 IN ACCORDANCE WITH FEDERAL SPECIFICATION (SS-S-118)).  LOUDSPEAKERS SHALL BE CONCEALED AND PROVIDED WITH INDIVIDUAL VOLUME CONTROLS.  UPON COMPLETION OF THE TESTING, THE INITIAL SETTINGS TO ATTAIN THE REQUIRED SPP SHALL BE POSTED AT THE SYSTEMS CONTROL CONSOLE.  THE LESSOR WILL BE RESPONSIBLE FOR SYSTEM MAINTENANCE.  THE CONTRACTING OFFICER MAY REQUIRE CERTIFICATION AT NO COST TO THE GOVERNMENT, ACCOMPANIED BY PBS-C.1 TEST REPORT BY A QUALIFIED ACOUSTICAL CONSULTANT ATTESTING THAT THE ABOVE REQUIREMENTS HAVE BEEN MET.

IN PREPARING A DESIGN TO MEET THE REQUIREMENTS OF THIS PARAGRAPH, THE LESSOR SHALL ASSUME THAT THE OCCUPANT AGENCY WILL USE 60 INCH AND/OR 72 INCH HIGH SPACE DIVIDERS IN THIS AREA(S).  SUCH DIVIDERS WILL BE CLASS B IN ACCORDANCE WITH PROCEDURE III-S OF THE PBS STANDARD METHOD OF TEST, PBS-C.2.

WINDOW BLINDS:                                                5.18 WINDOW COVERINGS.

ALL EXTERIOR WINDOWS SHALL BE EQUIPPED WITH WINDOW BLINDS.  THE BLINDS MAY BE ALUMINUM OR PLASTIC VERTICAL BLINDS OR HORIZONTAL BLINDS WITH ALUMINUM SLATS OF ONE INCH WIDTH OR LESS.  THE USE OF ANY OTHER MATERIAL MUST BE APPROVED BY THE CONTRACTING OFFICER.  THE WINDOW BLINDS MUST HAVE NON-CORRODING MECHANISMS AND SYNTHETIC TAPES.  COLOR SELECTION WILL BE MADE BY THE CONTRACTING OFFICER.

DRAPERIES:

DRAPERIES WILL BE PROVIDED IN ALL CONFERENCE ROOMS AND IN THE FOLLOWING OFFICE AREAS:

· AS DESIGNATED BY GSA

DRAPERY FABRIC MUST BE FLAME RETARDANT.  FABRICS SHALL BE LINED WITH EITHER WHITE OR OFF-WHITE PLAIN LINING FABRIC SUITED TO THE DRAPERY FABRIC WEIGHT.  DRAPERY FABRIC SHALL CONFORM TO NFPA STANDARD NO. 701.  DRAPERIES SHALL BE EITHER FLOOR-, APRON-, OR SILL-LENGTH, AS SPECIFIED BY THE GOVERNMENT, AND SHALL BE WIDE ENOUGH TO COVER WINDOW AND TRIM.  DRAPERIES SHALL BE HUNG WITH DRAPERY HOOKS ON WELL-ANCHORED HEAVY DUTY TRAVERSE RODS.  TRAVERSE RODS SHALL DRAW FROM EITHER THE CENTER, RIGHT OR LEFT SIDE.

CONSTRUCTION:

ANY DRAPERIES TO BE NEWLY INSTALLED, MUST BE MADE AS FOLLOWS:

*    100 PERCENT FULLNESS, INCLUDING OVERLAP, SIDE HEMS, AND NECESSARY RETURNS.

*    4-INCH DOUBLE HEADINGS TURNED OVER A 4-INCH PERMANENTLY FINISHED STIFFENER.

*    1-1/2-INCH DOUBLED SIDE HEMS; 4-INCH DOUBLED AND BLIND STITCHED BOTTOM HEMS.

*    THREE-FOLD PINCH PLEATS.

*    SAFETY STITCHED INTERMEDIATE SEAMS.

*    MATCHED PATTERNS.

*    TACKED CORNERS.

*    NO RAW EDGES OR EXPOSED SEAMS.

USE OF EXISTING DRAPERIES MUST BE APPROVED BY THE CONTRACTING OFFICER.

SAMPLES:

A MINIMUM OF 5 PATTERNS AND COLORS SHALL BE MADE AVAILABLE TO THE GOVERNMENT FOR SELECTION; SHADING OF SAMPLE FABRIC SHALL NOT VARY MARKEDLY

INITIALS:

_____  _____
LESSOR           GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE  21 OF  35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3381

| SOLICITATION FOR OFFERS | SFO 91-08b | SECTION ARCHITECTURAL FINISHES |
|---|---|---|

FROM THAT OF THE FINAL PRODUCT.

A TAMPER PROOF DIRECTORY WITH LOCK SHALL BE PROVIDED IN THE BUILDING LOBBY LISTING ALL GOVERNMENT AGENCIES.  IT MUST BE ACCEPTABLE TO THE CONTRACTING OFFICER.

IF THE GOVERNMENT IS THE SOLE OCCUPANT OF THE BUILDING, A FLAGPOLE SHALL BE PROVIDED AT A LOCATION TO BE APPROVED BY THE CONTRACTING OFFICER.  THE FLAG WILL BE PROVIDED BY THE GOVERNMENT.  THIS REQUIREMENT MAY BE WAIVED IF DETERMINED INAPPROPRIATE BY GSA.

5.19 BUILDING DIRECTORY

5.20 FLAG POLE

INITIALS:

LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 22 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3382

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION MECHANICAL, ELECTRICAL, PLUMBING |
|---|---|---|---|

THE LESSOR SHALL PROVIDE AND OPERATE ALL BUILDING EQUIPMENT AND SYSTEMS IN ACCORDANCE WITH APPLICABLE TECHNICAL PUBLICATIONS, MANUALS, AND STANDARD PROCEDURES.  MAINS, LINES, AND METERS FOR UTILITIES SHALL BE PROVIDED BY THE LESSOR.  EXPOSED DUCTS, PIPING, AND CONDUITS ARE NOT PERMITTED IN OFFICE SPACE.
**6.1 MECH ELEC PLUMB: GENERAL**

THE LESSOR SHALL PROVIDE, ON EACH FLOOR OF OFFICE SPACE, A MINIMUM OF ONE CHILLED DRINKING FOUNTAIN WITHIN EVERY 150 FEET OF TRAVEL DISTANCE.
**6.2 DRINKING FOUNTAINS**

SEPARATE TOILET FACILITIES FOR MEN AND WOMEN SHALL BE PROVIDED ON EACH FLOOR OCCUPIED BY THE GOVERNMENT IN THE BUILDING.  THE FACILITIES MUST BE LOCATED SO THAT EMPLOYEES WILL NOT BE REQUIRED TO TRAVEL MORE THAN 150 FEET ON ONE FLOOR TO REACH THE TOILETS.  EACH TOILET ROOM SHALL HAVE SUFFICIENT WATER CLOSETS ENCLOSED WITH MODERN STALL PARTITIONS AND DOORS, URINALS (IN MEN'S ROOM), AND HOT (SET AT 105 DEGREES, IF PRACTICAL) AND COLD WATER.  WATER CLOSETS AND URINALS SHALL NOT BE VISIBLE WHEN THE EXTERIOR DOOR IS OPEN.  EACH MAIN TOILET ROOM SHALL CONTAIN:
**6.3 RESTROOMS.**

EQUIPMENT:

* A MIRROR ABOVE THE LAVATORY.

* A TOILET PAPER DISPENSER IN EACH WATER CLOSET STALL, THAT WILL HOLD AT LEAST TWO ROLLS AND ALLOW EASY UNRESTRICTED DISPENSING.

* A COAT HOOK ON INSIDE FACE OF DOOR TO EACH WATER CLOSET STALL AND ON SEVERAL WALL LOCATIONS BY LAVATORIES.

* AT LEAST ONE MODERN PAPER TOWEL DISPENSER, SOAP DISPENSER AND WASTE RECEPTACLE FOR EVERY TWO LAVATORIES.

* A COIN OPERATED SANITARY NAPKIN DISPENSER IN WOMEN'S TOILET ROOMS WITH WASTE RECEPTACLE FOR EACH WATER CLOSET STALL.

* CERAMIC TILE OR COMPARABLE WAINSCOT FROM THE FLOOR TO A MINIMUM HEIGHT OF 4' 6".

* A DISPOSABLE TOILET SEAT COVER DISPENSER.

* A COUNTER AREA OF AT LEAST TWO FEET IN LENGTH, EXCLUSIVE OF THE LAVATORIES (HOWEVER, IT MAY BE ATTACHED TO THE LAVATORIES) WITH A MIRROR ABOVE AND A GROUND FAULT INTERRUPT TYPE CONVENIENCE OUTLET LOCATED ADJACENT TO THE COUNTER AREA.

HANDICAPPED ACCESSIBILITY:

(SEE THE "GENERAL ARCHITECTURAL" SECTION OF THIS SOLICITATION.)

