# Robert C. Seldon & Associates, P.C.

*Attorneys-At-Law*
*1319 F Street, N.W., Suite 200*
*Washington, DC  20004*
*202-393-8200 · fax: 202-318-2287*

---

February 23, 2008

**VIA E-MAIL**
AUSA Heather Graham-Oliver
AUSA John C. Truong
Office of the U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Re:     Elion v. Jackson, Civ. Action No. 05-0992 (PLF)

Dear Heather and John:

I took the time this morning to again review defendant's earlier document production. The documents that were produced last evening were not produced earlier.  If defendant believes otherwise, I must have you confirm this for me no later than 10:00 am on the morning of Monday February 23, 2008, in order for me to have time to present the appropriate motion to Judge Friedman.

Thank you for your attention to this matter.

Very truly yours,

Robert C. Seldon

Cc:     Saundra G. Elion

AUSA Heather Graham-Oliver
AUSA John Truong
February 23, 2008
Page 2