UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development, | ) ) ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Upon consideration of Plaintiff's Motion For Non-Monetary Sanctions, defendant's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that it is hereby established for all purposes at trial that defendant did not disband plaintiff's former Division, relieve plaintiff of supervisory responsibilities, and reassign plaintiff to a significantly less desirable position on account of a hiring freeze imposed on defendant's Office of Audit in April of 2004.

ORDERED that defendant is hereby precluded from offering evidence at trial that it disbanded plaintiff's former Division, relieved plaintiff of supervisory responsibilities, and reassigned plaintiff to a significantly less desirable position on account of a hiring freeze imposed on defendant's Office of Audit in April of 2004.

  ORDERED that this Order will be published to the jury and that the jury will be informed of the basis of this Order.

  ORDERED that consideration of further sanctions, up to and including the entry of judgment in plaintiff's favor, will be considered at the upcoming pre-trial conference.

  Dated this _____ day of _____, 2008.


                _____
                UNITED STATES DISTRICT JUDGE