| | | |
|---|---|---|
| **Randy**<br>**McGinnis/WHQ/HUDOIG**<br>04/14/2004 08:44 AM | To | OIG RIGAs, Andrea Glover/WHQ/HUDOIG@HUDOIG, Angela Purnell/WHQ/HUDOIG@HUDOIG, Brenda Patterson/WHQ/HUDOIG@HUDOIG, Clara |
| | cc | James Heist/WHQ/HUDOIG@HUDOIG, Michael Phelps/WHQ/HUDOIG@HUDOIG |
| | bcc | |
| | Subject | Staffing Request - Financial Statement Audit |

Randy McGinnis
Staffing Request:

We have initiated the FY 2004 Financial Statement Audit. This year the targeted due date for audited financial statements has been moved forward to November 15, 2004.

As discussed at the last managers conference, we plan to begin interim field work testing in May. Along with our financial review scheduled for Headquarters, we plan to initiate field work on PIH, Housing, nationwide statistical samples of obligations and disbursements, salaries and expenses, and administrative expenses. For the field work, we will be requiring assistance from the field staffs.

For HUD's major program and administrative areas, we have selected a group of field locations to perform audit procedures, mostly control testing of HUD's monitoring acitivites and testing of funding decisions. We plan to utilize a series of conference calls to coordinate the audit planning. **The Financial Audit Division will furnish the ARIGA for all the assist work.** The designated audit manager for the major program and administrative areas noted below will arrange a conference call with the responsible regions's AICs to review the audit programs and to answer any questions. We issue announcement letters from HQ and provide your staff with the audit programs and list of documents for the HUD field office to assemble prior to your start.

## By May 3, please send a message to Brenda Patterson and me with:

- ### AIC and staff members for each program area noted below.

The following audit areas and responsible managers are:

**Nationwide sample of Obligations and Disbursements - Seksin Kardmai and Wilfredo Dilian**

- We need <u>2 people from FT. Worth and 2 people from Kansas City</u> detailed to FAD from May 15 to November 15.
  Require <u>one volunteer</u> detailed to HQ from September 6 to November 15.

    60 to 70 percent of obligations/disbursements performed in Ft. Worth, HQ and FMC.

S(A) 00091

.      For contracts and disbursement documents not located at either Ft. Worth, HQ, or FMC, we will request the Department to collect and forward to        HQ for review. We plan to test the first 6 months of transactions with field work to be performed from May 15 to July timeframe.  Transactions covering April through August will be distributed in September .  We plan to perform analytical work on September tranactions and will distribute items during October as necessary.

**Multi-family/FHA - Joseph Rothschild/Sharon Spencer/Randy LaPorte**

- We have coordinated with KPMG to design a statistical sampling approach to meet our needs for both FHA and the consolidated audit.  We plan to use KPMG staff along with our staff to review project files.  In addition, we plan to perform work involving Multi-family Performance Based Contract Administrators (PBCAs).  The following HUBs and PBCA's are scheduled to be visited.  We expect to perform audit work in the May-July timeframe.

  **PBCAs - requires 3 people for each location for 3 weeks.**  Locations and planned start dates are as follows:
  - Puerto Rico
  - Madison, Wisconsin
  - Columbia, South Carolina

  **Joint KPMG/IG HUBs - requires two people for each location for 1 week.**  Planned start dates are TBD.
  - Fort Worth
  - New York City
  - Baltimore
  - Chicago
  - Boston
  - Columbus, Ohio

## PIH - John Dvorak

Plan to visit 4 locations:  **Staffing requirements:  2 staff for each location from May 3 to August 31.**
- New York City
- Birmingham, Al
- Little Rock, Ark
- Los Angeles

**HEADQUARTERS Testing - Staff request for Washington DC.**  As discussed at the planning conference,  we are requesting 4 staff volunteers to come to Washington DC from October 4 thru Nov 19 to assist in the Headquarters testing phase.  This is in addition to one staff person for Statistical sampling testing. **Please canvass your staff and let me know if anyone is interested in filling the 5 staff positions required.**

S(A) 00092

**Administrative payments - Andrea Glover**

·     Travel payments - Perform testing of travel payments in HQ in lieu of Ft. Worth.
·     Vendor payments - FAD will travel for 1 week to FT Worth and use assist work from 2 staff people detailed to FAD for Obligation/disbursement testing who are located in Ft. Worth.

**Salaries and Expenses - Andrea Glover**

·     Need assist from 2 staff people for 3 weeks for testing in Chicago.

**FHA/GNMA- contract review - Joe Rothschild**

·     Contract reviews – requires assist from one staff person in HQ for 400 hours.


Thanks for your continued support.  If you have any questions, please give me a call.

Randy

S(A) 00093