IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, )<br>   Secretary of the )<br>   U.S. Dept. of Housing and )<br>   Urban Development, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-0992 (PLF) |

**DEFENDANT'S RULE 26(a)(1) DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1) and the Court's Scheduling Order, Defendant Alphonso R. Jackson, Secretary, U.S. Department of Housing and Urban Development, in his official capacity, makes the following initial disclosures:

   I     Individuals Likely to Have Discoverable Information.

        a)    Saundra Elion, Plaintiff

        b)    James A. Heist
             Assistant Inspector General for Audit
             451 7th St., S.W.
             Rm. 8286
             Washington, D.C.  20410
             (202) 708-1783

             Mr. Heist is Plaintiff's supervisor.  Mr. Heist has information relating to Plaintiff's allegation that she was subjected to discrimination and retaliation when she was removed from her position as Director of OIG (Office of Inspector General) Headquarters Audits Division and reassigned to a nonsupervisory position.  In addition, Mr. Heist has information relating to Plaintiff's allegation that she was subjected to discrimination and

1

        retaliation when she was not reassigned to a supervisory position as a senior auditor in OIG Headquarters. Finally, Mr. Heist has knowledge concerning Plaintiff claims that were raised in her previous EEO complaint.

c)     Michael R. Phelps
       Deputy Assistant Inspector General for Audit
       451 7th St., S.W.
       Rm. 8286
       Washington, D.C. 20410
       (202) 708-0364

       Mr. Phelps was previously Plaintiff's first level supervisor. Mr. Phelps has knowledge concerning Plaintiff's claims that were raised in her previous EEO complaint, including that management did not restore her staff, that her authority with her subordinates was undermined, and that she was not given recognition or awards for her work.

d)     Michael P. Stephens
       Deputy Inspector General
       451 7th St., S.W.
       Rm. 8256
       Washington, D.C. 20410
       (202) 708-0430

       Mr. Stephens has information relating to Plaintiff's allegation in her complaint that she was subjected to discrimination and retaliation when she was removed from her position as Director of OIG Headquarters Audits Division and reassigned to a nonsupervisory position. In addition, Mr. Stephens has information relating to Plaintiff's allegation that she was subjected to discrimination and retaliation when she was not reassigned to a supervisory position as a senior auditor in OIG Headquarters. Finally, Mr. Stephens has information concerning Plaintiff's claims that were raised in her previous EEO complaint.

e)     Dennis Raschka,
       Director, Office of Management and Policy
       451 7th St., S.W.
       Rm. 8254
       Washington, D.C. 20410
       (202) 708-3635

       Mr. Raschka possesses information pertaining to the reduction of FTEs (full time employees) within the Office of Audit and the cost

       savings associated with closing the Capital Region Office of Audit.

f)     Edward Kim
      Auditor
      451 7th St., S.W.
      Rm. 3162
      Washington, D.C. 20410
      (202) 708-1342

      Mr. Kim has information pertaining to the work environment of the Headquarters Audit Division.

g)     Joan Hobbs
      Regional Inspector General for Audit
      611 West 6th St.
      Suite 1160
      Los Angeles, CA 90017
      (213) 534-2470

      Ms. Hobbs' information pertains to her reasons for transferring from the Capital District Office of Audit to Region 9.

h)     Martin Irizarry
      Auditor
      451 7th St., S.W.
      Rm. 3162
      Washington, D.C. 20410
      (202) 708-0383

      Mr. Irizarry's information pertains to complaints that he made concerning the management of the Headquarters Audit Division.

i)     Robert Gwin
      Director, Technical Oversight & Planning
      451 7th St., S.W.
      Rm. 8180
      Washington, D.C. 20410
      (202) 708-0364

      Mr. Gwin has information pertaining to his selection for the Director of the Technical Oversight and Planning Division.

  j)  Cynthia (Cindi) Nelson
    Former HUD OIG employee
    700 North Moore Street
    Suite 720
    Arlington, VA  22209
    703-284-2697

    Ms. Nelson has information pertaining to the work environment at the Capital Region Office of Audit

  k)  Leslie Moreno
    451 7th St., S.W.
    Room 5162
    Washington, D.C.  20410
    (202) 708-2091

    Ms. Moreno's information pertains to the utilization and return of space at the North Capital Street location.

II.  <u>Documents.</u>

  a)  Official Personnel Folder of Saundra Elion, Maintained by the Bureau of Public Debt, 200 3rd St., Parkersburg, WV 26106.

  b)  EEO Report of Investigation, held by the Agency's EEO Office.

  c)  Plaintiff's medical records in the Plaintiff's possession.

III.  <u>Damages Computation.</u>  N/A

IV..  <u>Insurance Agreement.</u>  N/A


Dated: October 28, 2005.    Respectfully Submitted,

             _____/s/_____
             KENNETH L. WAINSTEIN, D.C. BAR #451058
             United States Attorney

             _____/s/_____
             R. CRAIG LAWRENCE, D.C. BAR #171538
             Assistant United States Attorney

_____/s/_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

5