## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAUNDRA G. ELION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. Action No. 05-0992 (PLF)** |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| **Secretary Of Housing And** | ) | |
| **Urban Development,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| —————————————— | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND EXHIBIT LIST

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., for leave to amend her Exhibit List and include four additional documents that were just produced by defendant. An amended Exhibit List is attached to this Motion.

Counsel for plaintiff has advised opposing counsel about this Motion, who has stated that defendant takes no position.

The grounds in support of this Motion are as follows:

1.)    Plaintiff's Motion for Non-Monetary Sanctions and Plaintiff's Supplemental Memorandum in support of that Motion demonstrates that defendant produced additional, highly probative documents over the past several days.

2.)    Among the documents produced are the following, with the Exhibit Nos. that plaintiff proposes to assign to them:

Pl. Exh. 30    E-mail, Staffing Request, McGinnis, 4/14/04

1

Pl. Exh. 31    E-mail, untitled, Heist, 4/19/04, and draft Memorandum "Proposal for Realignment of the Office of Audit

Pl. Exh. 32    Draft Memorandum "Proposal for Realignment of the Office of Audit

Pl. Exh. 33    E-mails, FTE Ceiling – Request for Hiring Up To Ceiling, Donohue and Phelps, 7/21/04

3.)    Having just been produced by defendant, these four documents could not have been identified earlier by plaintiff as proposed Exhibits.

4.)    Plaintiff would be prejudiced as a result of defendant's untimely production were she not permitted to offer these Exhibits into evidence at the upcoming trial.

For the foregoing reasons, plaintiff respectfully seeks leave of Court to amend her Exhibit List to include the four documents identified above.

A proposed Order to this effect accompanies this Motion.


Respectfully submitted,



_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100



_____//s//_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200
Counsel for Plaintiff

**Plaintiff's Exhibits**

Pl. Exh. 1:        Phelps E-mail, Fiscal Year 2004 Office of Audit Rankings 1//05

Pl. Exh. 2:        Elion Informal Complaint & ADR Request 1/18/02

Pl. Exh. 3:        Matthews, E-mail Cancelling ADR 3/06/03

Pl. Exh. 4:        Elion, Memo Withdrawing Inf. Cplt. 3/20/03

Pl. Exh. 5:        Stephens, email 4/07/04

Pl. Exh. 6:        Heist, Memo 4/20/04, with Stephens approval 4/21/04

Pl. Exh. 7:        OIG Verified Resp. to Pl. 1st Interrogatories and RFP's, Production Chart, and Documents re: RFP No. 8 3/08/06

Pl. Exh. 8        E-mail, Below Ceiling, Raschka, 4/02/03

Pl. Exh. 9:        E-mail, Below Ceiling, Phelps, 11/08/02

Pl. Exh. 10:        E-mail, Below Ceiling, Stephens, 02/04/03

Pl. Exh. 11:        OMB Bulletin No. 01-09 9/25/01

Pl. Exh. 12:        OMB Financial Reporting, 12/21/04

Pl. Exh. 13:        Memo Accountability of Tax Dollars, 12/6/06

Pl. Exh. 14:        OMB, OFFM Financial Reporting (undated0

Pl. Exh. 15:        Elion Performance Review, 1/31/01

Pl. Exh. 16        Elion Performance Review, 1/31/02

Pl. Exh. 17        EEOC MD 110, Ch.3, Alternative Dispute Resolution

Pl. Exh. 18        EEOC MD 110 Appendix H, Alternative Dispute Resolution

Pl. Exh. 19        OIG Manual Chapter 1099

Pl. Exh. 20        Letter, Request for Supp. Resp. re: Personnel Specialists and Retention Order 3/14/06

Pl. Exh. 21     Letter, Supp. Resp. to Req. for Supp. Resp. re: Personnel Specialists and Retention Order 3/28/06

Pl. Exh. 22:     Def. Verified Supp. Resp. to Pl. 1st Interrogatories and RFP's 4/25/06

Pl. Exh. 23:     Watson, E-mail OIG Refusal of ADR 6/6/04

Pl. Exh. 24     Organization Chart, OIG, Senior Management 2/08

Pl. Exh. 25     Workforce Profile of Regional IG Office, 12/01/04

Pl. Exh. 26     Donahue Testimony, 12/06/04

Pl. Exh. 27     Letter to Hon. Mel Martinez, 6/21/02

Pl. Exh. 28     Letter in Resp. to letter to Hon. Mel Martinez from Haban, 6/24/02

Pl. Exh. 29     OIG Manual Chapter 1351

Pl. Exh. 30     E-mail, Staffing Request, McGinnis, 4/14/04

Pl. Exh. 31     E-mail, untitled, Heist, 4/19/04, and draft Memorandum "Proposal for Realignment of the Office of Audit

Pl. Exh. 32     Draft Memorandum "Proposal for Realignment of the Office of Audit

Pl. Exh. 33     E-mails, FTE Ceiling – Request for Hiring Up To Ceiling, Donohue and Phelps, 7/21/04