UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br>Secretary Of Housing And<br>Urban Development, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Exhibit List, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Joint Pre-Trial Statement is hereby amended to substitute plaintiff's amended Exhibit List to include proposed Exhibits Nos. 30 through 33.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE