UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR LEAVE TO SUPPLEMENT EXHIBIT LIST**

Plaintiff's Motion for Non-Monetary Sanctions was based on defendant's failure to disclose or provide during discovery a series of documents that defendant produced on last Friday evening (Docket No. 72 & ECF #1). The ink was dry on Plaintiff's Motion for barely an hour and a half when defendant moved for leave to supplement its exhibit list with six of the documents that it had just produced (Def. Mot. at 1). Although the logic behind defendant's motion is hard to fathom, the law is crystal clear. Defendant is barred under Rule 37(c)(1), Fed. R. Civ. P., from introducing its supplemental exhibits at trial because their production was untimely. E.g., Yeti By Molly LTD v. Deckers Outdoor Corporation, 259 F.3d 1101, 1107 (9th Cir. 2001); Wilson v. Bradlees of New England, 250 F.3d 10 (1st Cir. 2001); Heidtman v. El Paso, 171 F.3d 1038 (5th Cir. 1999); Klonoski v. Mahlad, 156 F.3d 255 (1st Cir. 1998); Coles v. Perry, 217 F.R.D. 1, 6 (Facciola, J.). Defendant's Motion is, therefore, utterly baseless and must be denied.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

_____//s//_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200
Counsel for Plaintiff