UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAUNDRA G. ELION,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALPHONSO R. JACKSON,** )<br>Secretary Of Housing And )<br>Urban Development, )<br>)<br>**Defendant.** )<br>_____) | Civ. Action No. 05-0992 (PLF) |

## ORDER

Upon consideration of Defendant's Motion for Leave to Supplement Exhibit List, Plaintiff's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.


Dated this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE