UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-0992 (PLF) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
|   Secretary Of Housing And ) | |
|   Urban Development, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**REPLY IN SUPPORT OF PLAINTIFF'S SECOND MOTION IN LIMINE**
(<u>Plaintiff's Performance And Conduct</u>)

The purpose of Plaintiff's Second Motion <u>In Limine</u> was to preclude defendant from offering evidence at the upcoming trial about plaintiff's performance or conduct as Director of the Headquarters Audits Division as grounds justifying its decision to disband plaintiff's former Division, to remove plaintiff from supervisory ranks, or to reassign plaintiff involuntarily. Plaintiff's Motion was solidly grounded on the framework of this case presented by defendant in moving dispositively (Def. SJ Mot. at 1, 12), and the admissions made by defendant's Assistant Inspector General for Audit at his deposition (Heist Dep. at 113-16).

Now, Plaintiff's Motion is also supported by the arguments made by defendant in the Reply in support of its Motion <u>In Limine</u>. In defendant's own words:

> The reason for disbanding of the HAD was to facilitate HUD OIG fulfilling its varied missions by reassigning auditors from the HAD to other divisions where needed.
>
> <u>The decision to disband the HAD was not based on its performance</u> ….

1

(Def. Reply In Limine at 10) (emphasis supplied). Since defendant has once again admitted that the performance of plaintiff's former Division was not a factor in disbanding it or in taking adverse action against her, defendant cannot meet basic standards of relevance. Rule 401, Fed. R. Evid.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

_____//s//_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200

Counsel for Plaintiff