UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br>Secretary Of Housing And<br>Urban Development, | ) ) ) ) ) |
| Defendant. | ) ) ) |

**REPLY MEMORANDUM
IN SUPPORT OF
PLAINTIFF'S FIFTH MOTION IN LIMINE**
(Testimony By Undisclosed Witnesses And Evidence of Treatment of Women and
Minorities After and Unrelated to Employment Actions At Issue)

Plaintiff's Fifth Motion In Limine was essentially grounded in two legal principles and addressed to two overlapping, but not identical, subjects. One has gone uncontested. The other has not been contested seriously.

One of the two grounds supporting Plaintiff's Motion is that an employer's treatment of women and minorities after the employment actions at issue in a particular case "are irrelevant." Townsend v. Washington Metropolitan Area Transit Authority, 746 F.Supp. 178, 186, n.8 (D.D.C. 1990) (Richey, J.); accord Bishopp v. District of Columbia, 788 F.2d 781, 788 (D.C. Cir. 1986); Parham v. Southwestern Bell Telephone Co., 433 F.2d 421, 426 (8th Cir. 1970). Defendant has not disputed that this is a correct statement of the law. Accordingly, from whatever source, defendant is precluded from offering evidence about its treatment of women and minorities after and unrelated to the employment actions at issue in this case.

1

The other ground in support of Plaintiff's Fifth Motion In Limine is that defendant did not disclose three of its prospective witnesses; Sharelle Higgins, Brenda Patterson, and Joan Hobbs. Therefore, none of them may be called at trial. E.g., Yeti By Molly LTD v. Deckers Outdoor Corporation, 259 F.3d 1101, 1107 (9th Cir. 2001). Although defendant has taken to identifying the three as "rebuttal" witnesses, a defendant in a civil action does not have a rebuttal case. Even if it did, there is no exception for identifying "rebuttal" witnesses in Rule 37, Fed. R. Civ. P.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

_____//s//_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200

Counsel for Plaintiff

2