UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br>Secretary Of Housing And<br>Urban Development, | ) |
| Defendant. | ) |

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
PLAINTIFF'S FOURTH MOTION IN LIMINE
(Personnel Specialists)**

The purpose of Plaintiff's Fourth <u>In Limine</u> was to preclude defendant from offering evidence that it disbanded plaintiff's former Division, removed plaintiff from supervisory ranks, and reassigned plaintiff involuntarily in consultation with either of its two human resources departments. Plaintiff's written discovery proved that it did not (Elion SJ Decl., Att. 13 at 11, Att. 20 at 2, & Att. 21 at 1).

In Opposition, defendant only contends that it consulted a human resources department about one subject: "to ensure that the realignment and eventual reassignment would not affect the grade, salary and benefits of the HAD's staff, including that of Plaintiff"(Def. Opp. at 5). Defendant does not contend that it consulted with one of its human resources departments to plan the proposed abolition of plaintiff's former Division; to ascertain whether there was a full complement of recurrent duties for plaintiff to perform once she was reassigned; or to determine whether plaintiff's former Division could be disbanded without honoring plaintiff's right to

1

displace a junior supervisory auditor. Therefore, defendant has no basis for contesting being precluded from offering evidence at trial.[1]

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____//s//_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200

Counsel for Plaintiff

---

[1] Defendant's alleged over plaintiff's grade and salary after her involuntary reassignment will remain fair game.

2