UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary Of Housing And | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS**

Plaintiff to the above action respectfully submits the following objections to defendant's proposed exhibits, reserving the right to make objections on the basis of relevance at trial, in accordance with the Court's Pre-Trial Scheduling Order of November 9, 2007:

Def. Exh. 6:   Not disclosed or produced during discovery, prejudicial, confusing.

Def. Exh. 33:  Not disclosed or produced during discovery.

Def. Exh. 38:  Not disclosed or produced during discovery.

Def. Exh. 39:  Not disclosed or produced during discovery.

Def. Exh. 40:  Not disclosed or produced during discovery.

Def. Exh. 41:  Not disclosed or produced during discovery.

Def. Exh. 42:  Not disclosed or produced during discovery.

Def. Exh. 43:  Not disclosed or produced during discovery.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

_____//s//_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff