UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br>Secretary Of Housing And<br>Urban Development, | ) ) ) ) ) |
| Defendant. | ) ) ) |

**ERRATA TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND EXHIBIT LIST**

Plaintiff to the above action respectfully files this Errata to her proposed Amended Exhibit List to include the e-mail from the Deputy Inspector General Michael Stephens of April 2, 2004, that increased the hiring ceiling in the HUD OIG Office of Audit shortly before plaintiff's former Division was disbanded. This proposed Exhibit No. 34 was identified in Plaintiff's Motion for Non-Monetary Sanctions as having been produced by defendant in the first instance on February 22, 2008.

An updated Exhibit List is attached to this Errata.

A revised proposed Order has also been filed.

1

Respectfully submitted,


_____//s//_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100



_____//s//_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200
Counsel for Plaintiff

**Plaintiff's Exhibits**

Pl. Exh. 1:     Phelps E-mail, Fiscal Year 2004 Office of Audit Rankings 1//05

Pl. Exh. 2:     Elion Informal Complaint & ADR Request 1/18/02

Pl. Exh. 3:     Matthews, E-mail Cancelling ADR 3/06/03

Pl. Exh. 4:     Elion, Memo Withdrawing Inf. Cplt. 3/20/03

Pl. Exh. 5:     Stephens, email 4/07/04

Pl. Exh. 6:     Heist, Memo 4/20/04, with Stephens approval 4/21/04

Pl. Exh. 7:     OIG Verified Resp. to Pl. 1st Interrogatories and RFP's, Production Chart, and Documents re: RFP No. 8 3/08/06

Pl. Exh. 8      E-mail, Below Ceiling, Raschka, 4/02/03

Pl. Exh. 9:     E-mail, Below Ceiling, Phelps, 11/08/02

Pl. Exh. 10:    E-mail, Below Ceiling, Stephens, 02/04/03

Pl. Exh. 11:    OMB Bulletin No. 01-09 9/25/01

Pl. Exh. 12:    OMB Financial Reporting, 12/21/04

Pl. Exh. 13:    Memo Accountability of Tax Dollars, 12/6/06

Pl. Exh. 14:    OMB, OFFM Financial Reporting (undated0

Pl. Exh. 15:    Elion Performance Review, 1/31/01

Pl. Exh. 16     Elion Performance Review, 1/31/02

Pl. Exh. 17     EEOC MD 110, Ch.3, Alternative Dispute Resolution

Pl. Exh. 18     EEOC MD 110 Appendix H, Alternative Dispute Resolution

Pl. Exh. 19     OIG Manual Chapter 1099

Pl. Exh. 20     Letter, Request for Supp. Resp. re: Personnel Specialists and Retention Order 3/14/06

Pl. Exh. 21   Letter, Supp. Resp. to Req. for Supp. Resp. re: Personnel Specialists and Retention Order 3/28/06

Pl. Exh. 22:  Def. Verified Supp. Resp. to Pl. 1st Interrogatories and RFP's 4/25/06

Pl. Exh. 23:  Watson, E-mail OIG Refusal of ADR 6/6/04

Pl. Exh. 24   Organization Chart, OIG, Senior Management 2/08

Pl. Exh. 25   Workforce Profile of Regional IG Office, 12/01/04

Pl. Exh. 26   Donahue Testimony, 12/06/04

Pl. Exh. 27   Letter to Hon. Mel Martinez, 6/21/02

Pl. Exh. 28   Letter in Resp. to letter to Hon. Mel Martinez from Haban, 6/24/02

Pl. Exh. 29   OIG Manual Chapter 1351

Pl. Exh. 30   E-mail, Staffing Request, McGinnis, 4/14/04

Pl. Exh. 31   E-mail, untitled, Heist, 4/19/04, and draft Memorandum "Proposal for Realignment of the Office of Audit

Pl. Exh. 32   Draft Memorandum "Proposal for Realignment of the Office of Audit

Pl. Exh. 33   E-mails, FTE Ceiling – Request for Hiring Up To Ceiling, Donohue and Phelps, 7/21/04

Pl. Exh. 34:  E-mail, FTE relignment, Stephens, 4/02/04