UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION,                      )<br>                                                          )<br>        Plaintiff,                              )<br>                                                          )<br>    v.                                              )<br>                                                          )<br>ALPHONSO R. JACKSON,            )<br>  Secretary Of Housing And           )<br>  Urban Development,                    )<br>                                                          )<br>        Defendant.                          )<br>_____) | Civ. Action No. 05-0992 (PLF) |

## ORDER [ERRATA]

Upon consideration of Plaintiff's Motion for Leave to Amend Exhibit List, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Joint Pre-Trial Statement is hereby amended to substitute plaintiff's amended Exhibit List to include proposed Exhibits Nos. 30 through 34.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE