**Michael Stephens/WHQ/HUDOIG**
04/02/2004 02:10 PM

To: rhaban@hudoig.gov, jheist@hudoig.gov, draschka@hudoig.gov, jharr@hudoig.gov
cc: dsalas@hudoig.gov, jmccarty@hudoig.gov, Helen Albert/WHQ/HUDOIG@HUDOIG, bsaddler@hudoig.gov, rjohnson@hudoig.com, Kenneth
bcc:
Subject: FTE reallignment

It has been decided at this time that 5 FTE will be added to the Audit staff and 5 FTE will be subtracted from the Investigative staff. However, this new number is based on an overall FTE for the organization based on 660 not 675. Therefore Investigations new FTE ceiling will be 308 and Audit will be based on 301.

Explanation of numbers:
(Realize that based on 660 and we kept the current percentage of FTE between OI and OA the numbers would have been OI 313 and OA 296 before our decision to move five slots from OI to OA).

Please base your planning regarding hiring on this information. I will continue to discuss with you individual hiring decisions to make sure that we are filling the most needed positions. The FTE makeup of the other divisions will remain the same.

At the present time, I have been advised that we have achieved the 660 desired level overall. I realize that this will vary depending on the situation and needs. You should plan to reach your allowable FTE ceiling as soon as possible. The earlier that we achieve and maintain the overall goal of 660 the better. This will put us in a much better position to deal with the significant problems relating to the '05 budget. As always, I look forward to discussing this with you at anytime, Thank you.

Michael P. Stephens
Deputy Inspector General
202-708-0430



GOVERNMENT EXHIBIT B