

| | |
|---|---|
| **Michael Phelps**/WHQ/HUDOIG<br>07/21/2004 11:39 AM | To  Kenneth Donohue/WHQ/HUDOIG<br>cc  James Heist/WHQ/HUDOIG, Dennis Raschka/WHQ/HUDOIG, Michael Stephens/WHQ/HUDOIG@HUDOIG<br>bcc<br>Subject  Re: FTE Ceiling- Request for Hiring up to Ceiling |

Ken, we had also talked about Curtis' group (IS Audit) being 4 below ceiling and we want to select up to 3 people there.
Also, the desk officer, financial audit and GS 15 vacancies will all come from within OIG

Kenneth Donohue/WHQ/HUDOIG

| | |
|---|---|
| **Kenneth Donohue**/WHQ/HUDOIG<br>07/21/2004 11:28 AM | To  Michael Phelps/WHQ/HUDOIG@HUDOIG, Dennis Raschka/WHQ/HUDOIG@HUDOIG, Rudolph Haban/WHV/HUDOIG@HUDOIG<br>cc  James Heist/WHQ/HUDOIG@HUDOIG, Michael Stephens/WHQ/HUDOIG@HUDOIG, Daniel Salas/WHQ/HUDOIG@HUDOIG, Helen Albert/WHQ/HUDOIG@HUDOIG, Kenneth Baker/WHQ/HUDOIG@HUDOIG, Nancy Heath/WHQ/HUDOIG@HUDOIG<br>Subject  FTE Ceiling- Request for Hiring up to Ceiling |

Reference to my conv with Mike Phelps and Audits request to hire up within audit: LA (2 slots); NY/Newark (2 slots); Chicago (1 slot); Detroit/Columbus (1 slot); desk officer (1 slot); Fin. Audit (GS 14 vacancy); and GS 15 vacancy based on projected vacancies for Sept 1.

Further ref. my discussion with DIG Stephens, this date.

I am requesting that OMAP/ Inv. immediately provide me with your numbers of projected vacancies and priority slots to be filled. I will review the entire request in total and compare with our projected ceiling effective Sept 1. Please include separately vacancies that you intend to fill from within.



GOVERNMENT EXHIBIT F

S(A) 00103