UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary Of Housing And | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS**

Defendant hereby objects to certain Plaintiff's proposed exhibits, reserving the right to object on the basis of relevance, as set forth in the Court's Pretrial Scheduling Order.

Plaintiff's Exh. 2:    Unfairly prejudicial, subject to motion in limine

Plaintiff's Exh. 3:    Unfairly prejudicial, subject to motion in limine

Plaintiff's Exh. 7:    Subject to motion to quash

Plaintiff's Exh. 17.   Unfairly prejudicial, subject to motion in limine

Plaintiff's Exh. 18    Unfairly prejudicial, subject to motion in limine

Plaintiff's Exh. 19:   Unfairly prejudicial, subject to motion in limine

Plaintiff's Exh. 20:   Subject to motion to quash

Plaintiff's Exh. 21:   Subject to motion to quash

Plaintiff's Exh. 22:   Subject to motion to quash

Plaintiff's Exh. 23:   Unfairly prejudicial, subject to motion in limine

Plaintiff's Exh. 26:   Not disclosed during discovery

Plaintiff's Exh. 27:   Foundation, Not disclosed during discovery

Plaintiff's Exh. 28:   Not disclosed during discovery

Dated: February 28, 2008.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant