UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA G. ELION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON, Secretary, United States Department of Housing and Urban Development, | ) | |
| Defendant. | ) | |

ORDER

At the final pretrial conference conducted on February 29, 2008, there was discussion of how best to deal with the fact that all claims but the age discrimination claim will be tried by a jury. After hearing from counsel, the Court ruled that there would be a single trial in this case with evidence relating to race, gender, age and retaliation presented all at the same time. A special jury instruction will be given to the jury both before the trial begins and at the conclusion of the evidence to the effect that while the jury may hear evidence of age discrimination, it is for the Court, not the jury, to make decisions with respect to age discrimination. Counsel for the defendant is directed to draft such an instruction, share the draft with counsel for the plaintiff, and jointly submit it to the Court. To the extent the Court has any

questions relating to the age determination that are more than mere clarifying questions, it may ask certain questions of particular witnesses outside the presence of the jury.

        SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE:  February 29, 2008        United States District Judge