**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SAUNDRA G. ELION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALPHONSO R. JACKSON, Secretary Of Housing And Urban Development,**<br><br>**Defendant.** | ) | **Civ. Action No. 05-0992 (PLF)** |

**NOTICE RE: DEFENDANT'S RESPONSE TO COURT'S ORDER**

Defendant filed its Response to the Court's Order (Dkt. No 94) earlier today but did not have an opportunity to attach the two exhibits referenced in that filing. Accordingly, Defendant hereby submits the two exhibits to Defendant's Response to the Court's Order. See Gov. Exh. 1 and Gov. Exh. 2.

Dated: March 1, 2008.

Respectfully Submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant