Page 1

1       UNITED STATES DISTRICT COURT
2       FOR THE DISTRICT OF COLUMBIA
3       - - - - - - - - - - - - - -X
4    JAMES MALLOY,                    :
5              Plaintiff              :
6         v.                          : No. 04-1117(RJL)
7                                     :
8    ALPHONSO R. JACKSON,             :
9              Defendant              :
10      - - - - - - - - - - - - - -X
11              DEPOSITION OF DANIEL SALAS
12                      Washington, D.C.
13                      Thursday, August 10, 2006
14         Deposition of DANIEL SALAS, called for
15   examination at 1:12 p.m., at the law offices of Robert
16   C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite
17   305, Washington, D.C., before Gary S. Howard, a notary
18   public in and for the District of Columbia, when were
19   present on behalf of the respective parties:
20
21
22

GOVERNMENT EXHIBIT 1

Page 2

```
 1  APPEARANCES:
 2     On behalf of the Plaintiff:
 3     ROBERT C. SELDON, Esq.
 4     MOLLY BUIE, Esq.
 5     Law Offices of Robert C. Seldon, P.C.
 6     1319 F Street, N.W.,
 7     Suite 305
 8     Washington, D.C. 20004
 9
10     On behalf of the Defendant:
11     JANE M. LYONS, Esq.
12     United States Department of Justice
13     United States Attorney's Office
14     for the District of Columbia
15     555 4th Street, N.W.,
16     Tenth Floor
17     Washington, D.C. 20530
18     (202-514-7161)
19     (e-mail:jane.lyons@usdoj.gov)
20  Also present:
21     JAMES MALLOY
22
```

Page 3

```
 1              C-O-N-T-E-N-T-S
 2  WITNESS          DIRECT  CROSS  REDIRECT
 3  Daniel Salas        4      38      42
 4              E-X-H-I-B-I-T-S
 5  NUMBER                    IDENTIFICATION
 6  Deposition Exhibit No. 1        10
 7  Deposition Exhibit No. 2        16
 8  Deposition Exhibit No. 3        20
 9  Deposition Exhibit No. 4        21
10  Deposition Exhibit No. 5        23
11  Deposition Exhibit No. 6        24
12  Deposition Exhibit No. 7        25
13  Deposition Exhibit No. 8        26
14  Deposition Exhibit No. 9        28
15  Deposition Exhibit No. 10       30
16  Deposition Exhibit No. 11       31
17
18  (Exhibits furnished.)
19
20
21
22
```

Page 4

```
 1          P-R-O-C-E-E-D-I-N-G-S
 2  Whereupon,
 3          DANIEL SALAS
 4  was called as a witness and, having been first duly
 5  sworn, was examined and testified as follows:
 6          DIRECT EXAMINATION
 7          BY MR. SELDON:
 8     Q    Mr. Salas, good afternoon.
 9     A    Good afternoon.
10     Q    Thank you for coming. I guess I should
11  ask you to begin with, are you currently employed
12  by the office of inspector general of the
13  department --
14     A    Yes, I am.
15     Q    That's the Department of Housing and
16  Urban Development?
17     A    Yes, sir.
18     Q    What position do you presently hold?
19     A    I'm the special agent in charge of Region
20  6, which is located in Arlington, Texas.
21     Q    Many of the events that we're to talk
22  about occurred in the fall of 2002.
```

Page 5

```
 1  Were you with HUD office of inspector
 2  general at that time?
 3     A    Yes, sir, I was.
 4     Q    In what capacity?
 5     A    In August of 2002, I was a deputy
 6  assistant inspector general for investigations in
 7  Washington, D.C., at headquarters.
 8     Q    Did you report to the assistant inspector
 9  general for investigations?
10     A    Yes, sir, I did.
11     Q    And who was that?
12     A    Joe Haban.
13     Q    Thank you. Mr. Salas, let me explain what
14  we're doing here today and again, to thank you for
15  coming.
16          We represent the Plaintiff, Jim Malloy,
17  in a case of employment discrimination and
18  retaliation that he's brought in the United States
19  District Court here in Washington, D.C.
20          If this case proceeds to trial, we would
21  or could have need of your testimony. And because
22  you are outside of this jurisdiction, and
```

Page 6

1  relatively far away, we would not be able to compel
2  your attendance to come.
3       It's for that reason that we're taking
4  your deposition. And in particular, we are taking
5  it by videotape today.
6   A   Okay.
7   Q   For the most part, it will be me putting
8  questions to you. We ask only that you answer
9  honestly, accurately and candidly, under oath, to
10 the best of your knowledge, ability and belief.
11      There is counsel for the government here
12 today, AUSA Jane Lyons. And I'll also say to Ms.
13 Lyons, thank you for making Mr. Salas available.
14      MS. LYONS: You're most welcome.
15      MR. SELDON: Thank you. And if you don't
16 understand a question I put to you, feel free to
17 just tell me and I'll do my best to rephrase it.
18      And if you think of something during the
19 course of this that you need to change or explain,
20 say it and we'll let you do that, too.
21      THE WITNESS: Okay.
22      BY MR. SELDON:

Page 7

1   Q   Ready to go?
2   A   I'm ready.
3       MR. SELDON: Ms. Lyons, ready?
4       MS. LYONS: Yes. I'd just ask the Witness
5  to remember to let him finish the question and then
6  you answer, and that will help us all get this
7  clearly done.
8       MR. SELDON: Thanks.
9       BY MR. SELDON:
10  Q   Mr. Salas, let me begin by asking, did
11 you ever have an occasion to file an administrative
12 complaint of discrimination while you were at HUD
13 OIG?
14  A   Are you asking me if I have ever filed an
15 EEO complaint?
16  Q   While you were at HUD OIG?
17  A   Yes, sir, I did.
18  Q   Do you recall when that was,
19 approximately?
20  A   The formal complaint, I believe, was in
21 February of 2005.
22  Q   And that was in connection with your

Page 8

1  employment, I take it.
2   A   Yes, sir.
3   Q   And at that time, you were the deputy
4  assistant inspector general for investigation?
5   A   Yes, sir, I was.
6   Q   And Mr. Haban was the assistant inspector
7  general for investigation to whom you answered?
8   A   Yes, sir.
9   Q   After that happened, did you remain in
10 that position as deputy assistant inspector
11 general?
12  A   For a period of time, I did. And then I
13 was reassigned as a special assistant to the deputy
14 inspector general for inspections and evaluations.
15  Q   Was that voluntary on your part, to leave
16 the deputy inspector general position?
17  A   No, sir, it was not. I was reassigned.
18  Q   Was that by Mr. Haban?
19  A   I was reassigned by the inspector
20 general.
21  Q   Himself?
22  A   Yes, sir.

Page 9

1   Q   Did you believe or have reason to believe
2  whether that constituted an act of discrimination
3  or retaliation?
4   A   I thought it was in retaliation for me
5  filing an EEO complaint, yes, sir.
6   Q   Okay. Thank you. Thank you for your
7  candor, Mr. Salas.
8       When did you report as deputy assistant
9  inspector general for investigation?
10  A   In August of 2002.
11  Q   One of the things we'll be doing because
12 we'll have these facts a little more established
13 when we go to trial, my records indicate that it
14 was on or about August 25th, 2002.
15      Is that about your recollection as well?
16  A   Yes, sir.
17  Q   Okay. And then -- and we'll get to the
18 exhibit in a moment -- I take it on October 10th,
19 2002, you issued a memorandum placing James Malloy,
20 the Plaintiff in this action, on administrative
21 leave.
22  A   Yes, sir, I did.