**Rudolph Haban/WHQ/HUDOIG**

10/25/2005 12:20 PM

To Peter Emerzian/BOS/HUDOIG@HUDOIG, Ruth Ritzema/NYC/HUDOIG@HUDOIG, Robert Brickley/PHI/HUDOIG@HUDOIG, William Creel/ATL/HUDOIG@HUDOIG, Barry McLaughlin/CHI/HUDOIG@HUDOIG, Rebecca Kiser/KAN/HUDOIG@HUDOIG, Lesler Davis/WHQ/HUDOIG@HUDOIG, James Beaudette/LOS/HUDOIG@HUDOIG, Michael Napoleone/WHV/HUDOIG@HUDOIG, John McCarty/WHQ/HUDOIG@HUDOIG, Kenneth Taylor/WHQ/HUDOIG@HUDOIG, Maureen Nelting/BOS/HUDOIG@HUDOIG, Diane Dechellis/BOS/HUDOIG@HUDOIG, Frank Castrogiovanni/NYC/HUDOIG@HUDOIG, Kevin Chan/NYC/HUDOIG@HUDOIG, Jeanne Daumen/NNJ/HUDOIG@HUDOIG, Larry Amaker/WHQ/HUDOIG@HUDOIG, Robert Gale/BAL/HUDOIG@HUDOIG, Rene Febles/PHI/HUDOIG@HUDOIG, Sheri Campbell/ATL/HUDOIG@HUDOIG, Nadine Gurley/ATL/HUDOIG@HUDOIG, Timothy Mowery/TMP/HUDOIG@HUDOIG, Ruth Valdes/MIA/HUDOIG@HUDOIG, Ray Espinosa/CHI/HUDOIG@HUDOIG, Brad Geary/CHI/HUDOIG@HUDOIG, George Dobrovic/CLE/HUDOIG@HUDOIG, Michael Powell/KAN/HUDOIG@HUDOIG, Joseph Clarke/DENOI/HUDOIG@HUDOIG, Michael Wilson/ARL/HUDOIG@HUDOIG, Phyllis Grissom-Robinson/ARL/HUDOIG@HUDOIG, Michael Kepler/HOU/HUDOIG@HUDOIG, Tony Meeks/LOS/HUDOIG@HUDOIG, Herschell Harvell/LOS/HUDOIG@HUDOIG, Lori Chan/SFC/HUDOIG@HUDOIG, Mark Klein/NYC/HUDOIG@HUDOIG, James Ward/BAL/HUDOIG@HUDOIG, Anthony Putzulu/LOS/HUDOIG@HUDOIG, Windell Durant/ARL/HUDOIG@HUDOIG, Muhammad Akhtar/CHI/HUDOIG@HUDOIG, James Heist/WHQ/HUDOIG@HUDOIG, Michael Phelps/WHQ/HUDOIG@HUDOIG, Bryan Saddler/WHQ/HUDOIG@HUDOIG, Richard Johnson/WHQ/HUDOIG@HUDOIG, Dennis Raschka/WHQ/HUDOIG@HUDOIG, Helen Albert/WHQ/HUDOIG@HUDOIG, Francis Baca/FTW/HUDOIG@HUDOIG, Robert Ashworth/WHV/HUDOIG@HUDOIG, Randy McGinnis/WHQ/HUDOIG@HUDOIG, Robert Gwin/WHQ/HUDOIG@HUDOIG, John Dvorak/BOS/HUDOIG@HUDOIG, Edgar Moore/NYC/HUDOIG@HUDOIG, John Buck/PHI/HUDOIG@HUDOIG, James McKay/ATL/HUDOIG@HUDOIG, William Wolfe/CHI/HUDOIG@HUDOIG, Ronald Hosking/KAN/HUDOIG@HUDOIG, Joan Hobbs/LOS/HUDOIG@HUDOIG, Suzanne Steigerwald/DENOI/HUDOIG@HUDOIG

cc

Subject Announcement

Folks:

As the world turns, each of us plan and guide our careers to benefit the organization while at the same time attempting to meet the personal needs of our families. It is not uncommon to see agents and auditors move from place to place, position to position. In my career I have switched governmental agencies, switched career fields, and switched regions of the country, all designed to provide a better personal path for me and my family while at the same time meeting my professional obligations to this agency.

Danny Salas has done the same, moving from one agency to HUD OIG, moving from one position to another, and one region of the country to another. He has decided to do it again by leaving Washington, D.C. behind, for the second time in his government career, and become the Special Agent in Charge, Region 6, Arlington, Texas. We in the Office of Investigation are glad to have Danny back from his gig at Inspections and Evaluations and wish him the best in assuming the reins in Arlington, Texas sometime in Mid-January 2006. Between now and then Danny will be doing TDY assignments to Arlington meeting with Region 6 staff and preparing for his move. Haban



GOVERNMENT EXHIBIT 2

1

R. Joseph Haban
Assistant Inspector General for Investigation
U.S. HUD-OIG
451 Seventh Street, S.W. Room 8274
Washington, D.C. 20410
202-708-0614, ext 8407