UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br>Secretary Of Housing And<br>Urban Development, | ) |
| Defendant. | ) |

### *ERRATA*

This *errata* notice is to correct a date error in Defendant's Response to the Court's Order (Dkt. No. 94).

Defendant's Response indicated that, "in April 2004, she [Hobbs] was given responsibility over Region 10." See Dkt. No. 94 at p. 4. The correct date is "April **2005,**" not 2004. This correction does not affect Defendant's argument that Ms. Joan Hobbs should be allowed to testify.

Upon discovering this date error, Defendant immediately notified Plaintiff's counsel.

Dated: March 2, 2008.                        Respectfully Submitted,

                                                                     /s/   Jeffrey A. Taylor
                                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                       United States Attorney

                                                         /s/   Rudolph Contreras
                                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                                       Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant