UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON, Secretary Of Housing And Urban Development, | ) ) ) ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO CALL ONE ADDITIONAL WITNESS AND TO INTRODUCE THREE ADDITIONAL DOCUMENTS AT TRIAL**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., for leave to call one additional witness (Randy McGinnis) and to introduce three additional documents at trial. These three documents (Pl. Exh. Nos. 35, 36, and 37) were produced by defendant on February 22, 2008; and were among the subjects of the four depositions taken pursuant to the Court's Minute Order on Motion for Sanctions of March 4, 2008. Mr. McGinnis was the one new management official whose deposition was taken in accordance with the Court's Minute Order, and was not identified by either party as a prospective witness in the Joint Pre-Trial Statement.

Counsel for defendant has been advised of this Motion and has stated that defendant consents.

The grounds in support of this Motion are as follows:

1

1.) On February 27, 2008, plaintiff moved for leave to add five additional exhibits that were produced by defendant on February 22 or February 26, 2008 (Docket Entry Nos. 79, 86 (errata)). These proposed Exhibits were Nos. 30 through 34.

2.) In accordance with the Court's Minute Order of March 4, 2008, plaintiff took the deposition of Randy McGinnis for the first time; and deposed James Heist, Michael Phelps, and Michael Stephens for a second time. These depositions were limited to the subjects identified in or related to defendant's belated document production and the circumstances underlying production.

3.) These four depositions, including the deponents' testimony about exhibits recently produced by defendant, proved highly relevant.

4.) No further action needs to be taken concerning the appearances of Mr. Heist, Mr. Phelps, and Mr. Stephens at trial, since both parties have already identified all three as witnesses.

5.) Mr. McGinnis, who was not identified as a witness by either party, was the Director of the Headquarters Financial Division in 2004, the Division to which three auditors in plaintiff's former Division were transferred when it was disbanded. Mr. McGinnis can testify about the absence of any need for the reassignment of plaintiff's former staff members to accomplish his Division's work. His direct testimony is expected to take ten minutes.

6.) The following three documents were also the subjects of the depositions taken in accordance with the Court's Minute Order on Motion for Sanctions, and are relevant to the issues in this case:

Pl. Exh. 35:   Draft Budget Charts (undated).

Pl. Exh. 36:   Phelps e-mail and draft realignment memo of Apr. 16, 2004.

Pl. Exh. 37:   McGinnis e-mail and attachment re: Financial Audit Planning FY 2004 of Mar. 26, 2004.

3

Exh. No. 35 is one of a number of draft budget charts produced by defendant, and bears upon the agency's alleged financial circumstances as a basis for abolishing plaintiff's former Division. Exh. No. 36 purports to be an early draft of the Memorandum of Realignment, embodied in final form in Exh. No. 6, that disbanded plaintiff's former Division. Exh. No. 37 is the proposed request from Mr. McGinnis to staff the HUD FY 2004 Financial Audit, the approval of which by senior agency management is embodied in Exh. 30.

7.)   The significance of these documents and of Mr. McGinnis' testimony was not known to plaintiff until defendant's production of documents on February 22 and February 26, 2008; and depositions were conducted in accordance with the Court's Minute Order on Motion for Sanctions. Now that these depositions have been taken, plaintiff seeks leave to call Mr. McGinnis at trial and to offer Exh. Nos. 35, 36, and 37.

For the foregoing reasons, plaintiff respectfully seeks leave to call Mr. McGinnis at trial and to introduce Exh. Nos. 35, 36, and 37.

An amended Exhibit List is attached to this Motion.

A proposed Order also accompanies this Motion.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____//s//_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff

4

## **Plaintiff's Exhibits**

Pl. Exh. 1:    Phelps E-mail, Fiscal Year 2004 Office of Audit Rankings 1//05

Pl. Exh. 2:    Elion Informal Complaint & ADR Request 1/18/02

Pl. Exh. 3:    Matthews, E-mail Cancelling ADR 3/06/03

Pl. Exh. 4:    Elion, Memo Withdrawing Inf. Cplt. 3/20/03

Pl. Exh. 5:    Stephens, email 4/07/04

Pl. Exh. 6:    Heist, Memo 4/20/04, with Stephens approval 4/21/04

Pl. Exh. 7:    OIG Verified Resp. to Pl. 1st Interrogatories and RFP's, Production Chart, and Documents re: RFP No. 8 3/08/06

Pl. Exh. 8    E-mail, Below Ceiling, Raschka, 4/02/03

Pl. Exh. 9:    E-mail, Below Ceiling, Phelps, 11/08/02

Pl. Exh. 10:    E-mail, Below Ceiling, Stephens, 02/04/03

Pl. Exh. 11:    OMB Bulletin No. 01-09 9/25/01

Pl. Exh. 12:    OMB Financial Reporting, 12/21/04

Pl. Exh. 13:    Memo Accountability of Tax Dollars, 12/6/06

Pl. Exh. 14:    OMB, OFFM Financial Reporting (undated0

Pl. Exh. 15:    Elion Performance Review, 1/31/01

Pl. Exh. 16    Elion Performance Review, 1/31/02

Pl. Exh. 17    EEOC MD 110, Ch.3, Alternative Dispute Resolution

Pl. Exh. 18    EEOC MD 110 Appendix H, Alternative Dispute Resolution

Pl. Exh. 19    OIG Manual Chapter 1099

Pl. Exh. 20    Letter, Request for Supp. Resp. re: Personnel Specialists and Retention Order 3/14/06

Pl. Exh. 21    Letter, Supp. Resp. to Req. for Supp. Resp. re: Personnel Specialists and Retention Order 3/28/06

Pl. Exh. 22:    Def. Verified Supp. Resp. to Pl. 1st Interrogatories and RFP's 4/25/06

Pl. Exh. 23:    Watson, E-mail OIG Refusal of ADR 6/6/04

Pl. Exh. 24    Organization Chart, OIG, Senior Management 2/08

Pl. Exh. 25    Workforce Profile of Regional IG Office, 12/01/04

Pl. Exh. 26    Donahue Testimony, 12/06/04

Pl. Exh. 27    Letter to Hon. Mel Martinez, 6/21/02

Pl. Exh. 28    Letter in Resp. to letter to Hon. Mel Martinez from Haban, 6/24/02

Pl. Exh. 29    OIG Manual Chapter 1351

Pl. Exh. 30    E-mail, Staffing Request, McGinnis, 4/14/04

Pl. Exh. 31    E-mail, untitled, Heist, 4/19/04, and draft Memorandum "Proposal for Realignment of the Office of Audit

Pl. Exh. 32    Draft Memorandum "Proposal for Realignment of the Office of Audit

Pl. Exh. 33    E-mails, FTE Ceiling – Request for Hiring Up To Ceiling, Donohue and Phelps, 7/21/04

Pl. Exh. 34:    E-mail, FTE relignment, Stephens, 4/02/04

Pl. Exh. 35:    Draft Budget Charts (undated).

Pl. Exh. 36:    Phelps e-mail and draft realignment memo of Apr. 16, 2004.

Pl. Exh. 37:    McGinnis e-mail and attachment re: Financial Audit Planning FY 2004 of Mar. 26, 2004.