**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SAUNDRA G. ELION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civ. Action No. 05-0992 (PLF)** |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| **Secretary Of Housing And** | ) | |
| **Urban Development,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Leave to Call One Additional Witness and to Introduce Three Additional Witnesses at Trial, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that plaintiff is granted leave to call Randy McGinnis as a witness at trial.

ORDERED that plaintiff is granted leave to offer proposed Exhibits Nos. 35, 36, and 37.


Dated this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE