# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAUNDRA G. ELION,                    )
                                     )
   Plaintiff,                  )
                                     )
  v.                              )  **Civ. Action No. 05-0992 (PLF)**
                                     )
ALPHONSO R. JACKSON,                 )
 Secretary Of Housing And           )
 Urban Development,                  )
                                     )
   Defendant.                  )
_____)

## PLAINTIFF'S PROPOSED STATEMENT OF THE CASE
## FOR USE IN VOIR DIRE AND/OR OPENING INSTRUCTIONS

   The plaintiff in this action is Saundra G. Elion, an African American woman who filed an administrative EEO complaint before the events that gave rise to this case.  Ms. Elion is employed by the Office of Audit of the Office of Inspector General ("OIG") of the Department of Housing and Urban Development ("HUD").  During the events underlying this litigation, plaintiff was the Director of the Headquarters Audits Division of that organization.

   Plaintiff claims that defendant discriminated against her on account of her race and her sex, and retaliated against her because of her earlier EEO complaint, when defendant removed her from her position as the Director of the Headquarters Audits Division on April 21, 2004, disbanded her former Division, relieved her of management duties, and/or reassigned her involuntarily to a materially less desirable position.

Defendant responds that it did not discriminate or retaliate against plaintiff when it took these actions, but that it did so in response to a hiring freeze in the Office of Inspector General. Defendant further states that it also would have taken the same actions toward plaintiff even if it had discriminated or retaliated, which it denies.

The case arises under Title VII of the Civil Rights Act of 1964. The actions at issue were taken by senior management of HUD OIG; although the Secretary of Housing and Urban Development is the nominal defendant.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C. 20004
(202) 393-8200

Counsel for Plaintiff