UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON, Secretary of Housing and Urban Development | ) ) |
| Defendant. | ) |

**Defendant's Proposed Factual Statement for Voir Dire
And Preliminary Instruction[1]**

The plaintiff in this action is Saundra G. Elion, an African American woman who filed an administrative EEO complaint before the events that gave rise to this case. Ms. Elion is employed by the Office of Audit of the Office of Inspector General ("OIG") of the Department of Housing and Urban Development ("HUD"). During the events underlying this litigation, plaintiff was the Director of the Headquarters Audits Division of that organization.

Plaintiff claims that defendant discriminated against her on account of her race and her sex, and retaliated against her because of her earlier EEO complaint, when defendant reassigned her from the position as the Director of the Headquarters Audits Division on April 21, 2004, to become the Special Assistant to the Assistant Inspector General of Audits, and realigned the Headquarters Audits Division.

---

[1] The parties were unable to come to an agreement on a single neutral factual statement to be read to the jury during voir dire and/or preliminary instruction phase. Therefore, the parties submit their respective proposed factual statements to the Court. Defendant adopted some of the language proposed by Plaintiff and, for the Court's convenience, has submitted a "redline" of Plaintiff's statement. See Gov. Exh. A.

Defendant responds that it did not discriminate or retaliate against plaintiff when it made the reassignment. Defendant claims that because of a hiring freeze, a budget constraint, and the needs of the agency, it disbanded the Headquarters Audit Division and reassigned the staff, including Plaintiff, to other divisions.

The case arises under Title VII of the Civil Rights Act of 1964. The actions at issue were taken by senior management of HUD OIG; although the Secretary of Housing and Urban Development is the nominal defendant.

Dated: March 25, 2008.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant