**Statement of Case**

The plaintiff in this action is Saundra G. Elion, an African American woman who filed an administrative EEO complaint before the events that gave rise to this case. Ms. Elion is employed by the Office of Audit of the Office of Inspector General ("OIG") of the Department of Housing and Urban Development ("HUD"). During the events underlying this litigation, plaintiff was the Director of the Headquarters Audits Division of that organization.

Plaintiff claims that defendant discriminated against her on account of her race and her sex, and retaliated against her because of her earlier EEO complaint, when defendant ~~removed~~ reassigned her from ~~her~~ the position as the Director of the Headquarters Audits Division on April 21, 2004, ~~disbanded her former Division, relieved her of management duties, and/or reassigned her involuntarily to a materially less desirable position.~~ to become the Special Assistant to the Assistant Inspector General of Audits, and realigned the Headquarters Audits Division.

Defendant responds that it did not discriminate or retaliate against plaintiff when it ~~took these actions~~ made the reassignment. ~~, but that it~~ ~~did so~~ Defendant claims that because of a hiring freeze, a budget constraint, and the needs of the agency, it disbanded the Headquarters Audit Division and reassigned the staff, including Plaintiff, to other divisions. ~~in response to a hiring freeze in the Office of Inspector General.~~ ~~Defendant further states that it also would have taken the same actions toward plaintiff even if it had discriminated or retaliated, which it denies.~~

[Formatted: Font: 12 pt]

Gov. Exh. A.

The case arises under Title VII of the Civil Rights Act of 1964. The actions at issue were taken by senior management of HUD OIG; although the Secretary of Housing and Urban Development is the nominal defendant.