UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-0992 (PLF) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
| Secretary Of Housing And ) | |
| Urban Development, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS (1-44)**

Plaintiff to the above action respectfully submits the following objections to defendant's proposed exhibits, reserving the right to make additional objections on the basis of relevance at trial, in accordance with the Court's Pre-Trial Scheduling Order of November 9, 2007[1]:

Def. Exh. 6:  Not disclosed or produced during discovery, irrelevant, prejudicial, confusing.

Def. Exh. 7:  Irrelevant, prejudicial, confusing.

Def. Exh. 8:  Not disclosed or produced during discovery, prejudicial, confusing.

Def. Exh. 9:  Irrelevant.[2]

---

[1] Plaintiff's objections to Defendant's Exhibits Nos. 9 through 28 were addressed in the Court's 1st and 4th Minute Orders of February 29, 2008. Plaintiff has repeated those objections here to preserve the record and, in the event, that plaintiff seeks clarification or reconsideration of one or more of the Court's 9 Minute Orders or its Order of March 5, 2008.

[2] Plaintiff's objections to Defendant's Exhibits Nos. 9 through 28 were addressed in the Court's 1st and 4th Minute Orders of February 29, 2008. Plaintiff has repeated those objections here to preserve the record and, in the event, that plaintiff seeks clarification or reconsideration of one or more of the Court's 9 Minute Orders.

1

Def. Exh. 10:   Irrelevant.

Def. Exh. 11:   Irrelevant.

Def. Exh. 12:   Irrelevant.

Def. Exh. 13:   Irrelevant, prejudicial, confusing.

Def. Exh. 14:   Irrelevant, prejudicial, confusing.

Def. Exh. 15:   Irrelevant, prejudicial, confusing.

Def. Exh. 16:   Irrelevant, prejudicial, confusing.

Def. Exh. 17:   Irrelevant, prejudicial, confusing.

Def. Exh. 18:   Irrelevant, prejudicial, confusing.

Def. Exh. 19:   Irrelevant, prejudicial, confusing.

Def. Exh. 20:   Irrelevant, prejudicial, confusing.

Def. Exh. 21:   Irrelevant, prejudicial, confusing.

Def. Exh. 22:   Irrelevant, prejudicial, confusing.

Def. Exh. 23:   Irrelevant, prejudicial, confusing.

Def. Exh. 24:   Irrelevant, prejudicial, confusing.

Def. Exh. 25:   Irrelevant, prejudicial, confusing.

Def. Exh. 27:   Irrelevant, prejudicial, confusing.

Def. Exh. 28:   Irrelevant, prejudicial, confusing.

Def. Exh. 30:   Irrelevant, prejudicial, confusing; pages 3-4, not authenticate or genuine.

Def. Exh. 44:   Not disclosed or produced during discovery, prejudicial.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____//s//_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff