UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION,      ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.          ) | Civ. Action No. 05-0992 (PLF) |
| ) | |
| ALPHONSO R. JACKSON,   ) | |
|  Secretary Of Housing And   ) | |
|  Urban Development,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS**

Defendant hereby objects to certain Plaintiff's proposed exhibits, reserving the right to object on other applicable bases, as set forth in the Court's Pretrial Scheduling Order.[1]

Plaintiff's Exh. 2:   Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:11pm)

Plaintiff's Exh. 3:   Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:13pm)

Plaintiff's Exh. 7:   Part of this lengthy exhibit is rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:17pm)

Plalintiff's Exh. 9:   Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:11pm)

Plaintiff's Exh. 17.   Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at

---

[1] The parties conferred on trial exhibits and Plaintiff indicates that she has included exhibits that are otherwise subject to one of the Court's Minute Orders of February 29, 2008, in order to preserve the record and to seek clarification or reconsideration of one or more of the Court's Minute Orders or its Order of March 5, 2008.  See also Plaintiff's Objections to Def.'s Exhs. (Dkt. No. 101).

|   |   |
|---|---|
| | 4:13pm) |
| Plaintiff's Exh. 18 | Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:13pm) |
| Plaintiff's Exh. 19: | Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:13pm) |
| Plaintiff's Exh. 20: | Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:17pm) |
| Plaintiff's Exh. 21: | Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:17pm) |
| Plaintiff's Exh. 22: | Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:17pm) |
| Plaintiff's Exh. 23: | Rendered irrelevant per the Court's Feb. 29, 2008 Minute Order (issued at 4:13pm) |
| Plaintiff's Exh. 25: | Rendered irrelevant per the Court's March 5, 2008 Order at p. 3. |
| Plaintiff's Exh. 26: | Not disclosed during discovery; irrelevant; unduly prejudicial; confusing |
| Plaintiff's Exh. 27: | Not disclosed during discovery; irrelevant; unduly prejudicial; confusing |
| Plaintiff's Exh. 28: | Not disclosed during discovery; irrelevant; unduly prejudicial; confusing |

Plaintiff's Exh. 29:    Irrelevant; confusing

Dated: March 26, 2008.                              Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant