UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-0992 (PLF) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
|  Secretary Of Housing And ) | |
|  Urban Development, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ERRATA TO DEFENDANT'S OBJECTIONS TO
PLAINTIFF'S PROPOSED TRIAL EXHIBITS**

Plaintiff respectfully advises the Court that the correct text of the footnote to Defendant's Objections to Plaintiff's Proposed Trial Exhibits reads as follows:

Plaintiff has included exhibits that are otherwise subject to one or more of the Court's Minute Orders of February 29, 2008, in order to preserve the record and to seek clarification or reconsideration of one or more of the Court's Minute Orders or its Order of March 5, 2008.  See also Plaintiff's Objections to Def.'s Exhs. (Dkt. No. 101).

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff