UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA G. ELION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 05-0992 (PLF) |
| | ) | |
| ALPHONSO R. JACKSON, | ) | |
| Secretary Of Housing And | ) | |
| Urban Development, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S PROPOSED VERDICT FORM**[1]

WE, THE JURY, HAVING BEEN DULY EMPANELLED AND SWORN UPON OUR OATH, DO HEREBY RENDER THE FOLLOWING VERDICTS:

**COUNT I**

1.   We find by a preponderance of the evidence that defendant discriminated against plaintiff because of her race (African American) when it removed her as Director of the HUD OIG Headquarters Audits Division.

_____ YES                        _____ NO

If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count II.

---

[1]   Plaintiff respectfully reserves the right to propose a different Verdict Form, in the event that the same action defense is dismissed under Rule 50, Fed. R. Civ. P.

2.   If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, proceed to Count II.

## COUNT II

1.    We find by a preponderance of the evidence that defendant discriminated against plaintiff because of her sex (female) when it removed her as Director of the HUD OIG Headquarters Audits Division.


_____ YES                          _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count III.

2.   If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, proceed to Count III.

## COUNT III

1.    We find by a preponderance of the evidence that defendant retaliated against plaintiff because of her protected EEO activity (use of the HUD OIG discrimination complaints process) when it removed her as Director of the HUD OIG Headquarters Audits Division.


_____ YES                           _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count IV.

2.    If you answered "YES" to No. 1, how much do you award

plaintiff in damages.

$ _____

After you answer No. 3, proceed to Count IV.

## COUNT IV

1.    We find by a preponderance of the evidence that defendant discriminated against plaintiff because of her race (African American) when it reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.


_____ YES                              _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count V.

2.    If you answered "YES" to No. 1, how much do you award

plaintiff in damages.

$ _____

After you answer No. 2, proceed to Count V.

## COUNT V

1.   We find by a preponderance of the evidence that defendant discriminated against plaintiff because of her sex (female) when it reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.


_____ YES                              _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count III.

2.   If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, proceed to Count VI.

## COUNT VI

1.    We find by a preponderance of the evidence that defendant retaliated against plaintiff because of her protected EEO activity (use of the HUD OIG discrimination complaints process) when it reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.

_____ YES                              _____ NO

If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

2.    If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, the Foreperson of the jury should sign

and date this Verdict Form and return it to the Deputy Marshal.


_____      _____

Date                          Signature of Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAUNDRA G. ELION,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )   Civ. Action No. 05-0992 (PLF)
                                     )
ALPHONSO R. JACKSON,                 )
  Secretary Of Housing And           )
  Urban Development,                  )
                                     )
          Defendant.                 )
_____         )


**PLAINTIFF'S PROPOSED ALTERNATIVE VERDICT FORM**[1]


**WE, THE JURY, HAVING BEEN DULY EMPANELLED AND SWORN UPON OUR OATH, DO HEREBY RENDER THE FOLLOWING VERDICTS:**

**COUNT I**

1.   We find that plaintiff has proven by a preponderance of the evidence that discrimination on account of plaintiff's race (African American) was a factor or among the factors that motivated defendant's decision to remove plaintiff as Director of the HUD OIG Headquarters Audits Division.


_____ YES                           _____ NO

If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count II.

---

[1]   Plaintiff respectfully reserves the right to propose a different Alternative Verdict Form, in the event that the same action defense is dismissed under Rule 50, Fed. R. Civ. P.

2.    If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, proceed to No. 3.

3.    We find that defendant has proven by a preponderance
of the evidence that although discrimination on account of
plaintiff's race (African American) was a factor or among
the factors that motivated defendant's decision to remove
plaintiff as Director of the HUD OIG Headquarters Audits
Division, defendant would have removed plaintiff as
Director of the HUD OIG Headquarters Audits Division in the
absence of discrimination based on plaintiff's race.


_____ YES                            _____ NO




After you answer No. 3, proceed to Count II.

<u>**COUNT II**</u>

1.   We find that plaintiff has proven by a preponderance of the evidence that discrimination on account of plaintiff's sex (female) was a factor or among the factors that motivated defendant's decision to remove plaintiff as Director of the HUD OIG Headquarters Audits Division.


