UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PLAINTIFF'S PROPOSED VERDICT FORM [REVISED]**[1]

WE, THE JURY, HAVING BEEN DULY EMPANELLED AND SWORN UPON OUR OATH, DO HEREBY RENDER THE FOLLOWING VERDICTS:

## COUNT I

1.  We find by a preponderance of the evidence that defendant discriminated against plaintiff because of her race (African American) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.

\_\_\_\_\_ YES                                                                                          \_\_\_\_\_ NO

If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count II.

---

[1] Plaintiff respectfully reserves the right to propose a different Verdict Form, in the event that the same action defense is dismissed under Rule 50, Fed. R. Civ. P.

2.   If you answered "YES" to No. 1, how much do you award plaintiff in damages.

$ _____

After you answer No. 2, proceed to Count II.

## **COUNT II**

1. We find by a preponderance of the evidence that defendant discriminated against plaintiff because of her sex (female) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.

\_\_\_\_\_ YES                                         \_\_\_\_\_ NO

If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, proceed to Count III.

2.   If you answered "YES" to No. 1, how much do you award plaintiff in damages.

$ _____

After you answer No. 2, proceed to Count III.

**COUNT III**

1.  We find by a preponderance of the evidence that defendant retaliated against plaintiff because of her protected EEO activity (use of the HUD OIG discrimination complaints process) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit.

\_\_\_\_\_ YES                              \_\_\_\_\_ NO

If you answered "YES" to No. 1, proceed to No. 2.

If you answered "NO" to No. 1, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

2.   If you answered "YES" to No. 1, how much do you award plaintiff in damages.


$ _____


After you answer No. 2, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

_____            _____
Date                              Signature of Foreperson