UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAUNDRA G. ELION, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-0992 (PLF)
)
ALPHONSO R. JACKSON, )
  Secretary of Housing and )
  Urban Development, )
)
Defendant. )

### VERDICT FORM

1. Has plaintiff proven by a preponderance of the evidence that defendant discriminated against plaintiff because of her race (African American) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit?

__X__ YES                                            ____ NO

2. Has plaintiff proven by a preponderance of the evidence that defendant discriminated against plaintiff because of her sex (female) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit?

__X__ YES                                            ____ NO

3. Has plaintiff proven by a preponderance of the evidence that defendant retaliated against plaintiff because of her protected EEO activity (use of the HUD OIG discrimination complaints process) when it removed her as Director of the HUD OIG Headquarters Audits Division and/or reassigned her to a position as special assistant to the HUD OIG Assistant Inspector General for Audit?

__X__ YES                                                              ____ NO

If you answered "YES" to any of the preceding questions, then proceed to Question No. 4.

If you answered "NO" to all of them, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

4. If you answered "YES" to Questions 1, 2 and/or 3, how much do you award plaintiff in damages?

$ __488,500__

After you answer Question No. 4, the Foreperson of the jury should sign and date this Verdict Form and return it to the Deputy Marshal.

__4/10/08__
Date

__[signature]__
Signature of Foreperson

2