Civil Judgment (Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 0 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

SAUNDRA G. ELION

      Plaintiff(s)

Civil Action No.   05-0992 (PLF)

      V.

ALPHONSO R. JACKSON, Secretary of
Housing and Urban Development

      Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the  Court and a Jury,  before the Honorable

Paul L. Friedman                          , Judge presiding, and the issues having been duly

tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

    IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

Saundra G. Elion

have and recover of and from the defendant(s):

Alphonso R. Jackson, Secretary of Housing and Urban Development

the sum of  $300,000.00 together with costs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: _April 10, 2008_     By: _Michelle Moon_

                           Deputy Clerk