UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|        v. | )   Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION TO SET SCHEDULE FOR POST-TRIAL PROCEEDINGS**

    Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to set a schedule for briefing post-trial issues, in particular proceedings concerning an award of attorneys' fees and costs and equitable relief; and for reporting back to the Court on the progress, if any, of settlement talks.

    Counsel for defendant has been advised of this Motion and has given defendant's consent.

    The grounds in support of this Motion are as follows:

    1.) The parties have been engaged in a dialogue to determine whether some or all aspects of plaintiff's entitlement to an attorneys fees and costs and equitable relief can be agreed upon without intervention of the Court.

    2.) Although plaintiff and her counsel seek to have these matters resolved as soon as possible, counsel for plaintiff considers it likely that a settlement, if any, would be reached in the near future.

1

3.)   Pursuant to Rule 54(d)(2)(C), Fed. R. Civ. P., plaintiff's motion for an award of attorneys' fees and costs is due on April 24, 2008, absent further Order of the Court.

4.)   A Declaration of plaintiff's lead counsel and supporting information have been drafted and prepared and transmitted to defendant's counsel for review, in order for the parties to engage in settlement talks.

5.)   In order to allow for the completion of discussions between the parties, and to obviate the need to present this matter to the Court if a settlement can be reached, plaintiff respectfully seeks one additional week, until May 1, 2008, to move for an award of attorneys fees and costs or to report to the Court that a settlement in principle has been reached.

6.)   Similarly, the parties have begun discussions concerning plaintiff's entitlement to equitable relief.  Although plaintiff will be in a position to file a motion concerning equitable relief in the very near future, once again, a short time is still needed to determine whether this matter can be resolved without intervention by the Court.

7.)   Accordingly, plaintiff respectfully seeks to have May 8, 2008, set as the date to move for an award of equitable relief, or to report to the Court that a settlement in principle has been reached or that further time is needed for continued discussions.

WHEREFORE, plaintiff respectfully moves the Court to set a schedule fixing May 1, 2008, as the date for the submission of a motion for an award of attorneys fees; and May 8, 2008, as the date

for the submission of a motion for equitable relief. In the event that the parties reach an agreement in principle on either or both of these aspects of post-trial relief, on these dates, the parties will file a report to the Court and move to continue further proceedings to dates certain.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff