```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


SAUNDRA G. ELION,              )
                               )
    Plaintiff,                 )
                               )  Civ. Action No. 05-0992 (PLF)
        v.                     )
                               )
ALPHONSO R. JACKSON,           )
  Secretary Of Housing And     )
  Urban Development,           )
                               )
    Defendant.                 )
                               )
```

## ORDER

Upon Consideration Of Plaintiff's Consent Motion To Set Schedule For Post-Trial Proceedings, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the date for the submission of a motion for an award of attorneys fees and costs to plaintiff is hereby extended to May 1, 2008.

ORDERED that the date for the submission of a motion for equitable relief for equitable relief to plaintiff is hereby set as May 8, 2008.

FURTHER ORDERED that in the event that the parties reach an agreement in principle on either or both of these aspects of post-trial relief, on these dates, the parties will file a report to the Court and move to continue further proceedings to dates certain.

1

Dated this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**