UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )   Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME AND REPORT TO THE COURT**

    Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., for an extension of time of two weeks to move for an award of attorneys fees and costs. Plaintiff also reports to the Court that the parties have reached an agreement in principle resolving this matter.

    Counsel for defendant has been advised of this Motion and has given defendant's consent.

    The grounds in support of this Motion are as follows:

    1.) Just under two weeks ago, the parties entered into discussions about plaintiff's entitlement to attorneys fees and costs. Earlier today, they reached an agreement in principle.

    2.) Pursuant to Plaintiff's Consent Motion To Set Schedule For Post-Trial Proceedings, the date for submission of a motion for an award of attorneys fees and costs was extended until May 1, 2008.[1]

---

[1]     The Court has yet to act on that motion.

3.) In order to allow time for the parties' agreement in principle to be reduced to writing and for required review and presumably approval, plaintiff respectfully moves the Court for an enlargement of time of two weeks to either move for an award of attorneys fees and costs or to file a stipulated agreement for the Court's approval.

WHEREFORE, plaintiff respectfully moves the Court to extend the date for the submission of a motion for an award of attorneys fees and costs to plaintiff by two weeks, until May 15, 2008.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff