**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAUNDRA G. ELION,                     )
                                      )
        Plaintiff,                    )
                                      )  Civ. Action No. 05-0992 (PLF)
            v.                        )
                                      )
ALPHONSO R. JACKSON,                  )
   Secretary Of Housing And          )
   Urban Development,                 )
                                      )
        Defendant.                    )
_____)

**ORDER**

Upon Consideration Of Plaintiff's Consent Motion for an Extension of Time and Report to the Court, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the date for the submission of either a motion for an award of attorneys fees and costs to plaintiff, or a stipulation for the Court's approval, is hereby extended to May 15, 2008.

Dated this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

1