UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|        v. | )   Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|    Defendant. | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO MOVE FOR EQUITABLE RELIEF**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., for an extension of time of 30 days to move for an award of equitable relief. Plaintiff also reports to the Court that the parties have begun conferring about an award and are guardedly optimistic about reaching a settlement without further involvement by the Court.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) Last week, the parties began discussions about an award of equitable relief for plaintiff. These discussions have been fruitful, the parties are scheduling one or more follow-up conferences, and they are hopeful of reaching a comprehensive settlement that would end this litigation.

2.) Pursuant to Plaintiff's Consent Motion To Set Schedule For Post-Trial Proceedings, submission of a motion for an award of equitable relief was scheduled for May 8, 2008.[1]

3.) In order to allow time for the parties to continue conferring, plaintiff respectfully moves the Court for an enlargement of time of 30 days to move for equitable relief, to seek further time for discussions, or to file a settlement agreement for the Court's approval.

WHEREFORE, plaintiff respectfully moves the Court to extend the date for the submission of a motion for an award of equitable relief June 7, 2008.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff

---

[1] The Court has yet to act on that motion.

2