UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | ) Civ. Action No. 05-0992 (PLF) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**SECOND CONSENT MOTION FOR AN EXTENSION OF TIME**

    Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., for an extension of time of two weeks to move for an award of attorneys fees and costs, or to file a written agreement which resolves this matter and provides for payment of the judgment in plaintiff's favor.

    Counsel for defendant has been advised of this Motion and has given defendant's consent.

    The grounds in support of this Motion are as follows:

    1.) The parties have reached an agreement in principle about an award to plaintiff and her counsel of attorneys' fees and costs, as well as for payment of the judgment in plaintiff's favor.

    2.) Counsel for the parties have worked diligently and reduced their agreement in principle to writing. Almost all of the steps for approval of that agreement have been obtained. However, there is an additional step in the Appellate Staff of the Civil Division of the Justice Department, and concurrence by the U.S. Attorney for the

1

District of Columbia, that must be completed before an agreement can be finalized and filed with the Court.

    3.) Plaintiff's Consent Motion For An extension of Time And To Report To the Court sought an extension until May 15, 2008, for the parties to file an agreement about the foregoing matters or seek further time to do so.

    4.) In light of the parties' agreement in principle, and in order to allow time for it to be reviewed by the Main Justice Department and the U.S. Attorney, plaintiff respectfully moves the Court for an enlargement of time of two weeks to either move for an award of attorneys fees and costs or to file a stipulated agreement for the Court's approval.

    WHEREFORE, plaintiff respectfully moves the Court to extend the date for the submission of a motion for an award of attorneys fees and costs to plaintiff, or to file a written agreement which resolves this matter and provides for payment of the judgment in plaintiff's favor, until May 29, 2008.

Respectfully submitted,


_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff