UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAUNDRA G. ELION,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 05-0992 (PLF) ) ) |
| **ALPHONSO R. JACKSON,** Secretary Of Housing And Urban Development, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

Upon Consideration Of Plaintiff's Second Consent Motion for an Extension of Time and Report to the Court, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED the date for the submission of a motion for an award of attorneys fees and costs to plaintiff, or to file a written agreement which resolves this matter and provides for payment of the judgment in plaintiff's favor, is hereby extended until May 29, 2008.

Dated this _____ day of _____, 2008.

_____

1

2

**UNITED STATES DISTRICT JUDGE**

Case 1:05-cv-00992-PLF    Document 114-2    Filed 05/15/2008    Page 2 of 2

2

**UNITED STATES DISTRICT JUDGE**