```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


SAUNDRA G. ELION,                )
                                 )
     Plaintiff,                  )
                                 )
          v.                     )   Civ. Action No. 05-0992 (PLF)
                                 )
ALPHONSO R. JACKSON,             )
  Secretary Of Housing And       )
  Urban Development,             )
                                 )
     Defendant.                  )
_____)
```

**CONSENT MOTION TO APPROVE STIPULATION AND AGREEMENT
FOR PAYMENT OF COMPENSATORY DAMAGES AND ATTORNEYS' FEES AND COSTS
OR, IN THE ALTERNATIVE, TO CONVENE STATUS CONFERENCE**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to approve the parties' Stipulation and Agreement for Payment of Compensatory Damages and Attorneys' Fees and Costs of May 19, 2008 ("Stipulation and Agreement"). In the alternative, plaintiff respectfully requests that the Court convene a status conference to address any questions about the Stipulation and Agreement.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) The Verdict and Judgment in this case in plaintiff's favor were entered on April 10, 2008.

2.) The day after entry of Judgment, the parties' began conferring about payment and settlement of compensatory damages and attorneys' fees.

3.) By April 30, 2008, the parties had reached an agreement in principle that awaited being reduced to writing, internal review at the U.S. Attorney's Office, and limited review at the Department of Justice for finalization and submission of a Stipulation and Agreement to the Court.

3.) On May 19, 2008, the Court entered a Minute Order granting plaintiff's motion to extend the date for the submission of a fully approved Stipulation and Agreement until May 29, 2008.

4.) Through exceptionally diligent efforts of the Civil Division of the U.S. Attorney's Office and senior Counsel to the Inspector General of the Department of Housing and Urban Development, later that same day, required review at the Department of Justice was completed and the parties' Stipulation and Agreement was immediately filed with the Court.

5.) A formal motion to approve the parties' Stipulation and Agreement was not filed with the Court and apparently, since it was filed, the Court has been exceptionally busy in trial and at the annual Judicial Conference of this judicial district.

6.) Until the Court approves the parties' Stipulation and Agreement, payment for plaintiff and her counsel cannot be processed.

7.) Accordingly, plaintiff now formally moves the Court to approve the parties' Stipulation and Agreement. In the alternative, if the Court has any questions about the parties' Stipulation and Agreement, plaintiff respectfully moves the Court to convene a status conference.

WHEREFORE, plaintiff respectfully moves the Court to approve the parties' Stipulation and Agreement or, in the alternative, to convene a status conference.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
   D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
   D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff