```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **SAUNDRA G. ELION,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) Civ. Action No. 05-0992 (PLF) |
|     v. | ) |
| | ) |
| **ALPHONSO R. JACKSON,** | ) |
|   **Secretary Of Housing And** | ) |
|   **Urban Development,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Approve the Stipulation and Agreement for Payment of Compensatory Damages and Attorneys' Fees and Costs, or, in the Alternative, to Convene Status Conference, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Consent Motion be, and the same hereby is, GRANTED.

ORDERED that the Court hereby approves the parties' Stipulation and Agreement for Payment of Compensatory Damages and Attorneys' Fees and Costs of May 19, 2008.

    Dated this _____ day of _____, 2008.

                                            _____
                                            **UNITED STATES DISTRICT JUDGE**