UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )  Civ. Action No. 05-0992 (PLF) |
| | ) |
| STEVEN PRESTON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO MOVE FOR EQUITABLE RELIEF**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., for an extension of time of two weeks to move for an award of equitable relief.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) The parties are optimistic about the likelihood of reaching a settlement of equitable relief for plaintiff without further involvement by the Court.

2.) Counsel for defendant recently forwarded a proposed order to plaintiff's counsel that embodies the parties' earlier agreement in principle about equitable relief.

3.) Plaintiff and her counsel have begun reviewing defendant's proposal and anticipate responding shortly.

1

4.) Due to the intervening July 4th holiday, additional time is needed to complete negotiations and, presumably, arrange for final review by the U.S. Attorney's Office.

WHEREFORE, plaintiff respectfully moves the Court to extend the date for the submission of a motion for an award of equitable relief to July 23, 2008.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff