UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION,                )<br>                                             )<br>    Plaintiff,                        )<br>                                             )<br>    v.                                    )<br>                                             )<br>ALPHONSO R. JACKSON,    )<br>                                             )<br>    Defendant.                    )<br>_____)    | Civil Action No. 05-0992 (PLF) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

      Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time from July 23, 2008, to August 6, 2008, to attempt to informally resolve the remaining equitable relief. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

      There is good cause to grant this Motion. Since Plaintiff's last motion for an extension filed on July 9, 2008, Defendant provided a draft settlement agreement resolving the remaining equitable relief sought by Plaintiff. Plaintiff has responded to the draft settlement and proposed additional terms for consideration. The parties need additional time to attempt to finalize the terms of a settlement agreement.

Under these circumstances, Defendant requests that the parties be given an additional two weeks to determine whether the equitable relief issue can be resolved without further litigation.

Dated: July 23, 2008.                              Respectfully Submitted,

                                                /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                /s/    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                                /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION,                         )<br>                                                    )<br>     Plaintiff,                              )<br>                                                    )<br>     v.                                         )<br>                                                    )<br>ALPHONSO R. JACKSON,             )<br>                                                    )<br>     Defendant.                          )<br>_____) | Civil Action No. 05-0992 (PLF) |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED.

SO ORDERED.

_____
U.S. District Judge