UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA ELION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0992 (PLF) |
| | ) | |
| ALPHONSO R. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time from August 6, 2008, to September 15, 2008, to attempt to informally resolve the remaining equitable relief. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion. As Defendant explained in the motion for an extension time filed on July 23, 2008, Defendant provided a draft settlement agreement for the remaining equitable relief sought by Plaintiff. The motion also explained that Plaintiff responded to the draft settlement and proposed additional terms for consideration. Since that time the parties had additional constructive discussions in an attempt to resolve the remaining issues. However, the parties still need to negotiate further on certain terms.

The parties also need the additional time because both counsel for Plaintiff and Defendant are in the midst of trial preparation for an upcoming trial in Malloy v. Preston, No. 05-1117 (RCL), scheduled to begin on August 25, 2008. Additional time is needed as counsel for the parties anticipate that there will post-trial motions.

Under these circumstances, Defendant requests that the parties be given additional time until September 15, 2008, to determine whether the equitable relief issue can be resolved without further litigation.

Dated: August 5, 2008.                              Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA ELION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0992 (PLF) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED.

SO ORDERED.

_____
U.S. District Judge