UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
|     Plaintiff, | ) ) ) |
|         v. | ) ) Civ. Action No. 05-0992 (PLF) |
| ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development, | ) ) ) ) |
|     Defendant. | ) ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO MOVE FOR EQUITABLE RELIEF**

    Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., for an extension of time of two weeks to move for an award of equitable relief. The parties have all but completed an agreement on a settlement and do not expect there to be any need for the Court to become involved in the concluding phase of this litigation.

    Counsel for defendant has been advised of this Motion and has given defendant's consent.

    The grounds in support of this Motion are as follows:

    1.) The parties have exchanged what are expected to be final comments on an agreement that would provide plaintiff equitable relief and conclude this litigation.

    2.) But for unexpected conflicts in the schedules of the parties' counsel and their respective counsel, an agreement on equitable relief would have been completed.

1

WHEREFORE, plaintiff respectfully moves the Court to extend the date for the submission of a motion for an award of equitable relief to September 29, 2008.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff