```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| SAUNDRA G. ELION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civ. Action No. 05-0992 (PLF) |
|     v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon Consideration Of Plaintiff's Consent Motion for an Extension of Time to Move for Equitable Relief, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the date for the parties to submit a settlement agreement that will provide an award of equitable relief to plaintiff and conclude this litigation is hereby extended until September 29, 2008.

       Dated this _____ day of _____, 2008.


                                  **UNITED STATES DISTRICT JUDGE**