THE TOILET FIXTURE SCHEDULES SPECIFIED BELOW SHALL BE APPLIED TO EACH FULL FLOOR BASED ON ONE PERSON FOR EACH 135 SQUARE FEET OF OFFICE SPACE IN A RATIO OF 50 PERCENT MEN AND 50 PERCENT WOMEN:
**6.4 RESTROOMS: FIXTURE SCHEDULE**

REFER TO THE SCHEDULE SEPARATELY FOR EACH SEX.

| NUMBER OF MEN*/WOMEN | WATER CLOSETS | LAVATORIES |
|---|---|---|
| 1-15 | 1 | 1 |
| 16-35 | 2 | 2 |
| 36-55 | 3 | 3 |
| 56-60 | 4 | 3 |
| 61-80 | 4 | 4 |
| 81-90 | 5 | 4 |
| 91-110 | 5 | 5 |
| 111-125 | 6 | 5 |
| 126-150 | 6 | ** |
| OVER 150 | *** | |

* IN MEN'S FACILITIES, URINALS MAY BE SUBSTITUTED FOR ONE-THIRD OF THE WATER CLOSETS SPECIFIED.

** ADD ONE LAVATORY FOR EACH 45 ADDITIONAL EMPLOYEES OVER 125.

*** ADD ONE WATER CLOSET FOR EACH 40 ADDITIONAL EMPLOYEES OVER 150.

JANITOR CLOSETS WITH SERVICE SINK, HOT AND COLD WATER, AND AMPLE STORAGE FOR CLEANING EQUIPMENT, MATERIALS, AND SUPPLIES SHALL BE PROVIDED ON ALL FLOORS.  JANITOR CLOSETS SHALL HAVE DOOR(S) FITTED WITH AN AUTOMATIC
**6.5 JANITOR CLOSETS**

INITIALS: ___/___
LESSOR   GOVERNMENT

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3383

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION MECHANICAL, ELECTRIC L, PLUMBING |
|---|---|---|

DEADLOCKING LATCH BOLT WITH A MINIMUM THROW OF 1/2 INCH.

THERMOSTATS SHALL BE SET TO MAINTAIN TEMPERATURES BETWEEN 65 AND 70 DEGREES FAHRENHEIT DURING THE HEATING SEASON AND BETWEEN 76 AND 80 DEGREES FAHRENHEIT DURING THE COOLING SEASON.   THESE TEMPERATURES MUST BE MAINTAINED THROUGHOUT THE LEASED PREMISES AND SERVICE AREAS, REGARDLESS OF OUTSIDE TEMPERATURES, DURING THE HOURS OF OPERATION SPECIFIED IN THE LEASE.

DURING NON WORKING HOURS, HEATING TEMPERATURES SHALL BE SET NO HIGHER THAN 55 DEGREES FAHRENHEIT AND AIR CONDITIONING WILL NOT BE PROVIDED. THERMOSTATS SHALL BE SECURED FROM MANUAL OPERATION BY KEY OR LOCKED CAGE. A KEY SHALL BE PROVIDED TO THE GSA FIELD OFFICE MANAGER.

HEATING SYSTEMS SHALL NOT BE OPERATED TO MAINTAIN TEMPERATURES ABOVE 70 DEGREES, AND COOLING SYSTEMS SHALL NOT BE OPERATED TO ACHIEVE TEMPERATURES BELOW 76 DEGREES.   HEATING ENERGY SHALL NOT BE USED TO ACHIEVE THE TEMPERATURE SPECIFIED FOR COOLING, AND COOLING ENERGY SHALL NOT BE USED TO ACHIEVE THE TEMPERATURE SPECIFIED FOR HEATING.

AREAS HAVING EXCESSIVE HEAT GAIN OR HEAT LOSS, OR AFFECTED BY SOLAR RADIATION AT DIFFERENT TIMES OF THE DAY, SHALL BE INDEPENDENTLY CONTROLLED.

ZONE CONTROL:

INDIVIDUAL THERMOSTAT CONTROL SHALL BE PROVIDED FOR OFFICE SPACE WITH CONTROL AREAS NOT TO EXCEED 2000 SQUARE FEET.  AREAS WHICH ROUTINELY HAVE EXTENDED HOURS OF OPERATION SHALL BE ENVIRONMENTALLY CONTROLLED THROUGH DEDICATED HEATING AND AIR-CONDITIONING EQUIPMENT.  SPECIAL PURPOSE AREAS (SUCH AS PHOTOCOPY CENTERS, LARGE CONFERENCE ROOMS, ETC.) WITH AN INTERNAL LOAD IN EXCESS OF 5 TONS SHALL BE INDEPENDENTLY CONTROLLED.  CONCEALED PACKAGE AIR-CONDITIONING EQUIPMENT SHALL BE PROVIDED TO MEET LOCALIZED SPOT COOLING OF TENANT SPECIAL EQUIPMENT.  PORTABLE SPACE HEATERS ARE PROHIBITED FROM USE.

EQUIPMENT PERFORMANCE:

TEMPERATURE CONTROL FOR OFFICE SPACES SHALL BE ASSURED BY CONCEALED CENTRAL HEATING AND AIR-CONDITIONING EQUIPMENT.  THE EQUIPMENT SHALL MAINTAIN SPACE TEMPERATURE CONTROL OVER A RANGE OF INTERNAL LOAD FLUCTUATIONS OF PLUS 0.5 WATT/SQ.FT. TO MINUS 1.5 WATTS/SQ.FT. FROM INITIAL DESIGN REQUIREMENTS OF THE TENANT.

OUTSIDE AIR SHALL BE PROVIDED TO ALL OFFICE SPACE FOR A MINIMUM OF 10 CUBIC FEET PER MINUTE (CFM) FOR EACH PERSON OR 0.2 CFM PER SQUARE FOOT, WHICHEVER IS GREATER.  ECONOMIZER CYCLE FREE COOLING, USING OUTSIDE AIR MAY BE USED FOR COOLING.  WHERE THE GOVERNMENT PAYS UTILITIES, AN AUTOMATIC AIR ECONOMIZER CYCLE MUST BE PROVIDED TO ALL AIR HANDLING EQUIPMENT.  CONFERENCE ROOMS OF 350 SQUARE FEET OR GREATER SHALL BE PROVIDED WITH A DEDICATED SOURCE OF VENTILATION OR BE FITTED WITH AIR HANDLING EQUIPMENT WITH SMOKE/ODOR REMOVING FILTERS.

WHERE THE LESSOR PROPOSES THAT THE GOVERNMENT SHOULD PAY UTILITIES, THE BUILDING SHALL HAVE A FULLY FUNCTIONAL BUILDING AUTOMATION SYSTEM (BAS) CAPABLE OF CONTROL REGULATION AND MONITORING OF ALL ENVIRONMENTAL CONDITIONING EQUIPMENT.  THE BAS SHALL BE FULLY SUPPORTED BY A SERVICE AND MAINTENANCE CONTRACT.

THE LESSOR SHALL BE RESPONSIBLE FOR MEETING THE APPLICABLE REQUIREMENTS OF THE NATIONAL ELECTRIC CODE, THE NATIONAL ELECTRIC SAFETY CODE; STANDARDS OF THE NATIONAL ELECTRIC MANUFACTURERS' ASSOCIATION. INSULATED POWER CABLE ENGINEERS' ASSOCIATION, THE AMERICAN INSTITUTE OF ELECTRICAL ENGINEERS, AND LOCAL CODES AND ORDINANCES.  WHEN CODES CONFLICT, THE MORE STRINGENT STANDARD SHALL APPLY.  MAIN SERVICE FACILITIES WILL BE ENCLOSED.  THE ENCLOSURE MAY NOT BE USED FOR STORAGE OR OTHER PURPOSES AND SHALL HAVE DOOR(S) FITTED WITH AN AUTOMATIC DEADLOCKING LATCH BOLT WITH A MINIMUM THROW OF 1/2 INCH.  DISTRIBUTION PANELS MUST BE CIRCUIT BREAKER TYPE WITH 10 PERCENT SPARE POWER LOAD AND CIRCUITS.

FOURPLEX (DOUBLE DUPLEX) FLOOR OR WALL OUTLETS SHALL BE PROVIDED IN OFFICE AREAS ON THE BASIS OF ONE (1) PER 200 SQUARE FEET.  DUPLEX FLOOR OR WALL OUTLETS SHALL BE PROVIDED ON THE BASIS OF ONE (1) PER 170 SQUARE FEET. TELEPHONE FLOOR OR WALL OUTLETS SHALL ALSO BE PROVIDED ON THE BASIS OF ONE (1) PER 100 SQUARE FEET.  THE RATIO OF FLOOR TO WALL OUTLETS SHOULD BE 20

| | Section column |
|---|---|
| 6.6 | HEATING & AIR CONDITIONING |
| 6.7 | VENTILATION. |
| 6.8 | ELECTRICAL: GENERAL |
| 6.9 | ELECTRICAL: DISTRIBUTION. |

INITIALS: _____  &  _____
          LESSOR     GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 24 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3384

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION MECHANICAL, ELECTRICAL, PLUMBING |
|---|---|---|---|

PERCENT TO 80 PERCENT, RESPECTIVELY, DEDICATED, CLEAN ELECTRICAL COMPUTER RECEPTACLES, A DISTINCTLY DIFFERENT COLOR THAN THE FOURPLEX AND DUPLEX OUTLETS, SHALL BE PROVIDED ON THE BASIS OF ONE (1) PER 250 SQUARE FEET.