_____ YES                          _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count III.

2.   If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, proceed to No. 3.

3.   We find that defendant has proven by a preponderance
of the evidence that although discrimination on account of
plaintiff's sex (female) was a factor or among the factors
that motivated defendant's decision to remove plaintiff as
Director of the HUD OIG Headquarters Audits Division,
defendant would have removed plaintiff as Director of the
HUD OIG Headquarters Audits Division in the absence of
discrimination based on plaintiff's sex.


_____ YES                    _____ NO




After you answer No. 3, proceed to Count III.

## <u>COUNT III</u>

1.   We find that plaintiff has proven by a preponderance of the evidence that retaliation on account of plaintiff's protected EEO activity (use of the HUD OIG discrimination complaints process) was a factor or among the factors that motivated defendant's decision to remove plaintiff as Director of the HUD OIG Headquarters Audits Division.


_____ YES                              _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count IV.

2.    If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, proceed to No. 3.

3.    We find that defendant has proven by a preponderance of the evidence that although retaliation on account of plaintiff's protected EEO activity (use of the HUD OIG discrimination complaints process) was a factor or among the factors that motivated its decision to remove plaintiff as Director of the HUD OIG Headquarters Audits Division, defendant would have removed plaintiff as Director of the HUD OIG Headquarters Audits Division in the absence of retaliation on account of plaintiff's protected EEO activity.

_____ YES                              _____ NO

After you answer No. 3, proceed to Count IV.

## COUNT IV

1.    We find that plaintiff has proven by a preponderance of the evidence that discrimination on account of plaintiff's race (African American) was a factor or among the factors that motivated defendant's decision to reassign plaintiff to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.


_____ YES                              _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count II.

2.    If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, proceed to No. 3.

3.    We find that defendant has proven by a preponderance
of the evidence that although discrimination on account of
plaintiff's race was a factor or among the factors that
that motivated defendant's decision to reassign plaintiff
to a position as special assistant to the HUD OIG Assistant
Inspector General for Audit, defendant would have
reassigned plaintiff to a position as special assistant to
the HUD OIG Assistant Inspector General for Audit in the
absence of discrimination based on plaintiff's race.


_____ YES                              _____ NO




After you answer No. 3, proceed to Count V.

## COUNT V

1.   We find that plaintiff has proven by a preponderance of the evidence that discrimination on account of plaintiff's sex was a factor or among the factors that motivated defendant's decision to reassign plaintiff to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.


_____ YES                              _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count II.

2.    If you answered "YES" to No. 1, how much do you award

plaintiff in damages.


$ _____


After you answer No. 2, proceed to No. 3.

3.    We find that defendant has proven by a preponderance of the evidence that although discrimination on account of plaintiff's sex was a factor or among the factors that motivated defendant's decision to reassign plaintiff to a position as special assistant to the HUD OIG Assistant Inspector General for Audit, defendant would have reassigned plaintiff to a position as special assistant to the HUD OIG Assistant Inspector General for Audit in the absence of discrimination based on plaintiff's sex.

_____ YES                           _____ NO

After you answer No. 3, proceed to Count VI.

## <u>COUNT VI</u>

1.    We find that plaintiff has proven by a preponderance of the evidence that retaliation on account of plaintiff's protected EEO activity (use of the HUD OIG discrimination complaints process) was a factor or among the factors that motivated defendant's decision to reassign plaintiff to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.


_____ YES                          _____ NO


If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

2.    If you answered "YES" to No. 1, how much do you award

plaintiff in damages.

$ _____

After you answer No. 2, proceed to No. 3.

3.    We find that defendant has proven by a preponderance of the evidence that although retaliation on account of plaintiff's protected EEO activity (use of the HUD OIG discrimination complaints process) was a factor or among the factors that motivated it to reassign plaintiff to a position as special assistant to the HUD OIG Assistant Inspector General for Audit, defendant would have reassigned plaintiff to a position as special assistant to the HUD OIG Assistant Inspector General for Audit in the absence of retaliation on account of plaintiff's protected EEO activity.

_____ YES                          _____ NO

After you answer No. 3, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

_____          _____

Date                                    Signature of Foreperson