THE LESSOR MUST INSURE THAT OUTLETS AND ASSOCIATED WIRING (FOR ELECTRICITY, VOICE, AND DATA) TO THE WORKSTATION WILL BE SAFELY CONCEALED IN RECESSED FLOOR DUCTS, UNDER RAISED FLOORING, BY USE OF FLAT WIRE OR BY A COMPARABLE METHOD ACCEPTABLE TO THE CONTRACTING OFFICER.  SHOULD THE SPACE OFFERED BE PROPOSED BY NEW CONSTRUCTION, RAISED FLOORING IS PREFERRED.  IN ANY CASE, CABLE ON THE FLOOR SURFACE MUST BE MINIMIZED. POWER POLES ARE NOT ACCEPTABLE.  WIRING MUST BE CONCEALED UNDER THE FLOOR. ALL FLOORS MUST HAVE 220 VOLT, SINGLE PHASE, 60 HERTZ ELECTRIC SERVICE AVAILABLE.  DUPLEX OUTLETS MUST BE CIRCUITED SEPARATELY FROM THE LIGHTING.

THE GOVERNMENT RESERVES THE RIGHT TO PROVIDE ITS OWN TELECOMMUNICATION (VOICE AND DATA) SERVICE IN THE SPACE TO BE LEASED.  THE GOVERNMENT MAY CONTRACT WITH ANOTHER PARTY TO HAVE INSIDE WIRING AND TELEPHONE EQUIPMENT INSTALLED  OR USE WIRING PROVIDED BY THE LESSOR, IF AVAILABLE.  IN ANY CASE, SPACE FOR TELECOMMUNICATION EQUIPMENT SHALL BE PROVIDED BY THE LESSOR.  TELECOMMUNICATION SWITCHROOMS, WIRE CLOSETS, AND RELATED SPACES SHALL BE ENCLOSED.  THE ENCLOSURE MAY NOT BE USED FOR STORAGE OR OTHER PURPOSES AND SHALL HAVE DOOR(S) FITTED WITH AN AUTOMATIC DEADLOCKING LATCH BOLT WITH A MINIMUM THROW OF 1/2 INCH.          **6.10 TELEPHONE EQUIPMENT**

MODERN LOW BRIGHTNESS, PARABOLIC TYPE 2' X 4' OR 2' X 2' FLUORESCENT FIXTURES USING NO MORE THAN 2.0 WATTS/SQUARE FOOT SHALL BE PROVIDED.  SUCH FIXTURES SHALL BE CAPABLE OF PRODUCING AND MAINTAINING A UNIFORM LIGHTING LEVEL OF 50 FOOT-CANDLES AT WORKING SURFACE HEIGHT THROUGHOUT THE SPACE. A LIGHTING LEVEL OF AT LEAST 20 FOOT-CANDLES AT FOOT LEVEL SHOULD BE MAINTAINED IN CORRIDORS PROVIDING INGRESS AND EGRESS TO THE GOVERNMENT LEASED SPACE.  1 TO 10 FOOT-CANDLES OR MINIMUM LEVELS SUFFICIENT TO ENSURE SAFETY SHOULD BE MAINTAINED IN OTHER NON-WORKING AREAS.  WHEN THE SPACE IS NOT IN USE BY THE GOVERNMENT, INTERIOR AND EXTERIOR LIGHTING, EXCEPT THAT ESSENTIAL FOR SAFETY AND SECURITY PURPOSES, SHALL BE TURNED OFF.          **6.11 LIGHTING: INTERIOR.**

BUILDING ENTRANCES AND PARKING AREAS MUST BE LIGHTED.  BALLASTS ARE TO BE RAPID-START, THERMALLY PROTECTED, VOLTAGE REGULATING TYPE, UL LISTED AND ETL APPROVED.

OUTDOOR PARKING AREAS SHALL HAVE A MINIMUM OF ONE FOOT-CANDLE OF ILLUMINATION.  INDOOR PARKING AREAS SHALL HAVE A MINIMUM OF 10 FOOT-CANDLES LEVEL ILLUMINATION.

SWITCHES SHALL BE LOCATED ON COLUMNS OR WALLS BY DOOR OPENINGS IN ACCORDANCE WITH THE "CONTROLS" SUBPARAGRAPH OF THE PARAGRAPH ENTITLED "HANDICAPPED ACCESSIBILITY" IN THE "GENERAL ARCHITECTURAL" SECTION OF THIS SOLICITATION.  NO MORE THAN 1000 SQUARE FEET OF OPEN SPACE SHALL BE CONTROLLED BY ONE LIGHT SWITCH.          **6.12 SWITCHES**

THE LESSOR SHALL PROVIDE SUITABLE PASSENGER AND FREIGHT ELEVATOR SERVICE TO ALL GSA-LEASED SPACE NOT HAVING GROUND LEVEL ACCESS.  SERVICE SHALL BE AVAILABLE DURING THE HOURS SPECIFIED IN THE PARAGRAPH ENTITLED "NORMAL HOURS"  IN THE "SERVICES, UTILITIES, MAINTENANCE" SECTION OF THIS SOLICITATION.  HOWEVER, ONE ELEVATOR SHALL BE AVAILABLE AT ALL TIMES FOR GOVERNMENT USE.  GSA WILL BE GIVEN 24-HOUR ADVANCE NOTICE IF THE SERVICE IS TO BE INTERRUPTED MORE THAN 1-1/2 HOURS.  INTERRUPTION SHALL BE SCHEDULED FOR MINIMUM INCONVENIENCE.          **6.13 ELEVATORS**

CODE:

ELEVATORS SHALL CONFORM TO THE CURRENT EDITIONS OF THE AMERICAN NATIONAL STANDARD A17.1, SAFETY CODE FOR ELEVATORS AND ESCALATORS, EXCEPT THAT ELEVATOR CABS ARE NOT REQUIRED TO HAVE A VISUAL OR AUDIBLE SIGNAL TO NOTIFY PASSENGERS DURING AUTOMATIC RECALL.  AND ELEVATOR LOBBY SMOKE DETECTORS MUST NOT ACTIVATE THE BUILDING FIRE ALARM SYSTEM, BUT MUST SIGNAL THE FIRE DEPARTMENT OR CENTRAL STATION SERVICE AND CAPTURE THE ELEVATORS.  THE ELEVATOR SHALL BE INSPECTED AND MAINTAINED IN ACCORDANCE WITH THE CURRENT REQUIREMENTS OF THE AMERICAN NATIONAL STANDARD A17.2, INSPECTOR'S MANUAL FOR ELEVATORS.

ENTRANCE:

THE ELEVATOR ENTRANCE SHOULD PROVIDE A CLEAR OPENING OF AT LEAST 36 INCHES.  THE INSIDE MEASUREMENTS SHALL BE A MINIMUM OF 51 INCHES DEEP AND 68 INCHES WIDE.

INITIALS: _____
          LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 25 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3385

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION |
|---|---|---|---|
| | | | MECHANICAL, ELECTRICAL, PLUMBING |

CALL BUTTONS:

SEE THE "CONTROLS" SUBPARAGRAPH OF THE PARAGRAPH ENTITLED "HANDICAPPED ACCESSIBILITY" IN THE "GENERAL ARCHITECTURAL" SECTION OF THIS SOLICITATION.

SAFETY SYSTEMS:

ELEVATORS ARE TO BE EQUIPPED WITH TELEPHONES OR OTHER TWO-WAY EMERGENCY SIGNALLING SYSTEMS. THE SYSTEM USED SHALL BE MARKED AND REACH AN EMERGENCY COMMUNICATION LOCATION MANNED DURING NORMAL OPERATING HOURS WHEN THE ELEVATORS ARE IN SERVICE.

WHEN GOVERNMENT OCCUPANCY IS 3 OR MORE FLOORS ABOVE GRADE, AUTOMATIC ELEVATOR EMERGENCY RECALL IS REQUIRED.

SPEED:

THE PASSENGER ELEVATORS MUST HAVE A CAPACITY TO TRANSPORT IN 5 MINUTES 15 PERCENT OF THE NORMAL POPULATION OF ALL UPPER FLOORS (BASED ON 125 SQUARE FEET PER PERSON). FURTHER, THE DISPATCH INTERVAL BETWEEN ELEVATORS DURING THE UP-PEAK DEMAND PERIOD SHOULD NOT EXCEED 35 SECONDS.

INITIALS: _____ _____
                LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 26 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3386

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION<br>SERVICES, UTILITIES,<br>MAINTENANCE |
|---|---|---|---|

THE LESSOR MUST HAVE A BUILDING SUPERINTENDENT OR A LOCALLY DESIGNATED REPRESENTATIVE AVAILABLE TO PROMPTLY CORRECT DEFICIENCIES.

**7.1  SERV UTIL MAINT: GENERAL**

SERVICES, UTILITIES, AND MAINTENANCE WILL BE PROVIDED DAILY, EXTENDING 7:00AM TO 6:00PM EXCEPT SATURDAYS, SUNDAYS, AND FEDERAL HOLIDAYS.

**7.2  NORMAL HOURS**

(A)  THE GOVERNMENT SHALL HAVE ACCESS TO THE LEASED SPACE AT ALL TIMES, INCLUDING THE USE OF ELEVATORS, TOILETS, LIGHTS, AND SMALL BUSINESS MACHINES WITHOUT ADDITIONAL PAYMENT.

**7.3  OVERTIME USAGE**

(B)  IF HEATING OR COOLING IS REQUIRED ON AN OVERTIME BASIS, SUCH SERVICES WILL BE ORDERED ORALLY OR IN WRITING BY THE CONTRACTING OFFICER OR GSA BUILDINGS MANAGER.  WHEN ORDERED, SERVICES SHALL BE PROVIDED AT THE HOURLY RATE NEGOTIATED PRIOR TO AWARD.  COSTS FOR PERSONAL SERVICES SHALL ONLY BE INCLUDED AS AUTHORIZED BY GSA.

(C)  WHEN THE COST OF SERVICE IS $2,000 OR LESS, THE SERVICE MAY BE ORDERED ORALLY.  AN INVOICE SHALL BE SUBMITTED TO THE OFFICIAL PLACING THE ORDER FOR CERTIFICATION AND PAYMENT.  ORDERS FOR SERVICES COSTING MORE THAN $2,000 WILL BE PLACED USING A GSA FORM 300, ORDER FOR SUPPLIES OR SERVICES.  THE CLAUSES ENTITLED "GSAR 552.232-71 PROMPT PAYMENT (APR 1989)" AND "GSAR 552.232-72 INVOICE REQUIREMENTS (VARIATION) (APR 1989)" ON THE GSA FORM 3517, GENERAL CLAUSES, APPLY TO ALL ORDERS FOR OVERTIME SERVICES.

(D)  ALL ORDERS ARE SUBJECT TO THE TERMS AND CONDITIONS OF THIS LEASE.  IN THE EVENT OF A CONFLICT BETWEEN AN ORDER AND THIS LEASE, THE LEASE SHALL CONTROL.

THE LESSOR SHALL ENSURE THAT UTILITIES NECESSARY FOR OPERATION ARE PROVIDED AND ALL ASSOCIATED COSTS ARE INCLUDED AS A PART OF THE ESTABLISHED RENTAL RATE.

**7.4  UTILITIES**

THE LESSOR IS RESPONSIBLE FOR THE TOTAL MAINTENANCE AND REPAIR OF THE LEASED PREMISES IN ACCORDANCE WITH PARAGRAPH 16, GSA FORM 3517.  SUCH MAINTENANCE AND REPAIRS INCLUDE SITE AND THEIR ACCESS ROADS.  ALL EQUIPMENT AND SYSTEMS SHALL BE MAINTAINED TO PROVIDE RELIABLE, ENERGY EFFICIENT SERVICE WITHOUT UNUSUAL INTERRUPTION, DISTURBING NOISES, EXPOSURE TO FIRE OR SAFETY HAZARDS, UNCOMFORTABLE DRAFTS, EXCESSIVE AIR VELOCITIES, OR UNUSUAL EMISSIONS OF DIRT.  THE LESSOR'S MAINTENANCE RESPONSIBILITY INCLUDES INITIAL SUPPLY AND REPLACEMENT OF ALL SUPPLIES, MATERIALS, AND EQUIPMENT NECESSARY FOR SUCH MAINTENANCE.  MAINTENANCE, TESTING, AND INSPECTION OF APPROPRIATE EQUIPMENT AND SYSTEMS MUST BE DONE IN ACCORDANCE WITH APPLICABLE CODES, AND INSPECTION CERTIFICATES MUST BE DISPLAYED AS APPROPRIATE.  COPIES OF ALL RECORDS IN THIS REGARD SHALL BE FORWARDED TO THE GSA FIELD OFFICE MANAGER OR A DESIGNATED REPRESENTATIVE.

**7.5  MAINTENANCE & TESTING OF SYSTEMS**

WITHOUT ANY ADDITIONAL CHARGE, THE GOVERNMENT RESERVES THE RIGHT TO REQUIRE THE LESSOR OR HIS REPRESENTATIVE TO TEST ONCE A YEAR, WITH PROPER NOTICE, SUCH SYSTEMS AS FIRE ALARM, SPRINKLER, EMERGENCY GENERATOR, ETC. TO ENSURE PROPER OPERATION.  UPON REQUEST, APPROPRIATE OPERATIONS AND MAINTENANCE MANUALS SHALL BE MADE AVAILABLE FOR THE GOVERNMENT'S REVIEW DURING THESE TESTS.  THESE TESTS SHALL BE WITNESSED BY A REPRESENTATIVE OF THE CONTRACTING OFFICER.

THE LESSOR SHALL BE RESPONSIBLE FOR FLAG DISPLAY ON ALL WORKDAYS AND FEDERAL HOLIDAYS.  THE GOVERNMENT WILL PROVIDE INSTRUCTIONS WHEN FLAGS MUST BE FLOWN AT HALF-STAFF.

**7.6  FLAG DISPLAY**

THE LESSOR SHALL PROVIDE A LEVEL OF SECURITY WHICH REASONABLY DETERS UNAUTHORIZED ENTRY TO THE SPACE LEASED DURING NON-DUTY HOURS AND DETERS LOITERING OR DISRUPTIVE ACTS IN AND AROUND THE SPACE LEASED DURING DUTY HOURS.

**7.7  SECURITY**

CLEANING IS TO BE PERFORMED AFTER TENANT WORKING HOURS UNLESS DAYTIME CLEANING IS SPECIFIED AS A SPECIAL REQUIREMENT ELSEWHERE IN THIS SOLICITATION.

**7.8  JANITORIAL SERVICES**

THE LESSOR SHALL MAINTAIN THE LEASED PREMISES, INCLUDING OUTSIDE AREAS IN A CLEAN CONDITION AND SHALL PROVIDE SUPPLIES AND EQUIPMENT.  THE FOLLOWING SCHEDULE DESCRIBES THE LEVEL OF SERVICES INTENDED.  PERFORMANCE WILL BE BASED ON THE CONTRACTING OFFICER'S EVALUATION OF RESULTS, NOT THE FREQUENCY OR METHOD OF PERFORMANCE.

DAILY:

INITIALS: _____ & _____
            LESSOR   GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE | 27 OF 35 | April 22, 1991 |
|---|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3387

| | SFO | | SECTION |
|---|---|---|---|
| SOLICITATION FOR OFFERS | | 91-086 | SERVICES, UTILITIES, MAINTENANCE |

EMPTY TRASH RECEPTACLES AND CLEAN ASHTRAYS. SWEEP ENTRANCES, LOBBIES AND CORRIDORS. SPOT SWEEP FLOORS AND SPOT VACUUM CARPETS. CLEAN DRINKING FOUNTAINS. SWEEP AND DAMP MOP OR SCRUB TOILET ROOMS. CLEAN ALL TOILET FIXTURES AND REPLENISH TOILET SUPPLIES. DISPOSE OF ALL TRASH AND GARBAGE GENERATED IN OR ABOUT THE BUILDING. WASH INSIDE AND OUT OR STEAM CLEAN CANS USED FOR COLLECTION OF FOOD REMNANTS FROM SNACK BARS AND VENDING MACHINES. DUST HORIZONTAL SURFACES THAT ARE READILY AVAILABLE AND VISIBLY REQUIRE DUSTING. SPRAY BUFF RESILIENT FLOORS IN MAIN CORRIDORS, ENTRANCES AND LOBBIES. CLEAN ELEVATORS AND ESCALATORS. REMOVE CARPET STAINS. POLICE SIDEWALKS, PARKING AREAS AND DRIVEWAYS. SWEEP LOADING DOCK AREAS AND PLATFORMS.

**THREE TIMES A WEEK:**

SWEEP OR VACUUM STAIRS.

**WEEKLY:**

DAMP MOP AND SPRAY BUFF ALL RESILIENT FLOORS IN TOILETS AND HEALTH UNITS. SWEEP SIDEWALKS, PARKING AREAS AND DRIVEWAYS (WEATHER PERMITTING).

**EVERY TWO WEEKS:**

SPRAY BUFF RESILIENT FLOORS IN SECONDARY CORRIDORS, ENTRANCE AND LOBBIES. DAMP MOP AND SPRAY BUFF HARD AND RESILIENT FLOORS IN OFFICE SPACE.

**MONTHLY:**

THOROUGHLY DUST FURNITURE. COMPLETELY SWEEP AND/OR VACUUM CARPETS. SWEEP STORAGE SPACE. SPOT CLEAN ALL WALL SURFACES WITHIN 70" OF THE FLOOR.

**EVERY TWO MONTHS:**

DAMP WIPE TOILET WASTEPAPER RECEPTACLES, STALL PARTITIONS. DOORS, WINDOW SILLS AND FRAMES. SHAMPOO ENTRANCE AND ELEVATOR CARPETS.

**THREE TIMES A YEAR:**

DUST WALL SURFACES WITHIN 70" OF THE FLOOR, VERTICAL SURFACES AND UNDER SURFACES. CLEAN METAL AND MARBLE SURFACES IN LOBBIES. WET MOP OR SCRUB GARAGES.

**TWICE A YEAR:**

WASH ALL INTERIOR AND EXTERIOR WINDOWS AND OTHER GLASS SURFACES. STRIP AND APPLY FOUR COATS OF FINISH TO RESILIENT FLOORS IN TOILETS. STRIP AND REFINISH MAIN CORRIDORS AND OTHER HEAVY TRAFFIC AREAS.

**ANNUALLY:**

WASH ALL VENETIAN BLINDS AND DUST SIX MONTHS FROM WASHING. VACUUM OR DUST ALL SURFACES IN THE BUILDING OF 70" FROM THE FLOOR, INCLUDING LIGHT FIXTURES. VACUUM ALL DRAPES IN PLACE. STRIP AND REFINISH FLOORS IN OFFICES AND SECONDARY LOBBIES AND CORRIDORS. SHAMPOO CARPETS IN CORRIDORS AND LOBBIES. CLEAN BALCONIES, LEDGES, COURTS, AREAWAYS AND FLAT ROOFS.

**EVERY TWO YEARS:**

SHAMPOO CARPETS IN ALL OFFICES AND OTHER NON-PUBLIC AREAS.

**EVERY FIVE YEARS:**

DRY CLEAN OR WASH (AS APPROPRIATE) ALL DRAPES.

**AS REQUIRED:**

PROPERLY MAINTAIN PLANTS AND LAWNS, REMOVE SNOW AND ICE FROM ENTRANCES, EXTERIOR WALKS AND PARKING LOTS OF THE BUILDING. PROVIDE INITIAL SUPPLY, INSTALLATION AND REPLACEMENT OF LIGHT BULBS, TUBES, BALLASTS AND STARTERS. REPLACE WORN FLOOR COVERINGS (THIS INCLUDES MOVING AND RETURN OF FURNITURE). EXTERMINATE PESTS.

WITHIN 60 DAYS AFTER OCCUPANCY BY THE GOVERNMENT, THE LESSOR SHALL PROVIDE THE CONTRACTING OFFICER WITH A DETAILED WRITTEN SCHEDULE OF ALL PERIODIC SERVICES AND MAINTENANCE TO BE PERFORMED OTHER THAN DAILY, WEEKLY OR

INITIALS: _____ & _____
LESSOR    GOVERNMENT

.9 SCHEDULE OF PERIODIC SERVICES

| GSA PUBLIC BUILDINGS SERVICE | PAGE 28 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3388

| SOLICITATION FOR OFFERS | SFO    91-086 | SECTION  SERVICES, UTILITIES, MAINTENANCE |
|---|---|---|

MONTHLY.

PERFORMANCE WILL BE BASED ON THE CONTRACTING OFFICER'S EVALUATION OF RESULTS AND NOT THE FREQUENCY OR THE METHOD OF PERFORMANCE.  LANDSCAPE MAINTENANCE IS TO BE PERFORMED DURING THE GROWING SEASON ON A WEEKLY CYCLE AND WILL CONSIST OF WATERING, MOWING, AND POLICING AREA TO KEEP IT FREE OF DEBRIS.  PRUNING AND FERTILIZATION ARE TO BE DONE ON AN AS NEEDED BASIS. IN ADDITION, DEAD OR DYING PLANTS ARE TO BE REPLACED.

7.10 LANDSCAPE MAINTENANCE

INITIALS: _____
          LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE  29 OF  35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3389

| SOLICITATION FOR OFFERS | SFO | 91-086 | SECTION |
|---|---|---|---|
| | | | SAFETY AND FIRE PREVENTION |

EQUIPMENT, SERVICES OR UTILITIES FURNISHED AND ACTIVITIES OF OTHER OCCUPANTS SHALL BE FREE OF SAFETY, HEALTH AND FIRE HAZARDS. WHEN HAZARDS ARE DETECTED, THEY MUST BE PROMPTLY CORRECTED AT THE LESSOR'S EXPENSE.

**8.1  CODE VIOLATIONS**

PORTABLE TYPE FIRE EXTINGUISHERS MEETING REQUIREMENTS OF NFPA STANDARD NO. 10 SHALL BE PROVIDED AND MAINTAINED BY THE LESSOR. INITIAL AND REPLACEMENT CHARGES FOR FIRE EXTINGUISHERS SHALL BE PROVIDED BY THE LESSOR. INSPECTION (QUICK CHECK) AND MAINTENANCE (THOROUGH CHECK) OF THESE EXTINGUISHERS SHALL BE DONE IN ACCORDANCE WITH NFPA STANDARD NO. 10.

**8.2  PORTABLE FIRE EXTINGUISHERS**

STANDPIPES SHALL BE PROVIDED WHEN GOVERNMENT OCCUPANCY IS FOUR OR MORE FLOORS ABOVE GRADE AND SHALL CONFORM TO NFPA STANDARD NO. 14. STANDPIPES SHALL BE LOCATED IN STAIRWELLS AND SHALL BE EQUIPPED WITH A 2-1/2-INCH VALVED OUTLET AT EACH FLOOR LEVEL.

**8.3  STANDPIPES**

AUTOMATIC SPRINKLER REQUIREMENTS ARE AS FOLLOWS:

**8.4  SPRINKLER SYSTEM**

(1)  REGARDLESS OF THE AMOUNT OF SPACE, WHEN THE GOVERNMENT LEASES SPACE ON THE 6TH FLOOR OR ABOVE, ALL FLOORS UP TO AND INCLUDING THE FLOOR OF OCCUPANCY MUST BE SPRINKLERED.

(2)  ALL FLOORS ON WHICH THE GOVERNMENT OCCUPIES BELOW GRADE SPACE, REGARDLESS OF THE AMOUNT, MUST BE SPRINKLERED (INCLUDES GARAGE AREAS UNDER LEASE BY THE GOVERNMENT).

WHEREVER REQUIRED IN THE BUILDING, AUTOMATIC SPRINKLERS SHALL CONFORM TO NFPA NO. 13, BE MAINTAINED IN ACCORDANCE WITH NFPA NO. 13A, HAVE ELECTRICALLY SUPERVISED CONTROL VALVES (NFPA NO. 13), AND HAVE WATER-FLOW ALARM SWITCHES CONNECTED TO AUTOMATICALLY NOTIFY THE LOCAL FIRE DEPARTMENT (NFPA NO. 72B OR 72C) OR CENTRAL STATION (NFPA NO. 71). THE NOTIFICATION OF THE FIRE DEPARTMENT OR CENTRAL STATION SHALL BE ACCOMPLISHED THROUGH THE BUILDING FIRE ALARM SYSTEM. THE CENTRAL STATION FACILITY MUST BE LISTED BY UNDERWRITER'S LABORATORIES, INC. OR ANY OTHER APPROVED NATIONALLY RECOGNIZED TESTING LABORATORY.

ENGINEERED SMOKE CONTROL SYSTEMS ARE REQUIRED IN BUILDINGS WHICH ARE TO BE CONSTRUCTED TO MEET THE SOLICITATION REQUIREMENTS, AND WILL BE 12 OR MORE STORIES IN HEIGHT. SUCH SYSTEMS SHALL BE MAINTAINED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS. WHILE SUCH SYSTEMS ARE NOT REQUIRED IN EXISTING BUILDINGS TO BE LEASED BY THE GOVERNMENT, THEY SHALL BE MAINTAINED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS IF PRESENT.

**8.5  ENGINEERED SMOKE CONTROL SYSTEMS**

A MANUAL FIRE ALARM SYSTEM SHALL BE PROVIDED IN BUILDINGS WHICH ARE 3 OR MORE STORIES IN HEIGHT; OR IN BUILDINGS OCCUPIED BY 100 OR MORE FEDERAL EMPLOYEES ABOVE OR BELOW GRADE; OR IN BUILDINGS CONTAINING MORE THAN 50,000 SQUARE FEET GROSS FLOOR AREA. MANUAL FIRE ALARM STATIONS SHALL BE MOUNTED 42 TO 54 INCHES ABOVE THE FLOOR AND LOCATED IN NORMAL EXIT PATHS ON EACH FLOOR AT OR NEAR STAIRWAYS AND EXITS. AN ALARM SHALL AUTOMATICALLY SOUND THROUGHOUT THE BUILDING UNLESS REQUIRED TO SOUND ONLY ON THE FIRE FLOOR BY LOCAL CODE. THE ALARM SOUND MAY BE BELLS, HORNS OR RECORDED VOICE MESSAGES. ALARMS SHALL BE AUTOMATICALLY SENT TO THE LOCAL FIRE DEPARTMENT IN ACCORDANCE WITH NFPA NO. 72B OR 72C OR TO A PRIVATELY OPERATED CENTRAL STATION PROTECTIVE SIGNALING SYSTEM CONFORMING TO NFPA NO. 71. INSTALLATION, MAINTENANCE, OPERATION, TESTING, AND EQUIPMENT SHALL CONFORM TO NFPA NO. 72A AND CHAPTER 4 OF NFPA NO. 72H, GUIDE FOR TESTING PROCEDURES FOR LOCAL, AUXILIARY REMOTE STATION AND PROPRIETARY PROTECTIVE SIGNALING SYSTEMS.

**8.6  MANUAL FIRE ALARM SYSTEMS**

THE FIRE ALARM SYSTEM WIRING AND EQUIPMENT MUST BE ELECTRICALLY SUPERVISED. EMERGENCY POWER MUST BE PROVIDED. IT MUST BE ABLE TO OPERATE THE SYSTEM IN THE SUPERVISORY MODE FOR 24 HOURS AND OPERATE ALL ALARM DEVICES AND SYSTEM OUTPUT SIGNALS FOR AT LEAST 30 MINUTES FOR BUILDINGS LESS THAN 12 STORIES HIGH AND FOR 1 HOUR FOR BUILDINGS 12 OR MORE STORIES. ALL ALARM INITIATING DEVICES, EXCEPT SMOKE DETECTORS, MUST BE CAPABLE OF SIGNALLING AN ALARM DURING A SINGLE BREAK OR A SINGLE GROUND FAULT.

WHEN THE GOVERNMENT'S OCCUPANCY IS ON THE 6TH FLOOR OR ABOVE, ALL FLOORS, INCLUDING THOSE BELOW, SHALL HAVE AN EMERGENCY TELEPHONE SYSTEM. THIS SYSTEM MUST PERMIT 2-WAY COMMUNICATION BETWEEN A CONTROL CONSOLE AND ANY EMERGENCY TELEPHONE STATION. EMERGENCY TELEPHONE STATIONS MUST BE PROVIDED ADJACENT TO EACH STAIRWAY AND EXIT DISCHARGE FROM THE BUILDING, AT EACH ELEVATOR LOBBY ON THE GROUND FLOOR, AND AT EACH FLOOR WHICH HAS BEEN DESIGNATED AS THE ONE FOR ALTERNATE ELEVATOR RECALL.

INITIALS: _____ / _____
LESSOR   GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 30 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3390

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION SAFETY AND FIRE PREVENTION |
|---|---|---|

EMERGENCY LIGHTING MUST PROVIDE AT LEAST 0.5 FOOT CANDLE OF ILLUMINATION THROUGHOUT THE EXIT PATH, INCLUDING EXIT ACCESS ROUTES, EXIT STAIRWAYS, OR OTHER ROUTES SUCH AS PASSAGEWAYS TO THE OUTSIDE OF THE BUILDING. THE EMERGENCY LIGHTING SYSTEM USED MUST BE SUCH THAT IT WILL OPERATE EVEN IF THE PUBLIC UTILITY POWER FAILS, EXCEPT THAT IN BUILDINGS 6 STORIES OR LESS, THE SYSTEM MAY BE POWERED FROM CONNECTIONS TO SEPARATE SUBSTATIONS OR TO A NETWORK SYSTEM FROM THE PUBLIC UTILITY. AUTOMATIC SWITCHING MUST BE PROVIDED FOR THE EMERGENCY POWER SUPPLY.

**8.7 EXIT & EMERGENCY LIGHTING**

IF SPACES CANNOT MEET DETAILED SAFETY AND FIRE PREVENTION REQUIREMENTS, ALTERNATIVE MEANS OF PROTECTION WILL BE CONSIDERED. FOR EXAMPLE, IF STAIRWAYS ARE TOO NARROW, AUTOMATIC SPRINKLER PROTECTION THROUGHOUT THE BUILDING MAY MAKE THE SPACE ACCEPTABLE. ALL OFFERORS MUST PROVIDE WITH THEIR OFFER A WRITTEN ANALYSIS FROM A REGISTERED FIRE PROTECTION ENGINEER FULLY DESCRIBING ANY EXCEPTIONS TAKEN TO THE FIRE PROTECTION REQUIREMENTS OF THIS SOLICITATION. THIS ANALYSIS MUST INCLUDE CERTIFICATION BY THE ENGINEER THAT THE ALTERNATIVE PROTECTION WILL ACHIEVE A LEVEL OF RISK NOT MEASURABLE GREATER THAN THAT IMPOSED BY THE GOVERNMENT CRITERIA. THE CERTIFICATION MUST ALSO INCLUDE THE ENGINEER'S SEAL AND REGISTRATION NUMBER. ALL ANALYSES MUST BE REVIEWED AND APPROVED BY THE CONTRACTING OFFICER PRIOR TO LEASING THE SPACE.

**8.8 ALTERNATIVE FIRE-PROTECTION FEATURES**

FIRE DOORS SHALL CONFORM WITH NFPA STANDARD NO. 80.

**8.9 FIRE DOORS**

AIR CONTAMINANT LEVELS (E.G., DUST, VAPOR, FUMES, GASES) SHALL NOT EXCEED THOSE IN 29 CFR 1910.1000 AND 1910.1001. WHEN ACTUAL CONCENTRATION LEVELS EQUAL OR EXCEED 50% OF THE LEVELS IN 29 CFR 1910, CONTROL ACTIONS SHALL BE INITIATED. VENTILATION SYSTEMS HAVING AIR STREAMS WHICH PASS THROUGH WATER SHALL HAVE THE WATER TREATED WITH AN EPA REGISTERED BIOCIDE TO CONTROL ETIOLOGICAL ORGANISMS. THE LESSOR SHALL ASSIST THE GOVERNMENT IN DEVELOPING A PLAN ACCEPTABLE TO THE GOVERNMENT TO PROTECT OCCUPANTS OF THE BUILDING DURING EMERGENCIES SUCH AS FIRES, BOMB THREATS, AND POWER LOSS.

**8.10 SAFETY-AIR CONTAMINANT LEVELS.**

ASBESTOS:

NO ASBESTOS-CONTAINING FIREPROOFING OR INSULATION ON BUILDING STRUCTURES, ACOUSTICAL TREATMENT, MOLDED OR WET-APPLIED CEILING OR WALL FINISHES, DECORATIONS, OR PIPE AND BOILER INSULATION (INCLUDING DUCT, TANK, ETC.) WILL BE PERMITTED.

ASBESTOS IN A SOLID MATRIX ALREADY IN PLACE (E.G. VINYL ASBESTOS FLOOR TILE, SHEETROCK, DRYWALL, TRANSITE PANELING OR FELTS) WILL BE PERMITTED PROVIDED IT IS NOT DAMAGED OR DETERIORATED AND A SPECIAL OPERATION AND MAINTENANCE PROGRAM, IN ACCORDANCE WITH CHAPTER 4 OF GSA'S HANDBOOK NUMBERED PBS P 5900.2C, IS ESTABLISHED AND APPROVED BY THE CONTRACTING OFFICER PRIOR TO THE AWARD OF A LEASE.

ALL OFFERORS ARE SUBJECT TO THE ASBESTOS INSPECTION AND TESTING PROVISIONS SPECIFIED IN PARAGRAPH 9 OF THE ATTACHED GSA FORM 3517 (GENERAL CLAUSES).

POST-ASBESTOS-ABATEMENT AIR MONITORING REQUIREMENTS, IN ACCORDANCE WITH GSA PROCEDURES, ARE TO BE COMPLIED WITH BY THE LESSOR WHEN APPLICABLE.

A. THE LESSOR SHALL CONTROL CONTAMINANTS AT THE SOURCE AND/OR OPERATE THE SPACE IN SUCH A MANNER THAT THE GSA INDICATOR LEVELS FOR CARBON MONOXIDE (CO), CARBON DIOXIDE (CO2), AND FORMALDEHYDE (HCHO) ARE NOT EXCEEDED. THE INDICATOR LEVELS FOR OFFICE AREAS ARE AS FOLLOWS: CO - 9 PARTS PER MILLION TIME WEIGHTED AVERAGE (PPM TWA - 8 HOUR SAMPLE); CO2 - 1000 PPM (TWA); HCHO - 0.1 PPM (TWA).

**8.11 INDOOR AIR QUALITY**

B. THE LESSOR SHALL PROMPTLY INVESTIGATE INDOOR AIR QUALITY COMPLAINTS SUBMITTED THROUGH THE CONTRACTING OFFICER OR GSA BUILDING MANAGER, AS APPROPRIATE. THE LESSOR SHALL IMPLEMENT CONTROLS INCLUDING ALTERATION OF BUILDING OPERATING PROCEDURES (E.G., ADJUSTING AIR INTAKES, ADJUSTING AIR DISTRIBUTION, CLEANING AND MAINTAINING HVAC, ETC.).

C. THE LESSOR SHALL TEST FOR GSA INDICATOR CONTAMINANTS WHEN DIRECTED BY THE CONTRACTING OFFICER OR GSA BUILDING MANAGER, AS APPROPRIATE. IF THE INDICATOR LEVELS ARE EXCEEDED OR OTHER PROBLEMS AFFECTING INDOOR AIR QUALITY ARE FOUND, THE LESSOR SHALL IMPLEMENT CONTROLS INCLUDING ALTERATION OF BUILDING OPERATING PROCEDURES.

D. AT THE REQUEST OF THE CONTRACTING OFFICER OR GSA BUILDING MANAGER, THE LESSOR SHALL CONDUCT INDOOR AIR QUALITY ASSESSMENTS OR DETAILED STUDIES IN INSTANCES WHERE SIMPLE OPERATIONAL CONTROLS (DESCRIBED IN B ABOVE) ARE NOT

INITIALS: _____/_____
           LESSOR   GOVERNMENT

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3391

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION SAFETY AND FIRE PREVENTION |

EFFECTIVE IN ADDRESSING INDOOR AIR QUALITY PROBLEMS. THE LESSOR WILL PROVIDE A COST ESTIMATE TO THE CONTRACTING OFFICER OR BUILDING MANAGER AND RECEIVE THEIR AUTHORIZATION PRIOR TO PROCEEDING WITH THE ASSESSMENTS OR STUDIES. THE SPACE SHALL BE ASSESSED BY AN INDUSTRIAL HYGIENIST, HEALTH PROFESSIONAL, OR ENVIRONMENTAL ENGINEER FOR SOURCES OF CONTAMINANTS. ALL SAMPLING ASSOCIATED WITH ASSESSMENTS AND DETAILED STUDIES SHALL BE IN ACCORDANCE WITH APPLICABLE OSHA, EPA, OR NIOSH SAMPLING AND ANALYSIS PROCEDURES.

(1) INDOOR AIR QUALITY ASSESSMENTS SHALL INCLUDE A REVIEW OF INDOOR AIR QUALITY INFORMATION (E.G. COMPLAINTS, BUILDING OPERATING RECORDS, AND AGENCY OPERATING ACTIVITIES). THE LESSOR SHALL RECORD TEMPERATURE AND HUMIDITY READINGS AND ASSESS AIR INTAKES FOR ADEQUATE DELIVERY OF OUTSIDE AIR THROUGHOUT THE SPACE, LOCATION OF AIR INTAKES, ACTIVITIES OCCURRING ADJACENT TO THE AIR INTAKES, AND AMBIENT AIR CONDITIONS. THE LESSOR SHALL CONDUCT A WALK THROUGH OF THE BUILDING, LOOKING FOR SOURCES OF CONTAMINANTS IDENTIFIED BY THE REVIEW OF INDOOR AIR QUALITY INFORMATION. THE LESSOR SHALL CHECK THE VENTILATION FOR AREAS OF AIR MOVEMENT SHORT-CIRCUITING AND AREAS/SOURCES OF CONTAMINANTS. UPON IDENTIFICATION OF CONTAMINANT SOURCE(S) AND/OR MEASUREMENTS EXCEEDING GSA INDICATOR LEVELS, CORRECTIVE ACTIONS SHALL BE INITIATED BY THE LESSOR.

A COPY OF THE IDENTIFIED CORRECTIVE ACTIONS WILL BE FORWARDED TO THE CONTRACTING OFFICER OR GSA BUILDING MANAGER, AS APPROPRIATE. WHERE CORRECTIVE ACTIONS ARE INEFFECTIVE OR SUSPICIOUS CONTAMINANT SOURCE(S) ARE PRESENT, THE LESSOR IS RESPONSIBLE FOR CONDUCTING DETAILED STUDIES.

(2) DETAILED STUDIES SHALL PROVIDE A MORE COMPREHENSIVE PICTURE OF THE POTENTIAL INDOOR AIR QUALITY HAZARD AND RESULT IN RECOMMENDATIONS FOR MITIGATIVE ACTIONS AT THE SOURCE. THE GSA BUILDING MANAGER SHALL PROVIDE THE LESSOR WITH INSTRUCTIONS FROM THE FIRE AND SAFETY HANDBOOK, PBS P 5900.2C, CHAPTER 4, FOR CONDUCTING DETAILED STUDIES WHEN SUCH STUDIES ARE REQUIRED.

E. THE GOVERNMENT RESERVES THE RIGHT TO CONDUCT INDEPENDENT INDOOR AIR QUALITY ASSESSMENTS AND DETAILED STUDIES IN SPACE IT OCCUPIES, AS WELL AS IN SPACE SERVING THE GOVERNMENT LEASED SPACE (E.G., COMMON USE AREAS. MECHANICAL ROOMS, HVAC SYSTEMS, ETC.). THE LESSOR SHALL ASSIST THE GOVERNMENT IN ITS ASSESSMENTS AND DETAILED STUDIES BY MAKING AVAILABLE INFORMATION ON BUILDING OPERATIONS AND LESSOR ACTIVITIES, AND PROVIDING ACCESS TO SPACE FOR ASSESSMENT AND TESTING, IF REQUIRED.

F. CORRECTIVE ACTION(S) SHALL CONTROL OR ELIMINATE THE SOURCE(S) OF CONTAMINATION, WHENEVER POSSIBLE. CORRECTIVE ACTION(S) MAY INCLUDE PRODUCT SUBSTITUTION, CHANGES IN OPERATION AND MAINTENANCE PROCEDURES, LOCAL EXHAUST, DECONTAMINATION, REARRANGEMENT OF OFFICE PARTITIONS, BETTER MIXING OF AIR OR INCREASING THE SUPPLY OF OUTSIDE AIR.

G. THE GOVERNMENT IS RESPONSIBLE FOR ADDRESSING IAQ PROBLEMS RESULTING FROM ITS OWN ACTIVITIES. FOR SITUATIONS WHERE THE RESPONSIBLE PARTY IS UNKNOWN, THE LESSOR SHALL CONDUCT AN INVESTIGATION, ASSESSMENT, TEST OR STUDY AT THE REQUEST OF THE CONTRACTING OFFICER, OR GSA BUILDING MANAGER. IF IT IS DETERMINED THAT THE GOVERNMENT'S ACTIVITIES OR ACTIONS ARE THE SOURCE OF THE CONTAMINANT, THE LESSOR WILL BE REIMBURSED BY THE GOVERNMENT AT COST.

H. RECORDS OF ALL SURVEYS, SAMPLING RESULTS, ASSESSMENTS/ DETAILED STUDIES, AND CORRECTIVE ACTIONS SHALL BE MAINTAINED BY THE LESSOR AND SHALL BE AVAILABLE FOR REVIEW BY THE CONTRACTING OFFICER OR DESIGNATED REPRESENTATIVE UPON REQUEST.

I. THE GOVERNMENT IS RESPONSIBLE FOR ADDRESSING INDOOR AIR QUALITY ISSUES ASSOCIATED WITH HYPERSENSITIVE GOVERNMENT EMPLOYEE(S) HOUSED WITHIN THE LEASED SPACE.

3.12 BULK SAMPLE ANALYSIS REQ

FOR SPACE IN BUILDINGS CONTAINING ACM AS DEFINED IN PARAGRAPH 3 OF GSA FORM 3518, OFFERORS MUST INCLUDE WITH THEIR OFFER (UNLESS THE TIME FRAME IS OTHERWISE EXTENDED BY THE CONTRACTING OFFICER) AN ASBESTOS TESTING REPORT, ACCEPTABLE TO THE CONTRACTING OFFICER. THE ASBESTOS TESTING REPORT MUST CONSIST OF THE IDENTITY AND EVIDENCE OF THE QUALIFICATIONS (EDUCATION AND EXPERIENCE) OF THE PERSON COLLECTING BULK SAMPLES, THE BULK SAMPLE LOG, AND, IF APPLICABLE, AN ABATEMENT PLAN PREPARED IN ACCORDANCE WITH CHAPTER 4 OF GSA'S HANDBOOK NUMBERED PBS P 5900.2C. THE SAMPLES MUST BE ANALYZED BY A LABORATORY WHICH HAS SUCCESSFULLY PARTICIPATED IN THE ENVIRONMENTAL PROTECTION AGENCY (EPA) QUALITY ASSURANCE PROGRAM.

INITIALS: _____
LESSOR    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 32 OF 35 | April 22, 1991 |

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3392

| SOLICITATION FOR OFFERS | SFO 91-03b | SECTION SAFETY AND FIRE PREVENTION |
|---|---|---|

SUCCESSFUL PARTICIPATION IS DEFINED AS PARTICIPATION IN AT LEAST 2 OF THE LAST 3 ROUNDS IN THE EPA PROGRAM AND HAVE CORRECTLY ANALYZED AT LEAST 75 PERCENT OF THE SAMPLES TESTED IN THESE ROUNDS. ALL ACTION TAKEN TO ENSURE COMPLIANCE WITH THIS REQUIREMENT SHALL BE ACCOMPLISHED AT NO EXPENSE TO THE GOVERNMENT.

THE LESSOR AGREES TO COMPLY WITH OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA) SAFETY AND HEALTH STANDARDS WHICH ARE LOCATED AT TITLE 29 OF THE CODE OF FEDERAL REGULATIONS (29 CFR).

THE GUARDING OF OPENINGS AND HOLES IN FLOORS AND WALLS MUST COMPLY WITH 29 CFR 1910.23.

THE DESIGN AND CONSTRUCTION OF FIXED STAIRS MUST COMPLY WITH 29 CFR 1910.24.

THE DESIGN AND CONSTRUCTION OF FIXED LADDERS MUST COMPLY WITH 29 CFR 1910.27 OR MUST BE CLEARLY MARKED OR SECURED TO PREVENT GOVERNMENT EMPLOYEE USE.

PHYSICAL HAZARDS MUST BE MARKED ACCORDING TO 29 CFR 1910.144.

WHERE GOVERNMENT EMPLOYEES ARE EXPOSED TO MACHINERY PROVIDED BY THE LESSOR, THE MACHINERY MUST BE GUARDED ACCORDING TO 29 CFR 1910.212.

ALL TOOLS AND EQUIPMENT PROVIDED BY THE LESSOR FOR GOVERNMENT USE MUST COMPLY WITH THE APPLICABLE STANDARDS OF 29 CFR 1910.

ANY CONSTRUCTION/REPAIR AND ALTERATION WORK DONE FOR/BY THE LESSOR SHALL COMPLY WITH THE CURRENT EDITION OF THE OSHA SAFETY AND HEALTH STANDARDS FOR CONSTRUCTION INDUSTRY, 29 CFR 1926 AND APPLICABLE PORTIONS OF 29 CFR 1910.

8.13 OSHA REQUIREMENTS

(A) RADON LEVELS IN SPACE LEASED TO THE GOVERNMENT SHALL NOT EXCEED THE ENVIRONMENTAL PROTECTION AGENCY (EPA) ACTION LEVEL FOR HOMES OF 4 PICOCURIES PER LITER (PCI/L).

8.14 RADON MEASUREMENT AND CORRECTIVE ACTION

(B) THE PORTION OF THE SPACE PROPOSED FOR LEASE TO THE GOVERNMENT WHICH IS IN GROUND CONTACT OR CLOSEST TO THE GROUND (I.E., IF SPACE OFFERED IS ON FLOORS 1 THROUGH 9, MEASUREMENT IS REQUIRED FOR THE 4TH FLOOR ONLY) SHALL BE MEASURED BY THE OFFEROR FOR RADON AND THE RESULTS CERTIFIED ON THE FORM PROVIDED WITH THIS SOLICITATION FOR OFFERS. RADON DETECTORS SHALL BE USED THROUGHOUT THE REQUIRED AREA TO ENSURE EACH DETECTOR COVERS NO MORE THAN 2,000 SQUARE FEET OF SPACE. THE PREFERRED METHOD FOR CONDUCTING RADON MEASUREMENTS IS THE 3-MONTH ALPHA TRACK DETECTOR. HOWEVER, WHEN TIME IS OF THE ESSENCE, THE ALPHA TRACK DETECTOR MAY BE USED FOR A MINIMUM MEASUREMENT PERIOD OF 2 TO 4 WEEKS OR THE CHARCOAL CANISTER DETECTOR MAY BE USED FOR A PERIOD OF 2 TO 3 DAYS. ALL LABORATORY DETECTOR ANALYSES SHALL BE PERFORMED BY A LABORATORY SUCCESSFULLY PARTICIPATING IN THE EPA-SPONSORED RADON MEASUREMENT PROFICIENCY PROGRAM. ACTUAL RADON MEASUREMENTS FOR EACH DETECTOR USED IN SUPPORT OF THE CERTIFICATION MUST BE AVAILABLE FOR REVIEW BY GOVERNMENT PERSONNEL UPON REQUEST.

(C) THE RADON CERTIFICATION SHALL BE PROVIDED TO THE CONTRACTING OFFICER AS SOON AS POSSIBLE BUT NOT LATER THAN THE TIME FOR SUBMISSION OF BEST AND FINAL OFFERS. IF MEASUREMENT REVEALS RADON LEVELS EXCEEDING 4 PCI/L THE OFFEROR SHALL DEVELOP A PLAN OF CORRECTIVE ACTION. THE SUCCESSFUL OFFEROR SHALL IMPLEMENT THE PLAN PRIOR TO OCCUPANCY BY THE GOVERNMENT, UNLESS A DIFFERENT TIME PERIOD IS SPECIFIED ELSEWHERE IN THIS CONTRACT.

(D) WHERE THE GOVERNMENT DETERMINES THAT AN AWARD MUST BE MADE PRIOR TO OBTAINING THE RADON CERTIFICATION, THE SUCCESSFUL OFFEROR MUST PROVIDE THE CERTIFICATION WITHIN 30 DAYS AFTER AWARD, UNLESS A DIFFERENT TIME PERIOD IS SPECIFIED ELSEWHERE IN THIS CONTRACT. IF MEASUREMENT REVEALS RADON LEVELS EXCEEDING 4 PCI/L, THE SUCCESSFUL OFFEROR SHALL DEVELOP AND PROMPTLY IMPLEMENT A PLAN OF CORRECTIVE ACTION.

(E) IF THE SPACE OFFERED FOR LEASE TO THE GOVERNMENT IS IN A BUILDING UNDER CONSTRUCTION OR PROPOSED FOR CONSTRUCTION, THE LESSOR SHALL PERFORM THE NECESSARY RADON TESTING AND SUBMIT A CERTIFICATION TO THE CONTRACTING OFFICER WITHIN 120 DAYS AFTER THE GOVERNMENT OCCUPIES THE SPACE. IF MEASUREMENT REVEALS RADON LEVELS EXCEEDING 4 PCI/L, THE LESSOR SHALL DEVELOP AND PROMPTLY IMPLEMENT A PLAN OF CORRECTIVE ACTION.

(F) THE GOVERNMENT RESERVES THE RIGHT TO MEASURE RADON IN THE SPACE IT

INITIALS: _____ & _____
              LESSOR         GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 33 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

| SOLICITATION FOR OFFERS | SFO 91-086 | SECTION SAFETY AND FIRE PREVENTION |
|---|---|---|

LEASES AT ANY TIME DURING THE TERM OF THE LEASE.  IF RADON MEASUREMENTS ABOVE 4 PCI/L ARE DETECTED, THE LESSOR SHALL PROMPTLY INITIATE CORRECTIVE ACTION TO REDUCE THE LEVEL TO MEET THE STANDARD.  IF RADON ABOVE 200 PCI/L IS DETECTED, THE LESSOR SHALL RESTRICT THE USE OF THE AREA AND PROVIDE COMPARABLE TEMPORARY SPACE FOR THE TENANTS UNTIL THE CORRECTIVE ACTION IS COMPLETED.  FOLLOW-UP MEASUREMENTS SHALL BE CONDUCTED BY THE LESSOR TO DETERMINE THE EFFECTIVENESS OF THE CORRECTIVE ACTION.  ALL CORRECTIVE ACTION, TENANT RELOCATION, AND FOLLOW-UP MEASUREMENT SHALL BE PROVIDED BY THE LESSOR AT NO ADDITIONAL COST TO THE GOVERNMENT.  THE LESSOR SHALL PROVIDE THE GOVERNMENT WITH PRIOR WRITTEN NOTICE OF ANY PROPOSED CORRECTIVE ACTION OR TENANT RELOCATION.

INITIALS: _____
          LESSOR     GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 34 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3394

| SOLICITATION FOR OFFERS | SFO 91-08 | SECTION SPECIAL REQUIREMENTS |
|---|---|---|

| | |
|---|---|
| APPROXIMATELY 375 SQUARE FEET SHALL BE DESIGNATED AS A LABORATORY, CLINIC OR WOMEN'S SHOWER ROOM, 4,830 SQUARE FEET SHALL BE DESIGNATED AS A KITCHEN, EMPLOYEE LOUNGE OR MULTI-PURPOSE ROOM, 270 SQUARE FEET SHALL BE DESIGNATED AS A LIBRARY OR VAULT SPACE, 5,200 SQUARE FEET SHALL BE DESIGNATED AS ADP SPACE AND APPROXIMATELY 4,600 SQUARE FEET SHALL BE DESIGNATED AS A CONFERENCE, CLASSROOM OR TRAINING FACILITY. | 9.1  SPECIAL-1 |

INITIALS:
LESSOR    &    GOVERNMENT

| GSA PUBLIC BUILDINGS SERVICE | PAGE 35 OF 35 | April 22, 1991 |
|---|---|---|

SOURCE SELECTION INFORMATION
SEE FAR 3.104

3395